UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD S. PATOSKI,<br><br>        Plaintiff,<br><br>v.<br><br>ALPHONSO JACKSON, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>        Defendant. | C.A. No. 05-CV-11086 |

### PLAINTIFF'S LR 16.1 CERTIFICATION

The Plaintiff Richard Patoski and his counsel, Kevin G. Powers, have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of litigation; and have considered the resolution of the litigation through the use of alternative dispute resolution programs.

_____                _____
Richard S. Patoski                                                     Kevin G. Powers

patoski 16.1 certification