UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD S. PATOSKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, SECRETARY, )<br>DEPARTMENT OF HOUSING AND )<br>URBAN DEVELOPMENT, )<br>)<br>Defendant. ) | C.A. No. 05-CV-11086 |

## JOINT STATEMENT PURSUANT TO LR 16.1

In compliance with Fed. R. Civ. P. 26(f) and Local Rule 16.1, the parties to the above-captioned action conferred for the purposes of preparing an agenda of matters to be discussed at the scheduling conference; preparing a proposed pretrial schedule, including a discovery plan; and considering the option of trying this case before a magistrate judge.

The parties have conferred, pursuant to Local Rule 16.1(b) (3), and do not consent to trial of this action before a Magistrate Judge.

In addition, pursuant to Local Rule 16.1(C), Plaintiff made a written settlement proposal to Defendant's counsel.

The certificate required by Local Rule 16.1(D) (3), from Plaintiff is attached and filed.

Any and all documents produced by the parties in response to discovery requests will be numbered consecutively.

## LOCAL RULE 16.1(D) PROPOSED PRETRIAL SCHEDULE

I. Discovery schedule

    A. Interrogatories and Requests for Documents must be served by February 17, 2006,

    B. Depositions must be completed by June 16, 2006.

    C. Mandatory disclosures by a party pursuant to Rule 26 will be made by all parties within two weeks of the scheduling conference.

    D. Requests for Admissions must be served by July17, 2006.

    E. The parties will identify any expert witnesses who may testify on their behalf at trial and will provide expert disclosures, as required by Fed. R. Civ. P. 26(a) (2), by July 17, 2006, or sooner as may be required pursuant to Fed. R. Civ. P. 26, 33 or 34.

    F. The parties will identify any rebuttal expert witnesses who may testify on their behalf at trial and will provide expert disclosures, as required by Fed. R. Civ. P. 26(a) (2), no later than August 17, 2006.

II. Motion Scheduling

    A. The parties shall file all dispositive motions, including Rule 56 Motions, together with supporting documents, by September 17, 2006.

    B. Oppositions to Rule 56 motions, filed pursuant to Subsection A above, must be filed by October 17, 2006.

    C. Rule 56 Reply Memorandums, if any, must be filed by October 24, 2006.

    D. The Court will schedule a pre-trial conference after December 24, 2006.

Respectfully submitted,

The Plaintiff,
By his Attorneys

/S/ Kevin G. Powers

---

Kevin G. Powers

BBO #405020
Robert S. Mantell
BBO #559715
Rodgers, Powers & Schwartz
18 Tremont Street
Boston, MA  02108
(617) 742-7010


The Defendant,
By his attorneys

/S/ Mark J. Grady
Mark J. Grady, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley Courthouse
One Courthouse Way
Boston MA 02210
(617) 748-3100

Scrima/rule16.1statement