UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD S. PATOSKI, )<br>     Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, SECRETARY, )<br>DEPARTMENT OF HOUSING AND )<br>URBAN DEVELOPMENT, )<br>     Defendant ) | C.A. #05-11086-RCL |

**CERTIFICATION OF THE DEFENDANT PURSUANT TO LOCAL RULE 16.1**

  Pursuant to Local Rule 16.1, the defendant hereby certifies that it has conferred with counsel concerning projected expenses for this litigation as well as alternative dispute resolution programs that may at some point assist in resolving this litigation.


Dated: 10-17-05        /s/ Abraham Brandwine
                Abraham Brandwine
                Office of Regional Counsel
                Department of Housing and Urban
                  Development
                10 Causeway Street
                Boston, MA 02222-1092
                (617) 994-8267


Dated: 10-17-05        /s/ Mark Grady
                Mark J. Grady
                Assistant U.S. Attorney
                John Joseph Moakley Courthouse
                1 Courthouse Way, Suite 9200
                Boston, MA 02210
                (617) 748-3136