UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD S. PATOSKI,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHONSO JACKSON, SECRETARY,<br>DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT,<br><br>    Defendant. | C.A. No. 05-11086 RCL |

### JOINT MOTION TO EXTEND THE
### DISCOVERY DEADLINE BY THREE MONTHS

The parties hereby jointly move to extend the discovery deadline by three months. As support for this request, the parties state:

1. This is the parties' first request for an extension. Neither party will be prejudiced by the short continuance requested.

2. The parties have been diligent in preparing their cases. For example, the Plaintiff has filed or served a motion to amend, initial discovery requests, two notices of deposition, and a disclosure statement.

3. The file in this case is absolutely voluminous. There are already eighteen boxes of materials and thousands of pages of depositions and hearing transcripts from related litigation to review.

4. As large as the file is, the Plaintiff's attorneys have not always had access to it. A gag order issued by the EEOC initially prevented the Plaintiff from having access to the

file. That is why the Plaintiff had to file a motion in this court to permit a limited lifting of the gag order entered at the EEOC. The motion was granted on February 8, 2006.

5. The parties are engaging in discussions regarding possible stipulations to the admissibility of hundreds of documents.

6. Both parties recognize the necessity of more time to prepare – to determine what they have, and just as important, to determine what they do not yet have. The extra time is critical to allow the attorneys to competently and professionally prepare and present their cases.

WHEREFORE, the parties request a three month extension on all current deadlines, such that Requests for Admissions should be due by October 17, 2006, Discovery should be due by September 16, 2006, Expert Disclosure should be due by December 18, 2006, Rebuttal Disclosure should be due by January 17, 2006, Motions should be due by January 17, 2006, and Responses to Motions should be due by February 17, 2006.

| The Defendant<br>By its Attorneys | The Plaintiff<br>By his attorneys, |
|---|---|
| /s/ Mark J. Grady<br>Mark J. Grady<br>Assistant U.S. Attorney<br>BBO#<br>United States Attorney's Office<br>John Joseph Moakley Courthouse<br>One Courthouse Way<br>Boston, MA 02210<br>(617) 748-3100 | /s/ Robert S. Mantell<br>Kevin G. Powers<br>BBO# 405020<br>Robert S. Mantell<br>BBO# 559715<br>Rodgers, Powers & Schwartz LLP<br>18 Tremont Street, Suite 500<br>Boston, MA 02108<br>(617) 742-7010, ext. 305<br>fax (617) 742-7225 |

## LR 7.1 CERTIFICATION

      On April 12, 2006, attorneys for all parties conferred telephonically for the purpose of resolving the issues contained herein. At that time, all parties agreed to the motion contained above.

                                                     /s/ Robert S. Mantell

Patoski motion extend discovery deadline

3