UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD S. PATOSKI, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. #05-11086-RCL <br> ) |
| ALPHONSO JACKSON, SECRETARY, <br> DEPARTMENT OF HOUSING AND <br> URBAN DEVELOPMENT, | ) <br> ) <br> ) <br> ) |
| Defendant | ) <br> ) |

ASSENTED TO MOTION FOR AN EXTENSION OF SEVEN DAYS TO RESPOND TO THE PLAINTIFF'S MOTION TO AMEND

The Defendant, the Secretary of Housing and Urban Development, by and through his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby requests that the time to file a response to the Plaintiff's Motion to Amend be extended seven days, to April 26, 2006.

The Plaintiff, through counsel, has assented to this request.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
Mark J. Grady, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210
(617) 748-3100