UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD S. PATOSKI,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> ALPHONSO JACKSON, SECRETARY,  ) <br> DEPARTMENT OF HOUSING AND  ) <br> URBAN DEVELOPMENT,  ) <br>  ) <br> Defendant  ) <br>  ) | C.A. #05-11086-RCL |

## DEFENDANT SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT'S ANSWER TO THE FIRST AMENDED COMPLAINT

The Defendant, the Secretary of Housing and Urban Development, by and through his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby responds to the allegations of plaintiff's complaint as follows:

A. Nature of the Action

Paragraph A is a statement of law to which no response is required.

B. Jurisdiction

Paragraph B is a statement of jurisdiction to which no response is required.

C. Parties to the Action

1. The Defendant admits the allegations of paragraph 1.

2. The Defendant admits the allegations of paragraph 2.

D. Factual Allegations

3. The Defendant admits the allegations of paragraph 3.

4. The Defendant admits the allegations of paragraph 4.

5. The Defendant admits the allegations of the first sentence of paragraph 5. The Defendant denies that Plaintiff has always performed his job in a competent and professional manner, and that he has always received outstanding performance evaluations and special awards while a Community Planning and Development ("CPD") Representative.

Count I

6. The Defendant admits the allegations of the first sentence of paragraph 6. The Defendant denies that the Community Builder positions were new positions created to solely carry out a function that was one of Plaintiff's duties at the GS-12 level that he was in at the time.

7. The Defendant admits the allegations of the first sentence of paragraph 7. The Defendant denies Plaintiff's comparative characterization that his application received the highest rating score possible and admits that Plaintiff's name was placed on the "Best Qualified List" for the GS-14 level Community Builder position.

8. The Defendant admits the allegations of the first sentence of paragraph 8. The Defendant denies that Mr. Cintron relied on and/or deferred the selection decisions to the Secretary's representative for the region where the vacancy was located.

9. The Defendant admits the allegations of paragraph 9.

10. The Defendant admits that Ms. Crane did communicate with Mr. Citron regarding applicants for the position. Defendant denies the allegations of paragraph 10.

11. The Defendant admits the allegations of paragraph 11.

12. The Defendant admits the allegations of paragraph 12.

13. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13.

14. The Defendant denies the allegations of paragraph 14.

15. The Defendant denies the allegations of paragraph 15.

16. The Defendant denies the allegations of paragraph 16 except for the allegation that Ms. Teninga and Mr. Reeves declined offers made to them.

17. The Defendant denies the allegations of paragraph 17.

18. The Defendant denies the allegations of paragraph 18.

19. The Defendant denies the allegations of paragraph 19.

20. The Defendant denies the allegations of paragraph 20.

21. The Defendant denies the allegations of paragraph 21.

21. The Defendant denies the allegations of paragraph 21.

22. The Defendant denies the allegations of paragraph 22.

23. The Defendant admits that the Plaintiff has filed suit based upon allegations of discrimination and seeks redress therefore, the Defendant denies the balance of the allegations of paragraph 23.

## Count II

24. The Defendant reaffirms each of his responses to the above allegations as reasserted and realleged by the Plaintiff.

25. The Defendant denies the allegations of paragraph 25.

## Count III

26. The Defendant reaffirms each of his responses to the above allegations as reasserted and realleged by the Plaintiff.

27. The Defendant denies the allegations of paragraph 26.

## Count IV

28. The Defendant reaffirms each of his responses to the above allegations as reasserted and realleged by the Plaintiff.

29. The Defendant denies the allegations of paragraph 29.

## Count V

30. The Defendant reaffirms each of his responses to the above allegations as reasserted and realleged by the Plaintiff.

31. The Defendant admits the allegations of paragraph 31.

32. The Defendant denies the allegation of paragraph 32 for lack of specificity and definition.

33. The Defendant admits the allegations of paragraph 33.

34. The Defendant admits the allegations of paragraph 34.

35. The Defendant denies the allegations of paragraph 35.

36. The Defendant denies the allegations of paragraph 36.

37. The Defendant denies the allegations of paragraph 37.

38. The Defendant denies the allegations of paragraph 38.

39. The Defendant denies the allegations of paragraph 39.

40. The Defendant denies the allegations of paragraph 40.

41. The Defendant denies the allegations of paragraph 41.

42. The Defendant denies the allegations of paragraph 42.

43. The Defendant denies the allegations of paragraph 43.

## Count VI

44. The Defendant reaffirms each of his responses to the above allegations as reasserted and realleged by the Plaintiff.

45. The Defendant denies the allegations of paragraph 44.

## Count VII

46. The Defendant reaffirms each of his responses to the above allegations as reasserted and realleged by the Plaintiff.

47. The Defendant denies the allegations of paragraph 47.

48. The Defendant denies the allegations of paragraph 48.

49. The Defendant denies the allegations of paragraph 49.

50. The Defendant denies the allegations of paragraph 50.

51. The Defendant denies the allegations of paragraph 51.

52. The Defendant admits that the Plaintiff has filed suit based upon allegations of discrimination and seeks redress therefore, the Defendant denies the balance of the allegations of paragraph 52.

## Count VIII

53. The Defendant reaffirms each of his responses to the above allegations as reasserted and realleged by the Plaintiff.

54. The Defendant denies the allegations of paragraph 54.

55.     The Defendant admits that Plaintiff is a federal employee but is without knowledge sufficient to admit or deny the balance of the first sentence, and consequently, denies those allegations. The Defendant denies the remaining allegations of paragraph 55.

56.     The Defendant denies the allegations of paragraph 56.

57.     The Defendant denies the allegations of paragraph 57.

## Count IX

58.     The Defendant reaffirms each of his responses to the above allegations as reasserted and realleged by the Plaintiff.

59.     The Defendant denies the allegations of paragraph 59.

60.     The Defendant admits that Plaintiff is a federal employee but is without knowledge sufficient to admit or deny the balance of the first sentence, and consequently, denies those allegations. The Defendant denies the remaining allegations of paragraph 60.

61.     The Defendant denies the allegations of paragraph 61.

62.     The Defendant denies the allegations of paragraph 62.

The balance of the Complaint is a request for relief to which no response is required. To the extent that response is required, the Defendant denies that Plaintiff is entitled to relief.

## **Affirmative Defenses**

1. The plaintiff's claims should be dismissed to the extent that they were not properly raised in the administrative process.

2. Any and all treatment accorded the plaintiff did not constitute prohibited discrimination.

3. Any actions taken by the defendant, its agents, officers and employees were motivated by legitimate non-discriminatory reasons which were not pretextual.

4. The plaintiff's claim should be dismissed to the extent that they have not been filed within the applicable statutes of limitations.

5. Any wrongdoing alleged by way of constitutional claim is barred by qualified immunity.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
Mark J. Grady, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210
(617) 748-3100

7