UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD S. PATOSKI,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHONSO JACKSON, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendant. | C.A. No. 05-11086 RCL |

**PARTIES' JOINT MOTION FOR AN EXTENSION OF THE DISCOVERY DEADLINE TO DECEMBER 16, 2006**

  The parties hereby jointly move to extend the discovery deadline, and all other currently scheduled deadlines, by three months. As support for this request, the parties state:

1. Proper preparation for, and presentation of this case, requires an extension of the discovery deadline, and other scheduled deadlines in this case, by three months. This is a joint petition; neither party will be prejudiced by the short continuance requested.

2. The parties have been diligent in preparing their cases. For example, in the past two months, two depositions have been taken in Washington, D.C., and over 5300 pages of documents have been produced.

3. However, more time is needed. This is a document-intensive case. In such cases, at least two stages of discovery are required – first to request documents, and second, to authenticate such documents and/or conduct other follow-up discovery.

4.   Plaintiff has not yet received full responses to his initial discovery requests. Defendant is currently preparing a document production of 12 boxes of materials. The Defendant is also presently investigating, through consultants, whether and how data from computer databases that are no longer utilized by HUD could be produced in this matter. Thus, it is impossible for Defendant to complete responses to the initial discovery requests in time for Plaintiff to conduct necessary follow-up discovery within the prescribed period.

5.   The parties are engaging in discussions regarding possible stipulations to the admissibility of thousands of documents.

6.   Both parties recognize the necessity of more time to prepare – to determine what they have, and just as important, to determine what they do not yet have. The extra time is critical to allow the attorneys to competently and professionally prepare and present their cases.

WHEREFORE, the parties request a three month extension on all current deadlines, such that Requests for Admissions should be due by January 17, 2007, Discovery should be due by December 16, 2006, Expert Disclosure should be due by March 18, 2007, Rebuttal Disclosure should be due by April 17, 2007, Motions should be due by April 17, 2007, and Responses to Motions should be due by February 17, 2007.

| The Defendant | The Plaintiff |
| By its Attorneys | By his attorneys, |

| /s/ Mark J. Grady | /s/ Robert S. Mantell |
|---|---|
| Mark J. Grady | Kevin G. Powers |
| Assistant U.S. Attorney | BBO# 405020 |
| BBO# | Robert S. Mantell |
| United States Attorney's Office | BBO# 559715 |
| John Joseph Moakley Courthouse | Rodgers, Powers & Schwartz LLP |
| One Courthouse Way | 18 Tremont Street, Suite 500 |
| Boston, MA 02210 | Boston, MA 02108 |
| (617) 748-3100 | (617) 742-7010, ext. 305 |
| | fax (617) 742-7225 |

### LR 7.1 CERTIFICATION

On July 20, 2006, attorneys for all parties conferred telephonically for the purpose of resolving the issues contained herein. At that time, all parties agreed to the motion contained above.

/s/ Robert S. Mantell

Patoski motion extend discovery deadline