UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD PATOSKI, ) | |
| ) | Civil Action No. 05-11086-RCL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALPHONSO JACKSON, Secretary, ) | |
| Department of Housing and Urban ) | |
| Development, ) | |
| ) | |
| Defendant. ) | |

## PROTECTIVE ORDER

Upon consideration of the parties' motion for a protective order in connection with the production of individually identifiable information to the plaintiff, it is hereby:

**ORDERED** that "individually identifiable information" as used herein means information regarding an individual that is protected from disclosure by the Privacy Act, 5 U.S.C. § 552a *et seq.*; as designated by defendant to this action, the United States; and it is further

**ORDERED** that individually identifiable information may be disclosed to plaintiff and to plaintiff's attorneys, staff; consultants, investigators, and experts, and such information shall be used only for purposes of this litigation including as necessary during discovery and preparation for trial; and it is further

**ORDERED** that individually identifiable information shall be reviewed and used by persons identified in the preceding paragraph solely for the purpose of this litigation and shall not be given, shown, made available, discussed, or otherwise communicated in any form to any other individual or establishment; and it is further

**ORDERED** that records or documents that contain individually identifiable information shall be marked "PRODUCED SUBJECT TO PROTECTIVE ORDER" or "SUBJECT TO PROTECTIVE ORDER" or contain a similar marking, and may be used only for purposes of this litigation. For any government records, such as computer data, whose medium makes such stamping impracticable, the diskette case and/or accompanying cover letter shall be marked "PRODUCED SUBJECT TO PROTECTIVE ORDER" or "SUBJECT TO PROTECTIVE ORDER" or contain a similar marking. Discovery responses, if any, that contain individually identifiable information shall be marked "PRODUCED SUBJECT TO PROTECTIVE ORDER" or "SUBJECT TO PROTECTIVE ORDER" or contain a similar marking, and may be used only for purposes of this litigation; and it is further

**ORDERED** that, if counsel for plaintiff wishes to disclose individually identifiable information to persons other than those referred above, he or she shall notify counsel of record for defendant in advance, identifying the (1) protected information to be disclosed, (2) identity of the person to whom the information would be disclosed, and (3) purpose of such disclosure. Counsel so notified shall advise counsel of record for plaintiff of any objection to disclosure within five business days of receiving notice of the request to disclose the information. If the parties are unable to resolve any objection informally, the plaintiff may submit such dispute to the Court for resolution. Until the Court resolves the dispute, the designated information shall be treated as protected information and shall not be released to the individual in question; and it is further

**ORDERED** that individually identifiable information shall not be entered into the public record, either in pleadings or in open Court, unless the individually identifiable information is

redacted, submitted under seal, or blind coded to protect that information from unnecessary public disclosure, unless the Court otherwise allows for good cause shown; and it is further

**ORDERED** that counsel for the parties shall endeavor to avoid the use of individually identifiable information in any oral proceedings before this Court, including oral argument. If any counsel finds it necessary to refer to individually identifiable information in any such oral proceeding, counsel shall notify the Court and other counsel of record as soon as such necessity becomes apparent and shall propose whatever mechanism(s) may be available and appropriate to prevent disclosure of protected information to persons other than those authorized by this Order.

**ORDERED** that at the conclusion of this litigation, including all appeals, all individually identifiable information shall be returned to the United States Attorney's Office, or destroyed at the direction of the United States Attorney's Office, except that the United States Attorneys Office agrees that it shall retain a copy of the materials subject to this order for seven years upon closure of this matter and will produce copies to the Plaintiff and/or Plaintiff's present Counsel should such materials be requested by any insurer during that period; and it is further

**ORDERED** that as to all persons who are provided access to individually identifiable information in connection with the preparation and defense of this matter, counsel of record shall advise each of these persons of the privacy and confidentiality of such information and their obligation not to disclose the information, and require such person to sign a copy of this Order to affirm their understanding of their obligation not to disclose the information before such information is disclosed; and it is further

**ORDERED** that this Protective Order does not limit the right of either party to assert any privileges, objections, or protections otherwise afforded to it by law or equity.

**ORDERED** that counsel of record shall maintain copies of this Order which have been signed by all persons who have been provided access to individually identifiable information until the conclusion of this litigation, including all appeals.

_____
REGINALD C. LINDSAY
United States District Judge

Dated: July 27, 2006