# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD PATOSKI,  )<br>  ) <br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ALPHONSO JACKSON, Secretary,  )<br>Department of Housing and Urban  )<br>Development,  )<br>  )<br>       Defendant.  )<br>  ) | Civil Action No. 05-11086-RCL |

## ASSENTED TO MOTION FOR A ONE WEEK EXTENSION TO RESPOND TO THE PLAINTIFF'S MOTION TO COMPEL

Now comes the defendant, Alphonso Jackson, to request that this Court allow a one week extension to respond to the Plaintiff's Motion to Compel Discovery Responses. In support of the motion, the defendant states that such time is reasonably necessary to compile affidavits to support claims of privilege with respect to documents withheld from discovery. It is also reasonably expected that some materials that are the subject of the Motion to Compel may be produced within that period, obviating the need for this Court to Order production as to some materials sought by way of the Motion.

The Plaintiff, through counsel, has assented to the request for a one week extension.

WHEREFORE, the Defendant requests that this Court allow the defendant a one week extension to respond to the Motion to Compel.

                          Respectfully submitted,
                          MICHAEL J. SULLIVAN,
                          United States Attorney

By:    /s/ Mark J. Grady
           Mark J. Grady, Assistant U.S. Attorney
           1 Courthouse Way, Suite 9200
           Boston, MA  02210
           617-748-3136

<u>Certificate of Compliance</u>

I hereby certify that I have conferred with the Plaintiff's attorney who has assented to the relief sought by way of this motion.

           /s/ Mark J. Grady
           Mark J. Grady
           Assistant U.S. Attorney

<u>Certificate of Service</u>

The docket reflects that this Motion will be served electronically.

           /s/ Mark J. Grady
           Mark J. Grady
           Assistant U.S. Attorney