UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD S. PATOSKI, )
                    )
        Plaintiff,  )
                    )        C.A. No. 05-11086 RCL
v.                  )
                    )
ALPHONSO JACKSON, SECRETARY, )
DEPARTMENT OF HOUSING AND    )
URBAN DEVELOPMENT,           )
                    )
        Defendant.  )

**PARTIES' JOINT MOTION FOR AN EXTENSION OF THE DISCOVERY
DEADLINE TO FEBRUARY 16, 2006**

The parties hereby jointly move to extend the discovery deadline, and all other currently scheduled deadlines, by two months. As support for this request, the parties state:

1. Proper preparation for, and presentation of this case, requires an extension of the discovery deadline, and other scheduled deadlines in this case, by two months. This is a joint petition; neither party will be prejudiced by the short continuance requested.

2. The parties have been diligent in preparing their cases. For example, in the past two months, Plaintiff has served a set of interrogatories, a set of document requests and requests for admissions, and has taken two Rule 30(b)(6) depositions. Plaintiff has filed a motion to compel, and Respondent has produced additional, voluminous information and records.

3. However, more time is needed. This is a document-intensive case. Defendant has requested extensions in responding to pending discovery requests, and there have been

gaps in the knowledge of its Rule 30(b)(6) designees. It is impossible for Defendant to complete responses to timely filed discovery requests, and then permit Plaintiff to do the necessary follow up discovery within the prescribed period of time.

5. The parties are engaging in discussions regarding possible stipulations to the admissibility of thousands of documents.

6. Both parties recognize the necessity of more time to prepare – to determine what they have, and just as important, to determine what they do not yet have. The extra time is critical to allow the attorneys to competently and professionally prepare and present their cases.

WHEREFORE, the parties request a two month extension on all current deadlines, such that Requests for Admissions should be due by March 17, 2007, Discovery should be due by February 16, 2006, Expert Disclosure should be due by May 18, 2007, Rebuttal Disclosure should be due by June 17, 2007, Dispositive Motions should be due by June 17, 2007, and Responses to Motions should be due by July 17, 2007.

The Defendant
By its Attorneys

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney
BBO#
United States Attorney's Office
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA  02210
(617) 748-3100

The Plaintiff
By his attorneys,

/s/ Robert S. Mantell
Kevin G. Powers
BBO# 405020
Robert S. Mantell
BBO# 559715
Rodgers, Powers & Schwartz LLP
18 Tremont Street, Suite 500
Boston, MA  02108
(617) 742-7010, ext. 305
fax (617) 742-7225

2

3

## LR 7.1 CERTIFICATION

On November 20, 2006, attorneys for all parties conferred telephonically for the purpose of resolving the issues contained herein. At that time, all parties agreed to the motion contained above.

/s/ Robert S. Mantell

Patoski motion extend discovery deadline