UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ | |
| RICHARD S. PATOSKI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   C.A. No. 05-11086-RCL |
| ALPHONSO JACKSON, SECRETARY | ) |
| DEPARTMENT OF HOUSING AND | ) |
| URBAN DEVELOPMENT, | ) |
| | ) |
|     Defendant. | ) |
| _____) | |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER IN RESPONSE TO PLAINTIFF'S SECOND RULE 30(B)(6) DEPOSITION NOTICE TO THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

Pursuant to Fed. R. Civ. P. 26(c), the defendant hereby moves for a protective Order with respect to the Plaintiff's Second Notice of Rule 30(b)(6) Deposition of the Defendant. In support of the Motion, the Defendant submits the attached memorandum and exhibits.

For the forgoing reasons, the Defendant respectfully requests that the Plaintiff's Second Rule 30(b)(6) Deposition Notice be quashed.

                                        Respectfully Submitted,
                                        Alphonso Jackson,
                                        By his Attorneys.

                                        MICHAEL J. SULLIVAN
                                        UNITED STATES ATTORNEY

By:                    _/s/ Mark J. Grady_____
                                        Mark J. Grady
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        1 Courthouse Way– Suite 9200
                                        Boston, MA 02210
                                        Telephone (617) 748-3136

## Certificate of Compliance

I hereby certify that counsel for the parties have discussed the issues raised by way of this motion and have narrowed the issues as to which there is no dispute. Such discussions are more fully detailed in the defendant's memorandum.

                                        _/s/ Mark J. Grady_____
                                        Mark J. Grady

## Certificate of Service

This motion, memorandum and supporting materials will be served electronically.

                                        _/s/ Mark J. Grady_____
                                        Mark J. Grady