UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD S. PATOSKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, SECRETARY, )<br>DEPARTMENT OF HOUSING AND )<br>URBAN DEVELOPMENT, )<br>)<br>Defendant. )<br>) | C.A. No. 05-11086-RCL |

**PLAINTIFF'S ASSENTED TO MOTION FOR AN EXTENSION FOR FILING HIS OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Plaintiff Richard S. Patoski hereby requests an extension of the deadline for filing his Opposition to Defendant HUD's Motion for Protective Order. Plaintiff asks that he be permitted to file the opposition on or before January 10, 2007; the current deadline is on or about December 29, 2006. The reason for this very modest extension is that Plaintiff's attorney Robert S. Mantell will be taking a pre-arranged trip to Mexico for the holiday season, from December 21, 2006 through December 28, 2006. Given this trip, and the subsequent New Years holiday, Plaintiff will be prejudiced in preparation of his opposition to Defendant's motion. On December 19, 2006, Defendant HUD assented to the instant motion.

WHEREFORE, Plaintiff requests leave to file his opposition to HUD's Motion for Protective Order on or before January 10, 2007.

        The Plaintiff
        By his attorneys,


        /s/ Robert S. Mantell
        Kevin G. Powers
        BBO# 405020
        Robert S. Mantell
        BBO# 559715
        Rodgers, Powers & Schwartz LLP
        18 Tremont Street, Suite 500
        Boston, MA  02108
        (617) 742-7010, ext. 305
        fax (617) 742-7225


## RULE 7.1 CERTIFICATION

I, Robert S. Mantell, attorney for Plaintiff certify that the parties conferred for the purpose of resolving or narrowing the issues contained in this motion, and that on December 19, 2006, Mark Grady, Esq., attorney for Defendant HUD, informed me by e-mail that HUD would assent to the instant motion.


        /s/ Robert S. Mantell

Patoski motion extension protective order