UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11086-RCL

RICHARD S. PATOSKI,

Plaintiff

v.

ALPHONSO JACKSON, SECRETARY, DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT

Defendant.

**REPORT AND RECOMMENDATION ON**

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO ASSERT
THE DELIBERATIVE PROCESS PRIVILEGE AND PRESIDENTIAL
COMMUNICATIONS PRIVILEGE WITH RESPECT TO THE
DEPARTMENT OF JUSTICE MEMORANDA PREPARED FOR THE
EXECUTIVE OFFICE OF THE PRESIDENT**
*(Docket # 20)*

ALEXANDER, M.J.

Defendant filed the instant motion on November 7, 2006. To date, Plaintiff has not filed any opposition. In that there is no doubt that the privileges at issue exist, this Court sees no reason for Defendant to delay in asserting them as it deems necessary. Accordingly, this Court RECOMMENDS that the District Judge enter an order directing the Defendant to assert the deliberative process and/or presidential

communications privilege, as it deems necessary, within 30 days of this order. Should Plaintiff wish, he may submit a timely objection thereafter.

In light of the above, this Court RECOMMENDS that the District Court ALLOW Defendant's Motion IN PART as consistent with this order.

SO ORDERED.

1/22/07
Date

United States Magistrate Judge

## NOTICE TO THE PARTIES

The parties are hereby advised that under the provisions of Rule 3(b) of the Rules for United States Magistrate Judges in the United States District Court the District Court of Massachusetts, any party who objects to this proposed Report and Recommendation must file a written objection thereto with the Clerk of this Court within ten (10) days of the party's receipt of the Report and Recommendation. The written objections must specifically identify the proportions of the proposed findings, recommendations or report to which objection is made and the basis for such objection. The parties are further advised that the United States Court of Appeals for this Circuit has indicated that failure to comply with this rule shall preclude further appellate review. See Keating v. Sec'y of Health & Human Servs., 848 F.2d 271, 273 (1st Cir. 1988); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); United States v. Vega, 687 F.2d 376, 378-79 (1st Cir. 1982); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603, 604 (1st Cir. 1980); see also Thomas v. Arn, 474 U.S. 140, 155 (1985), reh'g denied, 474 U.S. 1111 (1986).