## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD PATOSKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, Secretary, )<br>Department of Housing and Urban )<br>Development, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-11086-RCL |

### ASSENTED TO MOTION FOR A THREE DAY EXTENSION TO RESPOND TO THE PLAINTIFF'S SECOND MOTION TO COMPEL

Now comes the defendant, Alphonso Jackson, to request that this Court allow a three day extension to February 12, 2007, to respond to the Plaintiff's Second Motion to Compel Discovery Responses. In support of the motion, the Defendant states that family medical issues have caused undersigned counsel to miss several days from work recently.

The Plaintiff, through counsel, has assented to the request.

WHEREFORE, the Defendant requests that this Court allow the defendant a three day extension to February 12, 2007, to respond to the Second Motion to Compel.

>Respectfully submitted,
>MICHAEL J. SULLIVAN,
>United States Attorney

By:   /s/ Mark J. Grady
>Mark J. Grady, Assistant U.S. Attorney
>1 Courthouse Way, Suite 9200
>Boston, MA  02210
>617-748-3136

## Certificate of Compliance

I hereby certify that I have conferred with the Plaintiff's attorney who has assented to the relief sought by way of this motion.

>/s/ Mark J. Grady
>Mark J. Grady
>Assistant U.S. Attorney

## Certificate of Service

The docket reflects that this Motion will be served electronically.

>/s/ Mark J. Grady
>Mark J. Grady
>Assistant U.S. Attorney