UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD PATOSKI,<br><br>          Plaintiff,<br><br>v.<br><br>ALPHONSO JACKSON, Secretary,<br>Department of Housing and Urban<br>Development,<br><br>          Defendant. | )<br>)<br>)   Civil Action No. 05-11086-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION FOR A THIRTY DAY MODIFICATION TO COURT'S SUMMARY JUDGMENT BRIEFING SCHEDULE AND DEADLINE FOR DEFENDANT'S EXPERT REPORT

Now comes the defendant, Alphonso Jackson, to request that this Court allow a thirty day modification to the Court's summary judgment briefing schedule under which the parties summary judgment motions would be due May 17, 2007, rather than April 17, 2007, and responses would be due June 18, 2007, rather than May 17, 2007. The Defendant further requests that the deadline to provide its expert report, similarly due April 17, 2007, be extended to May 17, 2007 as well.

In support of the Motion, the Defendant states that such time is reasonably necessary to complete its summary judgment motion and, further, that the extension of the summary judgment schedule is appropriately granted to both parties in the interest of fairness.

Specifically, undersigned counsel has been assigned to the defense of government defendants in connection with a habeas action, Aguilar v. ICE, et al., 07-10417-RGS, filed by over 300 aliens detained in connection with a March 6, 2007, work site enforcement action

undertaken by United States Customs and Immigration Enforcement ("ICE") at the Michael Bianco, Inc., factory in New Bedford, Massachusetts. Since the filing of that action on March 8, 2006, there have numerous emergency hearings including emergency hearings on *three* requests for temporary restraining orders, on March 8, 2007, March 16, 2007, March 21, 2007, and April 6, 2007. In addition to briefing required by the requests for emergency restraining orders, the Court in that matter has further ordered expedited briefing as to jurisdiction and preliminary discovery, as well as an expedited deposition.

In addition, in an unrelated matter, on April 6, 2007, the First Circuit Court of Appeals ordered expedited oral argument, on May 11, 2007, in a matter involving a challenge to nationwide Bureau of Prisons regulations which categorically restrict inmates' assignments to halfway houses, and, on April 9, 2007, has allowed the filing of an amicus brief by the National Association of Criminal Defense Lawyers by April 13, 2007, to which the government, represented by undersigned counsel, must respond by April 24, 2007. See Muniz and Gonzalez v. Sabol, Case Nos. 06-2692 and 2693. The First Circuit has indicated that it will not permit extensions in that matter but for "grave" cause.

In light of the emergency nature of the proceedings in Aguilar v. ICE, as well as the First Circuit's orders in the Muniz and Gonzalez matters, undersigned counsel is unable to complete the Defendant's motion for summary judgment in this matter by the present date of April 17, 2007. Neither the First Circuit's decision, nor the extensive expedited briefing, hearings and discovery in the matter of Aguilar v. ICE, could have been reasonably foreseen by undersigned counsel.

For the foregoing reasons, undersigned counsel respectfully requests a thirty day modification to the summary judgment briefing schedule in this matter under which the parties' summary judgment motions would be due May 17, 2007, rather than April 17, 2007, and responses would be due June 18, 2007, rather than May 17, 2007 and that the deadline for the Defendant to provide its expert report, presently April 17, 2007, be extended to May 17, 2007, as well.

                Respectfully submitted,
                MICHAEL J. SULLIVAN,
                United States Attorney

By:    /s/ Mark J. Grady
        Mark J. Grady, Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        617-748-3136

### Certificate of Compliance

I hereby certify that I have conferred with the Plaintiff's attorney who has assented to the relief sought by way of this motion.

        /s/ Mark J. Grady
        Mark J. Grady
        Assistant U.S. Attorney

### Certificate of Service

The docket reflects that this Motion will be served electronically.

        /s/ Mark J. Grady
        Mark J. Grady
        Assistant U.S. Attorney