UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD PATOSKI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALPHONSO JACKSON, Secretary,<br>Department of Housing and Urban<br>Development,<br><br>　　　　　　Defendant. | )<br>)<br>)　Civil Action No. 05-11086-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, the defendant, Alphonso Jackson, by and through his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for summary judgment. In support of the Motion, the Defendant submits the attached memorandum of law, statement of fact and Exhibits.

WHEREFORE, the Defendant requests that this Court grant the Defendant summary judgment as to all claims.

                Respectfully submitted,
                MICHAEL J. SULLIVAN,
                United States Attorney

By:   /s/ Mark J. Grady
       Mark J. Grady, Assistant U.S. Attorney
       1 Courthouse Way, Suite 9200
       Boston, MA  02210
       617-748-3136

### Certificate of Compliance

I hereby certify that I have conferred with the Plaintiff's attorney as to the Motion. No agreement can be reached with respect to summary judgment.

       /s/ Mark J. Grady
       Mark J. Grady
       Assistant U.S. Attorney

### Certificate of Service

The docket reflects that this Motion will be served electronically. Exhibits will be filed under seal and served by first class mail upon counsel for the Petitioner.
       /s/ Mark J. Grady
       Mark J. Grady
       Assistant U.S. Attorney