UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD S. PATOSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALPHONSO JACKSON, SECRETARY, ) <br> DEPARTMENT OF HOUSING AND ) <br> URBAN DEVELOPMENT, ) <br> ) <br> Defendant. ) | C.A. No. 05-11086 RCL |

**PLAINTIFF RICHARD S. PATOSKI'S ASSENTED TO MOTION FOR LEAVE TO FILE A TWENTY-FIVE PAGE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

   Plaintiff Richard S. Patoski hereby submits his assented to motion for leave to file a twenty-five page opposition to Defendant's motion for summary judgment. As grounds, Plaintiff states that the issues involved are intensely fact-based, and an extra five pages is necessary to adequately argue against dismissal of this nine-count complaint.

   Summary judgment presents an onerous, one-sided burden on plaintiffs, in terms of the usual twenty page limit. A Defendant may simply state that a Plaintiff lacks sufficient evidence to warrant a trial, which can be done using a minimum of space. In response, a Plaintiff is required to amass the evidence for the Court to peruse, and it often cannot be done without using substantial space. The burden falls much more heavily on Plaintiff. This principle applies to the instant case. Defendant has filed a twenty page memorandum, and Plaintiff requires twenty five pages to fully and adequately respond.

   WHEREFORE, Plaintiff Richard S. Patoski requests that this Court grant this assented to motion for leave to file a twenty-five page opposition to HUD's motion for summary judgment.

The Plaintiff
By his attorneys,


_____/s/ Robert S. Mantell_____
Kevin G. Powers
BBO# 405020
Robert S. Mantell
BBO# 559715
Rodgers, Powers & Schwartz LLP
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 742-7010, ext. 305
fax (617) 742-7225

LR 7.1 CERTIFICATION

I, Robert S. Mantell, attorney for Plaintiff certify that I initiated a conference with attorney for Defendant Mark Grady, Esq., on June 12, 2007, for the purpose of narrowing or resolving the issues involved in the instant motion. Mr. Grady assented to the motion.

_____/s/ Robert S. Mantell_____

Patoski motion extension page limit