UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD S. PATOSKI,                          )
      Plaintiff,                              )
v.                                           )        C.A. No. 05-11086-RCL
ALPHONSO JACKSON, SECRETARY                  )
DEPARTMENT OF HOUSING AND                    )
URBAN DEVELOPMENT                            )
      Defendant.                              )

## DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACT

1.     Admitted.

2.     Admitted.

3.     Admitted.

4.     Exhibit 1 of the Plaintiff's Statement of Facts is one of the Performance Elements for Housing and Urban Development ("HUD") Community Planning and Development ("CPD") Representatives. Plaintiff has accurately quoted from document.

5.     Admitted, noting that while generally complimentary of Patoski's professional interpersonal skills, Robert Paquin ("Paquin") did recall at least one complaint from public officials, EEOC Tr., p. 93-94, 98, Defendant's Statement of Fact, Docket # 46 ("Def. SOF"), Exhibit 8, and that Paquin had needed to speak to Patoski concerning his interactions with co-workers because he had been "sharp" with people in the office. Def. SOF Exhibit 8, EEOC Tr., p. 118-119.

6.     Admitted.

7.     Admitted.

8.     Admitted.

9.     Admitted.

10.     Admitted. Noting that Tonini, also testified in the administrative proceedings that he had received complaints about Mr. Patoski prior to 1998 and that there were problems with interpersonal skills in the office. Def. SOF Exhibit 8, EEOCTr., p. 140-141.

EEOC MANAGEMENT DIRECTIVE 714

11.     Admitted.

12.     Admitted.

13.     Admitted.

14.     Admitted.

15.     Admitted.

16.     Admitted.

17.     Admitted.

18.     Admitted as to so much as states that numerical objectives must be reasonable.  The numerical objectives were a management tool and were not mandatory.  Deposition of Keith Gaiter, Def. SOF Exhibit 6, p. 48-49, 51.   EEOC MD 714 further provided that "numerical objectives do not require or mandate the selection of unqualified personnel or preferential treatment based upon race, national origin or sex.  The purpose of numerical measure is to attain, rather than maintain a balanced workforce."  Pl. SOF, Exhibit 7, ¶ 13(d)(6).  EEOC MD 714 directs agencies to review the decision in Johnson v. Transportation Agency, 480 U.S. 616 (1987).  It did not, however, require that agencies develop a an affirmative action plan that would allow federal agencies to take race and/or gender based criteria into account when making hiring decisions as was at issue in that decision.  Id.

19.     Admitted, noting the evaluation criteria of "meeting equal employment opportunity objectives included, inter alia, "treating all employees fairly. . . encouraging cooperation and communication in the workplace. . . eradicating a hostile working environment, eliminating conduct that is rude, inappropriate, unprofessional or offensive . . . attending special emphasis events, working to resolve potential EEO complaints and accommodating employee's religious observances and disabilities."  Pl. SOF, Exhibit 37.

20.     Admitted.

<u>HUD'S AEP REPORTS</u>

21.     Admitted as to the first sentence.  Admitted as to the second sentence in as much as testimony of Thelma Cockrell was that it was HUD's "ideal" to have a workforce that reflected the diversity present in the civilian labor force.  Cockrell Deposition, Pl. SOF, Exhibit 9, p. 25, 35-36.

22.     Admitted in as much as it is HUD's "ideal" to have a workforce that reflects the diversity present in the civilian labor force.  Cockrell Deposition, Pl. SOF, Exhibit 9, p. 25, 35-36. Admitted that the expected result of HUD's efforts to increase diversity was increased diversity.

23.    The statement of fact accurately reflects the testimony of Gaiter that it was his understanding that AEP reports were sent to mangers and supervisors annually.   Pl. SOF Exhibit 8, Gaiter Depo. p. 36, 56-57, 67-68.  HUD's 2000 AEP Report does not expressly reflect that managers were provided copies of the AEP Reports.  It provides that HUD should "continue to inform all managers, supervisors, and employees, of their EEO/AE and Cultural Diversity responsibilities."  HUD FY2000 AEP Update Report at 4259, Pl. SOF, Exhibit 18.

24.    Admitted.

25.    Where statistical comparison demonstrated under representation (a manifest imbalance or conspicuous absence) for an EEO group other than White males, HUD would generate a "numerical objective" that reflected the number of individuals that would need to be hired to bring HUD's workforce into balance with the diversity present in the civilian labor pool.  Cockrell Deposition, p. 89-91, Pl. SOF, Exhibit 10.  HUD's Answers to Interrogatories, No. 1, Pl. SOF Exhibit 27.

26.    Admitted.

27.    HUD created "numerical objectives" in response to statistical disparities evidencing a "manifest imbalance" or "conspicuous absence."  Cockrell Depo. p. 89-91, Pl. SOF Exhibit 10; HUD FY1998 AEP Update Report, 3992, Pl. SOF Exhibit 16.  The remaining claim of this paragraph which does not cite to appropriate factual support, does not comply with Local Rule 56.1 and should be disregarded.  Notwithstanding the foregoing, the AEP Report's statistical analysis would include a "numerical objective" where analysis reflected manifest imbalance or conspicuous absence based solely upon the statistical analysis that reflected the number of individuals that would need to be hired to bring HUD's workforce into balance with the diversity present in the civilian labor pool. HUD's Ans. to Ints., No 1, Pl. SOF Exhibit 27.

28.    The numerical objectives of AEP were not mandatory.  Gaiter Depo., p. 48-49, Pl. SOF Exhibit 8; HUD's Ans. to Ints., No 1, Pl. SOF Exhibit 27.  Nor was there any time line for meeting numerical objectives.  Gaiter Depo. p. 49, 67-68, Pl. SOF Exhibit 8.  There would be no timeline for accomplishing any numerical objective in the 1998 AEP Report. Id.  With respect to the hiring officials for the 1997 CB position and 2000 PHRS position, evidence demonstrates that those officials were not aware of any mandatory "numerical objectives."  Mary Lou Crane ("Crane") had no knowledge of any numerical objectives of HUD.  Crane Depo., p. 75-76, 81-82 (Pl. SOF Exhibit 28; Def. SOF Exhibit 14). Cheryl Teninga has never been instructed to give any preference to any race or gender in making a hiring decision.  Depo of Teninga, p. 41-42; 47-48 (Pl. SOF Exhibit 34; Def. SOF Exhibit .  Teninga was not aware of any "numerical objective" with respect to the PRHS position and did not consult the AEP in making any hiring decision.  Depo. of Teninga, p. 47; 52-53.  Jose Cintron made his hiring decision based upon the respective

qualifications of the applicants, informed by recommendations obtained by Cintron (including recommendations concerning Plaintiff from Crane).  Cintron Affidavit, p. 4-5, Pl. SOF Exhibit 32; Cintron Depo., p. 13-17, 28, Pl. SOF Exhibit 29.  Race and or gender of the applicants did not play a role.  Cintron Affidavit, p. 4-5, Pl. SOF Exhibit 32. Contrary to the Plaintiff's allegation, there is clear and undisputed evidence, that the goals were not mandatory as HUD's stated position was to "provide equality of employment opportunity for all person, and to prohibit discrimination because of race, color, religion, sex, national origin age or disability in all facets of employment."  FY 1997 AEP Update Report, 3864, PL. SOF Exhibit 15; FY 1998 AEP Update Report, 3967, attached hereto as Exhibit 1; FY 1999 AEP Update Report, 4076, Pl. SOF Exhibit 17; FY 2000 AEP Update Report, 4184, Pl. Exhibit 18.  Further, the evidence in this matter demonstrates that HUD did not mandate that managers comply with these numerical objectives as none of the hiring officials in the CB or PHRS processes were aware of such objectives.  See supra.

29.    Pursuant to instructions from EEOC, HUD did not undertake any statistical analysis in its AEP reports of any manifest imbalance or conspicuous absence of White males.  Cockrell Depo. p. 27, 30-31, Pl. SOF Exhibit 9; Cockrell Depo., p. 40-41, Def. SOF Exhibit 3. The Defendant disputes that the testimony can be fairly read to establish the more general statement that HUD refused to take any action to remedy under-representation of White males or that MD-714 "permits HUD to correct under-representation."  MD-714 instructs HUD to conduct statistical analysis and allows HUD to establish numerical objectives which that reflected the number of individuals that would need to be hired to bring HUD's workforce into balance with the diversity present in the civilian labor pool. HUD's Ans. to Ints., No 1, Pl. SOF Exhibit 27; MD 714, ¶ 13(d).  It dictates statistical analysis, it does not direct or permit HUD to use (nor did HUD use) race and/or gender based criteria in making hiring decisions to "correct" statistical imbalance.  Id.

30.    HUD created "numerical objectives" in response to statistical disparities evidencing a "manifest imbalance" or "conspicuous absence."  Cockrell Depo. p. 89-91, Pl. SOF Exhibit 10.   Where statistical comparison demonstrated under representation (a manifest imbalance or conspicuous absence) for an EEO group other than White males, HUD would generate a "numerical objective" that reflected the number of individuals that would need to be hired to bring HUD's workforce into balance with the diversity present in the civilian labor pool.  Cockrell Deposition, p. 89-91, Pl. SOF, Exhibit 10.  HUD's Answers to Interrogatories, No. 1, Pl. SOF Exhibit 27.

## FY 1993 AEP UPDATE REPORT

31.    Admitted that the data stated accurately reflects the data in the Report.[1]

32.    Where statistical comparison demonstrated a manifest imbalance or conspicuous absence for an EEO group other than White males, HUD would generate a "numerical objective" that reflected the number of individuals that would need to be hired to bring HUD's workforce into balance with the diversity present in the civilian labor pool.  Cockrell Deposition, p. 89-91, Pl. SOF Exhibit 10; HUD's Ans. to Ints., No. 1, Pl. SOF Exhibit 27. HUD established numerical objectives for American Indian males and Hispanic males and females in the Administrative category in the FY 1993 AEP Update Report.  FY 1993 AEP Update Report, 7351, 7361 Pl. SOF Exhibit 11.   The data in the  1993 AEP Update Report reflects that American Indian and Hispanic males and females were employed at HUD in the Administrative category generally in a greater percentage than in the civilian labor pool.  Id.  The numerical objectives in question were established because of an identified manifest imbalance for those groups as to specified positions in the Administrative category.  FY 1993 AEP Report, p. 7345-7347, attached hereto as Exhibit 2.

33.    Admitted that HUD did not conduct analysis with respect to, or establish "numerical objective" with respect to, White males in its AEP Reports as instructed by the EEOC. See also, Def. Resp to Pl. SOF, ¶ 29.

34.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted that the data stated accurately reflects the data in the Report.

35.    Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted that the data stated accurately reflects the data in the Report.

## 1994 AEP ACCOMPLISHMENT REPORT

36.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted that the data stated accurately reflects the data in the report except that White males comprised 19.3 % of individuals in Special Programs and 28.9% of individuals in trainings.  FY 1994 AEP Accomplishment Report, 7421, Pl. SOF Exhibit 12.

---

[1]For this and subsequent use of the term by Plaintiff, the data does not support a contention that White males were "under represented" in as much as the allegation implies by the term "under represented" that the statistics alone support a finding of discrimination against White males based upon such "under representation."

37.    Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted that the data stated accurately reflects the data in the report except the report reflects that White males comprised 19.5% of promotions.  FY 1994 AEP Accomplishment Report, 7565, Pl. SOF Exhibit 12.

## FY 1995 AEP UPDATE REPORT

37.    (sic) Admitted that the data stated accurately reflects the data in the Report.

38.    Where statistical comparison demonstrated under representation (a manifest imbalance or conspicuous absence) for an EEO group other than White males, HUD would generate a "numerical objective" that reflected the number of individuals that would need to be hired to bring HUD's workforce into balance with the diversity present in the civilian labor pool.  Cockrell Deposition, p. 89-91, Pl. SOF Exhibit 10; HUD's Ans. to Ints., No. 1, Pl.  SOF Exhibit 27.  HUD established numerical objectives for American Indian males and Hispanic males and females in the Administrative category in the FY 1995 AEP Update Report.  FY 1995 AEP Update Report, 7627, 7637, Pl. SOF Exhibit 13.  The data in the  1995 AEP Update Report reflects that American Indian and Hispanic males and females were employed at HUD in a greater percentage  in the Administrative category generally than in the civilian labor pool overall.  Id.  The numerical objectives in question were established because of an identified manifest imbalance for those groups as to specified positions in the Administrative category.  FY 1995 AEP Report, p. 7618-7621, attached hereto as Exhibit 3.

39.    HUD did not conduct under-representation analysis or establish "numerical goals" for hiring of White males in the 1995 AEP Update Report.  FY 1995 AEP Update Report, 7627, 7637, Pl. SOF Exhibit 13. See also, Def. Resp to Pl. SOF, ¶ 29.

40.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted that the data stated accurately reflects the data in the Report except that  the data is inaccurate with respect to Asian females as to trainings.  FY 1995 AEP Update Report, 7671, 7674, Pl. SOF Exhibit 13.

41.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted.

42.    Noting that the Plaintiff is not pursuing a claim for failure to receive a promotion, admitted.

## FY 1996 AEP REPORT

43.    Admitted that the data stated accurately reflects the data in the Report.

44.    Where statistical comparison demonstrated under representation (a manifest imbalance or conspicuous absence) for an EEO group other than White males, HUD would generate a "numerical objective" that reflected the number of individuals that would need to be hired to bring HUD's workforce into balance with the diversity present in the civilian labor pool.  Cockrell Deposition, p. 89-91, Pl. SOF Exhibit 10; HUD's Ans. to Ints., No. 1 Pl.  SOF Exhibit 27.  HUD established numerical objectives for Black females, American Indian and Hispanic males and females in the Administrative category in the FY 1996 AEP Update Report.  FY 1996 AEP Update Report, 7715, 7726 Pl. SOF Exhibit 14.  The data in the  1996 AEP Update Report reflects that Black females, American Indian and Hispanic males and females were employed at HUD in a greater percentage in Administrative category generally than in the civilian labor pool overall.  Id. The numerical objectives in question were established because of an identified manifest imbalance for those groups as to specified positions in the Administrative category.  FY 1996 AEP Report, p. 7707-7709, attached as Exhibit 4.

45.    Admitted.

46.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted that the data stated accurately reflects the data in the Report except that Plaintiff's characterization of the data is inaccurate with respect to Asian males as to trainings.  FY 1996 AEP Update Report, 7760, 7763, Pl. SOF Exhibit 14.

47.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted.

48.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted.

## FY 1997 UPDATE REPORT

49.    Admitted that the data stated accurately reflects the data in the Report.

50.    Admitted that the data stated accurately reflects the data in the Report.

51.    Admitted.

52.    It is admitted that women and minorities comprised 73.1% of the applicant pool, 71.1% of the candidate applicant pool and 74.6% of the selectees.  FY 1997 AEP Report, 3924 Pl. SOF Exhibit 15.  The allegations as to White males are incorrect.  The Report reflects

that White males represented 22.6% of the applicant pool[2] and represented 25% of the total selections.  FY 1997 AEP Update Report, p. 3922, attached hereto as Exhibit 5. The selection rate for White males (26%) was higher than the selection rate for every EEO category except Black males (29%).  Id.   The Selection rate for White males was, notably to the 1997 CB hiring process, *equal* to the selection rate for White females and Indian females, and higher than the selection rate for Black females, Hispanic females and Asian females.  Id.

53.    Admitted.

54.    Where statistical comparison demonstrated under representation (a manifest imbalance or conspicuous absence) for an EEO group other than White males, HUD would generate a "numerical objective" that reflected the number of individuals that would need to be hired to bring HUD's workforce into balance with the diversity present in the civilian labor pool.  Cockrell Deposition, p. 89-91, Pl. SOF Exhibit 10; HUD's Ans. to Ints., No. 1, Pl.  SOF Exhibit 27.  In this Report, HUD established numerical objectives for Black females, American Indian and Hispanic males and females in the Administrative category in the FY 1997 AEP Update Report.  FY 1997 AEP Update Report, 3886, 3896, Pl. SOF Exhibit 15.  The data in the  1997 AEP Update Report reflects that Black females, American Indian and Hispanic males and females were employed at HUD in a greater percentage  in the Administrative category generally than in the civilian labor pool.  Id. HUD recognizes that there was no manifest imbalance as to the Administrative category generally.  FY 1997 AEP Report p. 3877-78, Pl. SOF Exhibit 15.  The numerical objectives in question were established because of an identified manifest imbalance for those groups as to specified positions in the Administrative category.  FY 1997 AEP Report, p. 3878-3883, attached hereto as Exhibit 5.

55.    Admitted.

56.    Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted.

57.    Denied in as much as a statistical report alone is relied upon to establish the claim that white males did not "benefit" from equal application of goals.  Noting that the Plaintiff is not pursuing a claim for failure to promote, it is admitted that the that the data stated with respect to the percentage of the HUD workforce occupied by White males and the percentage of promotions afforded White males accurately reflects the data in the Report.  Admitted that data reflects that White males that year were promoted at a rate less than half that of White females overall, noting also that White males, comprising 28.2% of HUD workforce received 23.5% of the competitive promotions.  The Plaintiff otherwise mischaracterizes the data.  FY 1997 AEP Update Report, 3944.  Pl. SOF Exhibit 15.

---

[2]148 applicants did not submit any race and or gender information.  FY 1997 AEP Update Report, 3922.

Admitted that HUD did not establish any objective to increase promotions of White males.

58.    Noting that the Plaintiff is not pursuing a claim for failure to promote, HUD established an objective to increase the promotion of Asian females because the combined percentage of promotions (1.4%) was less than their percentage of the HUD workforce (1.5%).  FY 1997 AEP Update Report, 3944, 3945, Pl. SOF Exhibit 15.

59.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted.

60.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted that the data stated accurately reflects the data in the Report.  However, Plaintiff omits that White males who comprised 28.2 % of the workforce received 24.7% of training.  FY 1997 AEP Update Report, 3935, P. SOF Exhibit 15.

61.    Noting that the Plaintiff is not pursuing a claim for failure to promote, the statement is accurate.  FY 1997 AEP Update Report, 3935-37, Pl. SOF Exhibit 15.

62.    HUD did not establish any objectives for hiring white males per EEOC instruction.  See, supra ¶ 29.  It should nonetheless be noted that the data reflects that White males were hired at a percentage greater than their percentage of the total applicant pool.  The Report reflects that White males represented 22.6% of applicant pool and were selected for 25% of positions.  FY 1997 AEP Update Report, p. 3922, attached as Exhibit 5.

63.    Admitted, noting that the memorandum begins by stating that "[i]t is policy and intent of the Department of Housing and Urban Development to provide equality of employment opportunity for all persons and to prohibit discrimination because a of race, religion, color, sex, national origin, age or disability in all facets of employment."  Pl. SOF Exhibit 15, 3864.

64.    Admitted, noting that the memorandum begins by stating that "[i]t is policy and intent of the Department of Housing and Urban Development to provide equality of employment opportunity for all persons and to prohibit discrimination because a of race, religion, color, sex, national origin, age or disability in all facets of employment."  Pl. SOF Exhibit 15, 3864.  Noting further that the evaluation criteria in this regard,  included, inter alia, "treating all employees fairly. . . encouraging cooperation and communication in the workplace. . . eradicating a hostile working environment, eliminating conduct that is rude, inappropriate, unprofessional or offensive . . . attending special emphasis events, working to resolve potential EEO complaints and accommodating employee's religious observances and disabilities."  Pl. SOF, Exhibit 37.

HUD's 1998 AEP UPDATE REPORT

65.    Admitted that the data stated accurately reflects the data in the Report.

66.    Admitted that the data stated accurately reflects the data in the Report.

67.    It is undisputed that minorities and women comprised 77.8% of the applicants found to
be best qualified so as to be placed upon the final selection roster and that minorities and
women comprised 88.3% of those actually selected for positions.    FY 1998 AEP
Update Report, 4029, Pl. SOF Exhibit 16.   The 1998 AEP Update Report does not,
however, contain data as reflected in the plaintiff's claim in this paragraph as to Whites
males.   Whites as a whole comprised 41.3% of the total applicant pool, white females
represented 25.2%.  Id. Thus White males were 16.1% of the applicant pool.  FY 1998
AEP Update Report, 4028, attached hereto as Exhibit 1.  Whites as a whole comprised
49.3% of the best qualified candidates, white females were 29.9% of best qualified
candidates.   FY 1998 AEP Update Report, 4029, attached hereto as Exhibit 1.  Thus,
White males comprised 19.4% of the best qualified candidates. FY 1998 AEP Update
Report, 4029, attached hereto as Exhibit 1.   Whites as a whole comprised 50.8% of those
selected, White females comprised 34.2% of those selected.  FY 1998 AEP Update
Report, 4029, attached hereto as Exhibit 1.  Thus, White males comprised 16.6% of the
final selections. FY 1998 AEP Update Report, 4029, attached hereto as Exhibit 1.  White
males had  section rate of just under 86% (16.6/19.4) from the best qualified list and a
selection rate of 103% (16.6/16.1) from the overall applicant pool.  FY 1998 AEP Update
Report, 4029, attached hereto as Exhibit 1.

68.    Admitted.

69.    Admitted that the data stated accurately reflects the data in the Report and that no
numerical objectives were established for White males, noting that from applicant pool
overall, White males were 16.1% of applicant pool, but represented 16.6% of selectees
for positions with HUD.  See supra, ¶ 67.

70.    Admitted that the data stated accurately reflects the data in the Report and that no
numerical objectives were established for White males, noting that from applicant pool
overall, White males were 16.1% of applicant pool, but represented 16.6% of selectees
for positions with HUD.  See supra, ¶ 67.

71.    Where statistical comparison demonstrated under representation (a manifest imbalance or
conspicuous absence) for an EEO group other than White males, HUD would generate a
"numerical objective" that reflected the number of individuals that would need to be
hired to bring HUD's workforce into balance with the diversity present in the civilian
labor pool.  Cockrell Deposition, p. 89-91, Pl. SOF Exhibit 10; HUD's Ans. to Ints., No.
1, Pl. SOF Exhibit 27.  In this Report, HUD established numerical objectives for Black
females in  the Administrative category.  FY 1998 AEP Update Report, 3990, Pl. SOF

Exhibit 15.  The data in the 1998 AEP Update Report reflects that Black females, Hispanic males and females, and American Indian males, were employed at HUD in the Administrative category generally in a greater percentage than in the civilian labor pool overall.  Id.  HUD recognizes that there was no manifest imbalance as to the Administrative category generally.  FY 1998 AEP Report p. 3981, attached as Exhibit 1. The numerical objectives in question were established because of an identified manifest imbalance for those groups as to specified positions in the Administrative category.  FY 1998 AEP Report, p. 3982-3984, attached hereto as Exhibit 1.

72.    Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted.

73.    Denied in as much as Plaintiff contends White males "were not treated equally" to the extent that it suggests anything more than objectives were not established for White males.  Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted that the data stated accurately reflects the data in the Report.  However, plaintiff omits that White males who comprised 28.1 % of workforce received 21.6% of competitive promotions, in excess of rate for other EEO groups except White and Black females.  FY 1998 AEP Update Report, 4053, Pl. SOF Exhibit 16.

74.    Noting that the Plaintiff is not pursuing a claim for failure to promote, the report reflects that HUD accurately determined that the combined and non-competitive promotion rates for Hispanic males were below their percentage of Hispanic males in HUD workforce.  FY 1998 AEP Update Report 4054, Pl. SOF Exhibit 16.   In response HUD adopted an objective to increase the promotion of Hispanic males including for competitive promotions.  FY 1998 AEP Update Report, 4054, 4056, Pl. SOF Exhibit 16.

75.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted.

76.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted that the data stated accurately reflects the data in the Report.  However plaintiff omits that White males who comprised 28.1 % of the workforce received 24.2% of training.  FY 1998 AEP Update Report, 4044, Pl. SOF Exhibit 16.

77.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted.

78.    Admitted, however, the memorandum begins by stating that "[i]t is policy and intent of the Department of Housing and Urban Development to provide equality of employment opportunity for all persons and to prohibit discrimination because a race, religion, color, sex, national origin, age or disability in all facets of employment."  See attached Exhibit 1, at 3967.

79. Admitted. See supra ¶ 79. Noting further that the evaluation criteria in this regard, included, inter alia, "treating all employees fairly. . . encouraging cooperation and communication in the workplace. . . eradicating a hostile working environment, eliminating conduct that is rude, inappropriate, unprofessional or offensive . . . attending special emphasis events, working to resolve potential EEO complaints and accommodating employee's religious observances and disabilities." Pl. SOF, Exhibit 37.

80. Admitted.

## THE 1999 AEP UPDATE REPORT

81. Admitted that the data stated accurately reflects the data in the Report.

82. Admitted that the data stated accurately reflects the data in the Report.

83. Admitted.

84. Admitted that the data stated accurately reflects the data in the Report except that the numerical object was to add 127 (not 217) White females and that there were no goals set for White males. It should be noted, however, that with respect to the Community Builder hiring process, of the selectees for the Community Builder position,[3] White males were 30.9%, White females were 31.6%, Blacks were 24.9%, Hispanics were 9.3%, Asian Americans were 2.7%, and American Indians were 0.6 %. FY 99 AEP Update Report, 4140, attached Exhibit 6. At the time White males comprised 30.9% of the HUD workforce in the Administrative category. FY 99 AEP Update Report, 4101, Pl. SOF Exhibit 17 and 4140, attached Exhibit 6. Admitted that the Community Builder position falls within the Administrative Category.

85. Admitted that the data stated accurately reflects the data in the Report.

86. Where statistical comparison demonstrated under representation (a manifest imbalance or conspicuous absence) for an EEO group other than White males, HUD would generate a "numerical objective" that reflected the number of individuals that would need to be hired to bring HUD's workforce into balance with the diversity present in the civilian labor pool. Cockrell Deposition, p. 89-91, Pl. SOF Exhibit 10; HUD's Ans. to Ints., No. 1 Pl. SOF Exhibit 27. In this Report, HUD established numerical objectives for Black females, Hispanic males and females, Asian males and females, and American Indian males and females in the Administrative category. FY 1999 AEP Update Report, 4101, Pl. SOF Exhibit 17. The data in the 1999 AEP Update Report reflects that Black

---

[3]Data as to the race and gender of applicants (flow data) was not collected during the Community Builder hiring process because of staffing shortages. FY 99 AEP Update Report, 4139, attached Exhibit 6.

females, Hispanic males and females, Asian males and females, and American Indian males and females, were employed at HUD in Administrative category generally in a greater percentage than in the civilian labor pool overall. Id. HUD recognizes that there was no manifest imbalance as to the Administrative category generally. FY 1999 AEP Report p. 4090, attached Exhibit 6. The numerical objectives in question were established because of an identified manifest imbalance for those groups as to specified positions in the Administrative category. FY 1999 AEP Report, p. 4091-4093, attached Exhibit 6.

87.    Admitted.

88.    Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted.

89.    Denied in as much as Plaintiff contends White males "were not treated equally" to the extent that it suggests anything more than objectives were not established for White males. Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted that the data stated accurately reflects the data in the Report. The Plaintiff does not note that the rate of competitive promotions for White males (32%) exceeds that of White females (31%), and further, that said rate is higher than for any EEO group. FY 1999 AEP Update Report, 4162, Pl. SOF Exhibit 17). It is admitted that HUD did not establish any objective to increase promotions of White males.

90.    Noting that the plaintiff is not pursuing a claim for failure to promote, admitted that the data stated accurately reflects the data in the Report. Plaintiff's omits that the competitive promotion rate for Indian females was less than the percentage of Indian females in HUD workforce. FY 1999 AEP Update Report, 4162, Pl. SOF Exhibit 17. HUD admits that an objective to increase promotions of Indian females is reflected in the report.

91.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted.

92.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted.

93.    Denied in as much as Plaintiff contends White males "were not treated equally" to the extent that it suggests anything more than objectives were not established for White males. Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted that the data stated accurately reflects the data in the Report. However plaintiff omits that White males who comprised 28.0 % of the workforce received 25.3% of training. FY 1999 AEP Update Report, 4153, Pl. SOF Exhibit 17.

94.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to

be admitted to an employee development program, admitted.

95.    Admitted, however, the memorandum begins by stating that "[i]t is policy and intent of the Department of Housing and Urban Development to provide equality of employment opportunity for all persons and to prohibit discrimination because a of race, religion, color, sex, national origin, age or disability in all facets of employment."  1999 AEP update Report, 4076-4080, attached hereto as Exhibit 6**.**

96.    Admitted, noting further that the evaluation criteria in this regard,  included, inter alia, "treating all employees fairly. . . encouraging cooperation and communication in the workplace. . . eradicating a hostile working environment, eliminating conduct that is rude, inappropriate, unprofessional or offensive . . . attending special emphasis events, working to resolve potential EEO complaints and accommodating employee's religious observances and disabilities."  Pl. SOF, Exhibit 37.

97.    Noting that the Plaintiff is not pursuing a claim for failure to receive training, failure to be admitted to an employee development program or a failure to promote, HUD did not establish any objectives for White males.

### THE 2000 AEP UPDATE REPORT

98.    Admitted that the data stated accurately reflects the data in the Report.

99.    Admitted that the data stated accurately reflects the data in the Report.

100.    Admitted that the facts stated accurately reflect the Report.

101.    Admitted that the facts stated accurately reflect the Report.

102.    Admitted that the facts stated accurately reflect the Report and that no goals were established for White males.

103.    Where statistical comparison demonstrated under representation (a manifest imbalance or conspicuous absence) for an EEO group other than White males, HUD would generate a "numerical objective" that reflected the number of individuals that would need to be hired to bring HUD's workforce into balance with the diversity present in the civilian labor pool.  Cockrell Deposition, p. 89-91, Pl. SOF Exhibit 10; HUD's Ans. to Ints., No. 1, Pl.  SOF Exhibit 27.  In this Report, HUD established numerical objectives for Black females, Hispanic males and females, Asian males and females, and American Indian males and females in  Administrative category.  FY 2000 AEP Update Report, 4228,  Pl. SOF Exhibit 18.  The data in the 2000 AEP Update Report reflects that Black females, Hispanic males and females, Asian males and females, and American Indian males and females, were employed at HUD in the Administrative category generally in a greater percentage than in the civilian labor pool overall.  Id. 4216.  HUD recognizes that there

14

was no manifest imbalance as to the Administrative category generally. FY 2000 AEP Report p. 4200, attached as Exhibit 7. The numerical objectives in question were established because of an identified manifest imbalance for those groups as to specified positions in the Administrative category. FY 2000 AEP Report, p. 4201-4202, attached as Exhibit 7.

104.    Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted that the data stated accurately reflects the data in the Report in that Whites males comprised 27.7% of the HUD workforce and received 24.8% of all combined (competitive and non-competitive) promotions. The facts claimed are inaccurate when it alleges that Black males, all Hispanics, all Asians and all American Indians were promoted at a rate higher than White males. The 24.8% rate for White males is higher than every group except White females (28.7%) and Black females (28.7%). Further, the Plaintiff does not note that the rate of competitive promotions for White males (36.4%), in fact, is higher than for any EEO group. FY 2000 AEP Update Report, 4272, Pl. SOF Exhibit 18.

105.    Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted.

106.    Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted that the data stated accurately reflects the data in the Report. Plaintiff's omits that the competitive promotion rate for Black, White Hispanic females was less than the percentage of Black, White and Hispanic females in the HUD workforce and that the combined promotion rate for Indian males was less than the percentage of Indian males in the HUD workforce . FY 2000 AEP Update Report, 4272-4273, Pl. SOF Exhibit 18. HUD admits that an objective to increase promotions of White, Black and Hispanic females is reflected in the report. HUD also admits that an objective to increase promotion rates for Asian males and females was adopted even though all promotion rates for Asian males and females exceeded percentage of Asian males and females in the HUD workforce. Id.

107.    Admitted.

108.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program, admitted that the data stated accurately reflects the data in the Report. However plaintiff omits that White males, who comprised 27.7 % of the workforce, received 26.3% of training. FY 2000 AEP Update Report, 4265, Pl. SOF Exhibit 18. HUD admits that no objectives were established for White males.

109.    HUD noted a decrease in training for a number of EEO groups and adopted measures to better publicize trainings, to promote participation in the Upward Mobility and Mentoring Programs, and to encourage managers to work with minority and female staff to develop individual development plans. FY 2000 AEP Report, 4266-67, Pl. SOF Exhibit 18. The goal of trainings and special development programs is always to assure

"that every employee is given opportunity to increase their skills, productivity and employability." Id., 4265.

110. Admitted, noting that "[i]t is policy and intent of the Department of Housing and Urban Development to provide equality of employment opportunity for all persons and to prohibit discrimination because a of race, religion, color, sex, national origin, age or disability in all facets of employment." FY 2000 AEP Update Report, 4184-4188, attached as Exhibit 7.

111. Admitted.

112. Admitted.

### THE 2001 AEP UPDATE REPORT

113. Admitted that the data stated accurately reflects the data in the Report.

114. Admitted that the data stated accurately reflects the data in the Report.

115. Admitted that the data stated accurately reflects the data in the Report and that no numerical objectives were established for White males.

116. Admitted that the data stated accurately reflects the data in the Report.

117. Admitted that the data stated accurately reflects the data in the Report.

118. Where statistical comparison demonstrated under representation (a manifest imbalance or conspicuous absence) for an EEO group other than White males, HUD would generate a "numerical objective" that reflected the number of individuals that would need to be hired to bring HUD's workforce into balance with the diversity present in the civilian labor pool. Cockrell Deposition, p. 89-91, Pl. SOF Exhibit 10; HUD's Ans. to Ints., No. 1, Pl. SOF Exhibit 27. In this Report, HUD established numerical objectives for Black females, Hispanic males and females, Asian males and females, and American Indian males and females in Administrative category. FY 2001 AEP Update Report, 4342, Pl. SOF Exhibit 19. The data in the 2001 AEP Update Report reflects that Black females, Hispanic males and females, Asian males and females, and American Indian males and females, were employed at HUD in Administrative category generally in a greater percentage than in the civilian labor pool overall. Id. 4216. HUD recognizes that there was no manifest imbalance as to the Administrative category generally for these groups. FY 2001 AEP Report p. 4312-4313, attached as Exhibit 8. The numerical objectives in question were established because of an identified manifest imbalance for those groups as to specified positions in the Administrative category. FY 2001 AEP Report, p. 4313-4315, attached Exhibit 8. Denied in as much as Plaintiff contends that efforts to increase diversity necessarily constitute discrimination against white males. It is neither true nor a

16

statement of fact.

119.  Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted, except that such is termed a "problem."  The report states that it is an undesired condition under a heading of "Problem/Barrier Analysis."  FY 2001, AEP 4378, Pl. SOF Exhibit 19.

120.  Not admitted in as much as Plaintiff contends White males "were not treated equally" to the extent that it suggests anything more than objectives were not established for White males in AEP Reports.  Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted that the data stated accurately reflects the data in the Report in that Whites males comprised 27.8% of the HUD workforce and received 22.8% of all combined (competitive and non-competitive) promotions and that no objectives were established for White males.

121.  Noting that the Plaintiff is not pursuing a claim for failure to promote, HUD stated that is was a desired condition to increase the combined promotions percentage of White females, to increase the non-competitive promotions of Black females, to increase the non-competitive promotions of Hispanic females, and combined promotions of American Indian females.  FY 2001 AEP Update Report, 4378, 4380, Pl. SOF Exhibit 4378.   The desired condition was not based upon a deficiency in promotion rates as compared with the groups' representation within HUD workforce.  Id.

122.  Noting that the Plaintiff is not pursuing a claim for failure to train, admitted in so much as Report adopted the prior years "desired condition" to increase the participation of women and minorities in trainings and special employment programs.   FY 2000 AEP Update Report, 4266-4267, Pl. SOF Exhibit 18; FY 2001 AEP Update Report, 4372, Pl. SOF Exhibit 19.

123.  Admitted that the Report establishes a goal of hiring 50 Black females in Administrative category and that the Report further shows that Black females were employed at HUD in the Administrative category in  a percentage far in excess of the civilian labor pool.

124.  Admitted.

## 2002 AEP Update Report

125.    Admitted that the data stated accurately reflects the data in the Report.

126.    Admitted that the data stated accurately reflects the data in the Report.

127.    Admitted that the data stated accurately reflects the data in the Report and that no numerical objectives were established for White males.

128.    Admitted that the data stated accurately reflects the data in the Report.

129.    Admitted that the data stated accurately reflects the data in the Report and that no numerical objectives were established for White males.

130.    Admitted that the data stated accurately reflects the data in the Report.  Denied in as much as Plaintiff contends that efforts to increase diversity necessarily constitute discrimination against or occur at the expense of white males.  It is neither true nor a statement of fact.

131.    Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted.

132.    Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted.

133.    Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted.

134.    Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program,  admitted.

## FY 2003 AEP UPDATE REPORT

135.    Admitted that the data stated accurately reflects the data in the Report.

136.    Admitted that the data stated accurately reflects the data in the Report.

137.    Admitted that the data stated accurately reflects the data in the Report and that no numerical objectives were established for White males.

138.    Admitted that the data stated accurately reflects the data in the Report.

139.    Admitted that the data stated accurately reflects the data in the Report.

140.    Admitted that the data stated accurately reflects the data in the Report.  Denied in as much as Plaintiff contends that efforts to increase diversity necessarily constitute discrimination against or occur at the expense of white males.  It is neither true nor a

statement of fact, nor can the Report cited reasonably be construed to support the assertion of fact in violation of Fed. R. Civ. P. 56 and Local Rule 56.1.

141.   Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted.

142.   Denied in as much as Plaintiff contends White males "were not treated equally" to the extent that it suggests anything more than objectives were not established for White males in AEP Reports.   Noting that the Plaintiff is not pursuing a claim for failure to promote, admitted that the data stated accurately reflects the data in the Report and that no objectives were established for White males.

143.   Noting that the Plaintiff is not pursuing a claim for failure to receive training or failure to be admitted to an employee development program,  admitted that the data stated accurately reflects the data in the Report and that no objectives were established for White males.

## HUD'S STRATEGIES FOR ASSISTING WOMEN AND MINORITIES

144.   Admitted that HUD attempted to locate qualified women and minorities for employment at HUD.  Recruitment efforts were intended to increase applicants of all races and genders.  Thelma C. Depo., p. 95, Pl. SOF Exhibit 10.  HUD advertised all vacancy announcements through a public website, usajobs.gov.  Gaiter Depo., p. 60, Pl. SOF Exhibit 8.  HUD would recruit at predominantly minority colleges.  Keith Gaiter Depo., p. 61, Pl. SOF Exhibit 8;  FY 1999 HUD FEORP Report, 4891, Pl. SOF Exhibit 24.  HUD would extend the date of vacancy announcements for all applicants, not just for minorities and women.  Thelma Cockrell Depo., p. 93-94, Pl. SOF Exhibit 10;  FY 1999 HUD FEORP Report, 4891, Pl. SOF Exhibit 24.  HUD would expand geographical area of announcement for all applicants, not just for women and minorities.  Thelma Cockrell Depo., p. 96, Pl. SOF Exhibit 10.  The Office of Personnel Management prepared an Annual Report to Congress that provided that HUD "will continue to use the HUD Intern Program to recruit qualified minorities ans women for employment."  FY 2001 OPM FEORP Report, p. 40, Pl. SOF Exhibit 23.  That statement does not rationally support Plaintiff's contention that the HUD Intern Program was discriminatory.  Depo. Linda Hawkins, p. 70, Def. SOF Exhibit 5; FY 2001 OPM FEORP Report , p. 40, Pl. SOF Exhibit 23.  HUD will restrict position vacancy announcements at the Department when there is an available pool of qualified employees identified as underrepresented.  FY 2001 OPM FEORP Report,  p. 40, Pl. SOF Exhibit 23; FY 1999 HUD FEORP Report, 4891. Pl. SOF Exhibit  24.  "HUD will re-design mid-level vacant positions at entry level with career advancement potential for lower graded employees including use of the Upward Mobility Program."  FY 1999 HUD FEORP Report, 4891, Pl. SOF Exhibit 24; OPM 2001 FEORP Report, p. 40, Pl. SOF Exhibit 23.  That statement does not support a contention that the Program is discriminatory.  The Upward Mobility Program is designed to advance low level employees who have shown ability to do higher level work.  Linda Hawkins Depo., p. 70-71, Def. SOF Exhibit 5; Plaintiff's Depo., p. 28 Def.

SOF Exhibit 1.  HUD does not provide any preferences to women and/or minorities under the Upward Mobility Program.  Linda Hawkins Depo., p. 72, Def. SOF Exhibit 5. Patoski has never been eligible for or applied for the Upward Mobility Program and cannot describe any instance in which he has been harmed by the Upward Mobility Program.  Pl. Depo., p. 29-30,  Def. SOF Exhibit 1.  Admitted that HUD's internal and external vacancy announcements include a statement noting that proficiency in languages other than English is highly desirable, particularly for frontline, customer service positions.  FY 1999 HUD FEORP Report, 4891, Pl. SOF Ex 24.

## LACK OF JUSTIFICATION FOR AEP PROGRAM

145.    Admitted.

146.    Admitted in so much as HUD does not seek to rely upon its AEP as a constitutionally permissible Affirmative Action Program to justify the use of race and/or gender based hiring criteria.  Statements with respect to Motions filed in this matter are not statements of material fact in accord with Fed. R. Civ. P. 56 or Local Rule 56.1.

147.    Admitted in so much as HUD does not seek to rely upon its AEP as a constitutionally permissible Affirmative Action Program to justify the use of race and/or gender based hiring criteria.  HUD did not undertake analysis beyond what was directed by MD 714 and EEOC.

148.    Admitted that the data stated accurately reflects the data in the AEP Reports.

149.    Admitted.

150.    Admitted in so much as HUD does not seek to rely upon its AEP as a constitutionally permissible Affirmative Action Program to justify the use of race and/or gender based hiring criteria with respect to the two non-selection claims at issue.

## THE COMMUNITY BUILDER POSITION

151.    Admitted.

152.    Admitted.

153.    Admitted.

154.    Admitted.

155.    Admitted.

156.    Admitted.

157.    Admitted.

158.    Admitted.

159.    Admitted, in as much as Mary Lou Crane made recommendations to Jose Cintron about the qualifications of the individuals on best qualified list and their suitability for the CB position. EEOCTr. 153, 158-159,160-161, Def. SOF Exhibit 8; Affidavit of Cintron, p. 4, Pl. SOF Exhibit 32; Deposition of  Crane., p. 105, 113, 117-124, 130-131, 151-152, 195-196, Pl. SOF Exhibit 28; Def. SOF Exhibit 14; Deposition of Cintron, p. 13-16, Pl. SOF Exhibit 29.   She did not identify the people she wanted.  Id.

160.    Admitted.

161.    Admitted.

162.    Admitted,

163.    Admitted in as much as Cintron would have granted mor weight to the statements of Crane regarding Plaintiff's qualifications that the written applications with respect to Patoski's interpersonal skills.

164.    Admitted in as much as those persons that Crane indicated were suitable for the CB position were later ranked higher than those Crane indicated were not suitable for the CB position.

165.    Admitted.

166.    Admitted, noting that Crane provided positive information about the candidates recommended, positively recommended male candidates as well, and that the four Boston CB positions went to two males and two females.  Crane Depo., p. 112-113, 116-124, Pl. SOF Exhibit 28; Def. SOF Exhibit 14.

167.    Admitted.

168.    Admitted.

169.    Admitted, noting that Crane testified that "positive factor" did not mean that gender was a "motivating factor" and that there is no evidence that Crane falsified or omitted relevant any information  concerning Pellegrino or this Plaintiff in making recomendations to Cintron.  Crane Depo. p., 114-115, Pl. SOF Exhibit 28; Def. SOF Exhibit 14.

170.    Admitted, noting that Crane testified that "positive factor" did not mean that gender was a "motivating factor" and that there is no evidence that Crane falsified any information

relayed concerning Griswold or this Plaintiff.  Crane Depo.p., 96, 114-115, Pl. SOF
Exhibit 28; Def. SOF Exhibit 14.

171.    Admitted, noting that Crane testified that "positive factor" did not mean that gender was
        a "motivating factor."  Crane Depo.p., 114-115, Pl. SOF Exhibit 28; Def. SOF Exhibit
        14.

172.    Admitted that Crane did not recommend Plaintiff for the reason that Crane felt that while
        Patoski had exemplary skills for enforcement, Patoski lacked the interpersonal skills
        necessary for the CB position.  Crane Depo., p. 125-127, 138, 152-154, Pl. SOF Exhibit
        28; Def. SOF Exhibit 14.  Denied in as much as the Plaintiff contends that Crane did not
        provide specifics.  Prior to the community building selection process, Crane  had
        received complaints about Patoski.  Id., p. 125-127, 131-132, 141.  She could not recall
        the exact complaints.  Id., p. 129.  Crane also received complaints about Mr. Patoski from
        members of Congress but did not recall whether such complaints were prior to the
        selection process.  Id., ¶ 140-141.  Another supervisor of Patoski, Paquin, testified before
        the Merit Systems Protection Board in the Administrative Proceedings in this matter.
        While generally complimentary of Patoski's professional interpersonal skills, he did
        recall at least one complaint from public officials.  EEOCTr., p. 93-94, 98, Pl. SOF
        Exhibit 3; Def. SOF Exhibit 8.  Paquin also testified that he had needed to speak to
        Patoski concerning his interactions with co-workers because he had been "sharp" with
        people in the office.  Id, p. 118-119.  Arthur Tonini, Patoski's immediate supervisor, also
        testified in the administrative proceedings.  Tonini had received complaints about Mr.
        Patoski prior to 1998 and that there were problems with interpersonal skills in the office.
        Id., p. 140-141.

173.    Admitted that Crane felt that plaintiff did a very good job as a CPD Representative,
        noting that she expressly distinguished between the skills that she felt made a good CPD
        Representative, and those that would make a good community builder.  Admitted that
        Patoski's personnel evaluations do not reflect poor interpersonal skills.

174.    Admitted, in as much as Crane testified that Mr. Patoski's gender did not play a role in
        the recommendation and noting that there is not complaint as to race discrimination with
        respect to the CB position.  Crane Depo., p. 143-144, 155, Pl. SOF Exhibit 28; Def. SOF
        Exhibit 14.

175.    The opinion regarding Patoski's interpersonal skills  was based upon her own knowledge
        of Mr. Patoski.  Crane Depo., p. 140.  Admitted that among a number of officials, Ms.
        Crane noted at deposition receiving complaints from the Mayor of Gloucester.  Crane
        Depo. P. 125-126, Pl. SOF Exhibit 28; Def. SOF Exhibit 14.  She could only recall, at the
        time of deposition, the Mayor of Gloucester and City Manager of Lowell, and did not
        recall exactly when those complaints occurred except that she  received complaints from
        them prior to the CB hiring process.  Id. 125-127.  Crane received complaints about Mr.
        Patoski from members of Congress but did not recall whether or not such complaints

were prior to the selection process. Id., ¶ 140-141.

176.  Denied. Crane testified she received the complaint prior to the CB hiring process. Crane Depo., p. 125-126, Pl. SOF Exhibit 28; Def. SOF Exhibit 14.

177.  Admitted that Crane testified she "may have had" two white males she did not know" from a prior round of CB hirings. Crane Depo.p. 114, Pl. SOF Exhibit 28; Def. SOF Exhibit 14. Noting that if such is the case, for six CB positions in Boston, HUD discriminated against males by hiring four men and two women. See EEOCTranscript, p. 168-169 (discussing the two men, Polito and Bernard, hired for the CB position at issue).

178.  Admitted in as much as Crane testified that HUD, and she, has strong commitment to diversity, including hiring of all groups necessary to achieve diversity. Crane Depo.p. 46, 83-84,Pl. SOF Exhibit 28; Def. SOF Exhibit 14.

179.  Admitted, noting that the evaluation criteria of "meeting equal employment opportunity objectives included, inter alia, "treating all employees fairly. . . encouraging cooperation and communication in the workplace. . . eradicating a hostile working environment, eliminating conduct that is rude, inappropriate, unprofessional or offensive . . . attending special emphasis events, working to resolve potential EEO complaints and accommodating employee's religious observances and disabilities." Pl. SOF, Exhibit 37.

180.  Admitted that Ms. Crane believed the AEP to reflect HUD's commitment to a diverse workforce as a goal, noting that she was entirely unaware of any numerical objectives under HUD's AEP. Crane Depo. p.75-76, 80-82; Pl. SOF Exhibit 28; Def. SOF Exhibit 14.

181.  It is admitted that Crane testified that she made her recommendation based upon the candidates qualifications and her interest in diversity. Crane did not testify that she viewed "diversity" as exclusive of white males. Crane testified that HUD has strong commitment to diversity, including hiring of all groups necessary to achieve diversity in its workforce. Crane Depo.p. 46, 81, 83-84, Pl. SOF Exhibit 28; Def. SOF Exhibit 14.

182.  Admitted.

183.  Ms. Crane testified that the fact that the woman she had recommended was female "would help increase diversity" and that "assisted" her in the decision to recommend that candidate. Crane Depo. P. 69-70, Pl. SOF Exhibit 28; Def. SOF Exhibit 14.

184.  Noting that there is no claim for race based discrimination with respect to the CB position, admitted.

185.  Admitted that Ms. Crane testified:

Q:    When you made recommendations of certain individuals and felt that their particular gender or race was a positive factor in their recommendation, do you feel that you were acting consistent with HUD policy

A:    Yes.

Crane Depo.p., 85, Pl. SOF Exhibit 28; Def. SOF Exhibit 14. .Noting also that Crane testified that "positive factor" did not mean that gender was a "motivating factor." Id., 114-115.

186.    Admitted.

187.    Admitted.

188.    Admitted, noting that what an OIG Auditor concluded is neither admissible nor a statement of fact that complies with requirements of Fed. R. Civ. P 56.


PHRS Position

189.    Admitted.

190.    Admitted.

191.    Admitted.

192.    Admitted.

193.    Admitted.

194.    Admitted, in as much as another candidate, a Black male, was selected in the DEU (public) hiring process.  Denied in as much as Patoski was erroneously found not to meet the basic qualifications for the position under the MSR (internal) announcement and, for that reason, was not considered for the position under that announcement.  First Amended Complaint, ¶35; Jeffrey Lahmers Depo., p. 48., Def. SOF Exhibit 11; Yeow. Depo., p. 13, 15, 17, Def. SOF Exhibit 12, Pl. SOF Exhibit 44; Betty Smith Depo., p. 25-26, Def. SOF Exhibit 9.

195.    The Plaintiff did not make final selection roster that was submitted to Cheryl Teninga. First Amended Complaint, ¶ 38; Pl. SOF Exhibit 45.  Ms. Teninga did testify that all thing being equal, she felt she could consider race or gender, although there has been no showing that such a situation was presented in this case.  As to claims of HUD's policy, the cited portion of Ms. Teninga's transcript does not support the Plaintiff's statement of fact.  Further, Cheryl Teninga acknowledged that HUD had a policy of encouraging diversity but it was more important to select the best qualified person for the job. Teninga Depo.,  p. 44, 46-48, Def. SOF Exhibit 2.

196.    Ms. Teninga testified that in the early 1990's she selected an African American female among a number of people from a roster of candidates and considered that woman's race and gender to be "positive" factors. Teninga Depo, p. 54, Def. SOF Exhibit 2. That decision did not, however, involve HUD's AEP Plain in any way. Teninga Depo., p. 55, Def. SOF Exhibit 2.

197.    All hirings of HUD during the time that the AEP existed would be included in AEP statistical analysis. With respect to hirings of women or minority candidates, those figures were included in the statistical analysis just as hirings of white males were included in the statistical analysis. Because the numerical objectives were established for only women, and/or minorities, by definition, only hiring of a woman or a minority could count toward that numerical objective. It should be noted, however, that there was no numerical objective for hiring of black males (the race and gender of the selectee) for the 2000 PHRS hiring process. Neither HUD's 1999, nor 2000, Affirmative Employment Plan set any goal for the hiring of black males for the PHRS position. Affirmative Employment Plan, FY 1999, HUD 4113-4130, Pl. SOF Exhibit 17; Affirmative Employment Plan, FY 2000 HUD 4228-4242, Pl. SOF Exhibit 18.

## PERFORMANCE EVALUATIONS OF THOSE INFLUENCING HIRING DECISIONS

198.    Admitted, the evaluation criteria of meeting equal employment opportunity objectives included, inter alia, "treating all employees fairly. . . encouraging cooperation and communication in the workplace. . . eradicating a hostile working environment, eliminating conduct that is rude, inappropriate, unprofessional or offensive . . . attending special emphasis events, working to resolve potential EEO complaints and accommodating employee's religious observances and disabilities." Pl. SOF Exhibit 37.

199.    The testimony does not support the fact asserted. Teninga testified she was rewarded for her overall performance rating. Teninga Depo., p. 62-63, Pl. SOF Exhibit 34.

## DURING AEP WHITE MALE REPRESENTATION STEADILY DECLINES

200.    The paragraph does not cite to portions of the record, affidavits, depositions or interrogatories, supporting the factual assertions of the claim and is not in compliance with Local Rule 56.1.

201.    The paragraph does not cite to portions of the record, affidavits, depositions or interrogatories, supporting the factual assertions of the claim and is not in compliance with Local Rule 56.1.

202.    The paragraph does not cite to portions of the record, affidavits, depositions or interrogatories, supporting the factual assertions of the claim and is not in compliance with Local Rule 56.1.

203.    The paragraph does not cite to portions of the record, affidavits, depositions or interrogatories, supporting the factual assertions of the claim and is not in compliance with Local Rule 56.1.

Respectfully Submitted,
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY
By:    /s/ Mark J. Grady
Mark J. Grady, Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way– Suite 9200
Boston, MA 02210
617) 748-3136

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)

## DEPARTMENTWIDE

## FISCAL YEAR 1998

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

## UPDATE REPORT

HUD003962



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
**THE SECRETARY**
WASHINGTON, D.C. 20410-0001

March 6, 1997

MEMORANDUM FOR:   All HUD Employees

FROM:   Andrew Cuomo

SUBJECT:   Policy Statement - Equal Employment Opportunity, Affirmative
Employment, Prevention of Sexual Harassment, Discrimination Based
on Sexual Orientation, Employment and Accommodation of Persons
with Disabilities, and Disabled Veterans

In conformance with the policies expressed in Title VII of the Civil Rights Act of
1964, as amended; the Civil Rights Act of 1991; Executive Order 11478, as amended;
the Age Discrimination in Employment Act of 1967; the Equal Pay Act of 1962, as
amended; the Rehabilitation Act of 1973, as amended; the Vietnam Era Veteran's
Readjustment Act of 1974, the Civil Service Reform Act of 1978, and HUD regulations
at 24 CFR Part 7, **it is the policy and intent of the Department of Housing and
Urban Development (HUD) to provide equality of employment opportunity for all
persons, and to prohibit discrimination because of race, color, religion, sex,
national origin, age, or disability in all facets of employment. Additionally, sexual
harassment and discrimination based on sexual orientation are unacceptable in
the workplace and will not be condoned at HUD.** Moreover, HUD is committed to
promoting affirmative employment through the removal of barriers and by positive
actions at every management level, including the early resolution of EEO disputes.

These policies are an integral part of HUD's mission and their implementation is
a high priority of this Administration. I am personally committed to Equal Employment
Opportunity, Affirmative Employment and Diversity (EEO/AE/Diversity) and I expect all
employees to support EEO/AE/Diversity. In carrying out their responsibilities, all
managers and supervisors are fully accountable for taking actions to assure that
EEO/AE/Diversity goals and objectives are achieved.

The EEO/AE/Diversity goals and objectives of the Department are expressed in
HUD regulations at 24 CFR Part 7 as well as in the multi-year Affirmative Employment
Program (AEP) Plan. EEO/AE/Diversity is a separate critical element in our managerial
performance appraisal system, which requires the Senior Executive Service (SES) and
managers and supervisors under the Performance Management and Recognition
System (PMRS) to achieve measurable results in their management of the Department.

**EEOC FORM 566 (8/87)**                                        **D-3**

**HUD003967**

### AFFIRMATIVE EMPLOYMENT PROGRAMS (AEP)

I expect all managers and supervisors to be proactive in implementing EEO/AE/Diversity. The following strategies will, I believe, set the standard for the achievement of that goal:

1. Hold subordinate managers and supervisors accountable for promoting EEO/AE/Diversity in every aspect of the Department's policies, programs, and practices, including learning and practicing the principles of F.A.I.R. (Feedback, Assistance, Inclusion and Respect) in all interactions with employees and HUD clients.

2. Attend EEO/AE/Diversity training sessions to ensure full understanding of and sensitivity to EEO/AE/Diversity policies, practices, and procedures.

3. Make a vigorous effort to assure full and fair representation of qualified minorities, women, and persons with disabilities when recruiting, hiring, and providing advancement opportunities.

4. Make use of Special Employment Programs to correct the underrepresentation of minorities, women, and persons with disabilities, i.e., Part-Time Employment, Cooperative Education, Upward Mobility, Special Hiring Authorities, etc.

5. Attend "Valuing the HUD Employee" Training and use the F.A.I.R. concept taught on a daily basis.

6. Learn and use Alternative Dispute Resolution (ADR) techniques to resolve problems early before they give rise to formal EEO complaints or union contract grievances.

7. Participate in preparing the AEP Plan by analyzing all aspects of the Department's operations to determine any barriers to full equal employment, and by designing and carrying out actions to remove those barriers.

8. Refer to the AEP Plan goals and objectives before initiating any recruitment, hiring, training, reassignment, and promotion actions.

9. Periodically review AEP progress reports and make adjustments in activities to meet goals and objectives.

2

HUD003968

## SEXUAL HARASSMENT

**It is the policy of HUD that sexual harassment is unacceptable conduct in the workplace and will not be condoned.** Any employee found to have engaged in sexual harassment against any other employee may expect appropriate disciplinary action. All new employees shall be informed of this policy during their initial orientation sessions. This policy shall be reiterated for all employees at least once each year. A Fact Sheet on Sexual Harassment is available from the Office of Departmental Equal Employment Opportunity (ODEEO).

Sexual harassment has been determined by the Equal Employment Opportunity Commission (EEOC) to be "unwelcome advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

1.    submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;

2.    submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or

3.    such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive work environment."

Sexual harassment is a form of sexual discrimination under Title VII of the Civil Rights Act of 1964. There may be other causes of action under State and local law in addition to those found under Federal civil right law. These include assault and battery, intentional infliction of emotional distress, wrongful discharge, and negligence. Some advances may even result in criminal charges such as sexual assault or rape.

HUD is responsible for creating a working climate free from unsolicited and unwelcome sexual overtures. The law states, "...an employer is responsible for acts of sexual harassment in the workplace where the employer (or its agents or supervisory employees) knows or should have known of the conduct, unless it can show that it took immediate and appropriate action. An employer may also be responsible for the acts of non-employees with respect to sexual harassment of employees in the workplace, where the employer (or its agents or supervisory employees) knows or should have known of the conduct, unless it can show that it took immediate and appropriate action."

HUD managers and supervisors are responsible for excluding sexual harassment from the workplace.

3

**HUD003969**

## DISCRIMINATION BASED ON SEXUAL ORIENTATION

**It is the policy of HUD to prohibit discrimination on the basis of sexual orientation.** Such discrimination with respect to employment conduct will not be tolerated by anyone at HUD. For remedy, refer to appropriate administrative procedures and/or appropriate negotiated agreements.

The Civil Service Reform Act, 5 U.S.C. 2302 (b) prohibits any employee who has authority to take personnel actions from discriminating for or against any employee or applicant for employment on the basis of conduct which does not adversely affect either the employee's own job performance or the performance of others. Subsection (C) of 5 U.S.C. 2302 gives notice to agency heads that they will be held responsible for the prevention of prohibited personnel practices. This Act has been interpreted by the Office of Personnel Management (OPM) since 1980, to mean that "applicants and employees are to be protected against inquiries into, or actions based upon non-job-related conduct, such as religious, community or social affiliations, or sexual orientation."

## EMPLOYMENT AND ACCOMMODATION OF PERSONS WITH DISABILITIES

**It is the policy of HUD to establish employment practices to promote active recruitment and proper placement of qualified persons with disabilities; provide selective placement assistance to assure retention and career advancement opportunities; and to assure that persons with disabilities have a full opportunity to be represented at every level in the work force.**

**It is also the policy of HUD to provide reasonable accommodation to the known physical or mental limitations of qualified employees and job applicants with disabilities, unless it can be shown that the accommodation would impose an undue hardshp on its operations.**

It is the goal of the Department to be a model employer of persons with disabilities by providing full and fair consideration, employment, advancement, and retention of persons with disabilities in a broad range of grade levels and occupations commensurate with their knowledge, skills, and abilities. Further, HUD will assure that persons with disabilities are not unnecessarily excluded or limited because of job design or because of architectural, communication, procedural, or attitudinal barriers.

Managers and supervisors are responsible for achieving these goals, as expressed in the Department's Affirmative Employment Program (AEP) Plan covering persons with disabilities, at their respective office levels. They are also responsible for providing reasonable accommodation, which is a logical adjustment made to a job or work environment that enables a qualified person with disabilities to perform the essential functions of a position.

4

## DISABLED VETERAN EMPLOYMENT

It is the policy of HUD to promote the maximum employment and job advancement for qualified disabled veterans, similar to its policy, goals and objectives with reference to all persons with disabilities.

Managers and supervisors are responsible for achieving these goals, as expressed in the Department's Disabled Veterans Affirmative Action Program (DVAAP) Plan, at their respective office levels.

5

HUD003971

# U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)

## DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

## UPDATE REPORT

## FOR FISCAL YEAR 1998

## PROGRAM ELEMENT II

## WORK FORCE

## PAGES DII-1 THROUGH DII-39

HUD003980

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

## II.  WORK FORCE - SUMMARY ANALYSIS

Analyses of the Department's work force were conducted by occupational category (PATCOB-Professional, Administrative, Technical, Clerical, Other, Blue Collar), grade groupings, and major occupations using the National Finance Center's (NFC) Fiscal Year 1997 year-end data and the Department's Equal Employment Opportunity Monitoring and Analysis System (EEOMAS). Further analyses were conducted by occupational category, grade groupings and major occupations using 1990 Census Availability Data, NFC's Fiscal Years 1996 and 1997 year-end comparative data, and EEOMAS.  The results of these analyses are as follows:

The Departmentwide Annual Affirmative Employment Program (AEP) Plan covers a total of **10,003** permanent full-time and permanent part-time employees.  There are 1,252 employees in the Professional category; 6,702 in the Administrative category; 1,447 in the Technical category; 589 in the Clerical category, 1 in the Other category; and 12 in the Blue Collar category. Instances of manifest imbalances and/or conspicuous absences continue to exist in some EEO groups.  It appears that the attrition rate of some EEO groups is contributing to their continued manifest imbalances and/or conspicuous absences. Further, in light of the Department's continuing efforts to meet President Clinton's challenge of reforming Government and renewing democracy, it is anticipated that minimal, if any, progress will be attained during Fiscal Year 1998.  Notwithstanding, the following analyses and action items depict the Department's Fiscal Year 1998 work force update.

### ANALYSIS OF UNDERREPRESENTATION BY OCCUPATIONAL CATEGORY

**MANIFEST IMBALANCE** - when the work force's representation of a particular Equal Employment Opportunity (EEO) group, by occupational category or grade level, is substantially below its representation in the appropriate Civilian Labor Force (CLF).

The analysis revealed that there are **MANIFEST IMBALANCES** in the following PATCOB categories and EEO groups:

        PROFESSIONAL.......................White females

        ADMINISTRATIVE.....................White females
                                          Asian males
                                          Asian females

HUD003981

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

### II.  WORK FORCE - SUMMARY ANALYSIS (CONT'D)

**ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCE)**
**BY OCCUPATIONAL CATEGORY (CONT'D)**

    TECHNICAL..........................White females
                                      Black males
                                      Indian males

    CLERICAL...........................White females

**CONSPICUOUS ABSENCE** - when a particular Equal Employment Opportunity (EEO) group is nearly or nonexistent in an occupational category or grade level in the work force.

The analysis revealed that there are **CONSPICUOUS ABSENCES** in the following PATCOB categories and EEO groups:

    TECHNICAL..........................Hispanic males
                                      Asian males

    CLERICAL...........................Hispanic males
                                      Asian males

    OTHER..............................All EEO groups
                                      except White females

    BLUE COLLAR........................All EEO groups
                                      except Black males

**ANALYSIS OF UNDERREPRESENTATION BY MAJOR OCCUPATION**

    The analysis of the Department's work force revealed that there are **MANIFEST IMBALANCES** in the following **major occupations** (occupational series with 100 or more employees) and EEO groups:

**PROFESSIONAL CATEGORY**

    ACCOUNTANT
        Series 0510..................Hispanic males
                                      Hispanic females

HUD003982

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (CONT'D)**

**ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCES)**
**BY MAJOR OCCUPATION (CONT'D)**

**PROFESSIONAL CATEGORY (CONT'D)**

AUDITOR
        Series 0511...................White females


ATTORNEY
        Series 0905...................White females

CONTRACTING SPECIALIST
        Series 1102...................Hispanic males
                                      Asian males

**ADMINISTRATIVE CATEGORY**


MISCELLANEOUS ADMINISTRATIVE
        Series 0301...................White females
                                      Hispanic females
                                      Asian males
                                      Asian females
                                      Indian males


COMPUTER SPECIALIST
        Series 0334...................Hispanic females

MANAGEMENT/PROGRAM ANALYST
        Series 0343...................White females
                                      Hispanic females
                                      Asian males

EQUAL OPPORTUNITY SPECIALIST
        Series 0360...................Asian males
                                      Asian females

FINANCIAL OPERATIONS ANALYST
        Series 0501...................White females

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (CONT'D)**

**ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCES)**
**BY MAJOR OCCUPATION (CONT'D)**

**ADMINISTRATIVE CATEGORY (CONT'D)**

CONSTRUCTION ANALYST
        Series 0828...................Asian females

GENERAL BUSINESS AND INDUSTRY
        Series 1101...................White females
                                    Asian males
                                    Asian females

FINANCIAL ANALYST (HOUSING)
        Series 1160...................White females

LOAN SPECIALIST
        Series 1165...................White females
                                    Hispanic males

APPRAISING/ASSESSING SPECIALIST
        Series 1171...................Black males
                                    Asian males
                                    Asian females

CRIMINAL INVESTIGATOR
        Series 1811...................Asian females

**TECHNICAL CATEGORY**

MISC. CLERK/ASSISTANT
        Series 0303...................White females
                                    Indian males

GENERAL BUSINESS AND INDUSTRY
        Series 1101...................White females
                                    Hispanic males

---

**EEOC FORM 566 (8/87)**                                    **DII-4**

**HUD003984**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1998
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.  WORK FORCE – SUMMARY ANALYSIS (CONT'D)

ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCES)
BY MAJOR OCCUPATION (CONT'D)

### CLERICAL CATEGORY

CLERK
     Series 0303...................White females
                               Hispanic males
                               Hispanic females
                               Asian males
SECRETARY
     Series 0318...................White females
                               Black males
                               Indian females

ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES)
BY MAJOR OCCUPATION

The analysis of the Department's work force revealed that
there are **CONSPICUOUS ABSENCES** in the following **major occupations**
(occupational series with 100 or more employees) and EEO groups:

### PROFESSIONAL CATEGORY

ACCOUNTANT
     Series 0510...................White females

AUDITOR
     Series 0511...................Hispanic females
                               Asian males
                               Asian females
                               Indian males
                               Indian females
ATTORNEY
     Series 0905...................Asian males

CONTRACT SPECIALIST
     Series 1102...................Indian males
                               Indian females

HUD003985

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1998
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT
UPDATE

II.  WORK FORCE – SUMMARY ANALYSIS (CONT'D)

ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES)
BY MAJOR OCCUPATION (CONT'D)

ADMINISTRATIVE CATEGORY

COMPUTER SPECIALIST
        Series 0334...................Indian females

MANAGEMENT/PROGRAM ANALYST
        Series 0343...................Hispanic males
                                      Asian females
                                      Indian males
                                      Indian females

EQUAL OPPORTUNITY SPECIALIST
        Series 0360...................White females
                                      Indian males

FINANCIAL OPERATIONS ANALYST
        Series 0501...................Hispanic males
                                      Hispanic females
                                      Asian males
                                      Indian females

CONSTRUCTION ANALYST
        Series 0828...................White females
                                      Black females
                                      Hispanic females
                                      Indian females

LOAN SPECIALIST
        Series 1165...................Asian males
                                      Indian males
                                      Indian females

APPRAISING/ASSESSING SPECIALIST
        Series 1171...................White females
                                      Hispanic females
                                      Indian males
                                      Indian females

HUD003986

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

## II.  WORK FORCE - SUMMARY ANALYSIS (CONT'D)

**ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES)**
**BY MAJOR OCCUPATION (CONT'D)**

**ADMINISTRATIVE CATEGORY (CONT"D)**

CRIMINAL INVESTIGATOR
Series 1811...................White females
Indian females

### TECHNICAL CATEGORY

MISCELLANEOUS CLERK/ASSISTANT
Series 0303..................Hispanic males
Asian males

GENERAL BUSINESS AND INDUSTRY
Series 1101..................Black males
Asian males
Indian males
Indian females

### CLERICAL CATEGORY

MISC. CLERK/ASSISTANT
Series 0303..................Asian females
Indian males
Indian females

SECRETARY
Series 0318..................Hispanic males
Asian males

The following depicts the changes in employment between
Fiscal Years 1996 and 1997 by year-end on-board work force,
PATCOB Category, and major occupation:

### ON-BOARD WORK FORCE

| Race/Sex | 1996 | | 1997 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| White males | 3,043 | 28.2 | 2,811 | 28.1 | -232 | -0.1 |
| White females | 3,317 | 29.0 | 2,846 | 28.4 | -291 | -0.6 |

HUD003987

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1998
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.  WORK FORCE - SUMMARY ANALYSIS (CONT'D)

ON-BOARD WORK FORCE (CONT"D)

| Race/Sex | 1996 # | 1996 % | 1997 # | 1997 % | Diff # | Diff % |
|---|---|---|---|---|---|---|
| Black males | 881 | 8.2 | 826 | 8.3 | - 55 | +0.1 |
| Black females | 2,617 | 24.2 | 2,468 | 24.7 | -149 | +0.5 |
| Hispanic males | 277 | 2.6 | 249 | 2.5 | - 28 | +0.1 |
| Hispanic females | 421 | 3.9 | 399 | 4.0 | - 22 | +0.1 |
| Asian males | 143 | 1.3 | 136 | 1.4 | - 7 | +0.1 |
| Asian females | 166 | 1.5 | 162 | 1.6 | - 4 | +0.1 |
| Indian males | 43 | 0.4 | 41 | 0.4 | - 2 | 0.0 |
| Indian females | 70 | 0.7 | 65 | 0.6 | - 5 | -0.1 |
| Minorities and Women | 7,755 | 71.8 | 7,192 | 71.9 | -563 | +0.1 |
| Women | 6,411 | 59.3 | 5,940 | 59.3 | -471 | 0.0 |
| Minorities | 4,618 | 42.8 | 4,346 | 43.5 | -272 | +0.7 |

ANALYSIS OF REPRESENTATION BY GRADE GROUPING

The following summarizes the percentages of EEO groups by grade groupings:

| Race/Sex | SENIOR LEVEL | GS/GM 13-15 | GS 9-12 | GS 5-8 | GS 1-4 |
|---|---|---|---|---|---|
| White males | 47.6% | 42.9% | 25.9% | 5.1% | 19.4% |
| White females | 17.1 | 22.8 | 29.4 | 36.4 | 41.7 |
| Black males | 15.2 | 10.4 | 8.5 | 3.5 | 2.8 |
| Black females | 13.3 | 15.3 | 24.8 | 42.3 | 25.0 |
| Hispanic males | 2.9 | 3.2 | 2.8 | 0.9 | 0.0 |
| Hispanic females | 2.9 | 2.2 | 4.0 | 7.3 | 5.5 |
| Asian males | 1.0 | 1.5 | 1.7 | 0.4 | 0.0 |
| Asian females | 0.0 | 1.0 | 1.9 | 2.2 | 2.8 |
| Indian males | 0.0 | 0.5 | 0.4 | 0.2 | 0.0 |
| Indian females | 0.0 | 0.2 | 0.6 | 1.6 | 2.8 |
| Minorities and Women | 52.4 | 57.1 | 74.1 | 94.8 | 80.6 |
| Women | 33.3 | 41.5 | 60.7 | 89.8 | 77.8 |
| Minorities | 35.3 | 34.3 | 44.7 | 58.4 | 38.9 |

EEOC FORM 566 (8/87)                                    DII-8

HUD003988

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1998
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.  WORK FORCE - SUMMARY ANALYSIS (CONT'D)

ANALYSIS OF REPRESENTATION BY GRADE GROUPING (CONT'D)

### ADMINISTRATIVELY DETERMINED PAY RATE SCHEDULE*

| Race/Sex | Percentage of representation |
|---|---|
| White males | 37.7% |
| White females | 44.3 |
| Black males | 3.3 |
| Black females | 11.5 |
| Hispanic females | 1.6 |
| Asian males | 1.6 |
| Minorities and Women | 62.3 |
| Women | 57.4 |
| Minorities | 18.0 |

*   No other EEO groups are represented in this category.

### BLUE COLLAR*

| Race/Sex | WG 5-9 | WG 11-12 | WL 5-9 | WS 5-9 | WD 5-9 | XS 5-9 | XP 5-9 |
|---|---|---|---|---|---|---|---|
| White males | 16.7% | 0.0% | 0.0% | 100.0% | 66.7% | 0.0% | 0.0% |
| Black males | 83.3 | 0.0 | 100.0 | 0.0 | 33.3 | 0.0 | 0.0 |
| Minorities and Women | 83.3 | 0.0 | 100.0 | 0.0 | 33.3 | 0.0 | 0.0 |
| Women | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Minorities | 83.3 | 0.0 | 100.0 | 0.0 | 33.3 | 0.0 | 0.0 |

AFFIRMATIVE EMPLOYMENT PROGRAM (AEP) PLAN UPDATE REPORT

DISTRIBUTION OF EEO GROUPS AND COMPARISON BY PATCOB

Fiscal Year 1997 -- HUD/CIVILIAN LABOR FORCE COMPARISON

| OCCUPATIONAL CATEGORY | TOTAL ALL % | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % |
| PROFESSIONAL AGENCY (HUD) | 100.0 | 49.4 | 19.3 | 8.1 | 11.5 | 2.8 | 1.9 | 4.0 | 2.6 | 0.2 | 0.2 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 54.7 | 30.3 | 2.4 | 3.2 | 2.1 | 1.4 | 3.5 | 1.9 | 0.2 | 0.2 |
| ADMINISTRATIVE AGENCY (HUD) | 100.0 | 31.3 | 28.2 | 9.7 | 21.2 | 2.9 | 3.3 | 1.1 | 1.3 | 0.5 | 0.5 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 42.1 | 40.4 | 3.6 | 5.3 | 2.6 | 2.6 | 1.4 | 1.4 | 0.3 | 0.3 |
| TECHNICAL AGENCY (HUD) | 100.0 | 4.6 | 35.4 | 3.1 | 42.9 | 1.2 | 8.2 | 0.5 | 1.9 | 0.2 | 2.0 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 36.1 | 42.9 | 3.6 | 6.6 | 3.2 | 3.4 | 1.9 | 1.6 | 0.4 | 0.4 |
| CLERICAL AGENCY (HUD) | 100.0 | 4.4 | 34.0 | 3.9 | 48.2 | 0.6 | 5.8 | 0.3 | 2.2 | 0.2 | 0.5 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 14.0 | 63.4 | 2.8 | 9.6 | 1.7 | 5.2 | 0.8 | 1.9 | 0.1 | 0.5 |
| OTHER AGENCY (HUD) | 100.0 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 67.6 | 11.2 | 9.7 | 3.2 | 4.8 | 1.0 | 1.2 | 0.3 | 0.9 | 0.2 |
| BLUE COLLAR AGENCY (HUD) | 100.0 | 33.3 | 0.0 | 66.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 65.4 | 9.8 | 9.1 | 2.2 | 8.7 | 1.5 | 1.7 | 0.5 | 0.8 | 0.2 |

EEOC FORM 568/569 (8/87)

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 1998**
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

**DEPARTMENT**

UPDATE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:

**II.  WORK FORCE**

In light of HUD's continuing restructuring and downsizing, it is highly unlikely that the Department will be conducting outside recruitment.  HUD must reduce its staff size from 10,003 to 7,500 by the year 2002.  The key objective is to create a smaller, decentralized work force that is highly trained, efficient, and accountable to the American people.  Attrition and targeted buyouts are the primary method being used to reduce the Department's staff.  However, to avoid the possibility of Reduction In Force (RIF), all recruitment and hiring (merit staffing) will be restricted to current HUD employees.  It is estimated that following the reassignment of 3,000 employees to "substantially similar" positions, the designation of 2,800 unaffected employees, and the merit staffing of approximately 1,700 positions, some 1,600 employees will not have permanent positions.  Therefore, HUD will not be in a posture to conduct targeted recruitment, except for those positions requiring special skills (Attorneys and policy level Community Builders, GS-13 and above).  The Department will continue its efforts to attain and maintain a diversified work force that is representative of the Civilian Labor Force.

The Fiscal Year 1997 year-end work force analysis revealed the following problems/barriers:

**UNDESIRED CONDITION:**  The Department's work force reflects the manifest imbalance and conspicuous absence of some EEO groups.

**DESIRED CONDITION:**  A diversified work force that is reflective of the Nation's diversity.

**ANALYSIS:**  An analysis of the Department's work force revealed that there are instances of manifest imbalances and/or conspicuous absences of some EEO groups in nineteen (19) major occupations (occupational series with 100 or more employees).

**PROBABLE BARRIER:**  Limited recruitment, hiring, and internal movement opportunities due to Governmentwide downsizing, restructuring, retirements, buyouts, and normal attrition.

**EEOC FORM 566 (8/87)**                                   **DII-11**

HUD003991

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

DEPARTMENT

**UPDATE**

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:

II.  WORK FORCE

**ALTERNATIVES:**  Continue to follow the Department's
Diversity Plans negotiated with the employee Unions and
continue to advise top level management and selecting
officials on the implementation of Diversity Action Plans to
assure the Department's commitment to attaining a work force
that is representative of the CLF; continue to utilize the
Mentoring Program to assist on-board minorities and women in
breaking through the "Glass Ceiling;" assure that each
*Program Office develops and implements an AEP plan which*
focuses on internal movement; and assure that all current
employees are made aware of existing training opportunities
and position vacancies.

**EXPECTED RESULTS:**  An increase in the diversification and
balanced representation of EEO groups, whose current
composition of the Department's work force shows manifest
imbalances and/or conspicuous absences.

**FOLLOW-UP ACTION:**  Continue to monitor hiring, internal
movement, and attrition statistics in order to conduct
impact analyses on selected EEO groups who are manifestly
imbalanced and/or conspicuously absent from the work force.
Develop realistic and proactive strategies to eliminate
imbalances in the work force.

The Department is in a full downsizing mode, all efforts to
eliminate the identified instances of manifest imbalances and
conspicuous absences will be through the use of internal
movements, including promotions and reassignments, and employee
training and development.  Internal movement objectives have been
established for all EEO groups where there are instances of
underrepresentation in the work force.  See pages DII-22 through
DII-39 for specific numerical objectives by EEO group,
occupational category (PATCOB), and major occupations.

HUD003992

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/98

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **PROFESSIONAL (PATCOB) CATEGORY:** FY98 Numerical Objective:  23 Nine Year Numerical Objective: 422* | Assistant Secretaries and Principal Organization Heads | 09/30/98 |
| **--Economist - GS-0110**** --FY98 Numerical Objective: 0 --Nine Year Numerical Objective: 32 | " | " |
| **--Accountant - GS-0510** --FY98 Numerical Objective: 6 --Nine Year Numerical Objective: 77 | " | " |
| **--Auditor - GS-0511** --FY98 Numerical Objective: 8 --Nine Year Numerical Objective: 179 | " | " |

*     To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 1998) combined numerical objectives.

**     Due to streamlining and downsizing, this occupational series has less than 100 employees.  No numerical objectives have been established.  However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

**EEOC FORM 566 (8/87)**                                            **DII-13**

HUD003993

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/98

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **PROFESSIONAL (PATCOB) CATEGORY (CONT'D)** | | |
| --**Engineer** - GS-0801*<br>--FY98 Numerical Objective: 0<br>--Nine Year Numerical<br>  Objective: 43 | Assistant<br>Secretaries<br>and Principal<br>Organization<br>Heads | 09/30/98 |
| --**Attorney** - GS-0905<br>--FY98 Numerical Objective: 5<br>--Nine Year Numerical<br>  Objective: 64 | " | " |
| --**Contracting Specialist** -<br>  GS-1102<br>--FY98 Numerical Objective:  4<br>--Nine Year Numerical<br>  Objective:  27 | " | " |

\*   Due to streamlining and downsizing, this occupational series has less than 100 employees.  No numerical objectives have been established.  However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

**EEOC FORM 566 (8/87)**                                    **DII-14**

HUD003994

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**
**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/98

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY:** FY98 Numerical Objective: 147 Nine Year Numerical Objective: 1,493* | Assistant Secretaries and Principal Organization Heads | 09/30/98 |
| **--Personnel Management - GS-0201**** --FY98 Numerical Objective: 0 --Nine Year Numerical Objective: 16 | " | " |
| **--Misc. Administration - GS-0301** --FY98 Numerical Objective: 32 --Nine Year Numerical Objective: 219 | " | " |
| **--Program Manager - GS-0340**** --FY98 Numerical Objective: 0 --Nine Year Numerical Objective: 54 | " | " |

*    To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 1998) combined numerical objectives.

**    Due to streamlining and downsizing, these occupational series have less than 100 employees.  No numerical objectives have been established.  However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

---

**EEOC FORM 566 (8/87)**                                    **DII-15**

**HUD003995**

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/98

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (CONT'D):** | | |
| --**Computer Specialist** - GS-0334<br>--FY98 Numerical Objective: 9<br>--Nine Year Numerical<br>  Objective: 149 | Assistant<br>Secretaries<br>and Principal<br>Organization<br>Heads | 09/30/98 |
| --**Management Analyst** - GS-0343<br>--FY98 Numerical Objective: 18<br>--Nine Year Numerical<br>  Objective: 142 | " | " |
| --**Equal Opportunity Specialist** -<br>  GS-0360<br>--FY98 Numerical Objective: 6<br>--Nine Year Numerical<br>  Objective: 61 | " | " |
| --**Financial Operations Analyst** -<br>  GS-0501<br>--FY98 Numerical Objective:  9<br>--Nine Year Numerical<br>  Objective: 109 | " | " |

HUD003996

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**Fiscal Year 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/98

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (CONT'D):** | | |
| --<u>Construction Analyst</u> - GS-0828<br>--FY98 Numerical Objective: 5<br>--Nine Year Numerical<br>  Objective: 51 | Assistant<br>Secretaries<br>and Principal<br>Organization<br>Heads | 09/30/98 |
| --<u>General Business and<br>  Industry</u> - GS-1101<br>--FY98 Numerical Objective: 36<br>--Nine Year Numerical<br>  Objective: 205 | " | " |
| --<u>Financial Analyst</u> - GS-1160<br>--FY98 Numerical Objective:  2<br>--Nine Year Numerical<br>  Objective: 21 | " | " |
| --<u>Loan Specialist</u> - GS-1165<br>--FY98 Numerical Objective: 13<br>--Nine Year Numerical<br>  Objective: 230 | " | " |

**HUD003997**

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:   II.   WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**   Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/98

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (CONT'D):** | | |
| **--Realty Specialist - GS-1170\***<br>--FY98 Numerical Objective: 0<br>--Nine Year Numerical<br>  Objective: 59 | Assistant Secretaries and Principal Organization Heads | 09/30/98 |
| **--Appraising and Assessing -**<br>  **GS-1171**<br>--FY98 Numerical Objective: 9<br>--Nine Year Numerical<br>  Objective: 84 | " | " |
| **--Housing Management Specialist -**<br>  **- GS-1173\***<br>--FY98 Numerical Objective: 0<br>--Nine Year Numerical<br>  Objective: 55 | " | " |
| **--Criminal Investigator - GS-1811**<br>--FY98 Numerical Objective: 8<br>--Nine Year Numerical<br>  Objective: 38 | " | " |

\*   Due to streamlining and downsizing, this occupational series has less than 100 employees.  No numerical objectives have been established.  However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)                                    DII-18

HUD003998

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1998
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:  Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  09/30/98

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| TECHNICAL (PATCOB) CATEGORY:<br>FY98 Numerical Objective: 50<br>Nine Year Numerical<br>Objective: 626* | Assistant Secretaries and Principal Organization Heads | 09/30/98 |
| --Clerk/Assistant - GS-0303<br>--FY98 Numerical Objective: 34<br>--Nine Year Numerical<br>  Objective: 490 | " | " |
| --Accounting Technician - GS-0525*<br>--FY98 Numerical Objective: 0<br>--Nine Year Numerical<br>  Objective: 65 | " | " |
| --General Business and Industry -<br>  GS-1101<br>--FY98 Numerical Objective: 16<br>--Nine Year Numerical<br>  Objective: 71 | " | " |

*    To be consistent with the extensions of MD-714, the
numerical objectives have been revised to reflect the multi-year
(1989 through 1998) combined numerical objectives.

EEOC FORM 566 (8/87)                                    DII-19

HUD003999

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

UPDATE

**PROGRAM ELEMENT:   II.   WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**   Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**   To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/98

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **CLERICAL (PATCOB) CATEGORY:** FY98 Numerical Objective: 30 Nine Year Numerical Objective: 478* | Assistant Secretaries and Principal Organization Heads | 09/30/98 |
| **--Clerk - GS-0303** --FY98 Numerical Objective: 15 --Nine Year Numerical   Objective: 138 | " | " |
| **--Secretary - GS-0318** --FY98 Numerical Objective: 15 --Nine Year Numerical   Objective: 310 | " | " |
| **--Office Automation (Clerk) -**   GS-0326** --FY98 Numerical Objective: 0 --Nine Year Numerical   Objective: 30 | " | " |

*     To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 1998) combined numerical objectives.

**     Due to streamlining and downsizing, this occupational series has less than 100 employees.  No numerical objectives have been established.  However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

HUD004000

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/98

| | RESPONSIBLE | TARGET |
|---|---|---|
| **ACTION ITEMS: (CONT'D)** | **OFFICIAL** | **DATE** |

**BLUE COLLAR CATEGORY:** *
--FY98 Numerical Objective: 0                 "                    "
--Nine Year Numerical
   Objective: 12

*    Due to streamlining and downsizing, this occupational series has less than 100 employees.  No numerical objectives have been established.

**EEOC FORM 566 (8/87)**                                    **DII-21**

HUD004001

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1998

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 28 | ****** | 14 | 0 | 0 | 2 | 2 | 4 | 2 | 2 | 2 |
| | | | | | | | | | | | | |
| ADMINISTRATIVE | PLANNED | 185 | ****** | 103 | 0 | 6 | 19 | 18 | 13 | 11 | 7 | 8 |
| | | | | | | | | | | | | |
| TECHNICAL | PLANNED | 55 | ******* | 30 | 7 | 0 | 8 | 0 | 6 | 0 | 3 | 1 |
| | | | | | | | | | | | | |
| CLERICAL | PLANNED | 46 | ******* | 25 | 3 | 0 | 6 | 1 | 4 | 3 | 2 | 2 |
| | | | | | | | | | | | | |
| OTHER | PLANNED | 1* | ******* | 0 | 1* | * | * | * | * | * | * | * |
| | | | | | | | | | | | | |
| BLUE COLLAR | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| TOTAL | PLANNED | 315 | ******* | 172 | 11 | 6 | 35 | 21 | 27 | 16 | 14 | 13 |

EEOC FORM 566 (8/87)                * One from either of the identified targeted groups.

DII-22

HUD004002

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 * ECONOMIST PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 6 | ******** | 4 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 8 | ******** | 3 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| GS-0801* ENGINEER PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 5 | ******** | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 4 | ******** | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 |

\* This occupational series has less than 100 employees. No numerical objectives have been established for Fiscal Year 1998. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

\** One from either of the identified targeted groups

EEOC FORM 566 (8/87)

DII-23

HUD004003

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 * PRSNL MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 32 | ******** | 24 | 0 | 0 | 0 | 4 | 1 | 2 | 1 | 0 |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 9 | ******** | 6 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 1 |
| GS-0340 * PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0343 MGMNT ANALYST ADMINISTRATIVE | PLANNED | 18 | ******** | 8 | 0 | 0 | 2 | 2 | 2 | 2 | 1 | 1 |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 6 | ******** | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 |
| GS-0501 FIN OPER ANAL. ADMINISTRATIVE | PLANNED | 9 | ******** | 2 | 0 | 0 | 2 | 2 | 2 | 0 | 0 | 1 |

* These occupational series have less than 100 employees. No numerical objectives have been established for Fiscal Year 1998. However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

DII-24

HUD004004

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 5 | ******** | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| GS-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 36 | ******** | 31 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 2 | ******** | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 13 | ******** | 8 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 1 |
| GS-1170 * REALTY SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 9 | ******** | 2 | 0 | 1 | 0 | 2 | 1 | 1 | 1 | 1 |
| GS-1173* HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

\*    This occupational series has less than 100 employees.  No numerical objectives have been established for
     Fiscal Year 1998.  However, the Department will continue to monitor and report on all accomplishments, if any,
     in this occupational series.

EEOC FORM 566 (8/87)

DII-25

**HUD004005**

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 8 | ******** | 5 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 34 | ******** | 20 | 3 | 0 | 5 | 0 | 4 | 0 | 2 | 0 |
| GS-0525* ACCOUNTING TECH TECHNICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HSNG MGMNT ASST TECHNICAL | PLANNED | 16 | ******** | 8 | 3 | 0 | 2 | 0 | 1 | 0 | 1 | 1 |
| GS-0303 CLERK CLERICAL | PLANNED | 15 | ******** | 8 | 0 | 0 | 1 | 1 | 1 | 2 | 1 | 1 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 15 | ******** | 8 | 2 | 0 | 2 | 0 | 2 | 0 | 0 | 1 |

\* These occupational series have less than 100 employees. No numerical objectives have been established for Fiscal Year 1998. However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

DII-26

HUD004006

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 * OFC AUTOMATION CLERICAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| BLUE COLLAR * WAGE GRADE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |

\*    These occupational series have less than 100 employees. No numerical objectives have been established for
     Fiscal Year 1998. However, the Department will continue to monitor and report on all accomplishments, if any,
     in these occupational series.

EEOC FORM 566 (8/87)

DII-27

HUD004007

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1998

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 12 | ******* | 4 | 0 | 0 | 2 | 0 | 1 | 2 | 1 | 2 |
| ADMINISTRATIVE | PLANNED | 21 | ******* | 12 | 0 | 0 | 1 | 2 | 1 | 2 | 1 | 2 |
| TECHNICAL | PLANNED | 3 | ******* | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| CLERICAL | PLANNED | 13 | ******* | 5 | 2 | 0 | 2 | 0 | 1 | 2 | 1 | 0 |
| OTHER | PLANNED | 1* | ******* | 0 | 1* | * | * | * | * | * | * | * |
| BLUE COLLAR | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | PLANNED | 50 | ******* | 22 | 3 | 0 | 6 | 2 | 4 | 6 | 3 | 4 |

EEOC FORM 566 (8/87)        * One from either of the identified targeted groups.

DII-28

HUD004008

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 * ECONOMIST PROFESSIONAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 2 | ******* | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 3 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| GS-0801 * ENGINEER PROFESSIONAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 3 | ******* | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 2 | ******* | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |

*   This occupational series has less than 100 employees. No numerical objectives have been established for Fiscal Year 1998. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)

DII-29

HUD004009

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 * PRSNL MGMT SPEC ADMINISTRATIVE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 6 | ******* | 4 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 4 | ******* | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| GS-0340 * PROGRAM MANAGER ADMINISTRATIVE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0343 MGMNT ANALYST ADMINISTRATIVE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 2 | ******* | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| GS-0501 FIN OPER ANAL. ADMINISTRATIVE | PLANNED | 2 | ******* | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |

*  These occupational series have less than 100 employees. No numerical objectives have been established for Fiscal Year 1998. However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

DII-30

HUD004010

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 1 | ******** | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1170 * REALTY SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 3 | ******** | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 0 |
| GS-1173 * HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

DII-31

* This occupational series has less than 100 employees. No numerical objectives have been established for Fiscal Year 1998. However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

HUD004011

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 3 | ******** | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| GS-0303 CLERK/ASSINT TECHNICAL | PLANNED | 3 | ******** | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| GS-0525 * ACCOUNTING TECH TECHNICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HSNG MGMNT ASST TECHNICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 6 | ******** | 2 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 0 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 6 | ******** | 2 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 1 |

EEOC FORM 566 (8/87)

DII-32

HUD004012

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 * OFC AUTO CLERK CLERICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR * WAGE GRADE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

*   These occupational series have less than 100 employees. No numerical objectives have been established for Fiscal Year 1998. However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

DII-33

HUD004013

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1998

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 16 | ******** | 10 | 0 | 0 | 0 | 2 | 3 | 0 | 1 | 0 |
| ADMINISTRATIVE | PLANNED | 164 | ******* | 91 | 0 | 6 | 18 | 16 | 12 | 9 | 6 | 6 |
| TECHNICAL | PLANNED | 52 | ******* | 29 | 7 | 0 | 7 | 0 | 5 | 0 | 3 | 1 |
| CLERICAL | PLANNED | 33 | ******* | 20 | 1 | 0 | 4 | 1 | 3 | 1 | 1 | 2 |
| OTHER | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLUE COLLAR | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | PLANNED | 265 | ******* | 150 | 8 | 6 | 29 | 19 | 23 | 10 | 11 | 9 |

EEOC FORM 566 (8/87)

DII-34

HUD004014

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 * ECONOMIST PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 3 | ******** | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 5 | ******** | 3 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| GS-0801 * ENGINEER PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 2 | ******** | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 2 | ******** | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |

* This occupational series has less than 100 employees. No numerical objectives have been established for Fiscal Year 1998. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)

DII-35

HUD004015

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 * PRSNL MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 26 | ******** | 20 | 0 | 0 | 0 | 3 | 1 | 1 | 1 | 0 |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 5 | ******** | 4 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| GS-0340 * PROGRAM MANAGER ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0343 MGMT ANALYST ADMINISTRATIVE | PLANNED | 18 | ******** | 8 | 0 | 0 | 2 | 2 | 2 | 2 | 1 | 1 |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 4 | ******** | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| GS-0501 FIN OPER ANAL. ADMINISTRATIVE | PLANNED | 7 | ******** | 1 | 0 | 0 | 1 | 2 | 2 | 0 | 0 | 1 |

* These occupational series have less than 100 employees. No numerical objectives have been established for Fiscal Year 1998. However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

DII-36

HUD004016

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 5 | ******** | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| GS-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 35 | ******** | 30 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 2 | ******** | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 13 | ******** | 8 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 1 |
| GS-1170 * REALTY SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 6 | ******** | 1 | 0 | 1 | 0 | 2 | 0 | 1 | 0 | 1 |
| GS-1173 * HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

*   This occupational series has less than 100 employees. No numerical objectives have been established for
    Fiscal Year 1998. However, the Department will continue to monitor and report on all accomplishments, if any,
    in this occupational series.

EEOC FORM 566 (8/87)

DIT-37

HUD004017

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 5 | ******* | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 31 | ******* | 19 | 3 | 0 | 4 | 0 | 3 | 0 | 2 | 0 |
| GS-0525 * ACCOUNTING TECH TECHNICAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HSNG MGT ASST TECHNICAL | PLANNED | 16 | ******* | 8 | 3 | 0 | 2 | 0 | 1 | 0 | 1 | 1 |
| GS-0303 CLERK CLERICAL | PLANNED | 9 | ******* | 6 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 9 | ******* | 6 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |

EEOC FORM 566 (8/87)

DI-38

HUD004018

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1998

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 * OFC AUTO CLERK CLERICAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLUE COLLAR * WAGE GRADE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

\*   These occupational series have less than 100 employees. No numerical objectives have been established for
    Fiscal Year 1998. However, the Department will continue to monitor and report on all accomplishments, if any,
    in these occupational series.

EEOC FORM 566 (8/87)

DI1-39

HUD004019

# U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)

## DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

## UPDATE REPORT

## FOR FISCAL YEAR 1998

## PROGRAM ELEMENT IV

## RECRUITMENT AND HIRING

**PAGES DIV-1 THROUGH DIV-14**

HUD004026

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

UPDATE

## IV.  RECRUITMENT AND HIRING

An analysis of the Department's Fiscal Year 1997 recruitment and hiring activities revealed that the accession rate remains **consistently below** the attrition rate.  During Fiscal Year 1997, HUD's permanent work force decreased by 7.4 percent.  This trend will continue as the Department continues implementation of its 2020 Management Reform Plan which outlines strategies and initiatives to attain a reduced work force of 7,500 by the year 2002.  HUD's recruitment and hiring activities have been limited to only those positions requiring special skills (e.g. Attorneys and policy level Community Builders, GS-13 and above) which are critical to the Department's mission.  Notwithstanding, an analysis was conducted to ascertain the extent of the Department's outreach efforts including merit staffing policies and procedures, recruitment strategies and sources, and selection rates.  It was revealed that outreach strategies are in place to ensure that employment opportunities/position vacancy announcements are disseminated to all segments of the potential work force.  As a result of these recruitment efforts, minorities and women comprised 65.3 percent of the accessions during Fiscal Year 1997.  Women comprised 55.4 percent and minorities comprised 38.6 percent.

### APPLICANT FLOW ANALYSIS

During Fiscal Year 1997, the Department continued to use the Applicant Flow Tracking/Impact Analyses System to monitor applicant diversity.  However, the system is still being debugged and is not being utilized to its full capacity.  Several manual analyses were conducted of the competitive selection process, including analyses of (1) the initial applicant pool, (2) the eligible (minimum qualifications) applicant pool, (3) the best qualified candidates pool, (4) the final selections for employment, (5) an adverse impact analysis, (6) impact ratio analysis, (7) individual EEO group analyses, and (8) change in applicant flow Fiscal Years 96/97.  The results are as follows:

There were only 276 position vacancy announcements recorded in the system as compared to 634 during Fiscal Year 1996.  Of those recorded, 24 or 8.7 percent were later cancelled at the

**EEOC FORM 566 (8/87)**                                          **DIV-1**

HUD004027

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1998
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

IV.  RECRUITMENT AND HIRING (Cont'd)

request of management.  Of the 252 position vacancies filled,
several were multiple vacancies which resulted in the competitive
selection of 295 employees.

The **applicant pool analysis** revealed that 2,152 applications
were received for consideration in filling the 276 announced
position vacancies.  Vacancy announcements recorded in the system
decreased by 56.5 percent from Fiscal Year 1996.  The number of
applications decreased by 36.9 percent.  The percentage of
representation in the applicant pool **increased** for minorities and
women (+5.4%), women (+2.9%), and minorities (+3.5%).  White
applicants comprised 41.3 percent, a decrease of 11.7 percent
(White females comprised 25.2 percent, a decrease of 5.2
percent), followed by Blacks at 36.8 percent, an increase of 7.0
percent; Hispanics at 5.5 percent, a decrease of 3.4 percent;
Asian Americans at 2.6 percent, an increase of 0.2 percent;
American Indians at 1.3 percent, a decrease of 0.2 percent; and
Non-HUD employees (Unknown race) comprised 12.5 percent, an
increase of 8.2 percent.

The **eligibility analysis** (minimum qualifications) of the
2,152 applications revealed that 1,425 or 66.2 percent were found
minimally qualified for further employment consideration.  Of all
minorities and women applicants, 1,117 or 66.1 percent were found
minimally qualified, a decrease of 0.8 percent; of the women
applicants, 964 or 67.0 percent were qualified, an increase of
0.6 percent; and of the minority applicants, 683 or 68.7 percent
were found qualified, an increase of 4.3 percent.  Looking
specifically at the pool of the **qualified applicants**, minorities
and women increased by 8.2 percent, women by 6.7 percent, and
minorities by 8.4 percent.  Whites comprised 45.5 percent, a
decrease of 12.7 percent (White females comprised 27.3 percent, a
decrease of 3.4%); Blacks comprised 38.0 percent, an increase of
10.4 percent; Hispanics comprised 5.7 percent, a decrease of 2.3
percent; Asian Americans comprised 2.9 percent, an increase of
0.4 percent; American Indians comprised 1.3 percent, a decrease
of 0.1 percent; and Non-HUD applicants comprised 6.6 percent, an
increase of 4.3 percent.

EEOC FORM 566 (8/87)                                    DIV-2

HUD004028

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

DEPARTMENT

UPDATE

## IV.   RECRUITMENT AND HIRING (Cont'd)

The analysis of the **best qualified applicants/candidates** revealed that of the 1,425 minimally qualified applicants, 1,073 or 75.3 percent were deemed best qualified and referred to management as candidates for final employment consideration. Minority and women comprised 77.8 percent, an increase of 6.7 percent from Fiscal Year 1996, women comprised 67.4 percent, an increase of 5.6 percent, and minorities comprised 45.1 percent, an increase of 4.1 percent.  Looking at the individual EEO groups, Whites comprised 49.3 percent of best qualified candidates, a decrease of 8.0 percent (White females comprised 29.9 percent, a decrease of 0.7%); Blacks comprised 34.1 percent, an increase of 5.9 percent; Hispanics comprised 6.4 percent, a decrease of 1.9 percent; Asian Americans comprised 3.3 percent, an increase of 0.9 percent; and American Indians comprised 1.3 percent, a decrease of 0.1 percent.  Non-HUD employees comprised 5.6 percent, an increase of 3.4 percent.

The analysis of the **final selections** revealed that of the 1,073 candidates referred, 295 or 27.5 percent were selected. Minority and women comprised 83.3 percent of the selections, an increase of 8.7 percent from Fiscal Year 1996, women comprised 72.2 percent, an increase of 9.0 percent, and minorities comprised 49.1 percent, an increase of 7.6 percent.  Looking at the individual EEO groups, Whites comprised 50.8 percent a decrease of 7.5 percent (White females comprised 34.2 percent, an increase of 0.9%); Blacks comprised 33.9 percent, an increase of 3.3 percent; Hispanics comprised 8.5 percent, an increase of 1.0 percent; Asian Americans comprised 5.7 percent, an increase of 3.9 percent; and American Indians comprised 1.0 percent, a decrease of 0.4 percent.  Non-HUD employees are not included in the selection analysis.  If selected for employment, their race and sex are identified and they are included in the appropriate EEO group.

The **applicant flow summary analysis** revealed that of all minority and women applicants, 66.1 percent were found qualified, 49.4 percent were found best qualified, and 14.5 percent were selected.  The percentages women are: 67.0-qualified, 50.2-best qualified, and 22.1-selected; for minorities, they are: 68.7-qualified, 48.7-best qualified, and 14.6 selected.  By EEO

EEOC FORM 566 (8/87)                                          DIV-3

HUD004029

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 1998**
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

### IV.  RECRUITMENT AND HIRING (Cont'd)

group, they are:  Whites: 73.0-qualified, 59.6-best qualified,
and 16.9-selected (White females: 71.9-qualified, 59.3-best
qualified, and 18.7-selected); Blacks: 68.5-qualified, 46.3-best
qualified, and 12.6-selected; Hispanics: 68.1-qualified, 58.0-
best qualified, and 21.0-selected; Asians: 76.4-qualified, 63.6-
best qualified, and 30.9-selected; and Indians: 60.1-qualified,
48.3-best qualified, and 10.3-selected.

The **adverse impact analysis** of the selection rates revealed
that Asian Americans had the highest selection rate at 30.9
percent followed by Hispanics at 21.0 percent; White females at
18.7 percent (White males at 14.1); Blacks at 12.6 percent; and
American Indians at 12.6 percent.  Looking at the individual EEO
groups, Asian females had the highest selection rate at 39.4
percent, followed by Hispanic females at 25.0 percent; White
females at 18.7 percent; Asian males at 18.2 percent; Indian
males at 16.7 percent; Hispanic males at 15.7 percent; Black
females at 13.0 percent; Black males at 11.4 percent, and Indian
females at 5.9 percent.

The **Impact Ratio analyses** of the selection process revealed
that minorities and women comprised 78.4 percent of the qualified
applicant pool, 77.8 percent of the best qualified applicant
pool, and 83.3 percent of the selections; women comprised 67.7
percent of the qualified applicant pool, 67.4 percent of the best
qualified applicant pool, and 72.2 percent of the selections; and
minorities comprised 47.9 percent of the qualified applicant
pool, 45.1 percent of the best qualified applicant pool, and 49.1
percent of the selections.  The analyses also revealed that the
selection rates exceeded their availability in the applicant pool
and their percentages of representation in the work force for all
EEO groups except White females and Black females.  While the
impact ratios for White females, Black females, Hispanic males,
Asian males, and Indian males were less than 80.0 percent, their
selection rates increased during Fiscal Year 1997.  The selection
rates also increased for Hispanic females and Asian females.
Black males and Indian females decreased.  The less than 80.0
percent range for most EEO groups can be attributed to the
decrease in position vacancy announcements (-56.5) during Fiscal
Year 1997.  Cancelled position vacancy announcements, after

HUD004030

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

DEPARTMENT

UPDATE

### IV.   RECRUITMENT AND HIRING (Cont'd)

applicants/applications have been received and recorded in the
tracking system, could also have an adverse affect on the results
of impact ratio analyses.  The Department remains under a hiring
freeze which severely limits outside recruitment and hiring.
This trend will continue as the Department moves forward in
attaining its reduced staffing level of 7,500 by the year 2002.
We will continue to closely monitor all employment (hiring,
promotion, and other internal movement).

### CHANGE IN APPLICANT POOL AVAILABILITY
### FISCAL YEAR 1996/1997

| EEO Group | Applicant Pool percentage | Qual Appl Pool percentage | Candidate Appl Pool percentage | Selectees percentage |
|---|---|---|---|---|
| **Whites** | − 11.7 | − 12.7 | − 8.0 | − 7.5 |
| Males | − 6.5 | − 9.3 | − 7.3 | − 8.4 |
| Females | − 5.2 | − 3.4 | − 0.7 | + 0.9 |
| **Blacks** | + 7.0 | + 10.4 | + 5.9 | + 3.3 |
| Males | + 1.4 | + 1.0 | + 0.7 | − 1.5 |
| Females | + 5.6 | + 9.4 | + 5.2 | + 4.8 |
| **Hispanics** | − 3.4 | − 2.3 | − 1.9 | + 1.0 |
| Males | − 1.1 | − 0.9 | − 0.7 | + 0.2 |
| Females | − 2.3 | − 1.4 | − 1.2 | + 0.8 |
| **Asians** | + 0.2 | + 0.4 | + 0.9 | + 3.9 |
| Males | 0.0 | − 0.1 | − 0.2 | + 0.5 |
| Females | + 0.2 | + 0.5 | + 1.1 | + 3.4 |
| **Indians** | − 0.2 | − 0.1 | − 0.1 | − 0.4 |
| Males | − 0.2 | − 0.2 | − 0.2 | + 0.2 |
| Females | 0.0 | + 0.1 | + 0.1 | − 0.6 |
| **Unknown Race** | + 8.2 | + 4.3 | + 3.4 | 0.0 |
| Males | + 3.6 | + 2.9 | + 2.2 | 0.0 |
| Females | + 4.6 | + 1.4 | + 1.2 | 0.0 |

EEOC FORM 566 (8/87)                                            DIV-5

HUD004031

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED**

**IV.  RECRUITMENT AND HIRING (Cont'd)**

**CHANGE IN APPLICANT POOL AVAILABILITY**
**FISCAL YEAR 1996/1997 (Cont'd)**

| EEO Group | Applicant Pool percentage | Qual Appl Pool percentage | Candidate Appl Pool percentage | Selectees percentage |
|---|---|---|---|---|
| Totals | – 36.7 | – 40.0 | – 43.3 | – 63.0 |
| Minorities and women* | + 5.4 | + 8.2 | + 6.7 | + 8.7 |
| Women | + 2.9 | + 6.7 | + 5.6 | + 9.0 |
| Minorities** | + 3.5 | + 8.4 | + 4.1 | + 7.6 |

While no policy or procedural problems/barriers were identified, the Department's ability to conduct targeted recruitment for most positions where underrepresentation exists has been severely limited, for several years, due to the Governmentwide reinvention efforts.  As a result, there are instances of under-representation (manifest imbalance and/or conspicuous absence) of some EEO groups in the Department's work force.  Further, with the Department's mandate to attain a permanent ceiling 7,500 by the year 2002, limited, if any, recruitment and/or hiring is anticipated.  In light of the above limitations, emphasis for Fiscal Year 1998 will again be placed on internal movements, training, and career development.  See Program Element II-Work Force for established numerical hiring objectives and Program Element V-Employee Development for related objectives and action items.  See page DIV-7 through DIV-15 for the Fiscal Year 1997 Problem/Barrier Identification and Fiscal Year 1998 Objectives and Action Items designed to eliminate all identified problems/barriers.

**EEOC FORM 566 (8/87)**                                    **DIV-6**

HUD004032

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED**

**IV.  RECRUITMENT AND HIRING (Cont'd)**

The analysis identified the following problems/barriers:

**UNDESIRED CONDITION:**  HUD's ability to conduct targeted recruitment and hiring has been, and will continue to be, severely limited as the Department remains committed to the goals and objectives of the National Partnership for Reinventing Government.  As a result, some EEO groups remain underrepresented (manifest imbalance and/or conspicuous absence) in nineteen (19) major occupational series.  The number of major occupational series (defined as with 100 or more employees) continue to decline as the work force declines – from twenty-two (22) occupations in Fiscal Year 1996 to nineteen (19) at the end of Fiscal Year 1997.

Further, the adverse impact analysis and impact ratio analysis revealed that some EEO groups may be adversely affected during the competitive selection process.

**DESIRED CONDITION:**  The desired condition is to attain and retain a work force that is reflective of the nation's diversity.  With little, if any, recruitment and hiring anticipated and with a mandated staff reduction of approximately 25.0 percent by the year 2002, the Department's ability to attain its desired condition is unlikely.  Yet, every effort will be made to eliminate instances of under-representation of the identified EEO groups (listed below) in each of the major occupational series.

**ANALYSIS:**  An analysis of the Department's work force revealed that there are **MANIFEST IMBALANCES** – When the work force's representation of a particular EEO group, by occupational category or grade level, is substantially below its representation in the appropriate Civilian Labor Force (CLF) and **CONSPICUOUS ABSENCES** – When a particular EEO group is nearly or nonexistent in an occupational category or grade level in the work force, in the following nineteen (19) **major occupations** (occupational series with 100 or more employees) and EEO groups:

**EEOC FORM 566 (8/87)**                                    **DIV-7**

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

### IV.   RECRUITMENT AND HIRING (Cont'd)

### UNDERREPRESENTATION ANALYSIS (Cont'd)

#### PROFESSIONAL CATEGORY

ACCOUNTANT
  Series 0510..................White females
              Hispanic females
              Hispanic females
AUDITOR
  Series 0511..................White females
              Hispanic females
              Asian males
              Indian males
              Indian females
ATTORNEY
  Series 0905..................White females
              Asian males

CONTRACTING SPECIALIST
  Series 1102..................Hispanic males
              Asian males
              Indian males
              Indian females

#### ADMINISTRATIVE CATEGORY

MISCELLANEOUS ADMINISTRATIVE
  Series 0301..................White females
              Hispanic females
              Asian males
              Asian females
              Indian males

COMPUTER SPECIALIST
  Series 0334..................Hispanic females
              Indian females

HUD004034

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

DEPARTMENT

UPDATE

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED**

**IV.   RECRUITMENT AND HIRING (Cont'd)**

**ADMINISTRATIVE CATEGORY (Cont'd)**

MANAGEMENT/PROGRAM ANALYST
     Series 0343...................White females
                                  Hispanic males
                                  Hispanic females
                                  Asian males
                                  Asian females
                                  Indian males
                                  Indian females

EQUAL OPPORTUNITY SPECIALIST
     Series 0360...................White females
                                  Asian females
                                  Asian males
                                  Indian males

FINANCIAL OPERATIONS ANALYST
     Series 0501...................White females
                                  Hispanic males
                                  Hispanic females
                                  Asian males
                                  Indian females

CONSTRUCTION ANALYST
     Series 0828...................White females
                                  Black females
                                  Hispanic females
                                  Asian females
                                  Indian females

GENERAL BUSINESS AND INDUSTRY
     Series 1101...................White females
                                  Asian males
                                  Asian females

FINANCIAL ANALYST (HOUSING)
     Series 1160...................White females
                                  Asian males
                                  Indian males
                                  Indian females

**EEOC FORM 566 (8/87)**                                          **DIV-9**

HUD004035

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

DEPARTMENT

UPDATE

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED**

**IV.   RECRUITMENT AND HIRING (Cont'd)**

**ADMINISTRATIVE CATEGORY (Cont'd)**

LOAN SPECIALIST
           Series 1165...................White females
                                         Hispanic males

APPRAISING/ASSESSING SPECIALIST
           Series 1171...................White females
                                         Black males
                                         Hispanic females
                                         Asian males
                                         Asian females
                                         Indian males
                                         Indian females

CRIMINAL INVESTIGATOR
           Series 1811...................White females
                                         Asian females
                                         Indian females

**TECHNICAL CATEGORY**

MISC. CLERK/ASSISTANT
           Series 0303...................White females
                                         Hispanic males
                                         Asian males
                                         Indian males

GENERAL BUSINESS AND INDUSTRY
           Series 1101...................White females
                                         Black males
                                         Hispanic males
                                         Asian males
                                         Indian males
                                         Indian females

**EEOC FORM 566 (8/87)**                                **DIV-10**

HUD004036

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED**

### IV.  RECRUITMENT AND HIRING (Cont'd)

#### CLERICAL CATEGORY

CLERK
Series 0303..................White females
Hispanic males
Hispanic females
Asian males
Asian females
Indian males
Indian females

SECRETARY
Series 0318..................White females
Black males
Hispanic males
Asian females
Indian females

**PROBABLE BARRIER:**  Limited recruitment opportunities due to Governmentwide downsizing, buyouts, the Department's mandate to reduce its permanent work force by approximately 25.0 percent by the year 2002.

**ALTERNATIVE:**  Continue to encourage the use of training and career development programs and internal movements as a means of correcting instances of underrepresentation.  Continue to advise top level management and selecting officials of the Department's commitment to increase representation of targeted EEO groups in all occupations and at all grade levels by reemphasizing the established goals and objectives outlined in the Department's Federal Equal Opportunity Recruitment Program (FEORP) Plan and their respective office's AEP Plan, and through continuous EEO/AE Program information and reports using the Intranet HomePage.

**EXPECTED RESULTS:**  The ideal result is the attainment of a diversified, balanced work force that is representative of the Civilian Labor Force (CLF) and the Nation's diversity.  However, with the mandated staff

EEOC FORM 566 (8/87)                                    DIV-11

HUD004037

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED**

**V.   RECRUITMENT AND HIRING (Cont'd)**

reductions and employees opting to voluntarily leave
the Department to pursue retirement and other employ-
ment sources (minorities and women comprised 69.9% of
the FY-97 separations), it is highly likely that the
outcome will not be as desired or expected.

**FOLLOW-UP ACTION**:  Continue to monitor recruitment,
hiring, internal movement, training and career
development, and attrition statistics and conduct
impact analyses, including applicant flow data, on
identified EEO groups that are underrepresented in the
Department's work force.


See pages DIV-13 and 14 for Fiscal Year 1998 Objective
and Action Items.

**EEOC FORM 566 (8/87)**                                      **DIV-12**

HUD004038

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  IV.  RECRUITMENT AND HIRING**

**PROGRAM/BARRIER STATEMENT:**  Limited opportunities to recruit from outside the agency.

**OBJECTIVE:**  Eliminate instances of manifest imbalances and conspicuous absences of EEO groups in the work force through internal movements, utilizing both training and career development.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/98

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| 1.  Continue to encourage the use of internal movements (promotions and reassignments) of on-board staff to correct instances of manifest imbalance and conspicuous absence. | Assistant Secretary for Administration and Director, Office of Departmental Equal Employment Opportunity (ODEEO) | Ongoing Activity with annual reporting |
| 2.  Continue to conduct training of all managers, supervisors, and employees on their EEO/AE and Cultural Diversity responsibilities. | " | " |
| 3.  Implement annual Cultural Diversity Action Plans for each Program Office. | Assistant Secretaries and Principal Organization Heads | 03/30/98 |

**EEOC FORM 566 (8/87)**                                        **DIV-13**

HUD004039

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1998**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  IV.  RECRUITMENT AND HIRING**

**PROGRAM/BARRIER STATEMENT:**  Limited opportunities to recruit from outside the agency.

**OBJECTIVE:**  Eliminate instances of manifest imbalances and conspicuous absences of EEO groups in the work force through internal movements, utilizing both training and career development.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/98

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| (Cont'd) | | |
| 4.  Develop and implement AEP Plans that focus on internal movement strategies and training and development initiatives for each Program Office within the Department. | Assistant Secretaries and Principal Organization Heads | 01/30/98 |
| 5.  Continue to collect, monitor, and analyze applicant flow data to determine any adverse impact on minorities, women, and persons with disabilities. | Assistant Secretary for Administration and Director, ODEEO | Ongoing activity with annual reporting 09/30/98 |
| 6.  Complete system testing and modifications of the Applicant Flow Automated Tracking, Monitoring, and Reporting Subsystem. | Assistant Secretary for Administration and Director, ODEEO | 06/30/98 |

**EEOC FORM 566 (8/87)**                                    **DIV-14**

HUD004040

# DEPARTMENT

# FISCAL YEAR 1993

# AFFIRMATIVE EMPLOYMENT

# PROGRAM (AEP)

# PLAN UPDATE REPORT

HUD007335

# DEPARTMENT

# AEP PLAN UPDATE REPORT

# PROGRAM ELEMENT II

# WORK FORCE

**HUD007343**

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

## II.  WORK FORCE - SUMMARY ANALYSIS

An analysis of the Department's work force was conducted by occupational category (PATCOB-Professional, Administrative, Technical, Clerical, Other, Blue Collar), grade groupings and major occupations using the National Finance Center's (NFC) Fiscal Year 1992 year end data.  A further comparative analysis was conducted using National Civilian Labor Force (CLF) data and NFC's Fiscal Year 1992 year end data by PATCOB, grade groupings and major occupations.  The results of the analyses are as follows:

The Departmentwide Annual Affirmative Employment Program Plan for Fiscal Year 1993 covers a total of **13,461** permanent full time and permanent part time employees.  There are 1,560 employees in the Professional category, 8,186 in the Administrative category, 1,208 in the Technical category, 2,461 in the Clerical category, 20 in the Other category and 26 in the Blue Collar category.  Although considerable progress was made in accomplishing the established hiring and internal movement objectives during Fiscal Year 1992, instances of manifest imbalances and/or conspicuous absences continue to exist in some EEO groups.  It appears that the attrition rate of some EEO groups is contributing to their continued manifest imbalances and/or conspicuous absences.  The following analyses and action items depict the Department's work force update.

### FISCAL YEAR 1992 - ANALYSIS OF UNDERREPRESENTATION
### BY OCCUPATIONAL CATEGORY

**MANIFEST IMBALANCE** - when the work force's representation of a particular Equal Employment Opportunity (EEO) group, by occupational category or grade level, is substantially below its representation in the appropriate Civilian Labor Force (CLF).

The analysis of the Department's work force revealed that there are **MANIFEST IMBALANCES** in the following PATCOB categories and EEO groups:

> **PROFESSIONAL**.............White females
>
> **ADMINISTRATIVE**..........Asian males
>
> **CLERICAL**................White females
>                                 Hispanic males

**HUD007344**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II.  WORK FORCE - SUMMARY ANALYSIS

### FISCAL YEAR 1992 - ANALYSIS OF UNDERREPRESENTATION
### BY OCCUPATIONAL CATEGORY (Cont'd)

**CONSPICUOUS ABSENCE** - when a particular Equal Employment Opportunity (EEO) group is nearly or totally nonexistent in an occupational category or grade level in the work force.

The analysis of the Department's work force revealed that there are **CONSPICUOUS ABSENCES** in the following PATCOB categories and EEO groups:

          **TECHNICAL**...............Hispanic males
                                 Asian males
                                 Indian males

          **CLERICAL**................Asian males

          **OTHER**...................Hispanic males
                                 Asian males
                                 Asian females
                                 Indian males
                                 Indian females

          **BLUE COLLAR**.............White females
                                 Hispanic males
                                 Hispanic females
                                 Asian females
                                 Indian males
                                 Indian females

### FISCAL YEAR 1992 - ANALYSIS OF UNDERREPRESENTATION
### BY MAJOR OCCUPATIONS

     The analysis of the Department's work force revealed that there are **MANIFEST IMBALANCES** in the following major occupations (occupational series with 100 or more employees) and EEO groups:

#### PROFESSIONAL CATEGORY

          ECONOMIST
                Series 0110. . . . . . .White females
                                     Black females

EEOC FORM 566 (8/87)                         DII-2

HUD007345

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**PROGRAM ANALYSIS**

**DEPARTMENT**

UPDATE

## II.  WORK FORCE – SUMMARY ANALYSIS

**FISCAL YEAR 1992 – ANALYSIS OF UNDERREPRESENTATION BY MAJOR OCCUPATIONS – MANIFEST IMBALANCES (Cont'd)**

### PROFESSIONAL CATEGORY (Cont'd)

AUDITOR
      Series 0511 . . . . . . White females
                             Asian males
ENGINEER
      Series 0801. . . . . . .Asian females

ATTORNEY
      Series 0905 . . . . . . Hispanic males

CONTRACTING SPECIALIST
      Series 1102. . . . . . .Hispanic males
                             Asian females

### ADMINISTRATIVE CATEGORY

PERSONNEL MANAGEMENT SPECIALIST
      Series 0201 . . . . . . .Hispanic males
                             Hispanic females

MISCELLANEOUS ADMINISTRATION
      Series 0301  . . . . . . Asian males

COMPUTER SPECIALIST
      Series 0334  . . . . . . White females

PROGRAM MANAGER
      Series 0340 . . . . . . .Asian males

MANAGEMENT ANALYST
      Series 0343  . . . . . . Hispanic males
                             Asian males

EQUAL OPPORTUNITY SPECIALIST
      Series 0360  . . . . . . Indian males

FINANCIAL OPERATIONS ANALYST
      Series 0501  . . . . . . White females
                             Hispanic females
                             Asian males

**HUD007346**

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS**

**FISCAL YEAR 1992 - ANALYSIS OF UNDERREPRESENTATION
BY MAJOR OCCUPATIONS - MANIFEST IMBALANCES (Cont'd)**

**ADMINISTRATIVE CATEGORY (Cont'd)**

CONSTRUCTION ANALYST
Series 0828 . . . . . . Asian females

GENERAL BUSINESS AND INDUSTRY
Series 1101 . . . . . . .Asian males

LOAN SPECIALIST
Series 1165 . . . . . . .Asian males
Indian males

REALTY SPECIALIST
Series 1170. . . . . . . Hispanic males
Asian males

APPRAISING AND ASSESSING SPECIALISTS
Series 1171 . . . . . . .White females
Asian males

HOUSING MANAGEMENT SPECIALIST
Series 1173 . . . . . . . Hispanic males

CRIMINAL INVESTIGATOR
Series 1811 . . . . . . .White females

**TECHNICAL CATEGORY**

MISC. CLERK/ASSISTANT SERIES
Series 0303  . . . . . . Black males
Hispanic males
Asian males
Indian males

ACCOUNTING TECHNICIAN
Series 0525 . . . . . . .White females

GENERAL BUSINESS AND INDUSTRY
Series 1101 . . . . . . .Asian females

**EEOC FORM 566 (8/87)**                              **DII-4**

HUD007347

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS**

**FISCAL YEAR 1992 - ANALYSIS OF UNDERREPRESENTATION
BY MAJOR OCCUPATIONS - MANIFEST IMBALANCES (Cont'd)**

**CLERICAL CATEGORY**

CLERK/ASSISTANT
    Series 0303 . . . . . .White females
                            Asian males

SECRETARY
    Series 0318  .  . . . . .White females

CLERK TYPIST
    Series 0322 . . . . . .White females

OFFICE AUTOMATION (CLERK)
    Series 0326 . . . . . .Asian males


The analysis of the Department's work force revealed that there are **CONSPICUOUS ABSENCES** in the following <u>major occupations</u> (occupational series with 100 or more employees) and EEO groups:


**PROFESSIONAL CATEGORY**

ECONOMIST
    Series 0110. . . . . .Indian males
                            Indian females

ACCOUNTANT
    Series 0510 . . . . . . White females

AUDITOR
    Series 0511 . . . . . . Indian males
                            Indian females

ENGINEER
    Series 0801. . . . . .White females
                            Hispanic females

ATTORNEY
    Series 0905 . . . . . . Asian males

CONTRACT SPECIALIST
    Series 1102. . . . . .Indian males

**EEOC FORM 566 (8/87)**                    **DII-5**

HUD007348

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

## II.  WORK FORCE - SUMMARY ANALYSIS

**FISCAL YEAR 1992 - ANALYSIS OF UNDERREPRESENTATION
BY MAJOR OCCUPATIONS -  CONSPICUOUS ABSENCES (Cont'd)**

### ADMINISTRATIVE CATEGORY

COMPUTER SPECIALIST
  Series 0334  . . . . . . Indian females

PROGRAM MANAGEMENT
  Series 0340 . . . . . . .White females
          Hispanic males
          Asian females
          Indian females

MANAGEMENT ANALYST
  Series 0343 . . . . . . .Indian males
          Indian females

EQUAL OPPORTUNITY SPECIALIST
  Series 0360  . . . . . . White females

FINANCIAL OPERATIONS ANALYST
  Series 0501  . . . . . . Hispanic males
          Indian females

CONSTRUCTION ANALYST
  Series 0828  . . . . . . White females
          Black females
          Hispanic females
          Indian females

FINANCIAL ANALYST (HOUSING)
  Series 1160 . . . . . . .Indian females

REALTY SPECIALIST
  Series 1170. . . . . . . Asian females

APPRAISING AND ASSESSING SPECIALISTS
  Series 1171 . . . . . . .Asian females
          Indian males
          Indian females

HUD007349

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS**

**FISCAL YEAR 1992 - ANALYSIS OF UNDERREPRESENTATION
BY MAJOR OCCUPATIONS -  CONSPICUOUS ABSENCES (Cont'd)**

**ADMINISTRATIVE CATEGORY (Cont'd)**

HOUSING MANAGEMENT SPECIALIST
        Series 1173 . . . . . . .Asian males

CRIMINAL INVESTIGATOR
        Series 1811 . . . . . . .Asian males
                                 Indian males
                                 Indian females

**TECHNICAL CATEGORY**

ACCOUNTING TECHNICIAN
        Series 0525 . . . . . . .Hispanic males
                                 Asian males
                                 Indian males

GENERAL BUSINESS AND INDUSTRY
        Series 1101 . . . . . . .Hispanic males
                                 Asian males
                                 Indian males

**CLERICAL CATEGORY**

SECRETARY
        Series 0318  . . . . . . Black males
                                 Hispanic males
                                 Asian males
                                 Indian males

CLERK TYPIST
        Series 0322 . . . . . . .Hispanic males
                                 Asian males
                                 Indian males

OFFICE AUTOMATION (CLERK)
        Series 0326 . . . . . . .White females

HUD007350

DISTRIBUTION OF EEO GROUPS AND COMPARISON BY PATCOB

ORGANIZATION: HUD
DEPARTMENT

FISCAL YEAR 1992

| OCCUPATIONAL CATEGORY | TOTAL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALL % | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % |
| PROFESSIONAL AGENCY (HUD) | 100.0 | 52.4 | 18.6 | 8.4 | 9.1 | 3.4 | 1.3 | 3.8 | 2.4 | 0.3 | 0.3 |
| CIVILIAN LABOR FORCE | 100.0 | 60.6 | 26.9 | 2.3 | 2.8 | 2.2 | 1.1 | 2.5 | 1.1 | 0.2 | 0.1 |
| ADMINISTRATIVE AGENCY (HUD) | 100.0 | 36.2 | 27.4 | 9.4 | 18.1 | 3.1 | 2.7 | 1.0 | 1.1 | 0.5 | 0.5 |
| CIVILIAN LABOR FORCE | 100.0 | 60.4 | 26.6 | 3.6 | 3.1 | 2.8 | 1.3 | 1.1 | 0.5 | 0.3 | 0.2 |
| TECHNICAL AGENCY (HUD) | 100.0 | 7.0 | 38.1 | 5.0 | 39.0 | 1.1 | 5.2 | 0.6 | 2.5 | 0.1 | 1.4 |
| CIVILIAN LABOR FORCE | 100.0 | 45.2 | 37.0 | 3.5 | 6.3 | 2.7 | 2.4 | 1.2 | 0.9 | 0.3 | 0.3 |
| CLERICAL AGENCY (HUD) | 100.0 | 4.7 | 41.4 | 3.2 | 38.4 | 1.1 | 7.6 | 0.3 | 2.0 | 0.2 | 1.1 |
| CIVILIAN LABOR FORCE | 100.0 | 21.7 | 57.3 | 2.8 | 9.3 | 1.9 | 4.2 | 0.7 | 1.5 | 0.1 | 0.4 |
| OTHER AGENCY (HUD) | 100.0 | 35.0 | 35.0 | 15.0 | 10.0 | 0.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| CIVILIAN LABOR FORCE | 100.0 | 75.3 | 7.7 | 8.3 | 1.6 | 4.8 | 0.6 | 0.7 | 0.1 | 0.8 | 0.1 |
| BLUE COLLAR AGENCY (HUD) | 100.0 | 19.2 | 0.0 | 73.2 | 3.8 | 0.0 | 0.0 | 3.8 | 0.0 | 0.0 | 0.0 |
| CIVILIAN LABOR FORCE | 100.0 | 64.2 | 14.3 | 8.4 | 2.9 | 6.1 | 2.0 | 0.8 | 0.4 | 0.5 | 0.1 |

EEOC FORM 569 (8/87)

DII-8

HUD007351

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE**

**FISCAL YEAR 1992 – ANALYSIS OF REPRESENTATION BY GRADE GROUPING**

The following summarizes the percentages of EEO groups by grade groupings:

| Race/Sex | SENIOR LEVEL | GS/GM 13-15 | GS 9-12 | GS 5-8 | GS 1-4 |
|---|---|---|---|---|---|
| White males | 69.6% | 50.6% | 32.1% | 5.8% | 10.5% |
| White females | 9.6 | 21.1 | 28.2 | 41.2 | 39.5 |
| Black males | 12.8 | 9.6 | 9.2 | 3.6 | 5.2 |
| Black females | 4.8 | 11.8 | 20.1 | 37.6 | 30.8 |
| Hispanic males | 2.4 | 2.8 | 3.4 | 1.1 | 1.8 |
| Hispanic females | 0.8 | 1.5 | 2.9 | 6.7 | 8.1 |
| Asian males | 0.0 | 1.2 | 1.6 | 0.5 | 0.2 |
| Asian females | 0.0 | 0.8 | 1.5 | 2.3 | 1.8 |
| Indian males | 0.0 | 0.5 | 0.5 | 0.1 | 0.3 |
| Indian females | 0.0 | 0.1 | 0.5 | 1.1 | 1.8 |

**BLUE COLLAR**

| Race/Sex | WG 5-9 | WG 11-12 | WL 5-9 | WS 5-9 | WD 5-9 | XS 5-9 | XP 5-9 |
|---|---|---|---|---|---|---|---|
| White males | 15.4% | 0.0% | 0.0% | 50.0% | 66.7% | 0.0% | 0.0% |
| White females | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Black males | 76.9 | 0.0 | 100.0 | 50.0 | 33.3 | 0.0 | 100.0 |
| Black females | 7.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Hispanic males | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Hispanic females | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Asian males | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0 | 0.0 |
| Asian females | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Indian males | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Indian females | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

HUD007352

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**PROGRAM ANALYSIS**

**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:**

**UNDESIRED CONDITION:**  The Department's work force reflects the manifest imbalance and conspicuous absence of some EEO groups.

**DESIRED CONDITION:**  A diversified work force that mirrors the representation of minorities and women in the National Civilian Labor Force (CLF).

**ANALYSIS:**  An analysis of the Department's work force revealed that there are instances of manifest imbalances and/or conspicuous absences of some EEO groups in twenty-eight (28) major occupations (occupational series with 100 or more employees).

**PROBABLE BARRIER:**  Limited recruitment, hiring and internal movement opportunities due to a hiring freeze, and the lack of a system to collect and assess applicant flow data.

**ALTERNATIVES:**  Implement the Applicant Flow Data Analysis System; foster employee career development; design and implement a Mentoring Program to assist minorities and women in breaking through the "Glass Ceiling;" assure that each major operating component develops and implements an AEP plan which focuses on internal movement; continue to advise top level management and selecting officials of the Department's commitment to attaining a work force that is representative of the CLF; and, assure that all current employees are made aware of existing position vacancy announcements.

**EXPECTED RESULTS:**  An increase in the representation of EEO groups whose current composition of the Department's work force shows manifest imbalances and/or conspicuous absences.

**FOLLOW-UP ACTION:**  Continue to monitor hiring and internal movement statistics to determine current recruitment and outreach activities, assess their effectiveness and, if necessary, revise merit staffing strategies, internal policy and/or practices.

**HUD007353**

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  9/30/93

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **PROFESSIONAL (PATCOB) CATEGORY:** FY93 Numerical Objective:  39 Three Year Numerical Objective: 240 | Assistant Secretaries or Equivalent and Regional Administrators | 9/30/93 |
| --Economist - GS-0110 --FY93 Numerical Objective: 9 --Three Year Numerical  Objective: 9 | " | " |
| --Accountant - GS-0510 --FY93 Numerical Objective: 6 --Three Year Numerical  Objective: 44 | " | " |
| --Auditor - GS-0511 --FY93 Numerical Objective: 9 --Three Year Numerical  Objective: 128 | " | " |
| --Engineer - GS-0801 --FY93 Numerical Objective: 6 --Three Year Numerical  Objective: 22 | " | " |

HUD007354

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:   Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:   Secretary
TARGET DATE:  9/30/93

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| --Attorney – GS-0905<br>--FY93 Numerical Objective: 6<br>--Three Year Numerical<br>  Objective: 34 | Assistant Secretaries or Equivalent and Regional Administrators | 9/30/93 |
| --Contracting Specialist – GS-1102<br>--FY93 Numerical Objective:  3<br>--Three Year Numerical<br>  Objective:  3 | " | " |
| ADMINISTRATIVE (PATCOB] CATEGORY:<br>FY93 Numerical Objective: 129<br>Three Year Numerical<br>Objective: 654 | " | " |
| --Personnel Management – GS-0201<br>--FY93 Numerical Objective: 2<br>--Three Year Numerical<br>  Objective: 4 | " | " |
| --Misc. Administration – GS-0301<br>--FY93 Numerical Objective: 8<br>--Three Year Numerical<br>  Objective: 96 | " | " |

EEOC FORM 566 (8/87)                                     DII-12

HUD007355

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:   Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:   Secretary
TARGET DATE:   9/30/93

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| --Computer Specialist - GS-0334<br>--FY93 Numerical Objective: 12<br>--Three Year Numerical<br>  Objective: 103 | Assistant<br>Secretaries<br>or Equivalent<br>and Regional<br>Administrators | 9/30/93 |
| --Program Manager - GS-0340<br>--FY93 Numerical Objective: 12<br>--Three Year Numerical<br>  Objective: 26 | " | " |
| --Management Analyst - GS-0343<br>--FY93 Numerical Objective: 9<br>--Three Year Numerical<br>  Objective: 42 | " | " |
| --Equal Opportunity Specialist -<br>  GS-0360<br>--FY93 Numerical Objective: 11<br>--Three Year Numerical<br>  Objective: 22 | " | " |
| --Financial Operations<br>  Analyst - GS-0501<br>--FY93 Numerical Objective: 14<br>--Three Year Numerical<br>  Objective: 44 | " | " |

EEOC FORM 566 (8/87)                                      DII-13

HUD007356

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

## REPORT OF OBJECTIVES AND ACTION ITEMS

### DEPARTMENT

UPDATE

**PROGRAM ELEMENT:   II.   WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**   Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**   To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**   Secretary
**TARGET DATE:**   9/30/93

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| --Construction Analyst – GS-0828<br>--FY93 Numerical Objective:   8<br>--Three Year Numerical<br>  Objective: 17 | Assistant<br>Secretaries<br>or Equivalent<br>and Regional<br>Administrators | 9/30/93 |
| --General Business and<br>  Industry - GS-1101<br>--FY93 Numerical Objective: 10<br>--Three Year Numerical<br>  Objective: 42 | " | " |
| --Financial Analyst - GS-1160<br>--FY93 Numerical Objective:   1<br>--Three Year Numerical<br>  Objective: 7 | " | " |
| --Loan Specialist – GS-1165<br>--FY93 Numerical Objective: 7<br>--Three Year Numerical<br>  Objective: 157 | " | " |
| --Realty Specialist - GS-1170<br>--FY93 Numerical Objective: 7<br>--Three Year Numerical<br>  Objective: 27 | " | " |

**EEOC   FORM  566  (8/87)**        **DII-14**

HUD007357

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

**PROGRAM ELEMENT:   II.   WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**   Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**   To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**   Secretary
**TARGET DATE:**   9/30/93

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| --<u>Appraising and Assessing</u> - GS-1171<br>--FY93 Numerical Objective: 10<br>--Three Year Numerical<br>  Objective: 27 | Assistant Secretaries or Equivalent and Regional Administrators | 9/30/93 |
| --<u>Housing Management Specialist</u> - GS-1173<br>--FY93 Numerical Objective: 6<br>--Three Year Numerical<br>  Objective: 28 | " | " |
| --<u>Criminal Investigator</u> - GS-1811<br>--FY93 Numerical Objective: 12<br>--Three Year Numerical<br>  Objective: 12 | " | " |
| **TECHNICAL (PATCOB) CATEGORY:**<br>FY93 Numerical Objective: 36<br>Three Year Numerical<br>Objective: 380 | Assistant Secretaries or Equivalent and Regional Administrators | 9/30/93 |
| --<u>Clerk/Assistant</u> - GS-0303<br>--FY93 Numerical Objective: 12<br>--Three Year Numerical<br>  Objective: 340 | " | " |

**EEOC FORM 566 (8/87)**                                          **DII-15**

HUD007358

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

## REPORT OF OBJECTIVES AND ACTION ITEMS

### DEPARTMENT

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**   Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  9/30/93

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| --<u>Accounting Technician</u> - GS-0525<br>--FY93 Numerical Objective: 16<br>--Three Year Numerical<br>  Objective: 19 | Assistant Secretaries or Equivalent and Regional Administrators | 9/30/93 |
| --<u>General Business and<br>  Industry</u> - GS-1101<br>--FY93 Numerical Objective: 8<br>--Three Year Numerical<br>  Objective: 21 | " | " |
| <u>**CLERICAL (PATCOB) CATEGORY:**</u><br>FY93 Numerical Objective: 65<br>Three Year Numerical<br>Objective: 366 | Assistant Secretaries or Equivalent and Regional Administrators | 9/30/93 |
| --<u>Clerk</u> - GS-0303<br>--FY93 Numerical Objective: 20<br>--Three Year Numerical<br>  Objective: 56 | " | " |
| --<u>Secretary</u> - GS-0318<br>--FY93 Numerical Objective: 22<br>--Three Year Numerical<br>  Objective: 196 | " | " |

**EEOC FORM 566 (8/87)**                                      **DII-16**

**HUD007359**

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**   Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**   Secretary
**TARGET DATE:**   9/30/93

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| --Clerk-Typist - GS-0322<br>--FY93 Numerical Objective: 12<br>--Three Year Numerical<br>    Objective: 103 | Assistant<br>Secretaries<br>or Equivalent<br>and Regional<br>Administrators | 9/30/93 |
| --Office Automation (Clerk) -<br>    GS-0326<br>--FY93 Numerical Objective: 11<br>--Three Year Numerical<br>    Objective: 11 | " | " |
| **BLUE COLLAR CATEGORY:**<br>--FY93 Numerical Objective: 2<br>--Three Year Numerical<br>    Objective: 7 | Assistant<br>Secretary for<br>Administration<br>and Regional<br>Administrators | 09/30/93 |

**HUD007360**

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 23 | ******** | 8 | 0 | 1 | 3 | 3 | 2 | 2 | 2 | 2 |
| ADMINISTRATIVE | PLANNED | 29 | ******** | 14 | 0 | 0 | 4 | 1 | 4 | 0 | 2 | 4 |
| TECHNICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CLERICAL | PLANNED | 22 | ******** | 15 | 1 | 0 | 2 | 0 | 4 | 0 | 0 | 0 |
| OTHER | PLANNED | 2 | ******** | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| BLUE COLLAR | PLANNED | 1* | ******** | 1* | 0 | 0 | 1* | 1* | 0 | 1* | 1* | 1* |
| TOTAL | PLANNED | 77 | ******** | 38 | 1 | 1 | 9 | 4 | 11 | 2 | 5 | 6 |

*One from either EEO group

EEO FORM 566 (8/87)

DII-18

HUD007361

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 ECONOMIST, PROFESSIONAL | PLANNED | 4 | ******** | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 |
| GS-0510 ACCOUNTANT, PROFESSIONAL | PLANNED | 3 | ******** | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0511 AUDITOR, PROFESSIONAL | PLANNED | 4 | ******** | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| GS-0801 ENGINEER, PROFESSIONAL | PLANNED | 6 | ******** | 3 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 0 |
| GS-0905 ATTORNEY, PROFESSIONAL | PLANNED | 4 | ******** | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| GS-1102 CONTRACT SPEC, ADMINISTRATIVE | PLANNED | 2 | ******** | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-19

HUD007362

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 PERSONNEL MGT., ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| GS-0301 GEN ADMIN, ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| GS-0334 COMPUTER SPEC, ADMINISTRATIVE | PLANNED | 2 | ******** | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | | | | | | | | | | | |
| GS-0340 PROGRAM MNGR., ADMINISTRATIVE | PLANNED | 5 | ******** | 2 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| GS-0343 MGMT ANAL, ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| GS-0360 EEO SPECIALIST, ADMINISTRATIVE | PLANNED | 6 | ******** | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| GS-0501 FIN OPER ANAL, ADMINISTRATIVE | PLANNED | 7 | ******** | 4 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| | | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DII-20

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANAL, ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HOUSING MNMNT, ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 1 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 2 | ******** | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| GS-1170 REALTY SPEC, ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1171 APPRAISER, ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1173 HSNG MGT SPEC, ADMINISTRATIVE | PLANNED | 2 | ******** | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-21

HUD007364

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV., ADMINISTRATIVE | PLANNED | 4 | ******* | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0525 ACCOUNTING TECH TECHNICAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HOUSING MGMNT TECHNICAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 6 | ******* | 4 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 7 | ******* | 4 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |

EEOC FORM 566 (8/87)          *One from either EEO group

DII-22

HUD007365

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0322 CLERK-TYPIST CLERICAL | PLANNED | 4 | ******* | 2 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| GS-0326 OFC AUTOMATION, CLERICAL | PLANNED | 5 | ******* | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLUE COLLAR WAGE GRADE | PLANNED | 1* | ******* | 1* | 0 | 0 | 1* | 1* | 0 | 1* | 1* | 1* |

EEOC FORM 566 (8/87)          *One from either EEO group

DII-23

HUD007366

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 19 | ******** | 8 | 0 | 2 | 2 | 1 | 1 | 2 | 2 | 1 |
| ADMINISTRATIVE | PLANNED | 102 | ******** | 33 | 0 | 3 | 14 | 6 | 21 | 12 | 7 | 6 |
| TECHNICAL | PLANNED | 36 | ******** | 9 | 2 | 0 | 15 | 0 | 6 | 1 | 3 | 0 |
| CLERICAL | PLANNED | 43 | ******** | 33 | 2 | 0 | 3 | 0 | 3 | 0 | 2 | 0 |
| OTHER | PLANNED | 3 | ******** | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 1 |
| BLUE COLLAR | PLANNED | 1* | ******** | 1* | 0 | 0 | 1* | 1* | 0 | 1* | 1* | 1* |
| TOTAL | PLANNED | 204 | ******** | 84 | 4 | 5 | 35 | 7 | 31 | 16 | 14 | 8 |

*One from either EEO group

EEO FORM 566 (8/87)

DII-24

HUD007367

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 ECONOMIST, PROFESSIONAL | PLANNED | 5 | ******** | 3 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0510 ACCOUNTANT, PROFESSIONAL | PLANNED | 3 | ******** | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0511 AUDITOR, PROFESSIONAL | PLANNED | 5 | ******** | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| GS-0801 ENGINEER, PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0905 ATTORNEY, PROFESSIONAL | PLANNED | 2 | ******** | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| GS-1102 CONTRACT SPEC, ADMINISTRATIVE | PLANNED | 2 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |

EEOC FORM 566 (8/87)

DII-25

HUD007368

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 PERSONNEL MGT., ADMINISTRATIVE | PLANNED | 2 | ******** | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| GS-0301 GEN ADMIN, ADMINISTRATIVE | PLANNED | 8 | ******** | 0 | 0 | 0 | 1 | 0 | 3 | 2 | 1 | 1 |
| GS-0334 COMPUTER SPEC, ADMINISTRATIVE | PLANNED | 10 | ******** | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| GS-0340 PROGRAM MANGER, ADMINISTRATIVE | PLANNED | 7 | ******** | 3 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 1 |
| GS-0343 MGMNT ANAL, ADMINISTRATIVE | PLANNED | 9 | ******** | 0 | 0 | 0 | 5 | 0 | 1 | 0 | 2 | 1 |
| GS-0360 EEO SPECIALIST, ADMINISTRATIVE | PLANNED | 5 | ******** | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| GS-0501 FIN OPER ANAL, ADMINISTRATIVE | PLANNED | 7 | ******** | 5 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-26

HUD007369

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANAL, ADMINISTRATIVE | PLANNED | 9 | ******** | 2 | 0 | 3 | 0 | 2 | 0 | 1 | 0 | 1 |
| GS-1101 HOUSING MNMNT, ADMINISTRATIVE | PLANNED | 10 | ******** | 0 | 0 | 0 | 2 | 2 | 4 | 2 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 5 | ******** | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 1 | 0 |
| GS-1170 REALTY SPEC, ADMINISTRATIVE | PLANNED | 7 | ******** | 0 | 0 | 0 | 1 | 0 | 3 | 3 | 0 | 0 |
| GS-1171 APPRAISER, ADMINISTRATIVE | PLANNED | 10 | ******** | 3 | 0 | 0 | 1 | 0 | 2 | 2 | 2 | 1 |
| GS-1173 HSNG MGT SPEC, ADMINISTRATIVE | PLANNED | 4 | ******** | 0 | 0 | 0 | 1 | 0 | 3 | 0 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-27

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV., ADMINISTRATIVE | PLANNED | 8 | ******* | 7 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 12 | ******** | 0 | 2 | 0 | 7 | 0 | 2 | 0 | 1 | 0 |
| GS-0525 ACCOUNTING TECH TECHNICAL | PLANNED | 16 | ******** | 9 | 0 | 0 | 4 | 0 | 2 | 0 | 1 | 0 |
| GS-1101 HOUSING MGMNT TECHNICAL | PLANNED | 8 | ******** | 0 | 0 | 0 | 4 | 0 | 2 | 1 | 1 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 14 | ******** | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 15 | ******** | 8 | 2 | 0 | 2 | 0 | 2 | 0 | 1 | 0 |

*One from either EEO group

EEOC FORM 566 (8/87)

DII-28

HUD007371

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GB-0322 CLERK-TYPIST CLERICAL | PLANNED | 8 | ******* | 6 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| GB-0326 OFC AUTOMATION, CLERICAL | PLANNED | 6 | ******* | 5 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| BLUE COLLAR WAGE GRADE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

EEOC FORM 566 (8/87)          *One from either EEO group

DII-29

HUD007372

**COMBINED HIRING AND INTERNAL MOVEMENT**
**NUMERICAL OBJECTIVES BY PATCOB**
**FISCAL YEAR 1993**

ORGANIZATION: DEPARTMENT

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 39 | ******* | 16 | 0 | 3 | 4 | 3 | 3 | 3 | 4 | 3 |
| ADMINISTRATIVE | PLANNED | 116 | ******* | 46 | 0 | 2 | 15 | 5 | 23 | 8 | 8 | 9 |
| TECHNICAL | PLANNED | 36 | ******* | 9 | 2 | 0 | 15 | 0 | 6 | 1 | 3 | 0 |
| CLERICAL | PLANNED | 65 | ******* | 48 | 3 | 0 | 5 | 0 | 7 | 0 | 2 | 0 |
| OTHER | PLANNED | 5 | ******* | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 1 |
| BLUE COLLAR | PLANNED | 2* | ******* | 2* | 0 | 0 | 2* | 2* | 0 | 2* | 2* | 2* |
| TOTAL | PLANNED | 259 | ******* | 120 | 5 | 5 | 39 | 7 | 40 | 12 | 18 | 13 |

*From either EEO group

EEO FORM 566 (8/87)

DII-30

HUD007373

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 ECONOMIST, PROFESSIONAL | PLANNED | 9 | ******** | 4 | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 1 |
| GS-0510 ACCOUNTANT, PROFESSIONAL | PLANNED | 6 | ******** | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0511 AUDITOR, PROFESSIONAL | PLANNED | 9 | ******** | 3 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 2 |
| GS-0801 ENGINEER, PROFESSIONAL | PLANNED | 6 | ******** | 3 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 0 |
| GS-0905 ATTORNEY, PROFESSIONAL | PLANNED | 6 | ******** | 0 | 0 | 0 | 3 | 1 | 1 | 1 | 0 | 0 |
| GS-1102 CONTRACT SPEC, ADMINISTRATIVE | PLANNED | 4 | ******** | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 1 | 0 |

EEOC FORM 566 (8/87)

DII-31

HUD007374

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 PERSONNEL MGT., ADMINISTRATIVE | PLANNED | 2 | ******* | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| GS-0301 GEN ADMIN, ADMINISTRATIVE | PLANNED | 8 | ******* | 0 | 0 | 0 | 1 | 0 | 3 | 2 | 1 | 1 |
| GS-0334 COMPUTER SPEC, ADMINISTRATIVE | PLANNED | 12 | ******* | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| GS-0340 PROGRAM MNGR., ADMINISTRATIVE | PLANNED | 12 | ******* | 5 | 0 | 0 | 4 | 0 | 1 | 1 | 0 | 1 |
| GS-0343 MGMNT ANAL, ADMINISTRATIVE | PLANNED | 9 | ******* | 0 | 0 | 0 | 5 | 0 | 1 | 0 | 2 | 1 |
| GS-0360 EEO SPECIALIST, ADMINISTRATIVE | PLANNED | 11 | ******* | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| GS-0501 FIN OPER ANAL, ADMINISTRATIVE | PLANNED | 14 | ******* | 9 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 1 |

EEOC FORM 566 (8/87)

DII-32

HUD007375

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANAL, ADMINISTRATIVE | PLANNED | 9 | ******** | 2 | 0 | 3 | 0 | 2 | 0 | 1 | 0 | 1 |
| GS-1101 HOUSING MNMNT, ADMINISTRATIVE | PLANNED | 10 | ******** | 0 | 0 | 0 | 2 | 2 | 4 | 2 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 1 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 7 | ******** | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 2 | 0 |
| GS-1170 REALTY SPEC, ADMINISTRATIVE | PLANNED | 7 | ******** | 0 | 0 | 0 | 1 | 0 | 3 | 3 | 0 | 0 |
| GS-1171 APPRAISER, ADMINISTRATIVE | PLANNED | 10 | ******** | 3 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 1 |
| GS-1173 HSNG MGT SPEC, ADMINISTRATIVE | PLANNED | 6 | ******** | 0 | 0 | 0 | 2 | 0 | 4 | 0 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-33

HUD007376

COMBINED HIRING AND  INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV., ADMINISTRATIVE | PLANNED | 12 | ******** | 8 | 0 | 0 | 0 | 0 | 2 | 0 | 1 | 1 |
| GS-0303 CLERK/ASST'NT TECHNICAL | PLANNED | 12 | ******** | 0 | 2 | 0 | 7 | 0 | 2 | 0 | 1 | 0 |
| GS-0525 ACCOUNTING TECH TECHNICAL | PLANNED | 16 | ******** | 9 | 0 | 0 | 4 | 0 | 2 | 0 | 1 | 0 |
| GS-1101 HOUSING MGMNT TECHNICAL | PLANNED | 8 | ******** | 0 | 0 | 0 | 4 | 0 | 2 | 1 | 1 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 20 | ******** | 18 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 22 | ******** | 12 | 3 | 0 | 3 | 0 | 3 | 0 | 1 | 0 |

*One from either EEO group

EEOC FORM 566 (8/87)

DII-34

HUD007377

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1993

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0322 CLERK-TYPIST CLERICAL | PLANNED | 12 | ******* | 8 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 0 |
| GS-0326 OFC AUTOMATION, CLERICAL | PLANNED | 11 | ******* | 10 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| BLUE COLLAR WAGE GRADE | PLANNED | 1* | ******* | 1* | 0 | 0 | 1* | 1* | 0 | 1* | 1* | 1* |

EEOC FORM 566 (8/87)        *One from either EEO group

DII-35

HUD007378

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)

## DEPARTMENTWIDE

## FISCAL YEAR 1995

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

## UPDATE REPORT

HUD007605

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)

## DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

## UPDATE REPORT

## FOR FISCAL YEAR 1995

## PROGRAM ELEMENT II

## WORK FORCE

.

**PAGES DII-1 THROUGH DII-38**

.

**HUD007616**

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**<u>ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE</u> REPORT
<u>PROGRAM ANALYSIS</u>**

**DEPARTMENT**

UPDATE

## II.  WORK FORCE – SUMMARY ANALYSIS

An analysis of the Department's work force was conducted by occupational category (PATCOB–Professional, Administrative, Technical, Clerical, Other, Blue Collar), grade groupings, and major occupations using the National Finance Center's (NFC) Fiscal Year 1994 year end data.  A further comparative analysis was conducted using 1990 Census Availability Data and NFC's Fiscal Year 1994 year end data by occupational category, grade groupings and major occupations.  The results of the analyses are as follows:

The Departmentwide Annual Affirmative Employment Program Plan for Fiscal Year 1995 covers a total of **12,493** permanent full time and permanent part-time employees.  There are 1,482 employees in the Professional category, 7,873 in the Administrative category, 1,244 in the Technical category, 1,873 in the Clerical category, 1 in the Other category, and 20 in the Blue Collar category.  Instances of manifest imbalances and/or conspicuous absences continue to exist in some EEO groups.  It appears that the attrition rate of some EEO groups is contributing to their continued manifest imbalances and/or conspicuous absences.  Further, in light of the Departmentwide reorganization, restructuring and downsizing, it is anticipated that minimal, if any, progress will be attained during Fiscal Year 1995.  Notwithstanding, the following analyses and action items depict the Department's Fiscal Year 1995 work force update.

### ANALYSIS OF UNDERREPRESENTATION BY OCCUPATIONAL CATEGORY

**MANIFEST IMBALANCE** – when the work force's representation of a particular Equal Employment Opportunity (EEO) group, by occupational category or grade level, is substantially below its representation in the appropriate Civilian Labor Force (CLF).

The analysis revealed that there are **MANIFEST IMBALANCES** in the following PATCOB categories and EEO groups:

> **PROFESSIONAL**.............White females
> Hispanic females

**HUD007617**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

### II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

**ANALYSIS OF UNDERREPRESENTATION BY OCCUPATIONAL CATEGORY (Cont'd)**

ADMINISTRATIVE..........White females
                        Asian males
                        Asian females

TECHNICAL...............White females

CLERICAL................White females
                        Hispanic males

**CONSPICUOUS ABSENCE** - when a particular Equal Employment Opportunity (EEO) group is nearly or nonexistent in an occupational category or grade level in the work force.

The analysis revealed that there are **CONSPICUOUS ABSENCES** in the following PATCOB categories and EEO groups:

TECHNICAL...............Hispanic males
                        Asian males
                        Indian males

CLERICAL................Asian males

OTHER...................All EEO groups
                        except White females

BLUE COLLAR.............All EEO groups
                        except Black males and
                        Asian males

The analysis of the Department's work force revealed that there are **MANIFEST IMBALANCES** in the following major occupations (occupational series with 100 or more employees) and EEO groups:

**PROFESSIONAL CATEGORY**

ECONOMIST
        Series 0110. . . . . . .    White females
                                    Black females

EEOC FORM 566 (8/87)                                    DII-2

HUD007618

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCES)**
**BY MAJOR OCCUPATION (CONT'D)**

**PROFESSIONAL CATEGORY (CONT'D)**

AUDITOR
      Series 0511 . . . . . .  .    White females
                                         Asian males
                                         Asian females

ATTORNEY
      Series 0905  . . . . .  .    Hispanic males
                                         Asian females

CONTRACTING SPECIALIST
      Series 1102 . . . . . .  .    Hispanic males
                                         Asian males

**ADMINISTRATIVE CATEGORY**

PERSONNEL MANAGEMENT SPECIALIST
      Series 0201 . . . . . . .  .    White females
                                         Asian females

MISCELLANEOUS ADMINISTRATION
      Series 0301 . . . . . .  .    White females
                                             Hispanic females
                                         Asian males
                                         Asian females

COMPUTER SPECIALIST
      Series 0334 . . . . . . . .    Hispanic males
                                         Hispanic females

PROGRAM MANAGER
      Series 0340 . . . . . . . .    Black females
                                         Asian males

HUD007619

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.   WORK FORCE - SUMMARY ANALYSIS (Cont'd)

ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCES)
BY MAJOR OCCUPATION (Cont'd)

ADMINISTRATIVE CATEGORY (Cont'd)

MANAGEMENT/PROGRAM ANALYST
        Series 0343 . . . . . . . . White females
                                    Hispanic males
                                    Hispanic females
                                    Asian males

EQUAL OPPORTUNITY SPECIALIST
        Series 0360  . . . . . . . Asian males
                                    Indian males

GENERAL BUSINESS AND INDUSTRY
        Series 1101 . . . . . . . . White females
                                    Hispanic females
                                    Asian females

FINANCIAL ANALYST (HOUSING)
        Series 1160  . . . . . . . White females
                                    Asian males

LOAN SPECIALIST
        Series 1165 . . . . . . . . White females
                                    Indian males

REALTY SPECIALIST
        Series 1170  . . . . . . . White females
                                    Hispanic males
                                    Indian males

APPRAISING AND ASSESSING
    SPECIALISTS
        Series 1171  . . . . . . . Hispanic females
                                    Asian males

EEOC FORM 566 (8/87)                                    DII-4

HUD007620

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS**

**DEPARTMENT**

UPDATE

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCES)
BY MAJOR OCCUPATION (Cont'd)**

**ADMINISTRATIVE CATEGORY (Cont'd)**

HOUSING MANAGEMENT SPECIALIST
     Series 1173 . . . . . . . . White females
                              Asian females

CRIMINAL INVESTIGATOR
     Series 1811 . . . . . . . . White females

**TECHNICAL CATEGORY**

MISC. CLERK/ASSISTANT SERIES
     Series 0303 . . . . . . . . White females
                              Black males
                              Asian males

ACCOUNTING TECHNICIAN
     Series 0525 . . . . . . . . White females

GENERAL BUSINESS AND INDUSTRY
     Series 1101 . . . . . . . . Asian females

**CLERICAL CATEGORY**

CLERK
     Series 0303 . . . . . . . . White females
                              Asian males

SECRETARY
     Series 0318 . . . . . . . . White females
                              Asian females

OFFICE AUTOMATION (CLERK)
     Series 0326 . . . . . . . . White females
                              Hispanic males

HUD007621

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

<u>ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT</u>
<u>PROGRAM ANALYSIS</u>

DEPARTMENT

<u>UPDATE</u>

II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES)
BY MAJOR OCCUPATION

The analysis of the Department's work force revealed that
there are **CONSPICUOUS ABSENCES** in the following <u>major occupations</u>
(occupational series with 100 or more employees) and EEO groups:

PROFESSIONAL CATEGORY

ECONOMIST
        Series 0110. . . . . . .      Indian males
                                      Indian females
ACCOUNTANT
        Series 0510 . . . . .  .      White females

AUDITOR
        Series 0511 . . . . .  .      Indian males
                                      Indian females

ENGINEER
        Series 0801. . . . . . .      White females
                                      Hispanic females
                                      Asian females
ATTORNEY
        Series 0905 . . . . .  .      Asian males

CONTRACT SPECIALIST
        Series 1102. . . . . . .      Asian females
                                      Indian males


ADMINISTRATIVE CATEGORY

PERSONNEL MANAGEMENT SPECIALIST
        Series 0201. . . . . . .      Hispanic males
                                      Hispanic females


COMPUTER SPECIALIST
        Series 0334  . . . . .  .     White females
                                      Indian females

HUD007622

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES)
BY MAJOR OCCUPATION (Cont'd)

ADMINISTRATIVE CATEGORY (Cont'd)

PROGRAM MANAGER
        Series 0340 . . . . . . . .        White females
                                            Asian females
                                            Indian females

MANAGEMENT/PROGRAM ANALYST
        Series 0343 . . . . . . . .        Asian females
                                            Indian males
                                            Indian females

EQUAL OPPORTUNITY SPECIALIST
        Series 0360  . . . . . . .        White females

FINANCIAL OPERATIONS ANALYST
        Series 0501  . . . . . . .        White females
                                            Hispanic males
                                            Hispanic females
                                            Asian males
                                            Indian females

CONSTRUCTION ANALYST
        Series 0828  . . . . . . .        White females
                                            Black females
                                            Hispanic females
                                            Asian females
                                            Indian females

GENERAL BUSINESS AND
    INDUSTRY
        Series 1101 . . . . . . . .        Asian males

LOAN SPECIALIST
        Series 1165 . . . . . . . .        Asian males

HUD007623

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

DEPARTMENT

UPDATE

## II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES)
BY MAJOR OCCUPATION (Cont'd)

### ADMINISTRATIVE CATEGORY (Cont'd)

REALTY SPECIALIST
      Series 1170 . . . . . . . .     Asian males
                                      Asian females

APPRAISING AND ASSESSING
  SPECIALISTS
      Series 1171 . . . . . . . .     White females
                                      Asian females
                                      Indian males
                                      Indian females

HOUSING MANAGEMENT SPECIALIST
      Series 1173 . . . . . . . .     Asian males

CRIMINAL INVESTIGATOR
      Series 1811 . . . . . . . .     Asian males
                                      Indian males
                                      Indian females

### TECHNICAL CATEGORY

MISCELLANEOUS CLERK/ASSISTANT
      Series 0303 . . . . . . . .     Hispanic males
                                      Indian males

ACCOUNTING TECHNICIAN
      Series 0525 . . . . . . . .     Hispanic males
                                      Asian males
                                      Indian males

GENERAL BUSINESS AND INDUSTRY
      Series 1101 . . . . . . . .     Black males
                                      Hispanic males
                                      Asian males
                                      Indian males

HUD007624

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES) BY MAJOR OCCUPATION (Cont'd)

#### CLERICAL CATEGORY

SECRETARY
    Series 0318 . . . . . . . .    Black males
                                    Hispanic males
                                    Asian males
                                    Indian males

OFFICE AUTOMATION
    Series 0326 . . . . . . . .    Asian males
                                      Indian males

### ANALYSIS OF REPRESENTATION BY GRADE GROUPING

The following summarizes the percentages of EEO groups by grade groupings:

| Race/Sex | SENIOR LEVEL | GS/GM 13-15 | GS 9-12 | GS 5-8 | GS 1-4 |
|---|---|---|---|---|---|
| White males | 55.2% | 48.0% | 30.2% | 4.4% | 12.2% |
| White females | 17.2 | 21.7 | 28.8 | 40.0 | 43.0 |
| Black males | 15.5 | 10.0 | 8.9 | 3.5 | 4.7 |
| Black females | 6.0 | 13.0 | 21.6 | 39.2 | 29.2 |
| Hispanic males | 4.3 | 3.0 | 3.0 | 1.1 | 2.0 |
| Hispanic females | 1.7 | 1.4 | 3.2 | 7.5 | 6.1 |
| Asian males | 0.0 | 1.4 | 1.6 | 0.5 | 0.0 |
| Asian females | 0.0 | 0.8 | 1.6 | 2.4 | 1.4 |
| Indian males | 0.0 | 0.5 | 0.5 | 0.1 | 0.0 |
| Indian females | 0.0 | 0.2 | 0.6 | 1.3 | 1.4 |
| **Minorities and Women** | **44.7** | **52.0** | **69.8** | **95.6** | **87.8** |
| **Women** | **24.9** | **37.1** | **55.8** | **90.4** | **81.1** |
| **Minorities** | **27.5** | **30.3** | **41.0** | **55.6** | **44.8** |

HUD007625

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

## ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

### II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

#### ADMINISTRATIVELY DETERMINED PAY RATE SCHEDULE*

| Race/Sex | Percentage of representation |
|---|---|
| White males | 48.3% |
| White females | 34.5 |
| Black males | 3.4 |
| Black females | 10.4 |
| Asian males | 3.4 |
| Minorities and Women | 51.7 |
| Women | 44.9 |
| Minorities | 17.2 |

*   No other EEO groups are represented in this category.  The
    use of the Administratively Determined rate of pay was
    instituted during Fiscal Year 1994.

### BLUE COLLAR

| Race/Sex | WG 5-9 | WG 11-12 | WL 5-9 | WS 5-9 | WD 5-9 | XS 5-9 | XP 5-9 |
|---|---|---|---|---|---|---|---|
| White males | 22.2% | 0.0% | 0.0% | 50.0% | 100.0% | 0.0% | 0.0% |
| White females | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Black males | 77.8 | 0.0 | 100.0 | 50.0 | 0.0 | 0.0 | 100.0 |
| Black females | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Hispanic males | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Hispanic females | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Asian males | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0 | 0.0 |
| Asian females | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Indian males | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Indian females | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Minorities and Women | 77.8 | 0.0 | 100.0 | 50.0 | 0.0 | 100.0 | 100.0 |
| Women | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Minorities | 77.8 | 0.0 | 100.0 | 50.0 | 0.0 | 100.0 | 100.0 |

HUD007626

DISTRIBUTION OF EEO GROUPS AND COMPARISON BY PATCOB

FISCAL YEAR 1994

ORGANIZATION: HUD DEPARTMENT

| OCCUPATIONAL CATEGORY | TOTAL ALL % | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % |
| PROFESSIONAL AGENCY (HUD) | 100.0 | 51.4 | 19.0 | 8.6 | 9.8 | 3.0 | 1.3 | 4.0 | 2.3 | 0.3 | 0.3 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 54.7 | 30.3 | 2.4 | 3.2 | 2.1 | 1.4 | 3.5 | 1.9 | 0.2 | 0.2 |
| ADMINISTRATIVE AGENCY (HUD) | 100.0 | 34.4 | 27.8 | 9.5 | 19.3 | 3.1 | 2.9 | 1.0 | 1.1 | 0.5 | 0.4 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 42.1 | 40.4 | 3.6 | 5.3 | 2.6 | 2.6 | 1.4 | 1.4 | 0.3 | 0.3 |
| TECHNICAL AGENCY (HUD) | 100.0 | 5.8 | 37.4 | 4.3 | 40.8 | 1.0 | 6.1 | 0.6 | 2.4 | 0.1 | 1.5 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 36.1 | 42.9 | 3.6 | 6.6 | 3.2 | 3.4 | 1.9 | 1.6 | 0.4 | 0.4 |
| CLERICAL AGENCY (HUD) | 100.0 | 4.3 | 41.0 | 3.3 | 38.9 | 1.2 | 7.8 | 0.2 | 1.9 | 0.2 | 1.2 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 14.0 | 63.4 | 2.8 | 9.6 | 1.7 | 5.2 | 0.8 | 1.9 | 0.1 | 0.5 |
| OTHER AGENCY (HUD) | 100.0 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 67.6 | 11.2 | 9.7 | 3.2 | 4.8 | 1.0 | 1.2 | 0.3 | 0.9 | 0.2 |
| BLUE COLLAR AGENCY (HUD) | 100.0 | 25.0 | 0.0 | 70.0 | 0.0 | 0.0 | 0.0 | 5.0 | 0.0 | 0.0 | 0.0 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 65.4 | 9.8 | 9.1 | 2.2 | 8.7 | 1.5 | 1.7 | 0.5 | 0.8 | 0.2 |

EEOC FORM 568 (8/87)

DII-11

HUD007627

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:**

In addition to the Fiscal Year 1994 Departmentwide reorganization which eliminated the ten (10) Regional Offices, HUD is now being faced with Administration and Congressional proposals to fundamentally change the Department's organizational and program structures. These proposals, if implemented, will result in a much smaller, consolidated HUD. While every effort will be made to minimize the need for major personnel disruptions through the use of the buyout program and normal attrition, it is anticipated that there will be drastic changes in the work force's level and composition.

Notwithstanding, HUD will continue its efforts to attain and maintain a work force that is representative of the Civilian Labor Force. The Fiscal Year 1994 work force analysis revealed the following problems/barriers:

**UNDESIRED CONDITION:** The Department's work force reflects the manifest imbalance and conspicuous absence of some EEO groups.

**DESIRED CONDITION:** A diversified work force that mirrors the representation of minorities and women in the Census Availability Data (CAD), formerly the National Civilian Labor Force (CLF).

**ANALYSIS:** An analysis of the Department's work force revealed that there are instances of manifest imbalances and/or conspicuous absences of some EEO groups in twenty-seven (27) major occupations (occupational series with 100 or more employees).

**PROBABLE BARRIER:** Limited recruitment, hiring and internal movement opportunities due to a Governmentwide downsizing, Departmentwide reorganization, restructuring, retirements, buyouts, and hiring and promotion freezes.

**ALTERNATIVES:** Continue to follow the Reorganization Diversity Plan negotiated with the employee Unions; continue to utilize the Mentoring Program to assist on-board minorities and women in breaking through the "Glass Ceiling;" assure that each Program Office develops and implements an AEP plan which focuses on internal movement; continue to advise top level management and selecting

HUD007628

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

<u>**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**</u>
<u>**PROBLEM/BARRIER IDENTIFICATION**</u>

**DEPARTMENT**

<u>**UPDATE**</u>

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:**

officials on the development and implementation of Diversity
Action Plans to assure the Department's commitment to
attaining a work force that is representative of the CLF;
and, assure that all current employees are made aware of
existing training opportunities and position vacancies.

<u>**EXPECTED RESULTS:**</u>  An increase in the diversification and
balanced representation of EEO groups, whose current
composition of the Department's work force shows manifest
imbalances and/or conspicuous absences.

<u>**FOLLOW-UP ACTION:**</u>  Continue to monitor hiring, internal
movement, and attrition statistics in order to conduct
impact analyses on selected EEO groups who are manifestly
imbalanced and/or conspicuously absent from the work force.
Develop realistic and proactive strategies to eliminate
imbalances in the work force.

Since the Department is in a full downsizing mode, all
efforts to eliminate the identified instances of manifest
imbalances and conspicuous absences will be through the use of
internal movements, including promotions and reassignments, and
employee training and development.  Internal movement objectives
have been established for all EEO groups where there are
instances of underrepresentation in the work force.  See pages
DII-21  through DII-38 for specific numerical objectives by EEO
group, occupational category (PATCOB), and major occupations.

**HUD007629**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:  Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  9/30/95

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| PROFESSIONAL (PATCOB) CATEGORY:<br>FY95 Numerical Objective:  33<br>Seven Year Numerical<br>Objective: 344* | Assistant<br>Secretaries<br>and Principal<br>Organization<br>Heads | 9/30/95 |
| --Economist - GS-0110<br>--FY95 Numerical Objective: 9<br>--Seven Year Numerical<br>  Objective: 32 | " | " |
| --Accountant - GS-0510<br>--FY95 Numerical Objective: 5<br>--Seven Year Numerical<br>  Objective: 60 | " | " |
| --Auditor - GS-0511<br>--FY95 Numerical Objective: 9<br>--Seven Year Numerical<br>  Objective: 154 | " | " |
| --Engineer - GS-0801<br>--FY95 Numerical Objective: 3<br>--Seven Year Numerical<br>  Objective: 35 | " | " |

*    To be consist with the extensions of MD-714, the numerical
objectives, pages DII-14 through DII-20, have been revised to
reflect the multi-year (1989 through 1995) combined numerical
objectives.

EEOC FORM 566 (8/87)                          DII-14

HUD007630

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  9/30/95

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **PROFESSIONAL (PATCOB) CATEGORY (Cont'd)** | | |
| --<u>Attorney</u> - GS-0905<br>--FY95 Numerical Objective: 3<br>--Seven Year Numerical<br>  Objective: 48 | Assistant Secretaries and Principal Organization Heads | 9/30/95 |
| --<u>Contracting Specialist</u> - GS-1102<br>--FY95 Numerical Objective:  4<br>--Seven Year Numerical<br>  Objective:  15 | " | " |
| <u>ADMINISTRATIVE (PATCOB) CATEGORY</u>:<br>FY95 Numerical Objective: 134<br>Seven Year Numerical<br>Objective: 998 | Assistant Secretaries and Principal Organization Heads | 09/30/95 |
| --<u>Personnel Management</u> - GS-0201<br>--FY95 Numerical Objective: 6<br>--Seven Year Numerical<br>  Objective: 16 | " | " |
| --<u>Misc. Administration</u> - GS-0301<br>--FY95 Numerical Objective: 22<br>--Seven Year Numerical<br>  Objective: 134 | " | " |

**EEOC FORM 566 (8/87)**                                                        **DII-15**

HUD007631

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT: II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:  Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  9/30/95

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd): | | |
| --Program Manager - GS-0340<br>--FY95 Numerical Objective: 8<br>--Seven Year Numerical<br>  Objective: 54 | Assistant Secretaries and Principal Organization Heads | 09/30/95 |
| --Computer Specialist - GS-0334<br>--FY95 Numerical Objective: 6<br>--Seven Year Numerical<br>  Objective: 128 | " | " |
| --Management Analyst - GS-0343<br>--FY95 Numerical Objective: 19<br>--Seven Year Numerical<br>  Objective: 83 | " | " |
| --Equal Opportunity Specialist -<br>  GS-0360<br>--FY95 Numerical Objective: 5<br>--Seven Year Numerical<br>  Objective: 45 | " | " |
| --Financial Operations<br>  Analyst - GS-0501<br>--FY95 Numerical Objective:  10<br>--Seven Year Numerical<br>  Objective: 77 | " | " |

HUD007632

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

DEPARTMENT

UPDATE

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  9/30/95

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd):** | | |
| --<u>Construction Analyst</u> – GS-0828<br>--FY95 Numerical Objective: 5<br>--Seven Year Numerical<br>  Objective: 36 | Assistant Secretaries and Principal Organization Heads | 9/30/95 |
| --<u>General Business and Industry</u> – GS-1101<br>--FY95 Numerical Objective: 3<br>--Seven Year Numerical<br>  Objective: 59 | " | " |
| --<u>Financial Analyst</u> – GS-1160<br>--FY95 Numerical Objective:  3<br>--Seven Year Numerical<br>  Objective: 12 | " | " |
| --<u>Loan Specialist</u> – GS-1165<br>--FY95 Numerical Objective: 16<br>--Seven Year Numerical<br>  Objective: 184 | " | " |
| --<u>Realty Specialist</u> – GS-1170<br>--FY95 Numerical Objective: 10<br>--Seven Year Numerical<br>  Objective: 49 | " | " |

**EEOC FORM 566 (8/87)**                    **DII-17**

HUD007633

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

## ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

### DEPARTMENT

UPDATE

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  9/30/95

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd):** | | |
| --<u>Appraising and Assessing</u> – GS-1171 <br> --FY95 Numerical Objective: 11 <br> --Seven Year Numerical Objective: 56 | Assistant Secretaries and Principal Organization Heads | 9/30/95 |
| --<u>Housing Management Specialist</u> – GS-1173 <br> --FY95 Numerical Objective: 6 <br> --Seven Year Numerical Objective: 44 | " | " |
| --<u>Criminal Investigator</u> – GS-1811 <br> --FY95 Numerical Objective: 4 <br> --Seven Year Numerical Objective: 21 | " | " |
| <u>TECHNICAL (PATCOB) CATEGORY:</u> <br> FY95 Numerical Objective: 37 <br> Seven Year Numerical Objective: 495 | Assistant Secretaries and Principal Organization Heads | 9/30/95 |
| --<u>Clerk/Assistant</u> – GS-0303 <br> --FY95 Numerical Objective: 23 <br> --Seven Year Numerical Objective: 400 | " | " |

HUD007634

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:  Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  9/30/95

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| TECHNICAL (PATCOB) CATEGORY (Cont'd): | | |
| --Accounting Technician - GS-0525<br>--FY95 Numerical Objective: 7<br>--Seven Year Numerical<br>  Objective: 51 | Assistant Secretaries and Principal Organization Heads | 9/30/95 |
| --General Business and<br>  Industry - GS-1101<br>--FY95 Numerical Objective: 7<br>--Seven Year Numerical<br>  Objective: 44 | " | " |
| CLERICAL (PATCOB) CATEGORY:<br>FY95 Numerical Objective: 36<br>Seven Year Numerical<br>Objective: 390 | Assistant Secretaries and Principal Organization Heads | 9/30/95 |
| --Clerk - GS-0303<br>--FY95 Numerical Objective: 10<br>--Seven Year Numerical<br>  Objective: 99 | " | " |

HUD007635

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT
UPDATE

PROGRAM ELEMENT: II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:  Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  9/30/95

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| CLERICAL (PATCOB) CATEGORY: | | |
| --Secretary - GS-0318<br>--FY95 Numerical Objective: 19<br>--Seven Year Numerical<br>  Objective: 261 | Assistant Secretaries and Principal Organization Heads | 09/30/95 |
| --Office Automation (Clerk) -<br>  GS-0326<br>--FY95 Numerical Objective: 7<br>--Seven Year Numerical<br>  Objective: 30 | " | " |
| BLUE COLLAR CATEGORY:<br>--FY95 Numerical Objective: 1<br>--Seven Year Numerical<br>  Objective: 10 | Assistant Secretary for Administration and Principal Organization Heads | 09/30/95 |

HUD007636

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 22 | ******** | 6 | 0 | 3 | 2 | 2 | 2 | 3 | 2 | 2 |
| ADMINISTRATIVE | PLANNED | 23 | ******** | 13 | 0 | 0 | 2 | 1 | 2 | 2 | 2 | 1 |
| TECHNICAL | PLANNED | 6 | ******** | 1 | 0 | 0 | 3 | 0 | 1 | 0 | 1 | 0 |
| CLERICAL | PLANNED | 15 | ******** | 4 | 2 | 0 | 3 | 1 | 3 | 1 | 1 | 0 |
| OTHER | PLANNED | 1* | ******** | 0 | 1* | 1* | 1* | 1* | 1* | 1* | 1* | 1* |
| BLUE COLLAR | PLANNED | 1* | ******** | 1* | 0 | 1* | 1* | 1* | 0 | 1* | 1* | 1* |
| TOTAL | PLANNED | 68 | ******** | 25 | 3 | 3 | 10 | 4 | 8 | 6 | 6 | 3 |

*One from either EEO group

EEO FORM 566 (8/87)

DII-21

HUD007637

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 ECONOMIST PROFESSIONAL | PLANNED | 5 | ******** | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 |
| | | | | | | | | | | | | |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 2 | ******** | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 5 | ******** | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 |
| | | | | | | | | | | | | |
| GS-0801 ENGINEER PROFESSIONAL | PLANNED | 3 | ******** | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| | | | | | | | | | | | | |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 3 | ******** | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 |
| | | | | | | | | | | | | |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 1 | ******** | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DII-22

HUD007638

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 PRSNL MGMT SPEC ADMINISTRATIVE | PLANNED | 3 | ******** | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 5 | ******** | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0340 PROG MANAGER ADMINISTRATIVE | PLANNED | 2 | ******** | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| GS-0343 MGMT ANALYST ADMINISTRATIVE | PLANNED | 3 | ******** | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 3 | ******** | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| GS-0501 FIN OPER ANL. ADMINISTRATIVE | PLANNED | 4 | ******** | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 |

EEOC FORM 566 (8/87)

DII-23

HUD007639

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GB-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GB-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GB-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 1 | ******** | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GB-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 1 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| GB-1170 REALTY SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GB-1171 APPRAISER ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GB-1173 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-24

HUD007640

## SUMMARY OF HIRING
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
## FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0303 CLERK/ABSTNT TECHNICAL | PLANNED | 5 | ******** | 1 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 0 |
| GS-0525 ACCOUNTING TECH TECHNICAL | PLANNED | 1 | ******** | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HSNG MGMNT ASST TECHNICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 3 | ******** | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 7 | ******** | 2 | 2 | 0 | 1 | 0 | 1 | 1 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-25

HUD007641

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 OFC AUTOMATION, CLERICAL | PLANNED | 4 | ******* | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| BLUE COLLAR WAGE GRADE | PLANNED | 1* | 1* ******* | 1* | 0 | 1* | 1* | 1* | 0 | 1* | 1* | 1* |

EEOC FORM 566 (8/87)    *One from either EEO group

DII-26

HUD007642

**SUMMARY OF INTERNAL MOVEMENT**
**NUMERICAL OBJECTIVES BY PATCOB**
**FISCAL YEAR 1995**

ORGANIZATION: DEPARTMENT

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 17 | ******** | 10 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| ADMINISTRATIVE | PLANNED | 156 | ******** | 83 | 0 | 13 | 10 | 11 | 14 | 12 | 6 | 7 |
| TECHNICAL | PLANNED | 31 | ******** | 12 | 2 | 0 | 6 | 0 | 6 | 1 | 4 | 0 |
| CLERICAL | PLANNED | 27 | ******** | 20 | 2 | 0 | 2 | 0 | 1 | 1 | 1 | 0 |
| OTHER | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLUE COLLAR | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | PLANNED | 231 | ******** | 125 | 4 | 14 | 19 | 12 | 22 | 15 | 12 | 8 |

EEO FORM 566 (8/87)

DII-27

HUD007643

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 ECONOMIST PROFESSIONAL | PLANNED | 4 | ******* | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 3 | ******* | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 4 | ******* | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0801 ENGINEER PROFESSIONAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 3 | ******* | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 |

EEOC FORM 566 (8/87)

DII-28

HUD007644

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 PRSNL MGT SPEC. ADMINISTRATIVE | PLANNED | 3 | ******** | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 17 | ******** | 12 | 0 | 0 | 0 | 2 | 1 | 2 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 6 | ******** | 2 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0340 PROG MANAGER ADMINISTRATIVE | PLANNED | 6 | ******** | 1 | 0 | 2 | 0 | 0 | 1 | 1 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0343 MGMNT ANALYST ADMINISTRATIVE | PLANNED | 16 | ******** | 7 | 0 | 0 | 3 | 1 | 1 | 2 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 2 | ******** | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0501 FIN OPER ANAL. ADMINISTRATIVE | PLANNED | 6 | ******** | 3 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DII-29

HUD007645

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 5 | ******** | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| GS-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 35 | ******** | 30 | 0 | 0 | 0 | 1 | 3 | 1 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 2 | ******** | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 15 | ******** | 12 | 0 | 0 | 0 | 0 | 2 | 0 | 1 | 0 |
| GS-1170 REALTY SPEC. ADMINISTRATIVE | PLANNED | 10 | ******** | 5 | 0 | 0 | 2 | 0 | 1 | 1 | 1 | 0 |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 11 | ******** | 2 | 0 | 0 | 0 | 2 | 1 | 2 | 2 | 2 |
| GS-1173 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 6 | ******** | 3 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-30

HUD007646

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT (CONT'D)

DII-31

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 4 | ******** | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 18 | ******** | 10 | 1 | 0 | 3 | 0 | 2 | 0 | 2 | 0 |
| GS-0525 ACCOUNTING TECH TECHNICAL | PLANNED | 6 | ******** | 2 | 0 | 0 | 1 | 0 | 2 | 0 | 1 | 0 |
| GS-1101 HSNG MGT ASST. TECHNICAL | PLANNED | 7 | ******** | 0 | 1 | 0 | 2 | 0 | 2 | 1 | 1 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 7 | ******** | 6 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 12 | ******** | 6 | 2 | 0 | 2 | 0 | 0 | 1 | 1 | 0 |

EEOC FORM 566 (8/87)

HUD007647

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 OFC AUTOMATION, CLERICAL | PLANNED | 3 | ******* | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| BLUE COLLAR WAGE GRADE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DII-32

HUD007648

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 39 | ******** | 16 | 0 | 4 | 3 | 3 | 3 | 4 | 3 | 3 |
| ADMINISTRATIVE | PLANNED | 179 | ******** | 96 | 0 | 13 | 12 | 12 | 16 | 14 | 8 | 8 |
| TECHNICAL | PLANNED | 41 | ******** | 16 | 2 | 0 | 9 | 0 | 7 | 1 | 5 | 1 |
| CLERICAL | PLANNED | 46 | ******** | 24 | 4 | 0 | 5 | 5 | 4 | 2 | 2 | 0 |
| OTHER | PLANNED | 1* | ******** | 0 | 1* | 1* | 1* | 1* | 1* | 1* | 1* | 1* |
| BLUE COLLAR | PLANNED | 1* | ******** | 1* | 0 | 1* | 1* | 1* | 0 | 1* | 1* | 1* |
| TOTAL | PLANNED | 307 | ******** | 153 | 7 | 17 | 29 | 20 | 30 | 21 | 18 | 12 |

EEO FORM 566 (8/87)          *From either EEO group

DII-33

HUD007649

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT

DII-34

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 ECONOMIST PROFESSIONAL | PLANNED | 9 | ******* | 5 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 1 |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 5 | ******* | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 9 | ******* | 5 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 |
| GS-0801 ENGINEER PROFESSIONAL | PLANNED | 3 | ******* | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 3 | ******* | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 4 | ******* | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 0 |

EEOC FORM 556 (8/87)

HUD007650

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT
(CONT'D)

DII-35

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 PRSNL MGT SPEC. ADMINISTRATIVE | PLANNED | 6 | ******** | 2 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 22 | ******** | 17 | 0 | 0 | 0 | 2 | 1 | 2 | 0 | 0 |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 6 | ******** | 2 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 1 |
| GS-0340 PROG MANAGER ADMINISTRATIVE | PLANNED | 8 | ******** | 2 | 0 | 2 | 0 | 0 | 1 | 2 | 0 | 1 |
| GS-0343 MGMT ANALYST ADMINISTRATIVE | PLANNED | 19 | ******** | 10 | 0 | 0 | 3 | 1 | 1 | 2 | 1 | 1 |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 5 | ******** | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| GS-0501 FIN OPER ANAL. ADMINISTRATIVE | PLANNED | 10 | ******** | 4 | 0 | 0 | 2 | 2 | 1 | 0 | 0 | 1 |

EEOC FORM 566 (8/87)

HUD007651

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 5 | ******** | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| GS-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 35 | ******** | 30 | 0 | 0 | 0 | 1 | 3 | 1 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 3 | ******** | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 16 | ******** | 12 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 |
| GS-1170 REALTY SPEC. ADMINISTRATIVE | PLANNED | 10 | ******** | 5 | 0 | 0 | 2 | 0 | 1 | 1 | 1 | 0 |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 11 | ******** | 2 | 0 | 0 | 0 | 2 | 1 | 2 | 2 | 2 |
| GS-1173 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 6 | ******** | 3 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-36

HUD007652

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 4 | ******* | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 23 | ******** | 11 | 1 | 0 | 5 | 0 | 3 | 0 | 3 | 0 |
| GS-0525 ACCOUNTING TECH TECHNICAL | PLANNED | 7 | ******** | 2 | 0 | 0 | 2 | 0 | 2 | 0 | 1 | 0 |
| GS-1101 HSNG MGMNT ASST TECHNICAL | PLANNED | 7 | ******** | 0 | 1 | 0 | 2 | 0 | 2 | 1 | 1 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 10 | ******** | 7 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 0 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 19 | ******** | 8 | 4 | 0 | 3 | 0 | 1 | 2 | 1 | 0 |

EEOC FORM 566 (8/87)

DII-37

HUD007653

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1995

ORGANIZATION: DEPARTMENT
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 OPC AUTOMATION CLERICAL | PLANNED | 7 | ******* | 4 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| BLUE COLLAR WAGE GRADE | PLANNED | 1* | ******* | 1* | 0 | 1* | 1* | 1* | 0 | 1* | 1* | 1* |

EEOC FORM 566 (8/87)          *One from either EEO group

DII-38

HUD007654

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)

# DEPARTMENTWIDE

# FISCAL YEAR 1996

# AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

# UPDATE REPORT

HUD-007694

# U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)

## DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

## UPDATE REPORT

## FOR FISCAL YEAR 1996

## PROGRAM ELEMENT II

## WORK FORCE

**PAGES DII-1 THROUGH DII-38**

HUD-007705

---

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1996**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

---

### II.  WORK FORCE - SUMMARY ANALYSIS

An analysis of the Department's work force was conducted by occupational category (PATCOB-Professional, Administrative, Technical, Clerical, Other, Blue Collar), grade groupings, and major occupations using the National Finance Center's (NFC) Fiscal Year 1995 year end data.  A further comparative analysis was conducted using 1990 Census Availability Data and NFC's Fiscal Year 1995 year end data by occupational category, grade groupings and major occupations.  The results of the analyses are as follows:

The Departmentwide Annual Affirmative Employment Program Plan for Fiscal Year 1996 covers a total of **11,162** permanent full time and permanent part-time employees.  There are 1,355 employees in the Professional category, 7,127 in the Administrative category, 1,591 in the Technical category, 1,073 in the Clerical category, 1 in the Other category, and 15 in the Blue Collar category.  Instances of manifest imbalances and/or conspicuous absences continue to exist in some EEO groups.  It appears that the attrition rate of some EEO groups is contributing to their continued manifest imbalances and/or conspicuous absences.  Further, in light of the Department's continuing efforts to meet President Clinton's challenge of reforming Government and renewing democracy, it is anticipated that minimal, if any, progress will be attained during Fiscal Year 1996.  Notwithstanding, the following analyses and action items depict the Department's Fiscal Year 1996 work force update.

### ANALYSIS OF UNDERREPRESENTATION BY OCCUPATIONAL CATEGORY

**MANIFEST IMBALANCE** - when the work force's representation of a particular Equal Employment Opportunity (EEO) group, by occupational category or grade level, is substantially below its representation in the appropriate Civilian Labor Force (CLF).

The analysis revealed that there are **MANIFEST IMBALANCES** in the following PATCOB categories and EEO groups:

          **PROFESSIONAL**.......................White females
                                              Indian males

---

**HUD-007706**

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1996**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF UNDERREPRESENTATION BY OCCUPATIONAL CATEGORY (Cont'd)**

> **ADMINISTRATIVE**.....................White females
> Asian males
> Asian females
>
> **TECHNICAL**.........................White females
> Black males
>
> **CLERICAL**.........................White females
> Asian females

**CONSPICUOUS ABSENCE -** when a particular Equal Employment
Opportunity (EEO) group is nearly or nonexistent in an
occupational category or grade level in the work force.

The analysis revealed that there are **CONSPICUOUS ABSENCES** in
the following PATCOB categories and EEO groups:

> **TECHNICAL**.........................Hispanic males
> Asian males
> Indian males
>
> **CLERICAL**.........................Hispanic males
> Asian males
>
> **OTHER**.............................All EEO groups
> except White females
>
> **BLUE COLLAR**.......................All EEO groups
> except Black males

The analysis of the Department's work force revealed that
there are **MANIFEST IMBALANCES** in the following <u>major occupations</u>
(occupational series with 100 or more employees) and EEO groups:

### PROFESSIONAL CATEGORY

ACCOUNTANT
> Series 0510..................Hispanic males
> Hispanic females

**EEOC FORM 566 (8/87)**                                  **DII-2**

HUD-007707

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1996
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCES)
BY MAJOR OCCUPATION (CONT'D)

#### PROFESSIONAL CATEGORY (CONT'D)

AUDITOR
       Series 0511...................White females
                                     Black males
                                     Hispanic females

ENGINEER
       Series 0801...................Black females
                                     Asian females

ATTORNEY
       Series 0905...................White females
                                     Asian females

CONTRACTING SPECIALIST
       Series 1102...................Hispanic males
                                     Asian males
                                     Asian females

#### ADMINISTRATIVE CATEGORY

MISCELLANEOUS ADMINISTRATION
       Series 0301...................White females
                                     Hispanic females
                                     Asian males

MANAGEMENT/PROGRAM ANALYST
       Series 0343...................White females
                                     Hispanic males
                                     Hispanic females
                                     Asian males
                                     Indian males

EQUAL OPPORTUNITY SPECIALIST
       Series 0360...................Asian males
                                     Indian males

HUD-007708

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1996**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

## II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCES) BY MAJOR OCCUPATION (Cont'd)

#### ADMINISTRATIVE CATEGORY (Cont'd)

GENERAL BUSINESS AND INDUSTRY
Series 1101...................White females
Asian females

FINANCIAL ANALYST (HOUSING)
Series 1160...................White females

LOAN SPECIALIST
Series 1165...................White females
Hispanic males

REALTY SPECIALIST
Series 1170...................White females
Hispanic males
Asian females

APPRAISING/ASSESSING SPECIALIST
Series 1171...................White females
Hispanic females

HOUSING MANAGEMENT SPECIALIST
Series 1173...................White females
Hispanic males

#### TECHNICAL CATEGORY

MISC. CLERK/ASSISTANT
Series 0303...................White females
Black males
Hispanic males
Indian males

ACCOUNTING TECHNICIAN
Series 0525...................White females

---

**EEOC FORM 566 (8/87)**                                **DII-4**

HUD-007709

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1996**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCES)**
**BY MAJOR OCCUPATION (Cont'd)**

**CLERICAL CATEGORY**

CLERK
        Series 0303...................White females
                                      Hispanic males
                                      Asian males
                                      Asian females
SECRETARY
        Series 0318...................White females
                                      Black males
                                      Asian females

**ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES)**
**BY MAJOR OCCUPATION**

The analysis of the Department's work force revealed that
there are **CONSPICUOUS ABSENCES** in the following <u>major occupations</u>
(occupational series with 100 or more employees) and EEO groups:

**PROFESSIONAL CATEGORY**

ACCOUNTANT
        Series 0510...................White females

AUDITOR
        Series 0511...................Asian females
                                      Indian males
                                      Indian females
ENGINEER
        Series 0801...................White females
                                      Hispanic females
                                      Indian males
ATTORNEY
        Series 0905...................Asian males

CONTRACT SPECIALIST
        Series 1102...................Indian males

---

**EEOC FORM 566 (8/87)**                                    **DII-5**

HUD-007710

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1996
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT
UPDATE

## II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES) BY MAJOR OCCUPATION (Cont'd)

#### ADMINISTRATIVE CATEGORY

MISCELLANEOUS ADMINISTRATION
        Series 0301...................Asian females
                                      Indian males

COMPUTER SPECIALIST
        Series 0334...................White females
                                      Hispanic females
                                      Indian females

MANAGEMENT/PROGRAM ANALYST
        Series 0343...................Asian females
                                      Indian females

EQUAL OPPORTUNITY SPECIALIST
        Series 0360...................White females

FINANCIAL OPERATIONS ANALYST
        Series 0501...................White females
                                      Hispanic males
                                      Hispanic females
                                      Asian males
                                      Indian females

CONSTRUCTION ANALYST
        Series 0828...................White females
                                      Black females
                                      Hispanic females
                                      Asian females
                                      Indian females

GENERAL BUSINESS AND INDUSTRY
        Series 1101...................Asian males

LOAN SPECIALIST
        Series 1165...................Asian males
                                      Indian females

HUD-007711

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1996**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.   WORK FORCE – SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES)**
**BY MAJOR OCCUPATION (Cont'd)**

**ADMINISTRATIVE CATEGORY (Cont'd)**

REALTY SPECIALIST
Series 1170....................Indian males
                              Indian females

APPRAISING/ASSESSING SPECIALIST
Series 1171....................Asian males
                              Asian females
                              Indian males
                              Indian females

HOUSING MANAGEMENT SPECIALIST
Series 1173....................Asian males

CRIMINAL INVESTIGATOR
Series 1811....................White females
                              Asian males
                              Indian males
                              Indian females

**TECHNICAL CATEGORY**

MISCELLANEOUS CLERK/ASSISTANT
Series 0303....................Asian males

ACCOUNTING TECHNICIAN
Series 0525....................Hispanic males
                              Asian males
                              Indian males

**CLERICAL CATEGORY**

MISC. CLERK/ASSISTANT
Series 0303....................Indian males

SECRETARY
Series 0318....................Hispanic males
                              Asian males
                              Indian males
                              Indian females

HUD-007712

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1996**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

UPDATE

### II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

The following depicts the changes in employment between Fiscal Years 1994 and 1995 by year end on-board work force:

**ON-BOARD WORK FORCE**

| Race/Sex | 1994 | 1995 | Differences % | # |
|---|---|---|---|---|
| White males | 29.1% | 28.2% | -0.9 | -474 |
| White females | 29.6 | 29.5 | -0.1 | -408 |
| Black males | 8.0 | 8.1 | +0.1 | -102 |
| Black females | 23.2 | 23.9 | +0.7 | -238 |
| Hispanic males | 2.6 | 2.6 | 0.0 | - 34 |
| Hispanic females | 3.8 | 3.9 | +0.1 | - 36 |
| Asian males | 1.2 | 1.3 | +0.1 | - 8 |
| Asian females | 1.5 | 1.5 | 0.0 | - 22 |
| Indian males | 0.4 | 0.4 | 0.0 | - 5 |
| Indian females | 0.6 | 0.6 | 0.0 | - 4 |
| **Minorities and Women** | **70.9** | **71.8** | **+0.9** | **-857** |
| **Women** | **58.7** | **59.4** | **+0.7** | **-708** |
| **Minorities** | **41.3** | **42.3** | **+1.0** | **-449** |

### ANALYSIS OF REPRESENTATION BY GRADE GROUPING

The following summarizes the percentages of EEO groups by grade groupings:

| Race/Sex | SENIOR LEVEL | GS/GM 13-15 | GS 9-12 | GS 5-8 | GS 1-4 |
|---|---|---|---|---|---|
| White males | 52.2% | 46.0% | 28.2% | 4.4% | 21.8% |
| White females | 18.9 | 22.2 | 29.4 | 39.1 | 38.6 |
| Black males | 15.3 | 10.1 | 8.7 | 3.6 | 5.9 |
| Black females | 6.3 | 13.9 | 22.8 | 39.9 | 25.7 |
| Hispanic males | 4.5 | 3.1 | 2.9 | 1.2 | 0.0 |
| Hispanic females | 1.8 | 1.6 | 3.5 | 7.7 | 4.0 |
| Asian males | 0.9 | 1.4 | 1.7 | 0.4 | 0.0 |
| Asian females | 0.0 | 1.0 | 1.6 | 2.1 | 2.0 |
| Indian males | 0.0 | 0.5 | 0.5 | 0.2 | 0.0 |
| Indian females | 0.0 | 0.2 | 0.7 | 1.4 | 2.0 |

HUD-007713

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1996
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

ANALYSIS OF REPRESENTATION BY GRADE GROUPING (Cont'd)

| Race/Sex | SENIOR LEVEL | GS/GM 13-15 | GS 9-12 | GS 5-8 | GS 1-4 |
|---|---|---|---|---|---|
| Minorities and Women | 47.7 | 54.0 | 71.8 | 95.6 | 78.2 |
| Women | 27.0 | 38.9 | 58.0 | 90.2 | 72.3 |
| Minorities | 28.8 | 31.8 | 42.4 | 56.5 | 39.6 |

ADMINISTRATIVELY DETERMINED PAY RATE SCHEDULE*

| Race/Sex | Percentage of representation |
|---|---|
| White males | 38.7% |
| White females | 38.7 |
| Black males | 3.2 |
| Black females | 12.9 |
| Hispanic females | 3.2 |
| Asian males | 3.2 |
| Minorities and Women | 61.2 |
| Women | 54.9 |
| Minorities | 22.6 |

BLUE COLLAR*

| Race/Sex | WG 5-9 | WG 11-12 | WL 5-9 | WS 5-9 | WD 5-9 | XS 5-9 | XP 5-9 |
|---|---|---|---|---|---|---|---|
| White males | 16.7% | 0.0% | 0.0% | 100.0% | 83.3% | 0.0% | 0.0% |
| White females | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Black males | 83.3 | 0.0 | 100.0 | 0.0 | 16.7 | 0.0 | 100.0 |
| Minorities and Women | 83.3 | 0.0 | 100.0 | 0.0 | 16.7 | 0.0 | 100.0 |
| Women | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Minorities | 83.3 | 0.0 | 100.0 | 0.0 | 16.7 | 0.0 | 100.0 |

*   No other EEO groups are represented in this category.

EEOC FORM 566 (8/87)                                           DII-9

HUD-007714

HUD

AFFIRMATIVE EMPLOYMENT PROGRAM (AEP) PLAN UPDATE REPORT
DISTRIBUTION OF EEO GROUPS AND COMPARISON BY PATCOB

FISCAL YEAR 1995/FISCAL YEAR 1996

HUD

| OCCUPATIONAL CATEGORY | TOTAL ALL % | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % |
| PROFESSIONAL AGENCY (HUD) | 100.0 | 50.3 | 19.2 | 8.0 | 10.7 | 3.2 | 1.6 | 4.3 | 2.4 | 0.1 | 0.3 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 54.7 | 30.3 | 2.4 | 3.2 | 2.1 | 1.4 | 3.5 | 1.9 | 0.2 | 0.2 |
| ADMINISTRATIVE AGENCY (HUD) | 100.0 | 32.8 | 28.5 | 9.6 | 19.8 | 3.0 | 3.0 | 1.1 | 1.2 | 0.5 | 0.5 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 42.1 | 40.4 | 3.6 | 5.3 | 2.6 | 2.6 | 1.4 | 1.4 | 0.3 | 0.3 |
| TECHNICAL AGENCY (HUD) | 100.0 | 5.1 | 37.8 | 3.4 | 39.8 | 1.3 | 7.9 | 0.5 | 2.1 | 0.2 | 1.9 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 36.1 | 42.9 | 3.6 | 6.6 | 3.2 | 3.4 | 1.9 | 1.6 | 0.4 | 0.4 |
| CLERICAL AGENCY (HUD) | 100.0 | 4.2 | 37.1 | 4.2 | 44.5 | 0.6 | 6.6 | 0.3 | 1.8 | 0.1 | 0.6 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 14.0 | 63.4 | 2.8 | 9.6 | 1.7 | 5.2 | 0.8 | 1.9 | 0.1 | 0.5 |
| OTHER AGENCY (HUD) | 100.0 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 67.6 | 11.2 | 9.7 | 3.2 | 4.8 | 1.0 | 1.2 | 0.3 | 0.9 | 0.2 |
| BLUE COLLAR AGENCY (HUD) | 100.0 | 26.7 | 0.0 | 73.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 65.4 | 9.8 | 9.1 | 2.2 | 8.7 | 1.5 | 1.7 | 0.5 | 0.8 | 0.2 |

EEOC FORM 569 (8/87)

DII-10

HUD-007715

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1996**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:**

As the Department continues its downsizing and streamlining efforts during Fiscal Year 1996, every effort will be made to minimize the need for major personnel disruptions through the use of the buyout program and normal attrition, it is anticipated that there will be drastic changes in the work force's level and composition.

Notwithstanding, HUD will continue its efforts to attain and maintain a work force that is representative of the Civilian Labor Force.  The Fiscal Year 1995 work force analysis revealed the following problems/barriers:

**UNDESIRED CONDITION:**  The Department's work force reflects the manifest imbalance and conspicuous absence of some EEO groups.

**DESIRED CONDITION:**  A diversified work force that is reflective of the Nation's diversity.

**ANALYSIS:**  An analysis of the Department's work force revealed that there are instances of manifest imbalances and/or conspicuous absences of some EEO groups in twenty-two (22) major occupations (occupational series with 100 or more employees).

**PROBABLE BARRIER:**  Limited recruitment, hiring, and internal movement opportunities due to Governmentwide downsizing, restructuring, retirements, buyouts, and hiring and promotion freezes.

**ALTERNATIVES:**   Continue to follow the Department's Diversity Plans negotiated with the employee Unions and continue to advise top level management and selecting officials on the implementation of Diversity Action Plans to assure the Department's commitment to attaining a work force that is representative of the CLF; continue to utilize the Mentoring Program to assist on-board minorities and women in breaking through the "Glass Ceiling;" assure that each Program Office develops and implements an AEP plan which focuses on internal movement; and, assure that all current employees are made aware of existing training opportunities and position vacancies.

HUD-007716

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1996
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENT

UPDATE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:

**EXPECTED RESULTS:**  An increase in the diversification and balanced representation of EEO groups, whose current composition of the Department's work force shows manifest imbalances and/or conspicuous absences.

**FOLLOW-UP ACTION:**  Continue to monitor hiring, internal movement, and attrition statistics in order to conduct impact analyses on selected EEO groups who are manifestly imbalanced and/or conspicuously absent from the work force. Develop realistic and proactive strategies to eliminate imbalances in the work force.

Since the Department is in a full downsizing mode, all efforts to eliminate the identified instances of manifest imbalances and conspicuous absences will be through the use of internal movements, including promotions and reassignments, and employee training and development.  Internal movement objectives have been established for all EEO groups where there are instances of underrepresentation in the work force.  See pages DII-21 through DII-38 for specific numerical objectives by EEO group, occupational category (PATCOB), and major occupations.

HUD-007717

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1996**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  9/30/96

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **PROFESSIONAL (PATCOB) CATEGORY:** FY96 Numerical Objective:  21 Eight Year Numerical Objective: 365* | Assistant Secretaries and Principal Organization Heads | 09/30/96 |
| **--Economist - GS-0110**** --FY96 Numerical Objective: 0 --Eight Year Numerical   Objective: 32 | " | " |
| **--Accountant - GS-0510** --FY96 Numerical Objective: 3 --Eight Year Numerical   Objective: 63 | " | " |
| **--Auditor - GS-0511** --FY96 Numerical Objective: 6 --Eight Year Numerical   Objective: 160 | " | " |

*     To be consist with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 1996) combined numerical objectives.

**     Due to streamlining and downsizing, this occupational series has less than 100 employees.  No numerical objectives have been established for Fiscal Year 1996.  However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

**EEOC FORM 566 (8/87)**                              **DII-13**

HUD-007718

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1996
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

**PROGRAM ELEMENT: II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  9/30/96

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|

PROFESSIONAL (PATCOB) CATEGORY (Cont'd)

| | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **--Engineer - GS-0801**<br>--FY96 Numerical Objective: 5<br>--Eight Year Numerical<br>  Objective: 40 | Assistant<br>Secretaries<br>and Principal<br>Organization<br>Heads | 09/30/96 |
| **--Attorney - GS-0905**<br>--FY96 Numerical Objective: 3<br>--Eight Year Numerical<br>  Objective: 51 | " | " |
| **--Contracting Specialist -**<br>  GS-1102<br>--FY96 Numerical Objective:  4<br>--Eight Year Numerical<br>  Objective:  19 | " | " |

HUD-007719

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1996**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  9/30/96

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY:** FY96 Numerical Objective: 156 Eight Year Numerical Objective: 1,154 | Assistant Secretaries and Principal Organization Heads | 09/30/96 |
| **--Personnel Management** - GS-0201* --FY96 Numerical Objective: 0 --Eight Year Numerical Objective: 16 | " | " |
| **--Misc. Administration** - GS-0301 --FY96 Numerical Objective: 23 --Eight Year Numerical Objective: 157 | " | " |
| **--Program Manager** - GS-0340* --FY96 Numerical Objective: 0 --Eight Year Numerical Objective: 54 | " | " |

\*   Due to streamlining and downsizing, these occupational series have less than 100 employees.  No numerical objectives have been established for Fiscal Year 1996.  However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

**EEOC FORM 566 (8/87)**                                    **DII-15**

HUD-007720

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1996**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  9/30/96

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|

**ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd):**

| | | |
|---|---|---|
| **--Computer Specialist** - GS-0334<br>--FY96 Numerical Objective: 6<br>--Eight Year Numerical<br>  Objective: 134 | Assistant Secretaries and Principal Organization Heads | 09/30/96 |
| **--Management Analyst** - GS-0343<br>--FY96 Numerical Objective: 19<br>--Eight Year Numerical<br>  Objective: 102 | " | " |
| **--Equal Opportunity Specialist** -<br>  GS-0360<br>--FY96 Numerical Objective: 5<br>--Eight Year Numerical<br>  Objective: 50 | " | " |
| **--Financial Operations Analyst** -<br>  GS-0501<br>--FY96 Numerical Objective:  10<br>--Eight Year Numerical<br>  Objective: 87 | " | " |

**EEOC FORM 566 (8/87)**                                    **DII-16**

HUD-007721

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL Year 1996
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:   Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  9/30/96

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd): | | |
| --Construction Analyst - GS-0828<br>--FY96 Numerical Objective: 5<br>--Eight Year Numerical<br>  Objective: 41 | Assistant Secretaries and Principal Organization Heads | 9/30/96 |
| --General Business and<br>    Industry - GS-1101<br>--FY96 Numerical Objective: 34<br>--Eight Year Numerical<br>  Objective: 93 | " | " |
| --Financial Analyst - GS-1160<br>--FY96 Numerical Objective:  3<br>--Eight Year Numerical<br>  Objective: 15 | " | " |
| --Loan Specialist - GS-1165<br>--FY96 Numerical Objective: 18<br>--Eight Year Numerical<br>  Objective: 202 | " | " |
| --Realty Specialist - GS-1170<br>--FY96 Numerical Objective: 10<br>--Eight Year Numerical<br>  Objective: 59 | " | " |

EEOC FORM 566 (8/87)                                    DII-17

HUD-007722

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1996**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT: II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  9/30/96

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd):** | | |
| --**Appraising and Assessing** - GS-1171 | Assistant Secretaries and Principal Organization Heads | 9/30/96 |
| --FY96 Numerical Objective: 11 | | |
| --Eight Year Numerical Objective: 67 | | |
| --**Housing Management Specialist** - GS-1173 | " | " |
| --FY96 Numerical Objective: 8 | | |
| --Eight Year Numerical Objective: 52 | | |
| --**Criminal Investigator** - GS-1811 | " | " |
| --FY96 Numerical Objective: 4 | | |
| --Eight Year Numerical Objective: 25 | | |
| **TECHNICAL (PATCOB) CATEGORY:** | Assistant Secretaries and Principal Organization Heads | 9/30/96 |
| FY96 Numerical Objective: 30 | | |
| Eight Year Numerical Objective: 526 | | |
| --**Clerk/Assistant** - GS-0303 | " | " |
| --FY96 Numerical Objective: 23 | | |
| --Eight Year Numerical Objective: 423 | | |

**EEOC FORM 566 (8/87)**                          **DII-18**

HUD-007723

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1996**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  9/30/96

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **TECHNICAL (PATCOB) CATEGORY (Cont'd):** | | |
| **--Accounting Technician - GS-0525**<br>--FY96 Numerical Objective: 7<br>--Eight Year Numerical<br>  Objective: 58 | Assistant Secretaries and Principal Organization Heads | 9/30/96 |
| **--General Business and Industry -**<br>  **GS-1101\***<br>--FY96 Numerical Objective: 0<br>--Eight Year Numerical<br>  Objective: 45 | " | " |
| **CLERICAL (PATCOB) CATEGORY:**<br>FY96 Numerical Objective: 32<br>Eight Year Numerical<br>Objective: 422 | Assistant Secretaries and Principal Organization Heads | 9/30/96 |
| **--Clerk - GS-0303**<br>--FY96 Numerical Objective: 13<br>--Eight Year Numerical<br>  Objective: 112 | " | " |

\*   Due to streamlining and downsizing, this occupational series has less than 100 employees.  No numerical objectives have been established for Fiscal Year 1996.  However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

**EEOC FORM 566 (8/87)**                                    **DII-19**

HUD-007724

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1996**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT: II. WORK FORCE**

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 9/30/96

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **CLERICAL (PATCOB) CATEGORY:** | | |
| **--Secretary - GS-0318** --FY96 Numerical Objective: 19 --Eight Year Numerical  Objective: 280 | Assistant Secretaries and Principal Organization Heads | 09/30/96 |
| **--Office Automation (Clerk) - GS-0326*** --FY96 Numerical Objective: 0 --Eight Year Numerical  Objective: 30 | " | " |
| **BLUE COLLAR CATEGORY:** --FY96 Numerical Objective: 1 --Eight Year Numerical  Objective: 11 | Assistant Secretary for Administration and Principal Organization Heads | 09/30/96 |

* Due to streamlining and downsizing, this occupational series has less than 100 employees. No numerical objectives have been established for Fiscal Year 1996. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

HUD-007725

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 31 | ******** | 11 | 2 | 2 | 2 | 2 | 2 | 4 | 3 | 3 |
| ADMINISTRATIVE | PLANNED | 166 | ******** | 93 | 0 | 10 | 12 | 10 | 12 | 11 | 9 | 9 |
| TECHNICAL | PLANNED | 36 | ******** | 16 | 2 | 0 | 7 | 0 | 5 | 1 | 4 | 1 |
| CLERICAL | PLANNED | 34 | ******** | 16 | 3 | 0 | 5 | 2 | 2 | 3 | 2 | 1 |
| OTHER | PLANNED | 1* | ******** | 0 | 1* | 1* | 1* | 1* | 1* | 1* | 1* | 1* |
| BLUE COLLAR | PLANNED | 1* | ******** | 1* | 0 | 1* | 1* | 1* | 0 | 1* | 1* | 1* |
| TOTAL | PLANNED | 269 | ******** | 137 | 8 | 12 | 26 | 14 | 21 | 19 | 16 | 16 |

EEOC FORM 566 (8/87)          *From either EEO group          DII-21

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 ECONOMIST PROFESSIONAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 6 | ******* | 4 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 9 | ******* | 2 | 2 | 0 | 0 | 1 | 0 | 1 | 1 | 2 |
| GS-0801 ENGINEER PROFESSIONAL | PLANNED | 6 | ******* | 1 | 0 | 2 | 0 | 1 | 0 | 1 | 1 | 0 |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 5 | ******* | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 4 | ******* | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 0 |

EEOC FORM 566 (8/87)

DIT-22

HUD-007727

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT (CONT'D)    HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 PRSNL MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 23 | ******** | 17 | 0 | 0 | 0 | 2 | 1 | 2 | 1 | 0 |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 6 | ******** | 2 | 0 | 0 | 1 | 2 | 3 | 0 | 0 | 1 |
| GS-0340 PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0343 MGMT ANALYST ADMINISTRATIVE | PLANNED | 19 | ******** | 10 | 0 | 0 | 3 | 1 | 1 | 2 | 1 | 1 |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 5 | ******** | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| GS-0501 FIN OPER ANAL. ADMINISTRATIVE | PLANNED | 10 | ******** | 4 | 0 | 0 | 2 | 2 | 1 | 0 | 0 | 1 |

EEOC FORM 566 (8/87)

DII-23

HUD-007728

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT (CONT'D)                HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 5 | ******** | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| GS-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 34 | ******** | 30 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 3 | ******** | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 18 | ******** | 12 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 2 |
| GS-1170 REALTY SPEC. ADMINISTRATIVE | PLANNED | 10 | ******** | 5 | 0 | 0 | 2 | 0 | 0 | 1 | 1 | 1 |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 11 | ******** | 2 | 0 | 0 | 0 | 2 | 1 | 2 | 2 | 2 |
| GS-1173 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 8 | ******** | 3 | 0 | 0 | 2 | 0 | 1 | 2 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-24

HUD-007729

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT HUD
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 4 | ******* | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 23 | ******** | 11 | 1 | 0 | 5 | 0 | 3 | 0 | 3 | 0 |
| GS-0525 ACCOUNTING TECH TECHNICAL | PLANNED | 7 | ******** | 2 | 0 | 0 | 2 | 0 | 2 | 0 | 1 | 0 |
| GS-1101 HSNG MGMNT ASST TECHNICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 13 | ******** | 7 | 0 | 0 | 1 | 0 | 2 | 2 | 1 | 0 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 20 | ******** | 8 | 4 | 0 | 3 | 0 | 1 | 2 | 1 | 1 |

EEOC FORM 566 (8/87)

DII-25

HUD-007730

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT HUD
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 OFC AUTOMATION CLERICAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLUE COLLAR WAGE GRADE | PLANNED | 1* | ******* | 1* | 0 | 1* | 1* | 1* | 0 | 1* | 1* | 1* |

EEOC FORM 566 (8/87)        *One from either EEO group

DII-26

HUD-007731

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT  HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 22 | ******** | 4 | 2 | 1 | 2 | 2 | 2 | 4 | 3 | 2 |
| ADMINISTRATIVE | PLANNED | 18 | ******** | 11 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 3 |
| TECHNICAL | PLANNED | 6 | ******** | 1 | 0 | 0 | 3 | 0 | 1 | 0 | 1 | 0 |
| CLERICAL | PLANNED | 10 | ******** | 4 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 |
| OTHER | PLANNED | 1* | ******** | 0 | 1* | 1* | 1* | 1* | 1* | 1* | 1* | 1* |
| BLUE COLLAR | PLANNED | 1* | ******** | 1* | 0 | 1* | 1* | 1* | 0 | 1* | 1* | 1* |
| TOTAL | PLANNED | 58 | ******** | 21 | 4 | 1 | 7 | 4 | 5 | 5 | 6 | 5 |

*One from either EEO group

EEOC FORM 566 (8/87)

DI-27

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT          HUD

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 ECONOMIST PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 3 | ******** | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 7 | ******** | 1 | 2 | 0 | 0 | 1 | 0 | 1 | 1 | 1 |
| GS-0801 ENGINEER PROFESSIONAL | PLANNED | 5 | ******** | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 0 |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 3 | ******** | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 4 | ******** | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 0 |

EEOC FORM 566 (8/87)

DIT-28

HUD-007733

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT   HUD
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 PRSNL MGMT SPEC ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 5 | ******** | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0340 PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0343 MGMT ANALYST ADMINISTRATIVE | PLANNED | 3 | ******** | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 3 | ******** | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| GS-0501 FIN OPER ANAL. ADMINISTRATIVE | PLANNED | 4 | ******** | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 |

EEOC FORM 566 (8/87)

DII-29

HUD-007734

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT    HUD
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 1 | ******** | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 1 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| GS-1170 REALTY SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1173 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-30

HUD-007735

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT HUD
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 5 | ******** | 1 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 0 |
| GS-0525 ACCOUNTING TECH TECHNICAL | PLANNED | 1 | ******** | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HSNG MGMNT ASST TECHNICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 5 | ******** | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 0 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 7 | ******** | 2 | 2 | 0 | 1 | 0 | 1 | 1 | 0 | 0 |

EEOC FORM 566 (8/87)

DI1-31

HUD-007736

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT    HUD
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 OFC AUTOMATION, CLERICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLUE COLLAR WAGE GRADE | PLANNED | 1* | ******** | 1* | 0 | 1* | 1* | 1* | 0 | 1* | 1* | 1* |

EEOC FORM 566 (8/87)          *One from either EEO group

DII-32

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT          HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 9 | ******** | 7 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| ADMINISTRATIVE | PLANNED | 148 | ******** | 82 | 0 | 10 | 11 | 9 | 11 | 11 | 6 | 8 |
| TECHNICAL | PLANNED | 30 | ******** | 15 | 2 | 0 | 4 | 0 | 4 | 1 | 3 | 1 |
| CLERICAL | PLANNED | 24 | ******** | 12 | 2 | 0 | 4 | 1 | 1 | 2 | 1 | 1 |
| OTHER | PLANNED | 0 | ********* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLUE COLLAR | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | PLANNED | 211 | ******** | 116 | 4 | 11 | 19 | 10 | 16 | 14 | 10 | 11 |

EEOC FORM 566 (8/87)

DII-33

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT  HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 ECONOMIST PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 3 | ******** | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 2 | ******** | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| GS-0801 ENGINEER PROFESSIONAL | PLANNED | 1 | ******** | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 3 | ******** | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-34

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT   HUD
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 PRSNL MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 18 | ******** | 12 | 0 | 0 | 0 | 2 | 1 | 2 | 1 | 0 |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 6 | ******** | 2 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 1 |
| GS-0340 PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0343 MGMNT ANALYST ADMINISTRATIVE | PLANNED | 16 | ******** | 7 | 0 | 0 | 3 | 1 | 1 | 2 | 1 | 1 |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 2 | ******** | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0501 FIN OPER ANAL. ADMINISTRATIVE | PLANNED | 6 | ******** | 3 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-35

HUD-007740

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT    HUD
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 5 | ******** | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| GS-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 34 | ******** | 30 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 2 | ******** | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 17 | ******** | 12 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 1 |
| GS-1170 REALTY SPEC. ADMINISTRATIVE | PLANNED | 10 | ******** | 5 | 0 | 0 | 2 | 0 | 0 | 1 | 1 | 1 |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 11 | ******** | 2 | 0 | 0 | 0 | 2 | 1 | 2 | 2 | 2 |
| GS-1173 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 8 | ******** | 3 | 0 | 0 | 2 | 0 | 1 | 2 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-36

HUD-007741

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT HUD
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 4 | ******** | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 18 | ******** | 10 | 1 | 0 | 3 | 0 | 2 | 0 | 2 | 0 |
| GS-0525 ACCOUNTING TECH TECHNICAL | PLANNED | 6 | ******** | 2 | 0 | 0 | 1 | 0 | 2 | 0 | 1 | 0 |
| GS-1101 HSNG MGT ASST. TECHNICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 8 | ******** | 6 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 13 | ******** | 6 | 2 | 0 | 2 | 0 | 0 | 1 | 1 | 1 |

EEOC FORM 566 (8/87)

DII-37

HUD-007742

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1996

ORGANIZATION: DEPARTMENT    HUD
(CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 OFC AUTOMATION, CLERICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLUE COLLAR WAGE GRADE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

EEOC FORM 566 (8/87)

DII-38

HUD-007743

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)

# DEPARTMENTWIDE

# FISCAL YEAR 1997

# AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

# UPDATE REPORT

HUD003859



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
**THE SECRETARY**
WASHINGTON, D.C. 20410-0001

· March 6, 1997 ·

MEMORANDUM FOR:   All HUD Employees

FROM:   Andrew Cuomo

SUBJECT:   Policy Statement - Equal Employment Opportunity, Affirmative
Employment, Prevention of Sexual Harassment, Discrimination Based
on Sexual Orientation, Employment and Accommodation of Persons
with Disabilities, and Disabled Veterans


In conformance with the policies expressed in Title VII of the Civil Rights Act of
1964, as amended; the Civil Rights Act of 1991; Executive Order 11478, as amended;
the Age Discrimination in Employment Act of 1967; the Equal Pay Act of 1962, as
amended; the Rehabilitation Act of 1973, as amended; the Vietnam Era Veteran's
Readjustment Act of 1974, the Civil Service Reform Act of 1978, and HUD regulations
at 24 CFR Part 7, **it is the policy and intent of the Department of Housing and
Urban Development (HUD) to provide equality of employment opportunity for all
persons, and to prohibit discrimination because of race, color, religion, sex,
national origin, age, or disability in all facets of employment.   Additionally, sexual
harassment and discrimination based on sexual orientation are unacceptable in
the workplace and will not be condoned at HUD.**  Moreover, HUD is committed to
promoting affirmative employment through the removal of barriers and by positive
actions at every management level, including the early resolution of EEO disputes.

These policies are an integral part of HUD's mission and their implementation is
a high priority of this Administration.  I am personally committed to Equal Employment
Opportunity, Affirmative Employment and Diversity (EEO/AE/Diversity) and I expect all
employees to support EEO/AE/Diversity.  In carrying out their responsibilities, all
managers and supervisors are fully accountable for taking actions to assure that
EEO/AE/Diversity goals and objectives are achieved.

The EEO/AE/Diversity goals and objectives of the Department are expressed in
HUD regulations at 24 CFR Part 7 as well as in the multi-year Affirmative Employment
Program (AEP) Plan.  EEO/AE/Diversity is a separate critical element in our managerial
performance appraisal system, which requires the Senior Executive Service (SES) and
managers and supervisors under the Performance Management and Recognition
System (PMRS) to achieve measurable results in their management of the Department.

## AFFIRMATIVE EMPLOYMENT PROGRAMS (AEP)

I expect all managers and supervisors to be proactive in implementing EEO/AE/Diversity. The following strategies will, I believe, set the standard for the achievement of that goal:

1. Hold subordinate managers and supervisors accountable for promoting EEO/AE/Diversity in every aspect of the Department's policies, programs, and practices, including learning and practicing the principles of F.A.I.R. (Feedback, Assistance, Inclusion and Respect) in all interactions with employees and HUD clients.

2. Attend EEO/AE/Diversity training sessions to ensure full understanding of and sensitivity to EEO/AE/Diversity policies, practices, and procedures.

3. Make a vigorous effort to assure full and fair representation of qualified minorities, women, and persons with disabilities when recruiting, hiring, and providing advancement opportunities.

4. Make use of Special Employment Programs to correct the underrepresentation of minorities, women, and persons with disabilities, i.e., Part-Time Employment, Cooperative Education, Upward Mobility, Special Hiring Authorities, etc.

5. Attend "Valuing the HUD Employee" Training and use the F.A.I.R. concept taught on a daily basis.

6. Learn and use Alternative Dispute Resolution (ADR) techniques to resolve problems early before they give rise to formal EEO complaints or union contract grievances.

7. Participate in preparing the AEP Plan by analyzing all aspects of the Department's operations to determine any barriers to full equal employment, and by designing and carrying out actions to remove those barriers.

8. Refer to the AEP Plan goals and objectives before initiating any recruitment, hiring, training, reassignment, and promotion actions.

9. Periodically review AEP progress reports and make adjustments in activities to meet goals and objectives.

2

HUD003865

## SEXUAL HARASSMENT

**It is the policy of HUD that sexual harassment is unacceptable conduct in the workplace and will not be condoned.** Any employee found to have engaged in sexual harassment against any other employee may expect appropriate disciplinary action. All new employees shall be informed of this policy during their initial orientation sessions. This policy shall be reiterated for all employees at least once each year. A Fact Sheet on Sexual Harassment is available from the Office of Departmental Equal Employment Opportunity (ODEEO).

Sexual harassment has been determined by the Equal Employment Opportunity Commission (EEOC) to be "unwelcome advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

1.  submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;

2.  submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or

3.  such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive work environment."

Sexual harassment is a form of sexual discrimination under Title VII of the Civil Rights Act of 1964. There may be other causes of action under State and local law in addition to those found under Federal civil right law. These include assault and battery, intentional infliction of emotional distress, wrongful discharge, and negligence. Some advances may even result in criminal charges such as sexual assault or rape.

HUD is responsible for creating a working climate free from unsolicited and unwelcome sexual overtures. The law states, "...an employer is responsible for acts of sexual harassment in the workplace where the employer (or its agents or supervisory employees) knows or should have known of the conduct, unless it can show that it took immediate and appropriate action. An employer may also be responsible for the acts of non-employees with respect to sexual harassment of employees in the workplace, where the employer (or its agents or supervisory employees) knows or should have known of the conduct, unless it can show that it took immediate and appropriate action."

HUD managers and supervisors are responsible for excluding sexual harassment from the workplace.

3

HUD003866

## DISABLED VETERAN EMPLOYMENT

It is the policy of HUD to promote the maximum employment and job advancement for qualified disabled veterans, similar to its policy, goals and objectives with reference to all persons with disabilities.

Managers and supervisors are responsible for achieving these goals, as expressed in the Department's Disabled Veterans Affirmative Action Program (DVAAP) Plan, at their respective office levels.

5

EEOC FORM 566 (8/87)                                        D-7

HUD003867

# U.S. DEPARTMENT OF HOUSING
# AND URBAN DEVELOPMENT
# (HUD)

## DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

## UPDATE REPORT

## FOR FISCAL YEAR 1997

## PROGRAM ELEMENT II

## WORK FORCE

**PAGES DII-1 THROUGH DII-39**

HUD003876

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1997
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II.  WORK FORCE - SUMMARY ANALYSIS

Analyses of the Department's work force were conducted by occupational category (PATCOB-Professional, Administrative, Technical, Clerical, Other, Blue Collar), grade groupings, and major occupations using the National Finance Center's (NFC) Fiscal Year 1996 year-end data and the Department's Equal Employment Opportunity Monitoring and Analysis System (EEOMAS). Further analyses were conducted by occupational category, grade groupings and major occupations using 1990 Census Availability Data, NFC's Fiscal Years 1995 and 1996 year-end comparative data, and EEOMAS.  The results of these analyses are as follows:

The Departmentwide Annual Affirmative Employment Program (AEP) Plan for Fiscal Year 1997 covers a total of **10,798** permanent full-time and permanent part-time employees.  There are 1,307 employees in the Professional category, 7,015 in the Administrative category, 1,655 in the Technical category, 807 in the Clerical category, 1 in the Other category, and 13 in the Blue Collar category.  Instances of manifest imbalances and/or conspicuous absences continue to exist in some EEO groups.  It appears that the attrition rate of some EEO groups is contributing to their continued manifest imbalances and/or conspicuous absences.  Further, in light of the Department's continuing efforts to meet President Clinton's challenge of reforming Government and renewing democracy, it is anticipated that minimal, if any, progress will be attained during Fiscal Year 1997.  Notwithstanding, the following analyses and action items depict the Department's Fiscal Year 1997 work force update.

### ANALYSIS OF UNDERREPRESENTATION BY OCCUPATIONAL CATEGORY

**MANIFEST IMBALANCE** - when the work force's representation of a particular Equal Employment Opportunity (EEO) group, by occupational category or grade level, is substantially below its representation in the appropriate Civilian Labor Force (CLF).

The analysis revealed that there are **MANIFEST IMBALANCES** in the following PATCOB categories and EEO groups:

```
             PROFESSIONAL......................White females
                                              Indian males
```

EEOC FORM 566 (8/87)                                    DII-1

HUD003877

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1997
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### ANALYSIS OF UNDERREPRESENTATION BY OCCUPATIONAL CATEGORY (Cont'd)

ADMINISTRATIVE....................White females
Asian males
Asian females

TECHNICAL.........................White females

CLERICAL..........................White females

CONSPICUOUS ABSENCE - when a particular Equal Employment
Opportunity (EEO) group is nearly or nonexistent in an
occupational category or grade level in the work force.

The analysis revealed that there are CONSPICUOUS ABSENCES in
the following PATCOB categories and EEO groups:

TECHNICAL.........................Hispanic males
Asian males
Indian males

CLERICAL..........................Hispanic males
Asian males

OTHER.............................All EEO groups
except White females

BLUE COLLAR.......................All EEO groups
except Black males

The analysis of the Department's work force revealed that
there are MANIFEST IMBALANCES in the following major occupations
(occupational series with 100 or more employees) and EEO groups:

### PROFESSIONAL CATEGORY

AUDITOR
Series 0511.................White females
Black males
Asian males
ENGINEER
Series 0801.................Black females
Asian females

EEOC FORM 566 (8/87)                                DII-2

HUD003878

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

UPDATE

### II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

**ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCES)**
**BY MAJOR OCCUPATION (CONT'D)**

**PROFESSIONAL CATEGORY (CONT'D)**

ATTORNEY
        Series 0905..................White females
                                Asian females

CONTRACTING SPECIALIST
        Series 1102..................Hispanic males
                                Asian males

**ADMINISTRATIVE CATEGORY**

MISCELLANEOUS ADMINISTRATION
        Series 0301..................White females
                                Hispanic females
                                Asian males
                                Asian females

COMPUTER SPECIALIST
        Series 0334..................White females
                                Hispanic females

MANAGEMENT/PROGRAM ANALYST
        Series 0343..................White females
                                Hispanic females
                                Asian males
                                Indian males

EQUAL OPPORTUNITY SPECIALIST
        Series 0360..................Asian males
                                Indian males

FINANCIAL OPERATIONS ANALYST
        Series 0501..................White females

CONSTRUCTION ANALYST
        Series 0828..................Black females

HUD003879

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

### II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

**ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCES)**
**BY MAJOR OCCUPATION (Cont'd)**

**ADMINISTRATIVE CATEGORY (Cont'd)**

GENERAL BUSINESS AND INDUSTRY
      Series 1101...................White females
                                 Asian females

FINANCIAL ANALYST (HOUSING)
      Series 1160...................White females

LOAN SPECIALIST
      Series 1165...................White females
                                 Hispanic males

APPRAISING/ASSESSING SPECIALIST
      Series 1171...................Hispanic females
                                 Asian males
                                 Asian females

HOUSING MANAGEMENT SPECIALIST
      Series 1173...................White females

**TECHNICAL CATEGORY**

MISC. CLERK/ASSISTANT
      Series 0303...................White females
                                 Black males
                                 Hispanic males
                                 Indian males

ACCOUNTING TECHNICIAN
      Series 0525...................White females
                                 Asian males

GENERAL BUSINESS AND INDUSTRY
      Series 1101...................White females
                                 Asian females

HUD003880

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.   WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCES)**
**BY MAJOR OCCUPATION (Cont'd)**

**CLERICAL CATEGORY**

CLERK
　　　　Series 0303...................White females
　　　　　　　　　　　　　　　　　Hispanic males
　　　　　　　　　　　　　　　　　Asian males

SECRETARY
　　　　Series 0318...................White females

**ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES)**
**BY MAJOR OCCUPATION**

The analysis of the Department's work force revealed that there are **CONSPICUOUS ABSENCES** in the following <u>major occupations</u> (occupational series with 100 or more employees) and EEO groups:

**PROFESSIONAL CATEGORY**

ACCOUNTANT
　　　　Series 0510...................White females

AUDITOR
　　　　Series 0511...................Hispanic females
　　　　　　　　　　　　　　　　　Asian females
　　　　　　　　　　　　　　　　　Indian males
　　　　　　　　　　　　　　　　　Indian females

ENGINEER
　　　　Series 0801...................White females
　　　　　　　　　　　　　　　　　Hispanic females
　　　　　　　　　　　　　　　　　Indian males
　　　　　　　　　　　　　　　　　Indian females

ATTORNEY
　　　　Series 0905...................Asian males

CONTRACT SPECIALIST
　　　　Series 1102...................Asian females
　　　　　　　　　　　　　　　　　Indian males

**HUD003881**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1997
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES)
BY MAJOR OCCUPATION (Cont'd)

ADMINISTRATIVE CATEGORY

MISCELLANEOUS ADMINISTRATION
        Series 0301...................Indian males

COMPUTER SPECIALIST
        Series 0334...................Indian females

MANAGEMENT/PROGRAM ANALYST
        Series 0343...................Hispanic males
                                      Asian females
                                      Indian females

EQUAL OPPORTUNITY SPECIALIST
        Series 0360...................White females

FINANCIAL OPERATIONS ANALYST
        Series 0501...................Hispanic males
                                      Hispanic females
                                      Asian males
                                      Indian females

CONSTRUCTION ANALYST
        Series 0828...................White females
                                      Hispanic females
                                      Asian females
                                      Indian females

GENERAL BUSINESS AND INDUSTRY
        Series 1101...................Asian males

LOAN SPECIALIST
        Series 1165...................Asian males
                                      Indian males
                                      Indian females

APPRAISING/ASSESSING SPECIALIST
        Series 1171...................White females
                                      Indian males
                                      Indian females

HUD003882

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

UPDATE

## II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES) BY MAJOR OCCUPATION (Cont'd)

#### ADMINISTRATIVE CATEGORY (Cont'd)

HOUSING MANAGEMENT SPECIALIST
        Series 1173...................Asian males

CRIMINAL INVESTIGATOR
        Series 1811...................White females
                                      Asian males
                                      Indian males
                                      Indian females

#### TECHNICAL CATEGORY

MISCELLANEOUS CLERK/ASSISTANT
        Series 0303...................Asian males

ACCOUNTING TECHNICIAN
        Series 0525...................Hispanic males
                                      Indian males
                                      Indian females

GENERAL BUSINESS AND INDUSTRY
        Series 1101...................Hispanic males
                                      Asian males
                                      Indian males

#### CLERICAL CATEGORY

MISC. CLERK/ASSISTANT
        Series 0303...................Indian males

SECRETARY
        Series 0318...................Black males
                                      Hispanic males
                                      Asian males
                                      Indian females

---

EEOC FORM 566 (8/87)                                      DII-7

HUD003883

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1997
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

The following depicts the changes in employment between
Fiscal Years 1995 and 1996 by year-end on-board work force:

### ON-BOARD WORK FORCE

| Race/Sex | 1995 | 1996 | Differences % | # |
|---|---|---|---|---|
| White males | 28.2% | 28.2% | 0.0 | -109 |
| White females | 29.5 | 29.0 | -0.5 | -155 |
| Black males | 8.1 | 8.2 | +0.1 | - 21 |
| Black females | 23.9 | 24.2 | +0.3 | - 48 |
| Hispanic males | 2.6 | 2.6 | 0.0 | -  8 |
| Hispanic females | 3.9 | 3.9 | 0.0 | - 12 |
| Asian males | 1.3 | 1.3 | 0.0 | -  3 |
| Asian females | 1.5 | 1.5 | 0.0 | -  4 |
| Indian males | 0.4 | 0.4 | 0.0 | +  1 |
| Indian females | 0.6 | 0.7 | +0.1 | -  5 |
| Minorities and Women | 71.8 | 71.8 | 0.0 | -255 |
| Women | 59.4 | 59.3 | -0.1 | -224 |
| Minorities | 42.3 | 42.8 | +0.5 | -100 |

### ANALYSIS OF REPRESENTATION BY GRADE GROUPING

The following summarizes the percentages of EEO groups by
grade groupings:

| Race/Sex | SENIOR LEVEL | GS/GM 13-15 | GS 9-12 | GS 5-8 | GS 1-4 |
|---|---|---|---|---|---|
| White males | 48.5% | 44.5% | 27.1% | 4.7% | 19.0% |
| White females | 18.8 | 22.5 | 29.5 | 38.2 | 43.1 |
| Black males | 15.8 | 10.2 | 8.6 | 3.5 | 3.5 |
| Black females | 9.9 | 14.8 | 23.8 | 40.7 | 24.1 |
| Hispanic males | 4.0 | 3.2 | 2.8 | 1.2 | 0.0 |
| Hispanic females | 2.0 | 1.7 | 3.8 | 7.4 | 5.2 |
| Asian males | 1.0 | 1.4 | 1.7 | 0.5 | 0.0 |
| Asian females | 0.0 | 1.0 | 1.7 | 2.2 | 3.4 |
| Indian males | 0.0 | 0.5 | 0.4 | 0.2 | 0.0 |
| Indian females | 0.0 | 0.2 | 0.6 | 1.4 | 1.7 |

EEOC FORM 566 (8/87)                                      DII-8

HUD003884

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF REPRESENTATION BY GRADE GROUPING (Cont'd)**

| Race/Sex | SENIOR LEVEL | GS/GM 13-15 | GS 9-12 | GS 5-8 | GS 1-4 |
|---|---|---|---|---|---|
| Minorities and Women | 51.5 | 55.5 | 72.9 | 95.3 | 81.0 |
| Women | 30.7 | 40.2 | 59.4 | 89.9 | 77.5 |
| Minorities | 32.7 | 33.0 | 43.4 | 57.1 | 37.9 |

**ADMINISTRATIVELY DETERMINED PAY RATE SCHEDULE\***

| Race/Sex | Percentage of representation |
|---|---|
| White males | 41.0% |
| White females | 36.1 |
| Black males | 3.3 |
| Black females | 13.1 |
| Hispanic females | 3.3 |
| Asian males | 3.3 |
| Minorities and Women | 59.1 |
| Women | 52.5 |
| Minorities | 23.0 |

**BLUE COLLAR\***

| Race/Sex | WG 5-9 | WG 11-12 | WL 5-9 | WS 5-9 | WD 5-9 | XS 5-9 | XP 5-9 |
|---|---|---|---|---|---|---|---|
| White males | 20.0% | 0.0% | 0.0% | 100.0% | 66.7% | 0.0% | 0.0% |
| Black males | 80.0 | 0.0 | 100.0 | 0.0 | 33.3 | 0.0 | 100.0 |
| Minorities and Women | 80.0 | 0.0 | 100.0 | 0.0 | 33.3 | 0.0 | 100.0 |
| Women | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Minorities | 80.0 | 0.0 | 100.0 | 0.0 | 33.3 | 0.0 | 100.0 |

**\*    No other EEO groups are represented in this category.**

HUD003885

AFFIRMATIVE EMPLOYMENT PROGRAM (AEP) PLAN UPDATE REPORT

DISTRIBUTION OF EEO GROUPS AND COMPARISON BY PATCOB

FISCAL YEAR 1996 – HUD/CIVILIAN LABOR FORCE COMPARISON

| OCCUPATIONAL CATEGORY | TOTAL ALL % | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % |
| PROFESSIONAL AGENCY (HUD) | 100.0 | 50.0 | 18.7 | 8.1 | 11.0 | 3.2 | 1.8 | 4.4 | 2.4 | 0.2 | 0.2 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 54.7 | 30.3 | 2.4 | 3.2 | 2.1 | 1.4 | 3.5 | 1.9 | 0.2 | 0.2 |
| ADMINISTRATIVE AGENCY (HUD) | 100.0 | 32.3 | 28.4 | 9.7 | 20.1 | 3.0 | 3.2 | 1.1 | 1.2 | 0.5 | 0.5 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 42.1 | 40.4 | 3.6 | 5.3 | 2.6 | 2.6 | 1.4 | 1.4 | 0.3 | 0.3 |
| TECHNICAL AGENCY (HUD) | 100.0 | 5.0 | 37.2 | 3.5 | 41.5 | 1.2 | 7.2 | 0.5 | 1.9 | 0.2 | 1.8 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 36.1 | 42.9 | 3.6 | 6.6 | 3.2 | 3.4 | 1.9 | 1.6 | 0.4 | 0.4 |
| CLERICAL AGENCY (HUD) | 100.0 | 4.3 | 35.8 | 3.9 | 46.2 | 0.6 | 6.2 | 0.2 | 2.1 | 0.1 | 0.5 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 14.0 | 63.4 | 2.8 | 9.6 | 1.7 | 5.2 | 0.8 | 1.9 | 0.1 | 0.5 |
| OTHER AGENCY (HUD) | 100.0 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 67.6 | 11.2 | 9.7 | 3.2 | 4.8 | 1.0 | 1.2 | 0.3 | 0.9 | 0.2 |
| BLUE COLLAR AGENCY (HUD) | 100.0 | 30.8 | 0.0 | 69.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 65.4 | 9.8 | 9.1 | 2.2 | 8.7 | 1.5 | 1.7 | 0.5 | 0.8 | 0.2 |

DII-10

HUD003886

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:**

### II.  WORK FORCE

**EXPECTED RESULTS:**  An increase in the diversification and balanced representation of EEO groups, whose current composition of the Department's work force shows manifest imbalances and/or conspicuous absences.

**FOLLOW-UP ACTION:**  Continue to monitor hiring, internal movement, and attrition statistics in order to conduct impact analyses on selected EEO groups who are manifestly imbalanced and/or conspicuously absent from the work force. Develop realistic and proactive strategies to eliminate imbalances in the work force.

Since the Department is in a full downsizing mode, all efforts to eliminate the identified instances of manifest imbalances and conspicuous absences will be through the use of internal movements, including promotions and reassignments, and employee training and development.  Internal movement objectives have been established for all EEO groups where there are instances of underrepresentation in the work force.  See pages DII-21 through DII-38 for specific numerical objectives by EEO group, occupational category (PATCOB), and major occupations.

HUD003887

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT: II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/97

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **PROFESSIONAL (PATCOB) CATEGORY:** FY97 Numerical Objective:   24 Eight Year Numerical Objective: 375* | Assistant Secretaries and Principal Organization Heads | 09/30/97 |
| **--Economist - GS-0110**** --FY97 Numerical Objective: 0 --Eight Year Numerical   Objective: 32 | " | " |
| **--Accountant - GS-0510** --FY97 Numerical Objective: 5 --Eight Year Numerical   Objective: 66 | " | " |
| **--Auditor - GS-0511** --FY97 Numerical Objective: 8 --Eight Year Numerical   Objective: 163 | " | " |

*     To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 1997) combined numerical objectives.

**     Due to streamlining and downsizing, this occupational series has less than 100 employees.  No numerical objectives have been established for Fiscal Year 1997.  However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

HUD003888

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1997
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:   Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  09/30/97

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **PROFESSIONAL (PATCOB) CATEGORY (Cont'd)** | | |
| --**Engineer** - GS-0801<br>--FY97 Numerical Objective: 2<br>--Eight Year Numerical<br>  Objective: 41 | Assistant<br>Secretaries<br>and Principal<br>Organization<br>Heads | 09/30/97 |
| --**Attorney** - GS-0905<br>--FY97 Numerical Objective: 5<br>--Eight Year Numerical<br>  Objective: 54 | " | " |
| --**Contracting Specialist** -<br>  GS-1102<br>--FY97 Numerical Objective:  4<br>--Eight Year Numerical<br>  Objective:  19 | " | " |

HUD003889

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/97

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY:** FY97 Numerical Objective: 160 Eight Year Numerical Objective: 1,186* | Assistant Secretaries and Principal Organization Heads | 09/30/97 |
| **--Personnel Management - GS-0201\*\*** --FY97 Numerical Objective: 0 --Eight Year Numerical   Objective: 16 | " | " |
| **--Misc. Administration - GS-0301** --FY97 Numerical Objective: 30 --Eight Year Numerical   Objective: 157 | " | " |
| **--Program Manager - GS-0340\*\*** --FY97 Numerical Objective: 0 --Eight Year Numerical   Objective: 54 | " | " |

\*    To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 1997) combined numerical objectives.

\*\*   Due to streamlining and downsizing, these occupational series have less than 100 employees.  No numerical objectives have been established for Fiscal Year 1997.  However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

HUD003890

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/97

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd):** | | |
| **--Computer Specialist - GS-0334** | Assistant | 09/30/97 |
| --FY97 Numerical Objective: 6 | Secretaries | |
| --Eight Year Numerical | and Principal | |
| Objective: 134 | Organization | |
| | Heads | |
| **--Management Analyst - GS-0343** | " | " |
| --FY97 Numerical Objective: 22 | | |
| --Eight Year Numerical | | |
| Objective: 102 | | |
| **--Equal Opportunity Specialist -** | " | " |
| **GS-0360** | | |
| --FY97 Numerical Objective: 5 | | |
| --Eight Year Numerical | | |
| Objective: 50 | | |
| **--Financial Operations Analyst -** | " | " |
| **GS-0501** | | |
| --FY97 Numerical Objective:  13 | | |
| --Eight Year Numerical | | |
| Objective: 87 | | |

**EEOC FORM 566 (8/87)**                                    **DII-16**

HUD003891

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**   Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/97

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd):** | | |
| **--Realty Specialist - GS-1170\*** | Assistant | 09/30/97 |
| --FY97 Numerical Objective: 0 | Secretaries | |
| --Eight Year Numerical | and Principal | |
|   Objective: 59 | Organization | |
|  | Heads | |
| **--Appraising and Assessing -** | " | " |
|   **GS-1171** | | |
| --FY97 Numerical Objective: 8 | | |
| --Eight Year Numerical | | |
|   Objective: 67 | | |
| **--Housing Management Specialist -** | | |
|   **- GS-1173** | " | " |
| --FY97 Numerical Objective: 3 | | |
| --Eight Year Numerical | | |
|   Objective: 52 | | |
| **--Criminal Investigator - GS-1811** | " | " |
| --FY97 Numerical Objective: 5 | | |
| --Eight Year Numerical | | |
|   Objective: 25 | | |

\*    Due to streamlining and downsizing, this occupational series has less than 100 employees.  No numerical objectives have been established for Fiscal Year 1997.  However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

**EEOC FORM 566 (8/87)**                              **DII-18**

HUD003892

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/97

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **TECHNICAL (PATCOB) CATEGORY:**<br>FY97 Numerical Objective: 51<br>Eight Year Numerical<br>Objective: 525* | Assistant<br>Secretaries<br>and Principal<br>Organization<br>Heads | 09/30/97 |
| **--Clerk/Assistant** - GS-0303<br>--FY97 Numerical Objective: 33<br>--Eight Year Numerical<br>  Objective: 423 | " | " |
| **--Accounting Technician** - GS-0525<br>--FY97 Numerical Objective: 7<br>--Eight Year Numerical<br>  Objective: 58 | " | " |
| **--General Business and Industry** -<br>  GS-1101<br>--FY97 Numerical Objective: 11<br>--Eight Year Numerical<br>  Objective: 44 | " | " |

\*    To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 1997) combined numerical objectives.

**EEOC FORM 566 (8/87)**                                        **DII-19**

HUD003893

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1997
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/97

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **CLERICAL (PATCOB) CATEGORY:** FY97 Numerical Objective: 26 Eight Year Numerical Objective: 423* | Assistant Secretaries and Principal Organization Heads | 09/30/97 |
| **--Clerk - GS-0303** --FY97 Numerical Objective: 10 --Eight Year Numerical Objective: 112 | " | " |
| **--Secretary - GS-0318** --FY97 Numerical Objective: 16 --Eight Year Numerical Objective: 281 | " | " |
| **--Office Automation (Clerk) - GS-0326**** --FY97 Numerical Objective: 0 --Eight Year Numerical Objective: 30 | " | " |

\*     To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 1997) combined numerical objectives.

\*\*    Due to streamlining and downsizing, this occupational series has less than 100 employees.  No numerical objectives have been established for Fiscal Year 1997.  However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

**EEOC FORM 566 (8/87)**                              **DII-20**

HUD003894

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**   Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/97

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **BLUE COLLAR CATEGORY:** * | | |
| --FY97 Numerical Objective: 0 | " | " |
| --Eight Year Numerical Objective: 11 | | |

*    Due to streamlining and downsizing, this occupational series has less than 100 employees.  No numerical objectives have been established for Fiscal Year 1997.

**EEOC FORM 566 (8/87)**                          **DII-21**

HUD003895

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1997

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 41 | ****** | 16 | 2 | 3 | 2 | 4 | 3 | 3 | 5 | 3 |
| ADMINISTRATIVE | PLANNED | 202 | ****** | 113 | 0 | 10 | 19 | 18 | 13 | 11 | 8 | 10 |
| TECHNICAL | PLANNED | 69 | ****** | 39 | 6 | 0 | 9 | 0 | 6 | 2 | 5 | 2 |
| CLERICAL | PLANNED | 42 | ****** | 25 | 3 | 0 | 5 | 0 | 4 | 0 | 3 | 2 |
| OTHER | PLANNED | 1* | ****** | 0 | 1* | * | * | * | * | * | * | * |
| BLUE COLLAR | PLANNED | 0 | ****** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | PLANNED | 355 | ****** | 193 | 12 | 13 | 35 | 22 | 26 | 16 | 21 | 17 |

* One from either of the identified targeted groups.

EEOC FORM 566 (8/87)

DI-22

HUD003896

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 * ECONOMIST PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 5 | ******** | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 8 | ******** | 2 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| GS-0801 ENGINEER PROFESSIONAL | PLANNED | 2** | ******** | 1** | 0 | ** | 0 | ** | 0 | ** | 1 | ** |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 5 | ******** | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 4 | ******** | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 0 |

\*   This occupational series has less than 100 employees. No numerical objectives have been established for
    Fiscal Year 1997. However, the Department will continue to monitor and report on all accomplishments, if any,
    in this occupational series.

\*\*   One from either of the identified targeted groups

EEOC FORM 566 (8/87)

DII-23

HUD003897

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD (CONT'D)

DII-24

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 * PRSNL MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 30 | ******** | 22 | 0 | 0 | 0 | 4 | 1 | 2 | 1 | 0 |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 6 | ******** | 3 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 1 |
| GS-0340 * PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0343 MGMNT ANALYST ADMINISTRATIVE | PLANNED | 22 | ******** | 10 | 0 | 0 | 3 | 4 | 1 | 2 | 1 | 1 |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 5 | ******** | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| GS-0501 FIN OPER ANAL. ADMINISTRATIVE | PLANNED | 13 | ******** | 4 | 0 | 0 | 2 | 4 | 2 | 0 | 0 | 1 |

* These occupational series have less than 100 employees. No numerical objectives have been established for Fiscal Year 1997. However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

HUD003898

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 5 | ******** | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| GS-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 44 | ******** | 40 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 4 | ******** | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 15 | ******** | 10 | 0 | 0 | 1 | 0 | 2 | 0 | 1 | 1 |
| GS-1170 * REALTY SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 8 | ******** | 2 | 0 | 0 | 0 | 2 | 1 | 1 | 1 | 1 |
| GS-1173 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 3 | ******** | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |

* This occupational series has less than 100 employees. No numerical objectives have been established for Fiscal Year 1997. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)

DII-25

HUD003899

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 5 | ******** | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| GS-0303 CLERK/ASSINT TECHNICAL | PLANNED | 33 | ******** | 23 | 2 | 0 | 3 | 0 | 3 | 0 | 2 | 0 |
| GS-0525 ACCOUNTING TECH TECHNICAL | PLANNED | 7 | ******** | 2 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 1 |
| GS-1101 HSNG MGMNT ASST TECHNICAL | PLANNED | 11 | ******** | 6 | 0 | 0 | 2 | 0 | 1 | 1 | 1 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 11 | ******** | 7 | 0 | 0 | 1 | 0 | 1 | 0 | 2 | 0 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 16 | ******** | 8 | 2 | 0 | 2 | 0 | 2 | 0 | 0 | 2 |

EEOC FORM 566 (8/87)

DII-26

HUD003900

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 * OFC AUTOMATION CLERICAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| BLUE COLLAR * WAGE GRADE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |

*   These occupational series have less than 100 employees. No numerical objectives have been established for Fiscal Year 1997. However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

DII-27

HUD003901

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1997

ORGANIZATION:    HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 13 | ******* | 5 | 0 | 0 | 1 | 0 | 2 | 1 | 3 | 1 |
| ADMINISTRATIVE | PLANNED | 9 | ******* | 6 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 |
| TECHNICAL | PLANNED | 5 | ******* | 1 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 0 |
| CLERICAL | PLANNED | 7 | ******* | 2 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 |
| OTHER | PLANNED | 1* | ******* | 0 | 1* | * | * | * | * | * | * | * |
| BLUE COLLAR | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | PLANNED | 35 | ******* | 14 | 2 | 0 | 5 | 2 | 4 | 1 | 5 | 2 |

EEOC FORM 566 (8/87)                    * One from either of the identified targeted groups.

DII-28

HUD003902

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 * ECONOMIST PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 2 | ******** | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 2 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| GS-0801 ENGINEER PROFESSIONAL | PLANNED | 2** | ******** | 1** | 0 | ** | 0 | ** | 0 | ** | 1 | ** |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 4 | ******** | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 3 | ******** | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |

\* This occupational series has less than 100 employees. No numerical objectives have been established for Fiscal Year 1997. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

\*\* One from either of the identified targeted EEO groups.

EEOC FORM 566 (8/87)

DII-29

HUD003903

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD (CONT'D)

DI-30

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 * PRSNL MGMT SPEC ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 4 | ******** | 3 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0340 * PROGRAM MANAGER ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0343 MGMT ANALYST ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0501 FIN OPER ANAL. ADMINISTRATIVE | PLANNED | 3 | ******** | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |

* These occupational series have less than 100 employes.  No numerical objectives have been established for Fiscal Year 1997.  However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

HUD003904

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1170 * REALTY SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1173 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

*   This occupational series has less than 100 employees. No numerical objectives have been established for
    Fiscal Year 1997. However, the Department will continue to monitor and report on all accomplishments, if any,
    in these occupational series.

EEOC FORM 566 (8/87)

DII-31

HUD003905

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 5 | ******** | 1 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 0 |
| GS-0525 ACCOUNTING TECH TECHNICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HSNG MGMNT ASST TECHNICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 2 | ******** | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 5 | ******** | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 1 |

EEOC FORM 566 (8/87)

DII-32

HUD003906

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 * OFC AUTO CLERK CLERICAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLUE COLLAR * WAGE GRADE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

* These occupational series have less than 100 employees. No numerical objectives have been established for Fiscal Year 1997. However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

DII-33

HUD003907

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1997

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 28 | ******* | 11 | 2 | 3 | 1 | 4 | 1 | 2 | 2 | 2 |
| ADMINISTRATIVE | PLANNED | 193 | ******* | 107 | 0 | 10 | 18 | 16 | 13 | 11 | 8 | 10 |
| TECHNICAL | PLANNED | 63 | ******* | 38 | 6 | 0 | 7 | 0 | 5 | 1 | 4 | 2 |
| CLERICAL | PLANNED | 35 | ******* | 23 | 2 | 0 | 4 | 0 | 3 | 0 | 2 | 1 |
| OTHER | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLUE COLLAR | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | PLANNED | 319 | ******* | 179 | 10 | 13 | 30 | 20 | 22 | 14 | 16 | 15 |

EEOC FORM 566 (8/87)

DII-34

HUD003908

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 * ECONOMIST PROFESSIONAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 3 | ******* | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 6 | ******* | 2 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| GS-0801 ENGINEER PROFESSIONAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 1 | ******* | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 1 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |

\*    This occupational series has less than 100 employees.  No numerical objectives have been established for Fiscal Year 1997.  However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)

DII-35

HUD003909

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 * PRSNL MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 26 | ******** | 19 | 0 | 0 | 0 | 3 | 1 | 2 | 1 | 0 |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 6 | ******** | 3 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 1 |
| GS-0340 * PROGRAM MANAGER ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0343 MGMNT ANALYST ADMINISTRATIVE | PLANNED | 22 | ******** | 10 | 0 | 0 | 3 | 4 | 1 | 2 | 1 | 1 |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 5 | ******** | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| GS-0501 FIN OPER ANAL. ADMINISTRATIVE | PLANNED | 10 | ******** | 3 | 0 | 0 | 1 | 3 | 2 | 0 | 0 | 1 |

* These occupational series have less than 100 employees. No numerical objectives have been established for Fiscal Year 1997. However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

DII-36

HUD003910

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 5 | ******** | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| GS-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 44 | ******** | 40 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 4 | ******** | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 15 | ******** | 10 | 0 | 0 | 1 | 0 | 2 | 0 | 1 | 1 |
| GS-1170 * REALTY SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 8 | ******** | 2 | 0 | 0 | 0 | 2 | 1 | 1 | 1 | 1 |
| GS-1173 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 3 | ******** | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |

*   This occupational series has less than 100 employees. No numerical objectives have been established for Fiscal Year 1997. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)

DII-37

HUD003911

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 5 | ******** | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| | | | | | | | | | | | | |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 33 | ******** | 23 | 2 | 0 | 3 | 0 | 3 | 0 | 2 | 0 |
| | | | | | | | | | | | | |
| GS-0525 ACCOUNTING TECH TECHNICAL | PLANNED | 7 | ******** | 2 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 1 |
| | | | | | | | | | | | | |
| GS-1101 HSNG MGT ASST TECHNICAL | PLANNED | 11 | ******** | 6 | 0 | 0 | 2 | 0 | 1 | 1 | 1 | 0 |
| | | | | | | | | | | | | |
| GS-0303 CLERK CLERICAL | PLANNED | 9 | ******** | 6 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| | | | | | | | | | | | | |
| GS-0318 SECRETARY CLERICAL | PLANNED | 11 | ******** | 7 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 |
| | | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DII-38

HUD003912

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1997

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 * OFC AUTO CLERK CLERICAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR * WAGE GRADE | PLANNED | 0 | ******* | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

\*   These occupational series have less than 100 employees.  No numerical objectives have been established for
    Fiscal Year 1997.  However, the Department will continue to monitor and report on all accomplishments, if any,
    in these occupational series.

EEOC FORM 566 (8/87)

DII-39

HUD003913

# U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)

## DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

## UPDATE REPORT

## FOR FISCAL YEAR 1997

## PROGRAM ELEMENT III

## DISCRIMINATION COMPLAINTS

**PAGES DIII-1 THROUGH DIII-5**

HUD003914

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1997
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

### III.  DISCRIMINATION COMPLAINTS

The Fiscal Year 1996 analysis of the Department's EEO discrimination complaint efforts and activities revealed that there were 129 EEO Counselors (4 full-time and 125 collateral duty) available to assist employees and applicants for employment who believe that they have been discriminated against.   Further analyses revealed that 345 individuals were counselled during Fiscal Year 1996.   A total of 107 formal EEO complaints were filed, a decrease from Fiscal Year 1995's 149 formal complaints. Final closures (dismissals, withdrawals, settlements, and final agency decisions) were completed in 131 complaints.   The average processing time for case closures was 950 days.

A total of 352 EEO discrimination complaints were pending in the inventory at the end of Fiscal Year 1996, a decrease from Fiscal Year 1995's 372 complaints.   The average age of pending EEO complaints (in days) is 846.   The pending complaints are in the following stages of processing:

|     |                                                     |     |
| --- | --------------------------------------------------- | --- |
| (a) | Acknowledgements – (Acceptance/Dismissal)....... | 51 |
| (b) | Investigations............... | 119 |
| (c) | Administrative Hearings...... | 82 |
| (b) | Final Agency Decisions....... | 100 |

A review of specific bases and issues in formal EEO discrimination complaints filed, Departmentwide, was conducted to ascertain the existence of any trends signaling possible underlying problems.   The following reflects the numbers, by bases and issues, of formal complaints filed during Fiscal Years 1989, 1990, 1991, 1992, 1993, 1994, 1995, and 1996:

|                        | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
| ---------------------- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| Reprisals..........    | 56   | 51   | 64   | 34   | 102  | 85   | 68   | 62   |
| Promotions.........    | 24   | 18   | 38   | 63   | 85   | 87   | 120  | 138  |
| Performance Appraisals....... | 22 | 15 | 20 | 71 | 60 | 48 | 31 | 19 |
| Reassignments......    | 12   | 9    | 17   | 17   | 14   | 37   | 10   | 11   |
| Sexual Harassment..    | 3    | 5    | 4    | 7    | 13   | 14   | 11   | 0    |

HUD003915

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:**

**III.   DISCRIMINATION COMPLAINTS**

**UNDESIRED CONDITION:**  The average processing time of EEO discrimination complaints exceeds the Equal Employment Opportunity Commission's (EEOC) requirements.

**DESIRED CONDITION:**  More expeditious processing of EEO discrimination complaints as required by 29 CFR 1614.

**ANALYSIS:**  An analysis of the Department's Fiscal Year 1996 EEO discrimination complaint activity revealed that the average processing time for case closures was 950 days.  The average age (in days) of the pending inventory was 846.

**PROBABLE BARRIER:**  Insufficient Equal Employment Specialist staffing level to effectively handle the increased EEO discrimination complaint activity; insufficient number of collateral duty EEO Counselors to  handle counseling activities (Current ratio 1 counselor for every 84 employees, Ideal ratio 1 counselor for every 50 employees); and no formal Alternative Dispute Resolution (ADR) system in place to help solve EEO issues prior to the filing of formal EEO discrimination complaints.

**ALTERNATIVES:**  Implement the following strategies to reduce the EEO discrimination complaint inventory: (1)  Finalize appointment process for the remaining two (2) full-time EEO Counselors and provide immediate specialized training; (2) Finalize design and implementation of ADR, Departmentwide, as a mechanism for avoiding and settling EEO discrimination complaints at the earliest stage; (3) Allow overtime for current Equal Employment Specialists; (4) Contract out Final Agency Decisions (FADs); and (5) continue to provide training to all EEO Counselors, as well as managers, supervisors and staff, on dispute resolution procedures.

**EEOC FORM 566 (8/87)**                                            **DIII-2**

HUD003916

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:**

**III.  DISCRIMINATION COMPLAINTS**

**EXPECTED RESULTS:**  A reduction in the aged EEO discrimi-
nation complaint inventory while ensuring timely processing
of the current caseload.

**FOLLOW-UP ACTION:**  Continue to monitor EEO discrimination
complaint activity to determine the impact of implemented
alternatives and EEO Counselor effectiveness.

HUD003917

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  III.  DISCRIMINATION COMPLAINTS**

**PROBLEM/BARRIER STATEMENT:**  The average processing time of EEO discrimination complaints exceeds EEOC's requirements in 29 CFR 1614.

**OBJECTIVE:**  Reduce EEO discrimination complaint aged case inventory while ensuring timely response to current caseload.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:** 09-30-97

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| 1. Continue to pursue the implementation of Depart-mentwide Alternative Dispute Resolution (ADR) Program. | Director, Office of Departmental Equal Employment Opportunity (ODEEO) | 09-30-97 |
| 2. Continue to provide training to selected EEO staff and EEO Counselors, both full-time and collateral duty, on EEO/AE, writing Final Agency Decisions, and the ADR process. | " | " |
| 3. Solicit self-nominations from employees interested in serving as collateral duty EEO Counselors. | " | Annually |
| 4. Continue to track, analyze, and report on EEO Discrimination complaint processing time, case load inventory, and staff utilization. | " | 09-30-97 |

**EEOC FORM 566 (8/87)**                                **DIII-4**

HUD003918

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  III.   DISCRIMINATION COMPLAINTS**

**PROBLEM/BARRIER STATEMENT:**  The average processing time of EEO discrimination complaints exceeds EEOC's requirements in 29 CFR 1614.

**OBJECTIVE:**  Reduce EEO discrimination complaint aged case inventory while ensuring timely response to current caseload.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:** 09-30-97

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| 5.   Finalize the selection process for the remaining two (2) full-time EEO Counselors. | Director, ODEEO and Director, Office of Human Resources | 06-30-97 |

.

.

**EEOC FORM 566 (8/87)**                                    **DIII-5**

HUD003919

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)

## DEPARTMENTWIDE

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

## UPDATE REPORT

## FOR FISCAL YEAR 1997

## PROGRAM ELEMENT IV

## RECRUITMENT AND HIRING

## PAGES DIV-1 THROUGH DIV-12

HUD003920

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

UPDATE

### IV.  RECRUITMENT AND HIRING

An analysis of the Department's Fiscal Year 1996 recruitment
and hiring activities revealed that the accession rate remains
**consistently below** the attrition rate.  As a result, HUD's
permanent work force decreased by 3.3 percent.  HUD's recruitment
and hiring activities have been limited to only those positions
which are critical to the Department's mission.  Notwithstanding,
an analysis was conducted to ascertain the extent of the Depart-
ment's outreach efforts including merit staffing policies and
procedures, recruitment strategies and sources, and selection
rates.  It was revealed that outreach strategies are in place to
ensure that employment opportunities/position vacancy announce-
ments are disseminated to all segments of the potential work
force.  As a result of these recruitment efforts, minorities and
women comprised 61.0 percent of the accessions during Fiscal Year
1996.  Women comprised 36.6 percent and minorities comprised 39.0
percent.

### APPLICANT FLOW ANALYSIS

The Department implemented Applicant Flow tracking proce-
dures and began analyzing and reporting during Fiscal Year 1996.
The automated applicant flow/impact analysis system is still
being debugged and has been included as an action item in this
report.  Several comprehensive analyses were manually conducted
of the competitive selection process, including analyses of (1)
the initial applicant pool, (2) the eligible (minimum qualifi-
cations) applicant pool, (3) the best qualified candidates pool,
(4) the final selections for employment, (5) an adverse impact
analysis, (6) impact ratio analysis, and (7) individual EEO group
analyses.  The results are as follows:

There were 634 position vacancy announcements recorded in
the system, of which 125 or 19.7 percent were later cancelled at
the request of management and fifteen (15) are still pending
final management decisions.  Of the 494 position vacancies
filled, several were multiple vacancies which resulted in the
competitive selection of 796 employees.

---

EEOC FORM 566 (8/87)                                    DIV-1

HUD003921

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

### IV.   RECRUITMENT AND HIRING (Cont'd)

The **applicant pool analysis** revealed that 3,409 applications were received for consideration in filling the 494 positions. Minorities and women comprised 2,491 or 73.1 percent of all applications received, women comprised 2,182 or 64.0 percent, and minorities comprised 1,455 or 42.6 percent.  White applicants (1,806) comprised 53.6 percent (males – 22.6 and females – 30.4) followed by Blacks (1,017) at 29.8 percent (males – 6.3 and females – 23.5); Hispanics (304) at 8.9 percent (males – 3.5 and females – 5.4); Asians (83) at 2.4 percent (males – 1.1 and females – 1.3); and American Indians (51) at 1.5 percent (males – 0.7 and females 0.8).  Additionally, 148 applications were received from non-HUD employees who did not submit back-ground survey questionnaires.  These applicants, included under unknown race, comprised 4.3 percent (males – 1.7 and females 2.6) of the total applications received for employment consideration.

The analysis of the **final selections** revealed that of the referred candidates (1,894), 796 or 42.0 percent were selected for employment.  Of all minority and women candidates (1,347), 594 or 44.1 percent were selected; of the women candidates (1,171)  503 or 42.9 percent were selected; and of the minority candidates (777), 330 or 42.5 percent were selected for employment.  White candidates comprised 58.3 percent (males – 25.0 and females – 33.3) of all selections, followed by Blacks at 30.6 percent (males – 7.9 and females – 22.7); Hispanics at 7.5 percent (males – 2.5 and females – 5.0); Asians at 1.8 percent (males – 0.8 and females – 1.0); American Indians at 1.4 percent (males – 0.5 and females 0.9); and unknown race candidates comprised 0.4 percent (males – 0.1 and females 0.3).

The **adverse impact analysis** of the selection rates revealed that White females had the highest selection rate at 26.0 percent followed by Blacks at 23.0 percent; American Indians at 21.0 percent; Hispanics at 20.0 percent; and Asians at 17.0 percent. Looking at the individual EEO groups, Black males had the highest selection rate at 29.0 percent, followed by White males, White females, and Indian females at 26.0 percent; Black females at 23.0 percent; Hispanic females at 22.0 percent; Asian females at 18.0 percent; Hispanic males and Indian males at 17.0 percent, and Asian males at 16.0 percent.

HUD003922

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1997
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## IV.   RECRUITMENT AND HIRING (Cont'd)

The **Impact Ratio analyses of** the selection process revealed
no adverse impact for White females, Black males, Black females,
and Indian females.  Impact ratios of less than .8 (or 80.0
percent) indicate that the identified EEO groups were adversely
affected during the competitive selection process.  The impact
ratio was less than .8 for Hispanic females at .7; Hispanic
males, Asian females, and Indian males at .6; and Asian males at
.5 percent.  While the analysis revealed that Hispanic males,
Hispanic females, Asian males, Asian females, and Indian males
were adversely affected, their percentages of selection, based on
their availability in the applicant pool, ranged from a low of
30.0 percent for Asian males to a high of 40.8 percent for
Hispanic females.

### EEO GROUP ANALYSIS
### BY AVAILABILITY IN APPLICANT POOL

| EEO Group | Applicant Pool # | Applicant Pool % | Qual Appl Pool # | Qual Appl Pool % | Candidate Appl Pool # | Candidate Appl Pool % | Selectees # | Selectees % |
|---|---|---|---|---|---|---|---|---|
| Whites | 1,806 | 53.6 | 1,382 | 76.5 | 1,086 | 78.6 | 464 | 42.7 |
| Males | 770 | 22.6 | 653 | 84.8 | 506 | 77.5 | 199 | 39.3 |
| Females | 1,036 | 30.4 | 729 | 70.4 | 580 | 79.6 | 265 | 45.7 |
| Blacks | 1,017 | 29.8 | 654 | 64.3 | 583 | 82.3 | 244 | 45.3 |
| Males | 215 | 6.3 | 145 | 67.4 | 115 | 79.3 | 63 | 54.8 |
| Females | 1,802 | 23.5 | 509 | 63.5 | 423 | 83.1 | 181 | 42.8 |
| Hispanics | 304 | 8.9 | 191 | 62.8 | 157 | 82.2 | 60 | 38.2 |
| Males | 121 | 3.5 | 74 | 61.1 | 59 | 79.7 | 20 | 33.9 |
| Females | 183 | 5.4 | 117 | 63.9 | 98 | 83.8 | 40 | 40.8 |
| Asians | 83 | 2.4 | 59 | 71.1 | 45 | 76.3 | 14 | 31.1 |
| Males | 83 | 1.1 | 26 | 68.4 | 20 | 76.9 | 6 | 30.0 |
| Females | 45 | 1.3 | 33 | 73.3 | 25 | 75.6 | 8 | 32.0 |
| Indians | 51 | 1.5 | 33 | 64.7 | 27 | 81.8 | 11 | 40.7 |
| Males | 24 | 0.7 | 15 | 62.5 | 13 | 86.7 | 4 | 30.7 |
| Females | 27 | 0.8 | 18 | 66.7 | 14 | 77.8 | 7 | 50.0 |

EEOC FORM 566 (8/87)                                    DIV-3

HUD003923

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1997
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

IV.   RECRUITMENT AND HIRING (Cont'd)

EEO GROUP ANALYSIS BY AVAILABILITY IN APPLICANT POOL (Cont'd)

| EEO Group | Applicant Pool # | Applicant Pool % | Qual Appl Pool # | Qual Appl Pool % | Candidate Appl Pool # | Candidate Appl Pool % | Selectees # | Selectees % |
|---|---|---|---|---|---|---|---|---|
| **Unknown Race** | 148 | 4.3 | 54 | 36.5 | 41 | 75.9 | 3 | 7.3 |
| Males | 59 | 1.7 | 12 | 20.3 | 10 | 83.3 | 1 | 10.0 |
| Females | 89 | 2.6 | 42 | 47.2 | 31 | 73.8 | 2 | 6.4 |
| **Totals** | 3,409 | 100.0 | 2,373 | 69.6 | 1,894 | 79.8 | 796 | 42.0 |
| **Minorities and women** | 2,491 | 73.1 | 1,666 | 66.9 | 1,347 | 80.8 | 594 | 44.1 |
| **Women** | 2,182 | 64.0 | 1,448 | 66.4 | 1,171 | 80.9 | 503 | 42.9 |
| **Minorities** | 1,455 | 42.7 | 937 | 64.4 | 777 | 82.9 | 330 | 42.5 |

EEO GROUP ANALYSIS BY REPRESENTATION IN THE APPLICANT POOL

| EEO Group | Applicant Pool # | Applicant Pool % | Qual Appl Pool # | Qual Appl Pool % | Candidate Appl Pool # | Candidate Appl Pool % | Selectees # | Selectees % |
|---|---|---|---|---|---|---|---|---|
| **Whites** | 1,806 | 53.6 | 1,382 | 58.2 | 1,086 | 57.3 | 464 | 58.3 |
| Males | 770 | 22.6 | 653 | 27.5 | 506 | 26.7 | 199 | 25.0 |
| Females | 1,036 | 30.4 | 729 | 30.7 | 580 | 30.6 | 265 | 33.3 |
| **Blacks** | 1,017 | 29.8 | 654 | 27.6 | 583 | 28.4 | 244 | 30.6 |
| Males | 215 | 6.3 | 145 | 6.1 | 115 | 6.1 | 63 | 7.9 |
| Females | 1,802 | 23.5 | 509 | 21.5 | 423 | 22.3 | 181 | 22.7 |
| **Hispanics** | 304 | 8.9 | 191 | 8.0 | 157 | 8.3 | 60 | 7.5 |
| Males | 121 | 3.5 | 74 | 3.1 | 59 | 3.1 | 20 | 2.5 |
| Females | 183 | 5.4 | 117 | 4.9 | 98 | 5.2 | 40 | 5.0 |
| **Asians** | 83 | 2.4 | 59 | 2.5 | 45 | 2.4 | 14 | 1.8 |
| Males | 83 | 1.1 | 26 | 1.1 | 20 | 1.1 | 6 | 0.8 |
| Females | 45 | 1.3 | 33 | 1.4 | 25 | 1.3 | 8 | 1.0 |

EEOC FORM 566 (8/87)                                        DIV-4

HUD003924

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1997
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

IV.  RECRUITMENT AND HIRING (Cont'd)

EEO GROUP ANALYSIS BY REPRESENTATION IN THE APPLICANT POOL
(Cont'd)

| EEO Group | Applicant Pool # | % | Qual Appl Pool # | % | Candidate Appl Pool # | % | Selectees # | % |
|---|---|---|---|---|---|---|---|---|
| **Indians** | 51 | 1.5 | 33 | 1.4 | 27 | 1.4 | 11 | 1.4 |
| Males | 24 | 0.7 | 15 | 0.6 | 13 | 0.7 | 4 | 0.5 |
| Females | 27 | 0.8 | 18 | 0.8 | 14 | 0.7 | 7 | 0.9 |
| **Unknown Race** | 148 | 4.3 | 54 | 2.3 | 41 | 2.2 | 3 | 0.4 |
| Males | 59 | 1.7 | 12 | 0.5 | 10 | 0.6 | 1 | 0.1 |
| Females | 89 | 2.6 | 42 | 1.8 | 31 | 1.6 | 2 | 0.3 |
| **Totals** | 3,409 | 100.0 | 2,373 | 100.0 | 1,894 | 100.0 | 796 | 100.0 |
| **Minorities and women** | 2,491 | 73.1 | 1,666 | 70.2 | 1,347 | 71.1 | 594 | 74.6 |
| **Women** | 2,182 | 64.0 | 1,448 | 61.0 | 1,171 | 61.8 | 503 | 63.2 |
| **Minorities** | 1,455 | 42.7 | 937 | 39.5 | 777 | 41.0 | 330 | 41.5 |

While no policy or procedural problems/barriers were identified, the Department's ability to conduct targeted recruitment for most positions where underrepresentation exists has been severely limited, for several years, due to the Governmentwide reinvention efforts. As a result, there are instances of underrepresentation (manifest imbalance and/or conspicuous absence) of some EEO groups in the Department's work force. Further, with a proposed reduction of approximately 30.5 percent of the Department's permanent ceiling over the next three (3) years, little, if any, recruitment and/or hiring is anticipated. In light of the above limitations, emphasis for Fiscal Year 1997 will again be placed on internal movements, training and career development. See pages DIV-6 through DIV-12 for Problem/Barrier Identification and Report of Objectives and Action Items. Also see Program Element II-Work Force for established numerical hiring objectives and Program Element V-Employee Development Programs for related objectives and action items.

EEOC FORM 566 (8/87)                                    DIV-5

HUD003925

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED**

**IV.  RECRUITMENT AND HIRING (Cont'd)**

The analysis identified the following problems/barriers:

**UNDESIRED CONDITION:**  Governmentwide reinvention, reorgani-
zations, and downsizing efforts have severely limited the
Department's ability to conduct targeted recruitment and
hiring.  As a result, some EEO groups remain underrepre-
sented (manifest imbalance and/or conspicuous absence) in
twenty-two (22) major occupational series.  Further, the
adverse impact analysis and impact ratio analysis revealed
that some EEO groups were adversely affected during the
competitive selection process.

**DESIRED CONDITION:**  The desired condition is to attain and
retain a work force that is reflective of the nation's
diversity.  With little, if any, recruitment and hiring
anticipated and with a mandated staff reduction of approxi-
mately 30.5 percent by the year 2000, the Department's
ability to attain its desired condition is unlikely.  Yet,
every effort will be made to eliminate instances of under-
representation of the identified EEO groups in the following
occupational categories (PATCOB-Professional, Administra-
tive, Technical, Clerical, Other, and Blue Collar) and major
occupational series:

**PROFESSIONAL CATEGORY**

0510-Accountant......................... White females

0511-Auditor............................ White females
                                         Black males
                                         Hispanic females
                                         Asian males
                                         Asian females
                                         Indian males
                                         Indian females

**EEOC FORM 566 (8/87)**                                    **DIV-6**

HUD003926

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**
**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED**

**IV.   RECRUITMENT AND HIRING (Cont'd)**

**PROFESSIONAL CATEGORY (Cont'd)**

0801-General Engineer.................. White females
                                       Black females
                                       Hispanic females
                                       Asian females
                                       Indian males
                                       Indian females

0905-Attorney......................... White females
                                       Asian males
                                       Asian females

1102-Contract Specialist.............. Hispanic males
                                       Asian males
                                       Asian females
                                       Indian males


**ADMINISTRATIVE CATEGORY**

0301-Gen. Administration.............. White females
                                       Hispanic females
                                       Asian males
                                       Asian females
                                       Indian males

0334-Computer Specialist.............. White females
                                       Hispanic females
                                       Indian females

0343-Management Analyst............... White females
                                       Hispanic males
                                       Hispanic females
                                       Asian males
                                       Asian females
                                       Indian males
                                       Indian females

**EEOC FORM 566 (8/87)**                                    **DIV-7**

HUD003927

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED**

**IV.   RECRUITMENT AND HIRING (Cont'd)**

**ADMINISTRATIVE CATEGORY (Cont'd)**

0360-Equal Opportunity Specialist...... White females
Asian males
Indian males

0501-Financial Analyst................ White females
Hispanic males
Hispanic females
Asian males
Indian females

0828-Construction Analyst............. White females
Black females
Hispanic females
Asian females
Indian females

1101-Gen. Business & Industry......... White females
Asian males
Asian females

1160-Financial Analyst (Hsng)......... White females

1165-Loan Specialist.................. White females
Hispanic males
Asian males
Indian males
Indian females

1171-Appraising & Assessing Spec....... White females
Hispanic females
Asian males
Asian females
Indian males
Indian females

1173-Housing Management Specialist..... White females
Asian males

---

**EEOC FORM 566 (8/87)**                              **DIV-8**

HUD003928

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED**

**IV.   RECRUITMENT AND HIRING (Cont'd)**

**ADMINISTRATIVE CATEGORY (Cont'd)**

1811-Criminal Investigator............ White females
                                       Asian males
                                       Indian males
                                       Indian females

**TECHNICAL CATEGORY**

0303-Misc. Clerk/Assistant............ White females
                                       Black males
                                       Hispanic males
                                       Asian males
                                       Indian males

0525-Accounting Technician............ White females
                                       Hispanic males
                                       Asian males
                                       Indian males
                                       Indian females

1101-Gen. Business & Industry......... White females
                                       Hispanic males
                                       Asian males
                                       Asian females
                                       Indian males

**CLERICAL CATEGORY**

0303-Misc. Clerk...................... White females
                                       Hispanic males
                                       Asian males
                                       Indian males

0318-Secretary........................ White females
                                       Black males
                                       Hispanic males
                                       Asian males
                                       Indian females

**EEOC FORM 566 (8/87)**                                    **DIV-9**

HUD003929

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED**

**IV.  RECRUITMENT AND HIRING (Cont'd)**

**ANALYSIS:**  An analysis of the Department's work force
indicates that twenty-two (22) major occupational series
have some instances of manifest imbalance and conspicuous
absence.

**PROBABLE BARRIER:**  Limited recruitment opportunities due to
Government Wide downsizing, buyouts, the Department's
mandate to reduce its permanent work force by approximately
30.5 percent over the next three (3) years.

**ALTERNATIVE:**  Encourage the use of training and career
development programs and internal movements as a means of
correcting instances of underrepresentation.  Continue to
advise top level management and selecting officials of the
Department's commitment to increase representation of
targeted EEO groups in all occupations and at all grade
levels by reemphasizing the established goals and objectives
outlined in the Department's Federal Equal Opportunity
Recruitment Program (FEORP) Plan and their respective
office's AEP Plan, and through continuous EEO/AE Program
information and reports using the Intranet HomePage.

**EXPECTED RESULTS:**  The attainment of a diversified, balanced
work force that is representative of the Civilian Labor
Force (CLF) and the Nation's diversity.

**FOLLOW-UP ACTION:**  Continue to monitor recruitment, hiring,
internal movement, training and career development, and
attrition statistics and conduct impact analyses, including
applicant flow data, on identified EEO groups that are
underrepresented in the Department's work force.

**HUD003930**

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  IV.  RECRUITMENT AND HIRING**

**PROGRAM/BARRIER STATEMENT:**  Limited opportunities to recruit from outside the agency.

**OBJECTIVE:**  Eliminate instances of manifest imbalances and conspicuous absences of EEO groups in the work force through training and career development and internal movements.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/97

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| 1.  Continue to encourage the use of internal movements (promotion and reassignment) of on-board staff to correct instances of manifest imbalance and conspicuous absence. | Assistant Secretary for Administration and Director, Office of Departmental Equal Employment Opportunity (ODEEO) | 09/30/97 |
| 2.  Continue training of all managers, supervisors, and employees on their EEO/AE and Cultural Diversity responsibilities. | " | " |
| 3.  Implement annual Cultural Diversity Action Plans for each Program Office. | Assistant Secretaries and Principal Organization Heads | 03/30/97 |
| 4.  Develop and implement AEP Plans that focus on internal movement strategies and training and development initiatives for each Program Office within the Department. | " | " |

**EEOC FORM 566 (8/87)**                                             **DIV-11**

HUD003931

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 1997**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT:  IV.  RECRUITMENT AND HIRING**

**PROGRAM/BARRIER STATEMENT:**  Limited opportunities to recruit from outside the agency.

**OBJECTIVE:**  Eliminate instances of manifest imbalances and conspicuous absences of EEO groups in the work force through career development and internal movements.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/97

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| (Cont'd) | | |
| 5. Continue to implement and monitor the Department's reorganization Diversity Plan negotiated with the employee Unions. | Assistant Secretary for Administration and Director, ODEEO | Ongoing |
| 6. Continue to collect, monitor, and analyze applicant flow data to determine any adverse impact on minorities, women, and persons with disabilities. | Assistant Secretary for Administration and Director, ODEEO | Ongoing activity with annual reporting 09/30/97 |
| 7. Complete system testing and modifications of the Applicant Flow Automated Tracking, Monitoring, and Reporting Subsystem. | Assistant Secretary for Administration and Director, ODEEO | 06/30/97 |

**EEOC FORM 566 (8/87)**                                    **DIV-12**

HUD003932

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
## (HUD)



## *DEPARTMENTWIDE*

## *FISCAL YEAR 1999*

## *AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)*

## *PLAN UPDATE REPORT*

*Office of Departmental Equal Employment Opportunity (ODEEO)*

**HUD004071**



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
**THE SECRETARY**
WASHINGTON, D.C. 20410-0001

March 6, 1997

MEMORANDUM FOR:   All HUD Employees

FROM:   Andrew Cuomo

SUBJECT:   Policy Statement - Equal Employment Opportunity, Affirmative
Employment, Prevention of Sexual Harassment, Discrimination Based
on Sexual Orientation, Employment and Accommodation of Persons
with Disabilities, and Disabled Veterans


In conformance with the policies expressed in Title VII of the Civil Rights Act of
1964, as amended; the Civil Rights Act of 1991; Executive Order 11478, as amended;
the Age Discrimination in Employment Act of 1967; the Equal Pay Act of 1962, as
amended; the Rehabilitation Act of 1973, as amended; the Vietnam Era Veteran's
Readjustment Act of 1974, the Civil Service Reform Act of 1978, and HUD regulations
at 24 CFR Part 7, **it is the policy and intent of the Department of Housing and
Urban Development (HUD) to provide equality of employment opportunity for all
persons, and to prohibit discrimination because of race, color, religion, sex,
national origin, age, or disability in all facets of employment. Additionally, sexual
harassment and discrimination based on sexual orientation are unacceptable in
the workplace and will not be condoned at HUD.** Moreover, HUD is committed to
promoting affirmative employment through the removal of barriers and by positive
actions at every management level, including the early resolution of EEO disputes.

These policies are an integral part of HUD's mission and their implementation is
a high priority of this Administration. I am personally committed to Equal Employment
Opportunity, Affirmative Employment and Diversity (EEO/AE/Diversity) and I expect all
employees to support EEO/AE/Diversity. In carrying out their responsibilities, all
managers and supervisors are fully accountable for taking actions to assure that
EEO/AE/Diversity goals and objectives are achieved.

The EEO/AE/Diversity goals and objectives of the Department are expressed in
HUD regulations at 24 CFR Part 7 as well as in the multi-year Affirmative Employment
Program (AEP) Plan. EEO/AE/Diversity is a separate critical element in our managerial
performance appraisal system, which requires the Senior Executive Service (SES) and
managers and supervisors under the Performance Management and Recognition
System (PMRS) to achieve measurable results in their management of the Department.

**HUD004076**

## AFFIRMATIVE EMPLOYMENT PROGRAMS (AEP)

I expect all managers and supervisors to be proactive in implementing EEO/AE/Diversity. The following strategies will, I believe, set the standard for the achievement of that goal:

1. Hold subordinate managers and supervisors accountable for promoting EEO/AE/Diversity in every aspect of the Department's policies, programs, and practices, including learning and practicing the principles of F.A.I.R. (Feedback, Assistance, Inclusion and Respect) in all interactions with employees and HUD clients.

2. Attend EEO/AE/Diversity training sessions to ensure full understanding of and sensitivity to EEO/AE/Diversity policies, practices, and procedures.

3. Make a vigorous effort to assure full and fair representation of qualified minorities, women, and persons with disabilities when recruiting, hiring, and providing advancement opportunities.

4. Make use of Special Employment Programs to correct the underrepresentation of minorities, women, and persons with disabilities, i.e., Part-Time Employment, Cooperative Education, Upward Mobility, Special Hiring Authorities, etc.

5. Attend "Valuing the HUD Employee" Training and use the F.A.I.R. concept taught on a daily basis.

6. Learn and use Alternative Dispute Resolution (ADR) techniques to resolve problems early before they give rise to formal EEO complaints or union contract grievances.

7. Participate in preparing the AEP Plan by analyzing all aspects of the Department's operations to determine any barriers to full equal employment, and by designing and carrying out actions to remove those barriers.

8. Refer to the AEP Plan goals and objectives before initiating any recruitment, hiring, training, reassignment, and promotion actions.

9. Periodically review AEP progress reports and make adjustments in activities to meet goals and objectives.

2

## SEXUAL HARASSMENT

**It is the policy of HUD that sexual harassment is unacceptable conduct in the workplace and will not be condoned.** Any employee found to have engaged in sexual harassment against any other employee may expect appropriate disciplinary action. All new employees shall be informed of this policy during their initial orientation sessions. This policy shall be reiterated for all employees at least once each year. A Fact Sheet on Sexual Harassment is available from the Office of Departmental Equal Employment Opportunity (ODEEO).

Sexual harassment has been determined by the Equal Employment Opportunity Commission (EEOC) to be "unwelcome advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

1.    submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;

2.    submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or

3.    such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive work environment."

Sexual harassment is a form of sexual discrimination under Title VII of the Civil Rights Act of 1964. There may be other causes of action under State and local law in addition to those found under Federal civil right law. These include assault and battery, intentional infliction of emotional distress, wrongful discharge, and negligence. Some advances may even result in criminal charges such as sexual assault or rape.

HUD is responsible for creating a working climate free from unsolicited and unwelcome sexual overtures. The law states, "...an employer is responsible for acts of sexual harassment in the workplace where the employer (or its agents or supervisory employees) knows or should have known of the conduct, unless it can show that it took immediate and appropriate action. An employer may also be responsible for the acts of non-employees with respect to sexual harassment of employees in the workplace, where the employer (or its agents or supervisory employees) knows or should have known of the conduct, unless it can show that it took immediate and appropriate action."

HUD managers and supervisors are responsible for excluding sexual harassment from the workplace.

3

DISCRIMINATION BASED ON SEXUAL ORIENTATION

It is the policy of HUD to prohibit discrimination on the basis of sexual orientation. Such discrimination with respect to employment conduct will not be tolerated by anyone at HUD. For remedy, refer to appropriate administrative procedures and/or appropriate negotiated agreements.

The Civil Service Reform Act, 5 U.S.C. 2302 (b) prohibits any employee who has authority to take personnel actions from discriminating for or against any employee or applicant for employment on the basis of conduct which does not adversely affect either the employee's own job performance or the performance of others. Subsection (C) of 5 U.S.C. 2302 gives notice to agency heads that they will be held responsible for the prevention of prohibited personnel practices. This Act has been interpreted by the Office of Personnel Management (OPM) since 1980, to mean that "applicants and employees are to be protected against inquiries into, or actions based upon non-job-related conduct, such as religious, community or social affiliations, or sexual orientation."

EMPLOYMENT AND ACCOMMODATION OF PERSONS WITH DISABILITIES

**It is the policy of HUD to establish employment practices to promote active recruitment and proper placement of qualified persons with disabilities; provide selective placement assistance to assure retention and career advancement opportunities; and to assure that persons with disabilities have a full opportunity to be represented at every level in the work force.**

**It is also the policy of HUD to provide reasonable accommodation to the known physical or mental limitations of qualified employees and job applicants with disabilities, unless it can be shown that the accommodation would impose an undue hardshp on its operations.**

It is the goal of the Department to be a model employer of persons with disabilities by providing full and fair consideration, employment, advancement, and retention of persons with disabilities in a broad range of grade levels and occupations commensurate with their knowledge, skills, and abilities. Further, HUD will assure that persons with disabilities are not unnecessarily excluded or limited because of job design or because of architectural, communication, procedural, or attitudinal barriers.

Managers and supervisors are responsible for achieving these goals, as expressed in the Department's Affirmative Employment Program (AEP) Plan covering persons with disabilities, at their respective office levels. They are also responsible for providing reasonable accommodation, which is a logical adjustment made to a job or work environment that enables a qualified person with disabilities to perform the essential functions of a position.

4

D-6     HUD004079

## DISABLED VETERAN EMPLOYMENT

It is the policy of HUD to promote the maximum employment and job advancement for qualified disabled veterans, similar to its policy, goals and objectives with reference to all persons with disabilities.

Managers and supervisors are responsible for achieving these goals, as expressed in the Department's Disabled Veterans Affirmative Action Program (DVAAP) Plan, at their respective office levels.

5

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT
(HUD)


*DEPARTMENTWIDE*


FISCAL YEAR 1999


AFFIRMATIVE EMPLOYMENT PROGRAM
(AEP)

PLAN UPDATE REPORT


PROGRAM ELEMENT II

WORK FORCE


*Pages DII-1 through DII-41*

HUD004089

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.    WORK FORCE - SUMMARY ANALYSIS

Analyses of the Department's work force were conducted by occupational category (PATCOB-Professional, Administrative, Technical, Clerical, Other, Blue Collar), grade groupings, and major occupations using the National Finance Center's (NFC) Fiscal Year 1998 year-end data and the Department's Equal Employment Opportunity Monitoring and Analysis System (EEOMAS). Further analyses were conducted by occupational category, grade groupings and major occupations using 1990 Census Availability Data, NFC's Fiscal Years 1997 and 1998 year-end comparative data, and EEOMAS.  The results of these analyses are as follows:

The Departmentwide Annual Affirmative Employment Program (AEP) Plan covers a total of 9,446 permanent full-time and permanent part-time employees.  There are 1,068 employees in the Professional category;  6,527 in the Administrative category; 1,405 in the Technical category; 437 in the Clerical category, 1 in the Other category; and 8 in the Blue Collar category. Instances of manifest imbalances and/or conspicuous absences continue to exist in some EEO groups.  It appears that the attrition rate of some EEO groups is contributing to their continued manifest imbalances and/or conspicuous absences. Further, in light of the Department's continuing efforts to meet President Clinton's challenge of reforming Government and renewing democracy, it is anticipated that minimal, if any, progress will be attained during Fiscal Year 1999.  Notwith-standing, the following analyses and action items depict the Department's Fiscal Year 1999 work force update.

ANALYSIS OF UNDERREPRESENTATION BY OCCUPATIONAL CATEGORY

MANIFEST IMBALANCE - when the work force's representation of a particular Equal Employment Opportunity (EEO) group, by occup-ational category or grade level, is substantially below its representation in the appropriate Civilian Labor Force (CLF).

The analysis revealed that there are **MANIFEST IMBALANCES** in the following PATCOB categories and EEO groups:

PROFESSIONAL.......................White females
                                  Asian males
                                  Indian females

ADMINISTRATIVE.....................White females

EEOC FORM 566 (8/87)                                        DII-1

HUD004090

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.   WORK FORCE - SUMMARY ANALYSIS (CONT'D)

ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCE)
BY OCCUPATIONAL CATEGORY (CONT'D)

TECHNICAL...........................White females
                                    Black males
                                    Indian males

CLERICAL............................Hispanic males

CONSPICUOUS ABSENCE - when a particular Equal Employment Oppor-
tunity (EEO) group is nearly or nonexistent in an occupational
category or grade level in the work force.

The analysis revealed that there are CONSPICUOUS ABSENCES in
the following PATCOB categories and EEO groups:

TECHNICAL...........................Hispanic males
                                    Asian males

CLERICAL............................White females
                                    Asian males

OTHER...............................All EEO groups
                                    except White females

BLUE COLLAR.........................All EEO groups
                                    except Black males

ANALYSIS OF UNDERREPRESENTATION BY MAJOR OCCUPATION

The analysis of the Department's work force revealed that
there are MANIFEST IMBALANCES in the following major occupations
(occupational series with 100 or more employees) and EEO groups:

PROFESSIONAL CATEGORY

ACCOUNTANT
        Series 0510...................White females
                                      Hispanic females
                                      Asian males

EEOC FORM 566 (8/87)                                    DII-2

HUD004091

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.    WORK FORCE - SUMMARY ANALYSIS (CONT'D)

ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCES)
BY MAJOR OCCUPATION (CONT'D)

PROFESSIONAL CATEGORY (CONT'D)

AUDITOR
    Series 0511...................White females
                                  Hispanic females
                                  Asian males
ATTORNEY
    Series 0905...................White females
                                  Asian females

CONTRACTING SPECIALIST
    Series 1102...................Hispanic males
                                  Asian males

ADMINISTRATIVE CATEGORY

MISCELLANEOUS ADMINISTRATIVE
    Series 0301...................White females
                                  Hispanic males
                                  Hispanic females
                                  Asian females
                                  Indian females

COMPUTER SPECIALIST
    Series 0334...................Hispanic females

MANAGEMENT/PROGRAM ANALYST
    Series 0343...................White females
                                  Hispanic males
                                  Hispanic females
                                  Asian females
                                  Indian females

EQUAL OPPORTUNITY SPECIALIST
    Series 0360...................Asian males

FINANCIAL OPERATIONS ANALYST
    Series 0501...................White females

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT
UPDATE

II.  WORK FORCE - SUMMARY ANALYSIS (CONT'D)

ANALYSIS OF UNDERREPRESENTATION (MANIFEST IMBALANCES)
BY MAJOR OCCUPATION (CONT'D)

ADMINISTRATIVE CATEGORY (CONT'D)

CONSTRUCTION ANALYST
        Series 0828...................Black females

GENERAL BUSINESS AND INDUSTRY
        Series 1101...................White females
                                      Asian males
                                      Asian females

FINANCIAL ANALYST (HOUSING)
        Series 1160...................White females

APPRAISING/ASSESSING SPECIALIST
        Series 1171...................Asian females

CRIMINAL INVESTIGATOR
        Series 1811...................Asian females

TECHNICAL CATEGORY

MISC. CLERK/ASSISTANT
        Series 0303...................White females
                                      Black males
                                      Asian females
                                      Indian males

GENERAL BUSINESS AND INDUSTRY
        Series 1101...................Black males

CLERICAL CATEGORY

CLERK
        Series 0303...................White females
                                      Hispanic females
SECRETARY
        Series 0318...................Black males
                                      Indian females

EEOC FORM 566 (8/87)                                    DII-4

HUD004093

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.   WORK FORCE - SUMMARY ANALYSIS (CONT'D)

ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES)
BY MAJOR OCCUPATION

The analysis of the Department's work force revealed that there are CONSPICUOUS ABSENCES in the following major occupations (occupational series with 100 or more employees) and EEO groups:

PROFESSIONAL CATEGORY

ACCOUNTANT
        Series 0510...................Indian females

AUDITOR
        Series 0511...................Asian females
                                      Indian males
                                      Indian females
ATTORNEY
        Series 0905...................Asian males

CONTRACT SPECIALIST
        Series 1102...................Indian males
                                      Indian females

ADMINISTRATIVE CATEGORY

MISCELLANEOUS ADMINISTRATIVE
        Series 0301...................Indian males

COMPUTER SPECIALIST
        Series 0334...................White females
                                      Indian females

MANAGEMENT/PROGRAM ANALYST
        Series 0343...................Indian males

EQUAL OPPORTUNITY SPECIALIST
        Series 0360...................White females
                                      Indian males

EEOC FORM 566 (8/87)                                    DII-5

HUD004094

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT
UPDATE

II.   WORK FORCE - SUMMARY ANALYSIS (CONT'D)

ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES)
BY MAJOR OCCUPATION (CONT'D)

ADMINISTRATIVE CATEGORY (Cont'd)

FINANCIAL OPERATIONS ANALYST
        Series 0501...................Hispanic males
                                      Hispanic females
                                      Asian males
                                      Indian females

CONSTRUCTION ANALYST
        Series 0828...................White females
                                      Hispanic females
                                      Indian females
FINANCIAL ANALYST
        Series 1160...................Indian males

APPRAISING/ASSESSING SPECIALIST
        Series 1171...................White females
                                      Black females
                                      Hispanic females
                                      Asian males
                                      Indian males
                                      Indian females

CRIMINAL INVESTIGATOR
        Series 1811...................White females
                                      Indian females

TECHNICAL CATEGORY

MISCELLANEOUS CLERK/ASSISTANT
        Series 0303...................Hispanic males
                                      Asian males

GENERAL BUSINESS AND INDUSTRY
        Series 1101...................Hispanic males
                                      Asian males
                                      Indian males

EEOC FORM 566 (8/87)                                    DII-6

HUD004095

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.   WORK FORCE - SUMMARY ANALYSIS (CONT'D)

ANALYSIS OF UNDERREPRESENTATION (CONSPICUOUS ABSENCES)
BY MAJOR OCCUPATION (CONT'D)

CLERICAL CATEGORY

MISC. CLERK/ASSISTANT
Series 0303...................Asian males
                             Indian males
                             Indian females

SECRETARY
Series 0318...................White females
                             Hispanic males
                             Asian males

The following depicts the changes in employment between
Fiscal Years 1997 and 1998 by year-end on-board work force,
PATCOB Category, and major occupation:

ON-BOARD WORK FORCE

| Race/Sex | 1997 | | 1998 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| White males | 2,811 | 28.1 | 2,648 | 28.0 | -163 | -0.1 |
| White females | 2,846 | 28.4 | 2,649 | 28.0 | -197 | -0.4 |
| Black males | 826 | 8.3 | 770 | 8.1 | - 56 | -0.2 |
| Black females | 2,468 | 24.7 | 2,367 | 25.1 | -101 | +0.4 |
| Hispanic males | 249 | 2.5 | 242 | 2.6 | - 7 | +0.1 |
| Hispanic females | 399 | 4.0 | 375 | 4.0 | - 24 | 0.0 |
| Asian males | 136 | 1.4 | 135 | 1.4 | - 1 | 0.0 |
| Asian females | 162 | 1.6 | 158 | 1.7 | - 4 | +0.1 |
| Indian males | 41 | 0.4 | 39 | 0.4 | - 2 | 0.0 |
| Indian females | 65 | 0.6 | 63 | 0.7 | - 2 | +0.1 |
| Minorities and Women | 7,192 | 71.9 | 6,798 | 72.0 | -394 | +0.1 |
| Women | 5,940 | 59.3 | 5,612 | 59.4 | -328 | +0.1 |
| Minorities | 4,346 | 43.5 | 4,149 | 44.0 | -197 | +0.5 |

HUD004096

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.  WORK FORCE - SUMMARY ANALYSIS (CONT'D)

CHANGE IN WORK FORCE FISCAL YEAR 1997 AND FISCAL YEAR 1998
(Cont'd)

PROFESSIONAL CATEGORY

| Race/Sex | 1997 | | 1998 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | % | # |
| White males | 618 | 49.4% | 533 | 49.9% | +0.5 | -85 |
| White females | 242 | 19.3 | 218 | 20.4 | +1.1 | -24 |
| Black males | 102 | 8.1 | 83 | 7.8 | -0.3 | -19 |
| Black females | 144 | 11.5 | 122 | 11.4 | -0.1 | -22 |
| Hispanic males | 35 | 2.8 | 33 | 3.0 | +0.2 | - 2 |
| Hispanic females | 25 | 1.9 | 20 | 1.9 | 0.0 | - 5 |
| Asian males | 50 | 4.0 | 34 | 3.2 | -0.8 | -16 |
| Asian females | 32 | 2.6 | 22 | 2.1 | -0.5 | -10 |
| Indian males | 2 | 0.2 | 2 | 0.2 | 0.0 | 0 |
| Indian females | 2 | 0.2 | 2 | 0.1 | -0.1 | - 1 |
| Minorities and | | | | | | |
| Women | 634 | 50.6 | 535 | 50.1 | -0.5 | -99 |
| Women | 445 | 35.5 | 383 | 35.9 | +0.4 | -62 |
| Minorities | 392 | 31.3 | 317 | 29.7 | -1.6 | -75 |

ADMINISTRATIVE CATEGORY

| Race/Sex | 1997 | | 1998 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | % | # |
| White males | 2,096 | 31.3% | 2,019 | 30.9% | -0.4 | -77 |
| White females | 1,890 | 28.2 | 1,800 | 27.6 | -1.6 | -90 |
| Black males | 648 | 9.7 | 619 | 9.5 | -0.2 | -29 |
| Black females | 1,419 | 21.2 | 1,411 | 21.6 | +0.4 | - 8 |
| Hispanic males | 194 | 2.9 | 192 | 2.9 | 0.0 | - 2 |
| Hispanic females | 222 | 3.3 | 227 | 3.5 | +0.2 | + 5 |
| Asian males | 77 | 1.1 | 95 | 1.5 | +0.4 | +18 |
| Asian females | 90 | 1.3 | 99 | 1.5 | +0.2 | + 9 |
| Indian males | 35 | 0.5 | 33 | 0.5 | 0.0 | - 2 |
| Indian females | 31 | 0.5 | 32 | 0.5 | 0.0 | + 1 |
| Minorities and | | | | | | |
| Women | 4,606 | 68.7 | 4,508 | 69.1 | +0.4 | -98 |
| Women | 3,652 | 54.5 | 3,569 | 54.7 | +0.2 | -83 |
| Minorities | 2,717 | 40.5 | 2,708 | 41.5 | +1.0 | - 9 |

HUD004097

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.    WORK FORCE - SUMMARY ANALYSIS (CONT'D)

TECHNICAL CATEGORY

| Race/Sex | 1997 | | 1998 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | % | # |
| White males | 67 | 4.6% | 71 | 5.1% | +0.5 | + 4 |
| White females | 513 | 35.4 | 500 | 35.6 | +1.2 | -13 |
| Black males | 45 | 3.1 | 42 | 3.0 | -0.1 | - 3 |
| Black females | 621 | 42.9 | 611 | 43.5 | +0.6 | -10 |
| Hispanic males | 17 | 1.2 | 13 | 0.9 | -0.3 | - 4 |
| Hispanic females | 118 | 8.2 | 105 | 7.5 | -0.7 | -13 |
| Asian males | 7 | 0.5 | 6 | 0.4 | -0.1 | - 1 |
| Asian females | 27 | 1.9 | 27 | 1.9 | 0.0 | 0 |
| Indian males | 3 | 0.2 | 3 | 0.2 | 0.0 | 0 |
| Indian females | 29 | 2.0 | 27 | 1.9 | -0.1 | - 2 |
| Minorities and | | | | | | |
| Women | 1,380 | 95.4 | 1,334 | 94.9 | -0.5 | -46 |
| Women | 1,308 | 90.4 | 1,270 | 90.4 | 0.0 | -38 |
| Minorities | 867 | 60.0 | 834 | 59.3 | -0.7 | -33 |

CLERICAL CATEGORY

| Race/Sex | 1997 | | 1998 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | % | # |
| White males | 26 | 4.4% | 23 | 5.3% | +0.9 | - 3 |
| White females | 200 | 34.0 | 130 | 29.7 | -4.3 | -70 |
| Black males | 23 | 3.9 | 20 | 4.6 | +0.7 | - 3 |
| Black females | 284 | 48.2 | 223 | 51.0 | +2.8 | -61 |
| Hispanic males | 3 | 0.5 | 4 | 0.9 | +0.4 | + 1 |
| Hispanic females | 34 | 5.8 | 23 | 5.3 | -0.5 | -11 |
| Asian males | 2 | 0.3 | 0 | 0.0 | -0.3 | - 2 |
| Asian females | 13 | 2.2 | 10 | 2.3 | +0.1 | - 3 |
| Indian males | 1 | 0.2 | 1 | 0.2 | 0.0 | 0 |
| Indian females | 3 | 0.5 | 3 | 0.7 | +0.2 | 0 |
| Minorities and | | | | | | |
| Women | 563 | 95.6 | 414 | 94.7 | -0.9 | -149 |
| Women | 534 | 90.7 | 389 | 89.0 | -1.7 | -145 |
| Minorities | 363 | 61.6 | 284 | 65.0 | +3.4 | - 79 |

HUD004098

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.    WORK FORCE - SUMMARY ANALYSIS (CONT'D)

OTHER CATEGORY

| Race/Sex | 1997 | | 1998 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | % | # |
| White females | 1 | 100.0 | 1 | 100.0 | 0.0 | 0 |

There is a conspicuous absence of all other EEO groups in this
category.

BLUE COLLAR CATEGORY

| Race/Sex | 1997 | | 1998 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | % | # |
| White males | 4 | 33.3 | 2 | 25.0 | -8.3 | - 2 |
| Black males | 8 | 66.7 | 6 | 75.0 | +8.3 | - 2 |
| Minorities and Women | 8 | 33.3 | 6 | 75.0 | +8.3 | - 2 |
| Minorities | 8 | 66.7 | 6 | 75.0 | +8.3 | - 2 |

ANALYSIS OF REPRESENTATION BY GRADE GROUPING

The following summarizes the percentages of EEO groups by
grade groupings:

| Race/Sex | SENIOR LEVEL | | GS/GM 13-15 | | GS 9-12 | | GS 5-8 | | GS 1-4 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | # | % | # | % | # | % | # | % | # | % |
| White males | 54 | 54.0% | 1,488 | 41.0% | 988 | 24.5% | 87 | 5.5% | 5 | 19.2% |
| White females | 16 | 16.0 | 847 | 23.3 | 1,185 | 29.3 | 562 | 35.5 | 10 | 38.5 |
| Black males | 12 | 12.0 | 369 | 10.2 | 321 | 7.9 | 60 | 3.8 | 1 | 3.8 |
| Black females | 11 | 11.0 | 584 | 16.1 | 1,091 | 27.0 | 667 | 42.2 | 8 | 30.9 |
| Hispanic males | 3 | 3.0 | 112 | 3.1 | 107 | 2.7 | 20 | 1.3 | 0 | 0.0 |
| Hispanic females | 2 | 2.0 | 88 | 2.4 | 170 | 4.2 | 115 | 7.3 | 0 | 0.0 |
| Asian males | 1 | 1.0 | 69 | 1.9 | 58 | 1.4 | 6 | 0.4 | 0 | 0.0 |
| Asian females | 0 | 0.0 | 44 | 1.2 | 81 | 2.0 | 32 | 2.0 | 1 | 3.8 |
| Indian males | 0 | 0.0 | 19 | 0.5 | 16 | 0.4 | 4 | 0.2 | 0 | 0.0 |
| Indian females | 1 | 1.0 | 9 | 0.3 | 24 | 0.6 | 28 | 1.8 | 1 | 3.8 |

HUD004099

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.   WORK FORCE - SUMMARY ANALYSIS (CONT'D)

ANALYSIS OF REPRESENTATION BY GRADE GROUPING
(CONT'D)

| Race/Sex | SENIOR LEVEL | | GS/GM 13-15 | | GS 9-12 | | GS 5-8 | | GS 1-4 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | # | % | # | % | # | % | # | % | # | % |
| Minorities | | | | | | | | | | |
| and Women | 46 | 46.0 | 2,141 | 59.0 | 3,053 | 75.5 | 1,494 | 94.5 | 21 | 80.8 |
| Women | 30 | 30.0 | 1,571 | 43.3 | 2,551 | 63.1 | 1,404 | 88.8 | 20 | 76.9 |
| *Minorities* | 30 | 30.0 | 1,294 | 35.7 | 1,868 | 46.2 | 932 | 59.0 | 11 | 42.3 |

ADMINISTRATIVELY DETERMINED PAY RATE SCHEDULE*

| Race/Sex | Percentage of representation | |
|---|---|---|
| | # | % |
| White males | 24 | 39.4% |
| White females | 29 | 47.5 |
| Black males | 1 | 1.6 |
| Black females | 6 | 9.9 |
| Asian males | 1 | 1.6 |
| Minorities and | | |
| Women | 37 | 60.7 |
| Women | 35 | 57.4 |
| Minorities | 8 | 13.1 |

BLUE COLLAR*

| Race/Sex | WG 5-9 | WG 11-12 | WL 5-9 | WS 5-9 | WD 5-9 | XS 5-9 | XP 5-9 |
|---|---|---|---|---|---|---|---|
| White males | (2) 33.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Black males | (4) 66.7 | 0.0 | (2)100.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Minorities and | | | | | | | |
| Women | 4  66.7 | 0.0 | 2 100.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Women | 0  0.0 | 0.0 | 0  0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Minorities | 4  66.7 | 0.0 | 2 100.0 | 0.0 | 0.0 | 0.0 | 0.0 |

• No other EEO groups are represented in this category.

EEOC FORM 566 (8/87)                                              DII-11

HUD004100

AFFIRMATIVE EMPLOYMENT PROGRAM (AEP) PLAN UPDATE REPORT

DISTRIBUTION OF EEO GROUPS AND COMPARISON BY PATCOB

FISCAL YEAR 1999 – HUD/CIVILIAN LABOR FORCE COMPARISON

| OCCUPATIONAL CATEGORY | TOTAL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALL % | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % | MALE % | FEMALE % |
| PROFESSIONAL AGENCY (HUD) | 100.0 | 49.9 | 20.4 | 7.8 | 11.4 | 3.0 | 1.9 | 3.2 | 2.1 | 0.2 | 0.1 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 54.7 | 30.3 | 2.4 | 3.2 | 2.1 | 1.4 | 3.5 | 1.9 | 0.2 | 0.2 |
| ADMINISTRATIVE AGENCY (HUD) | 100.0 | 30.9 | 27.6 | 9.5 | 21.6 | 2.9 | 3.5 | 1.5 | 1.5 | 0.5 | 0.5 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 42.1 | 40.4 | 3.6 | 5.3 | 2.6 | 2.6 | 1.4 | 1.4 | 0.3 | 0.3 |
| TECHNICAL AGENCY (HUD) | 100.0 | 5.1 | 35.6 | 3.0 | 43.5 | 0.9 | 7.5 | 0.4 | 1.9 | 0.2 | 1.9 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 36.1 | 42.9 | 3.6 | 6.6 | 3.2 | 3.4 | 1.9 | 1.6 | 0.4 | 0.4 |
| CLERICAL AGENCY (HUD) | 100.0 | 5.3 | 29.7 | 4.6 | 51.0 | 0.9 | 5.3 | 0.0 | 2.3 | 0.2 | 0.7 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 14.0 | 63.4 | 2.8 | 9.6 | 1.7 | 5.2 | 0.8 | 1.9 | 0.2 | 0.5 |
| OTHER AGENCY (HUD) | 100.0 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 67.6 | 11.2 | 9.7 | 3.2 | 4.8 | 1.0 | 1.2 | 0.3 | 0.9 | 0.2 |
| BLUE COLLAR AGENCY (HUD) | 100.0 | 25.0 | 0.0 | 75.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 65.4 | 9.8 | 9.1 | 2.2 | 8.7 | 1.5 | 1.7 | 0.5 | 0.8 | 0.2 |
| TOTAL AGENCY (HUD) | 100.0 | 28.0 | 28.0 | 8.1 | 25.1 | 2.6 | 4.0 | 1.4 | 1.7 | 0.4 | 0.7 |
| (CAD) CIVILIAN LABOR FORCE | 100.0 | 42.6 | 35.3 | 4.9 | 5.4 | 4.8 | 3.3 | 1.5 | 1.3 | 0.3 | 0.3 |

EEOC FORM 568/569 (8/87)

DII-12

HUD004101

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENT

UPDATE
PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:

II.  WORK FORCE

While HUD is no longer faced with downsizing, continuing
restructuring, management reform, and limited financial resources
have restricted HUD's outside recruitment effort to only those
positions identified as "essential" and "critical" vacancies.
"Essential" vacancies are those which must be filled within 120
days or the mission of the Department will be severely impacted.
"Critical" vacancies are those which are important to the organi-
zation and which will impact the mission of the Department if not
filled within a reasonable time (more than 120 days but not more
than 6 months).  These limitations have severely hampered the
Department's ability to conduct targeted recruitment for most
positions where underrepresentation exists.  Therefore, HUD will
not be in a posture to conduct targeted recruitment.  The Depart-
ment will continue its efforts to attain and maintain a diver-
sified work force that is representative of the Civilian Labor
Force.

The Fiscal Year 1998 year-end work force analysis revealed the
following problems/barriers:

**UNDESIRED CONDITION**:  The Department's work force reflects
the manifest imbalance and conspicuous absence of some EEO
groups.

**DESIRED CONDITION**:  A diversified work force that is
reflective of the Nation's population.

**ANALYSIS**:  An analysis of the Department's work force
revealed that there are instances of manifest imbalances
and/or conspicuous absences of some EEO groups in eighteen
(18) major occupations (occupational series with 100 or
more employees).

**PROBABLE BARRIER**:  Limited recruitment and hiring opport-
unities due to continuing restructuring, management reform,
and normal attrition.

HUD004102

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENT

UPDATE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:

II.  WORK FORCE

**ALTERNATIVES:**   Reinforce the Department's commitment to
attaining a work force that is representative of the CLF;
continue to utilize the Upward Mobility and Mentoring
Programs to assist on-board minorities and women in their
career development and advancement; assure that each Program
Office develop and implement an AEP plan which focuses on
internal movement; and assure that all current employees are
made aware of existing training opportunities and position
vacancies.

**EXPECTED RESULTS:**  An increase in the representation of
targeted EEO groups (whose current composition of the
Department's work force shows manifest imbalances and/or
conspicuous absences) at all grade levels, occupational
categories, and occupational series/positions.

**FOLLOW-UP ACTION:**  Continue to monitor hiring, internal
movement, and attrition statistics in order to conduct
impact analyses on EEO groups who are manifestly imbalanced
and/or conspicuously absent from the work force.  Develop
realistic and proactive strategies to eliminate imbalances
in the work force.

With limited financial resources, all efforts to eliminate
the identified instances of manifest imbalances and conspicuous
absences will be through the use of internal movements, including
promotions and reassignments, and employee training and develop-
ment.  Internal movement objectives have been established for all
EEO groups where there are instances of underrepresentation in
the work force.  See pages DII-25 through DII-42 for specific
numerical objectives by EEO group, occupational category
(PATCOB), and major occupations.

EEOC FORM 566 (8/87)                              DII-14

HUD004103

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:  Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  09/30/99

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| PROFESSIONAL (PATCOB) CATEGORY: FY99 Numerical Objective:  53 Ten Year Numerical Objective: 475* | Assistant Secretaries and Primary Organization Heads | 09/30/99 |
| --Economist - GS-0110** --FY99 Numerical Objective: 0 --Ten Year Numerical   Objective: 32 | " | " |
| --Accountant - GS-0510 --FY99 Numerical Objective: 16 --Ten Year Numerical   Objective: 93 | " | " |
| --Auditor - GS-0511 --FY99 Numerical Objective: 27 --Ten Year Numerical   Objective: 206 | " | " |

*   To be consistent with the extensions of MD-714, the numerical
objectives have been revised to reflect the multi-year (1989
through 1999) combined numerical objectives.

**  Due to restructuring and management reform, this occupa-
tional series has less than 100 employees.  No numerical
objectives have been established.  However, the Department will
continue to monitor and report on all accomplishments, if any, in
this occupational series.

EEOC FORM 566 (8/87)                                        DII-15

HUD004104

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:  Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  09/30/99

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| PROFESSIONAL (PATCOB) CATEGORY (CONT'D) | | |
| --Engineer - GS-0801*<br>--FY99 Numerical Objective: 0<br>--Ten Year Numerical<br> Objective: 43 | Assistant<br>Secretaries<br>and Primary<br>Organization<br>Heads | 09/30/99 |
| --Attorney - GS-0905<br>--FY99 Numerical Objective: 5<br>--Ten Year Numerical<br> Objective: 69 | " | " |
| --Contracting Specialist -<br> GS-1102<br>--FY99 Numerical Objective:  5<br>--Ten Year Numerical<br> Objective:  32 | " | " |

*  Due to restructuring and management reform, this occupational
series has less than 100 employees.  No numerical objectives have
been established.  However, the Department will continue to
monitor and report on all accomplishments, if any, in this
occupational series.

EEOC FORM 566 (8/87)                              DII-16

HUD004105

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:   II.   WORK FORCE

PROBLEM/BARRIER STATEMENT:   Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:   To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:   Secretary
TARGET DATE:   09/30/99

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| ADMINISTRATIVE (PATCOB) CATEGORY: FY99 Numerical Objective: 169 Ten Year Numerical Objective: 1,662* | Assistant Secretaries and Primary Organization Heads | 09/30/99 |
| --Personnel Management - GS-0201** --FY99 Numerical Objective: 0 --Ten Year Numerical Objective: 16 | " | " |
| --Misc. Administration - GS-0301 --FY99 Numerical Objective: 34 --Ten Year Numerical Objective: 253 | " | " |
| --Computer Specialist - GS-0334 --FY99 Numerical Objective: 10 --Ten Year Numerical Objective: 159 | " | " |

*   To be consistent with the extensions of MD-714, the numerical
objectives have been revised to reflect the multi-year (1989
through 1999) combined numerical objectives.

**   Due to restructuring and management reform, these occupa-
tional series have less than 100 employees.  No numerical
objectives have been established.  However, the Department will
continue to monitor and report on all accomplishments, if any, in
these occupational series.

EEOC FORM 566 (8/87)                                           DII-17

HUD004106

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  09/30/99

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| ADMINISTRATIVE (PATCOB) CATEGORY (CONT'D): | | |
| --**Program Manager** - GS-0340<br>--FY99 Numerical Objective: 0<br>--Ten Year Numerical<br>  Objective: 54 | Assistant Secretaries and Primary Organization Heads | 09/30/99 |
| --**Management Analyst** - GS-0343<br>--FY99 Numerical Objective: 27<br>--Ten Year Numerical<br>  Objective: 169 | " | " |
| --**Equal Opportunity Specialist** -<br>  GS-0360<br>--FY99 Numerical Objective: 5<br>--Ten Year Numerical<br>  Objective: 66 | " | " |
| --**Financial Operations Analyst** -<br>  GS-0501<br>--FY99 Numerical Objective:  14<br>--Ten Year Numerical<br>  Objective: 123 | " | " |

EEOC FORM 566 (8/87)    DII-18

HUD004107

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:  Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  09/30/99

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| ADMINISTRATIVE (PATCOB) CATEGORY (CONT'D): | | |
| --Construction Analyst - GS-0828<br>--FY99 Numerical Objective: 5<br>--Ten Year Numerical<br>  Objective: 56 | Assistant<br>Secretaries<br>and Primary<br>Organization<br>Heads | 09/30/99 |
| --General Business and<br>  Industry - GS-1101<br>--FY99 Numerical Objective: 45<br>--Ten Year Numerical<br>  Objective: 250 | " | " |
| --Financial Analyst - GS-1160<br>--FY99 Numerical Objective:  5<br>--Ten Year Numerical<br>  Objective: 26 | " | " |
| --Loan Specialist - GS-1165*<br>--FY99 Numerical Objective: 0<br>--Ten Year Numerical<br>  Objective: 230 | " | " |

*    Due to restructuring and management reform, this occupa-
tional series has less than 100 employees.  No numerical
objectives have been established.  However, the Department will
continue to monitor and report on all accomplishments, if any, in
this occupational series.

EEOC FORM 566 (8/87)                                    DII-19

HUD004108

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:  Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  09/30/99

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| ADMINISTRATIVE (PATCOB) CATEGORY (CONT'D): | | |
| --Realty Specialist – GS-1170* <br> --FY99 Numerical Objective: 0 <br> --Ten Year Numerical <br>  Objective: 59 | Assistant Secretaries and Primary Organization Heads | 09/30/99 |
| --Appraising and Assessing – <br>  GS-1171 <br> --FY99 Numerical Objective: 16 <br> --Ten Year Numerical <br>  Objective: 100 | " | " |
| --Housing Management Specialist – <br>  GS-1173* <br> --FY99 Numerical Objective: 0 <br> --Ten Year Numerical <br>  Objective: 55 | " | " |
| --Criminal Investigator – GS-1811 <br> --FY99 Numerical Objective: 8 <br> --Ten Year Numerical <br>  Objective: 46 | " | " |

*    Due to restructuring and management reform, this occupa-
tional series has less than 100 employees.  No numerical
objectives have been established.  However, the Department will
continue to monitor and report on all accomplishments, if any, in
this occupational series.

EEOC FORM 566 (8/87)                                           DII-20

HUD004109

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:  Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  09/30/99

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| TECHNICAL (PATCOB) CATEGORY:<br>FY99 Numerical Objective: 54<br>Ten Year Numerical<br>Objective: 688* | Assistant<br>Secretaries<br>and Primary<br>Organization<br>Heads | 09/30/99 |
| --Clerk/Assistant - GS-0303<br>--FY99 Numerical Objective: 44<br>--Ten Year Numerical<br>  Objective: 542 | " | " |
| --Accounting Technician - GS-0525*<br>--FY99 Numerical Objective: 0<br>--Ten Year Numerical<br>  Objective: 65 | " | " |
| --General Business and Industry -<br>  GS-1101<br>--FY99 Numerical Objective: 10<br>--Ten Year Numerical<br>  Objective: 81 | " | " |

*     To be consistent with the extensions of MD-714, the
numerical objectives have been revised to reflect the multi-year
(1989 through 1999) combined numerical objectives.

EEOC FORM 566 (8/87)                                    DII-21

HUD004110

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:  Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  09/30/99

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| CLERICAL (PATCOB) CATEGORY:<br>FY99 Numerical Objective: 34<br>Ten Year Numerical<br>Objective: 520* | Assistant<br>Secretaries<br>and Primary<br>Organization<br>Heads | 09/30/99 |
| --Clerk - GS-0303<br>--FY99 Numerical Objective: 16<br>--Ten Year Numerical<br>  Objective: 154 | " | " |
| --Secretary - GS-0318<br>--FY99 Numerical Objective: 18<br>--Ten Year Numerical<br>  Objective: 336 | " | " |
| --Office Automation (Clerk) -<br>  GS-0326**<br>--FY99 Numerical Objective: 0<br>--Ten Year Numerical<br>  Objective: 30 | " | " |

*     To be consistent with the extensions of MD-714, the
numerical objectives have been revised to reflect the multi-year
(1989 through 1999) combined numerical objectives.
**     Due to restructuring and management reform, this occupa-
tional series has less than 100 employees.  No numerical
objectives have been established.  However, the Department will
continue to monitor and report on all accomplishments, if any, in
this occupational series.

EEOC FORM 566 (8/87)                                    DII-22

HUD004111

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  II.  WORK FORCE

PROBLEM/BARRIER STATEMENT:   Manifest imbalances and conspicuous
absences of EEO groups exist in PATCOB categories and mainstream
occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous
absences of the affected EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  09/30/99

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| BLUE COLLAR CATEGORY: * | | |
| --FY99 Numerical Objective: 0 | " | " |
| --Ten Year Numerical Objective: 12 | | |

*    Due to restructuring and management reform, this
occupational series has less than 100 employees.  No numerical
objectives have been established.

HUD004112

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1999

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 57 | ****** | 25 | 0 | 0 | 5 | 4 | 10 | 5 | 4 | 4 |
| ADMINISTRATIVE | PLANNED | 217 | ****** | 127 | 0 | 15 | 15 | 18 | 11 | 14 | 8 | 9 |
| TECHNICAL | PLANNED | 67 | ****** | 35 | 10 | 0 | 8 | 0 | 7 | 3 | 4 | 0 |
| CLERICAL | PLANNED | 50 | ****** | 25 | 5 | 0 | 4 | 5 | 5 | 0 | 2 | 4 |
| OTHER | PLANNED | 1* | ****** | 0 | 1* | * | * | * | * | * | * | * |
| BLUE COLLAR | PLANNED | 0 | ****** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | PLANNED | 392 | ****** | 212 | 16 | 15 | 32 | 27 | 33 | 22 | 18 | 17 |

* One from either of the identified targeted groups.

EEOC FORM 566 (8/87)

DII-24

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 * ECONOMIST PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 16 | ******** | 9 | 0 | 0 | 0 | 2 | 4 | 0 | 0 | 0 | 1 |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 27 | ******** | 13 | 0 | 0 | 0 | 2 | 4 | 4 | 2 | 2 |
| GS-0801* ENGINEER PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 5 | ******** | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 5 | ******** | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 2 | 1 |

\*    This occupational series has less than 100 employees. No numerical objectives have been established for Fiscal Year 1999. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

\*\*   One from either of the identified targeted groups

EEOC FORM 566 (8/87)

DII-25

HUD004114

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 * PRSNL. MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 34 | ******** | 24 | 0 | 0 | 2 | 4 | 0 | 2 | 1 | 1 |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 10 | ******** | 6 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 |
| GS-0340 * PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0343 MGMNT ANALYST ADMINISTRATIVE | PLANNED | 27 | ******** | 13 | 0 | 0 | 4 | 4 | 0 | 4 | 1 | 1 |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 5 | ******** | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| GS-0501 FIN OPER ANAL. ADMINISTRATIVE | PLANNED | 14 | ******** | 4 | 0 | 0 | 2 | 5 | 2 | 0 | 0 | 1 |

*   These occupational series have less than 100 employees.  No numerical objectives have been established for Fiscal Year 1999.  However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

DII-26

HUD004115

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 5 | ******** | 2 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| GS-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 45 | ******** | 35 | 0 | 0 | 0 | 0 | 6 | 4 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 5 | ******** | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| GS-1165* LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1170* REALTY SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 16 | ******** | 4 | 0 | 4 | 0 | 2 | 2 | 2 | 1 | 1 |
| GS-1173* HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

*  This occupational series has less than 100 employees. No numerical objectives have been established for Fiscal Year 1999. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)

DII-27

HUD004116

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 8 | ******** | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 44 | ******** | 25 | 4 | 0 | 5 | 0 | 4 | 3 | 3 | 0 |
| GS-0525* ACCOUNTING TECH TECHNICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HSNG MGMNT ASST TECHNICAL | PLANNED | 10 | ******** | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 1 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 16 | ******** | 8 | 0 | 0 | 0 | 2 | 2 | 0 | 2 | 2 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 18 | ******** | 8 | 2 | 0 | 3 | 0 | 3 | 0 | 0 | 2 |

\*    These occupational series have less than 100 employees.  No numerical objectives have been established for
     Fiscal Year 1999.  However, the Department will continue to monitor and report on all accomplishments, if any,
     in these occupational series.

EEOC FORM 566 (8/87)

DII-28

HUD004117

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 * OFC AUTOMATION CLERICAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| BLUE COLLAR * WAGE GRADE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |

* These occupational series have less than 100 employees. No numerical objectives have been established for Fiscal Year 1999. However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

DI-29

HUD004118

**SUMMARY OF HIRING**
**NUMERICAL OBJECTIVES BY PATCOB**
**FISCAL YEAR 1999**

ORGANIZATION:  HUD

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 22 | ******* | 7 | 0 | 0 | 2 | 2 | 4 | 2 | 2 | 3 |
| ADMINISTRATIVE | PLANNED | 49 | ******* | 20 | 0 | 3 | 5 | 5 | 5 | 7 | 2 | 2 |
| TECHNICAL | PLANNED | 11 | ******* | 6 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0 |
| CLERICAL | PLANNED | 17 | ******* | 5 | 2 | 0 | 2 | 2 | 3 | 0 | 1 | 2 |
| OTHER | PLANNED | 1* | ******* | 0 | 1* | * | * | * | * | * | * | * |
| BLUE COLLAR | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | PLANNED | 100 | ******* | 38 | 4 | 3 | 10 | 9 | 13 | 10 | 6 | 7 |

* One from either of the identified targeted groups.

EEOC FORM 566 (8/87)

DII-30

HUD004119

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 * ECONOMIST PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 9 | ******** | 5 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 1 |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 6 | ******** | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| GS-0801 * ENGINEER PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 3 | ******** | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 3 | ******** | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |

* This occupational series has less than 100 employees. No numerical objectives have been established for Fiscal Year 1999. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)

DII-31

HUD004120

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 * PRSNL MGMT SPEC ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 6 | ******** | 4 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 4 | ******** | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| GS-0340 * PROGRAM MANAGER ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0343 MGMNT ANALYST ADMINISTRATIVE | PLANNED | 11 | ******** | 5 | 0 | 0 | 2 | 2 | 0 | 2 | 0 | 0 |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 1 | ******** | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0501 FIN OPER ANAL. ADMINISTRATIVE | PLANNED | 4 | ******** | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 |

\*    These occupational series have less than 100 employees.  No numerical objectives have been established for Fiscal Year 1999.  However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

DII-32

HUD004121

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 10 | ******* | 5 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1165 LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1170 * REALTY SPEC. ADMINISTRATIVE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 5 | ******* | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 1 |
| GS-1173 * HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

* This occupational series has less than 100 employees. No numerical objectives have been established for Fiscal Year 1999. However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

DII-33

HUD004122

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 3 | ******** | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 11 | ******** | 6 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0 |
| GS-0525 ACCOUNTING TECH TECHNICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HSNG MGMNT ASST TECHNICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 6 | ******** | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 8 | ******** | 2 | 1 | 0 | 2 | 0 | 2 | 0 | 0 | 1 |

EEOC FORM 566 (8/87)

DII-34

HUD004123

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 * OFC AUTO CLERK CLERICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| BLUE COLLAR * WAGE GRADE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |

* These occupational series have less than 100 employees. No numerical objectives have been established for Fiscal Year 1999. However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

EEOC FORM 566 (8/87)

DII-35

HUD004124

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY PATCOB
FISCAL YEAR 1999

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| PROFESSIONAL | PLANNED | 35 | ******** | 18 | 0 | 0 | 3 | 2 | 6 | 3 | 2 | 1 |
| ADMINISTRATIVE | PLANNED | 168 | ******** | 107 | 0 | 12 | 10 | 13 | 6 | 7 | 6 | 7 |
| TECHNICAL | PLANNED | 56 | ******** | 29 | 9 | 0 | 7 | 0 | 6 | 2 | 3 | 0 |
| CLERICAL | PLANNED | 33 | ******** | 20 | 3 | 0 | 2 | 3 | 2 | 0 | 1 | 2 |
| OTHER | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BLUE COLLAR | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | PLANNED | 292 | ******** | 174 | 12 | 12 | 22 | 18 | 20 | 12 | 12 | 10 |

EEOC FORM 566 (8/87)

DII-36

HUD004125

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0110 * ECONOMIST PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 7 | ******** | 4 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 21 | ******** | 12 | 0 | 0 | 0 | 1 | 3 | 3 | 1 | 1 |
| GS-0801 * ENGINEER PROFESSIONAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 2 | ******** | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1102 CONTRACT SPEC. PROFESSIONAL | PLANNED | 2 | ******** | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |

* This occupational series has less than 100 employees. No numerical objectives have been established for Fiscal Year 1999. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)

DI-37

HUD004126

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0201 * PRSNL MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0301 GEN ADMIN. ADMINISTRATIVE | PLANNED | 28 | ******** | 20 | 0 | 0 | 2 | 3 | 0 | 1 | 1 | 1 |
| GS-0334 COMPUTER SPEC. ADMINISTRATIVE | PLANNED | 6 | ******** | 4 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| GS-0340 * PROGRAM MANAGER ADMINISTRATIVE | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-0343 MGMNT ANALYST ADMINISTRATIVE | PLANNED | 16 | ******** | 8 | 0 | 0 | 2 | 2 | 0 | 2 | 1 | 1 |
| GS-0360 EEO SPECIALIST ADMINISTRATIVE | PLANNED | 4 | ******** | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| GS-0501 FIN OPER ANAL. ADMINISTRATIVE | PLANNED | 10 | ******** | 3 | 0 | 0 | 1 | 4 | 1 | 0 | 0 | 1 |

*    These occupational series have less than 100 employees.  No numerical objectives have been established for
     Fiscal Year 1999.  However, the Department will continue to monitor and report on all accomplishments, if any,
     in these occupational series.

EEOC FORM 566 (8/87)

DII-38

HUD004127

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0828 CONST ANALYST ADMINISTRATIVE | PLANNED | 5 | ******* | 2 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 |
| GS-1101 HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 35 | ******* | 30 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 0 |
| GS-1160 FIN ANAL (HSNG) ADMINISTRATIVE | PLANNED | 5 | ******* | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| GS-1165 * LOAN SPECIALIST ADMINISTRATIVE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1170 * REALTY SPEC. ADMINISTRATIVE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 11 | ******* | 3 | 0 | 3 | 0 | 2 | 1 | 1 | 0 | 1 |
| GS-1173 * HSNG MGT SPEC. ADMINISTRATIVE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

* This occupational series has less than 100 employees. No numerical objectives have been established for Fiscal Year 1999. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)

DII-39

HUD004128

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-1811 CRIMINAL INV. ADMINISTRATIVE | PLANNED | 5 | ******** | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 33 | ******** | 19 | 3 | 0 | 4 | 0 | 3 | 2 | 2 | 0 |
| GS-0525 * ACCOUNTING TECH TECHNICAL | PLANNED | 0 | ******** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GS-1101 HSNG MGT ASST TECHNICAL | PLANNED | 10 | ******** | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 1 | 0 |
| GS-0303 CLERK CLERICAL | PLANNED | 10 | ******** | 6 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 |
| GS-0318 SECRETARY CLERICAL | PLANNED | 10 | ******** | 6 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 1 |

EEOC FORM 566 (8/87)

DII-40

HUD004129

SUMMARY OF INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
FISCAL YEAR 1999

ORGANIZATION: HUD (CONT'D)

| OCCUPATIONAL CATEGORY | PLANNED ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMERICAN/ PACIFIC ISLANDER | | AMERICAN INDIAN ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |
| GS-0326 * OFC AUTO CLERK CLERICAL | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| BLUE COLLAR * WAGE GRADE | PLANNED | 0 | ******* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | |

\*    These occupational series have less than 100 employees.  No numerical objectives have been established for
     Fiscal Year 1999.  However, the Department will continue to monitor and report on all accomplishments, if any,
     in these occupational series.

EEOC FORM 566 (8/87)

DII-41

HUD004130

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)



## *DEPARTMENTWIDE*

## FISCAL YEAR 1999

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP) PLAN UPDATE REPORT

## *PROGRAM ELEMENT IV RECRUITMENT AND HIRING*

*Pages DIV-1 through DIV-11*

**HUD004138**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## IV.   RECRUITMENT AND HIRING

An analysis of the Department's Fiscal Year 1998 recruitment and hiring activities revealed that the accession rate remains consistently below the attrition rate.  During Fiscal Year 1998, HUD's permanent work force decreased by 5.6 percent.  While HUD is no longer faced with downsizing, continuing restructuring, management reform, and limited financial resources have restricted HUD's outside recruitment effort to only those positions identified as "essential" and "critical" vacancies. "Essential" vacancies are those which must be filled within 120 days or the mission of the Department will be severely impacted. "Critical" vacancies are those which are important to the organization and which will impact the mission of the Department if not filled within a reasonable time (more than 120 days but not more than 6 months).  These limitations have severely hampered the Department's ability to conduct targeted recruitment for most positions where underrepresentation exists.  Therefore, HUD will not be in a posture to conduct targeted recruitment. The Department will continue its efforts to attain and maintain a diversified work force that is representative of the Civilian Labor Force.  Notwithstanding, an analysis was conducted to ascertain the extent of the Department's outreach efforts including merit staffing policies and procedures, recruitment strategies and sources, and selection rates.  It was revealed that outreach strategies are in place to ensure that employment opportunities/position vacancy announcements are disseminated to all segments of the potential work force.  As a result of these recruitment efforts, minorities and women comprised 66.3 percent of the accessions during Fiscal Year 1998.  Women comprised 49.5 percent and minorities comprised 35.6 percent.

### APPLICANT FLOW ANALYSIS

Due to the volume of position vacancies (2000+) announced, merit staffed, and filled within a limited timeframe and with the vast majority (95%) being restricted to current HUD staff, applicant flow data was not reported in most instances.  Of the information reported, minorities and women comprised 82.6 percent of the applicants and 78.8 percent of the selections.  Women comprised 63.0 percent of the applicants and 63.6 percent of the selections.  Minorities comprised 62.1 percent of the applicants and 42.4 percent of the selections.

EEOC FORM 566 (8/87)                                              DIV-1

HUD004139

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 1999
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### PROGRAM ANALYSIS

#### DEPARTMENT

UPDATE

### IV.   RECRUITMENT AND HIRING (Cont'd)

Of all minority and women applicants, 84.5 percent were found qualified.  Of those qualified, 88.2 percent were found best qualified; and of those best qualifies, 19.3 percent were selected.  Of all women applicants, 85.5 percent were found qualified; of those qualified, 90.7 percent were found best qualified; and of those best qualifies, 19.6 percent were selected; of all minority applicants, 83.1 percent were found qualified.  Of those qualified, 87.6 percent were found best qualified; and of those best qualifies, 14.1 percent were selected.

In addition to the above, during Fiscal Year 1998, the Department recruited and filled over 300 Community Builder positions.  Community Builders are new positions at HUD which reflect "a better way of doing business" which, in turn, is the major focus of the Department's 2020 Management Reform Plan. Community Builders perform five (5) basic functions:  acting as the face of HUD to the public, to elected officials and their staff, and to customer groups; serving as HUD's marketing and outreach arm; initiating and participating in partnerships and strategies; acting as HUD's eyes and ears; and serving as the internal coordinator for HUD program delivery.  A total 8,500 applications were received for the 300+ positions.  Of those applicants, 1,400 or 16.5 percent were chosen for interviews in forty-five (45) cities around the country.  Of those interviewed, 21.0 percent were selected as Community Builders.  While applicant flow data was not collected under this mass recruitment effort, an analysis of the selectees was conducted.  The analysis revealed that 250 or 83.3 percent of the selectees were current HUD employees.  Of the total selectees, 68.7 percent were minorities and women; 55.1 percent were women; and 37.5 percent were minorities.  White females comprised 31.6 percent of the selectees (White males 30.9%), followed by Blacks at 24.9 percent, Hispanics at 9.3 percent, Asian Americans at 2.7 percent, and American Indians at 0.6 percent.

The **Adverse Impact Analysis** of the selection rates, excluding the Community Builder positions, revealed that White females were selected at 26.7 percent (White males at 18.4); followed by Hispanics at 21.0 percent; American Indians at 20.0 percent; Blacks at 12.6 percent; Asian Americans at 14.3 percent;

EEOC FORM 566 (8/87)                                              DIV-2

HUD004140

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

IV.   RECRUITMENT AND HIRING (Cont'd)

percent; and Hispanics at 11.8 percent.  Looking at the
individual EEO groups, Indian females had the highest selection
rate at 33.3 percent, followed by White females at 26.7 percent;
Asian males at 23.7 percent; Black females and Hispanic males at
13.6 percent; Hispanic females at 10.0 percent; and Black males
and Asian females at 7.1 percent.

     The **Impact Ratio Analyses** revealed that all EEO groups,
except White females, had a ratio of less than 80.0 percent.  The
results of the analysis can be attributed to the small volume of
applicant flow data collected during Fiscal Year 1998.   The
Department remains under a hiring freeze with limited outside
recruitment and hiring expected.  This should inhibit the
Department from resuming the full collection of applicant flow
data during Fiscal Year 1999.  However, we will continue to
closely monitor and report all employment (hiring, promotion, and
other internal movement) activities.

     While no policy or procedural problems/barriers were
identified, the Department's ability to conduct targeted recruit-
ment for most positions where underrepresentation exists has been
severely limited, for several years, due to the Government-wide
reinvention efforts.  As a result, there are instances of under-
representation (manifest imbalance and/or conspicuous absence) of
some EEO groups in the Department's work force.  Emphasis for
Fiscal Year 1999 will again be placed on internal movements,
training, and career development.  See Program Element II-Work
Force for established numerical hiring objectives and Program
Element V-Employee Development for related objectives and action
items.  See page DIV-7 through DIV-15 for the Fiscal Year 1998
Problem/Barrier Identification and Fiscal Year 1999 Objectives
and Action Items designed to eliminate all identified problems/
barriers.

EEOC FORM 566 (8/87)                                    DIV-3

HUD004141

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENT

UPDATE
PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED

IV.  RECRUITMENT AND HIRING (Cont'd)

The analysis identified the following problems/barriers:

UNDESIRED CONDITION:  HUD's ability to conduct targeted
recruitment and hiring has been, and will continue to be,
severely limited as the Department remains committed to the
goals and objectives of the National Partnership for
Reinventing Government.  As a result, some EEO groups remain
underrepresented (manifest imbalance and/or conspicuous
absence) in eighteen (18) major occupational series.  The
number of major occupational series (defined as with 100 or
more employees) continue to decline as the work force
declines - from twenty-two (22) occupations in Fiscal Year
1996, to nineteen (19) in Fiscal Year 1997, to eighteen (18)
in Fiscal Year 1998.

Further, the adverse impact analysis and impact ratio
analysis revealed that some EEO groups may be adversely
affected during the competitive selection process.

DESIRED CONDITION:  The desired condition is to attain and
retain a work force that is reflective of the nation's
diversity.  Due to limited financial resources and
continuing restructuring and management reform, little
outside recruitment and hiring is anticipated during Fiscal
Year 1999, making HUD's ability to attain its desired
condition unlikely.  Yet, every effort will be made to
eliminate instances of underrepresentation of the targeted
EEO groups (listed below) in each of the major occupational
series.

ANALYSIS:  An analysis of the Department's work force
revealed that there are MANIFEST IMBALANCES-When the work
force's representation of a particular EEO group, by
occupational category or grade level, is substantially below
its representation in the appropriate Civilian Labor Force
(CLF) and CONSPICUOUS ABSENCES-When a particular EEO group
is nearly or nonexistent in an occupational category or
grade level in the work force, in the following eighteen
major occupations (job series with 100 or more employees):

EEOC FORM 566 (8/87)                                    DIV-4

HUD004142

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENT

UPDATE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED

IV.   RECRUITMENT AND HIRING (Cont'd)

PROFESSIONAL CATEGORY

ACCOUNTANT
        Series 0510...................White females
                                      Hispanic females
                                      Asian males
                                      Indian females
AUDITOR
        Series 0511...................White females
                                      Hispanic females
                                      Asian males
                                      Asian females
                                      Indian males
                                      Indian females
ATTORNEY
        Series 0905...................White females
                                      Asian males
                                      Asian females

CONTRACTING SPECIALIST
        Series 1102...................Hispanic males
                                      Asian males
                                      Indian males
                                      Indian females


ADMINISTRATIVE CATEGORY


MISCELLANEOUS ADMINISTRATIVE
        Series 0301...................White females
                                      Hispanic males
                                      Hispanic females
                                      Asian females
                                      Indian males
                                      Indian females
COMPUTER SPECIALIST
        Series 0334...................White females
                                      Hispanic females
                                      Indian females

EEOC FORM 566 (8/87)                                  DIV-5

HUD004143

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 1999**
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENT

UPDATE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED

IV.  RECRUITMENT AND HIRING (Cont'd)

ADMINISTRATIVE CATEGORY (Cont'd)

MANAGEMENT/PROGRAM ANALYST
    Series 0343....................White females
                                   Hispanic males
                                   Hispanic females
                                   Asian females
                                   Indian males
                                   Indian females

EQUAL OPPORTUNITY SPECIALIST
    Series 0360...................White females
                                   Asian males
                                   Indian males

FINANCIAL OPERATIONS ANALYST
    Series 0501...................White females
                                   Hispanic males
                                   Hispanic females
                                   Asian males
                                   Indian females

CONSTRUCTION ANALYST
    Series 0828...................White females
                                   Black females
                                   Hispanic females
                                   Indian females

GENERAL BUSINESS AND INDUSTRY
    Series 1101...................White females
                                   Asian males
                                   Asian females

FINANCIAL ANALYST (HOUSING)
    Series 1160...................White females
                                   Indian males

EEOC FORM 566 (8/87)                                    DIV-6

HUD004144

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENT

UPDATE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED

IV.   RECRUITMENT AND HIRING (Cont'd)

ADMINISTRATIVE CATEGORY (Cont'd)

```
APPRAISING/ASSESSING SPECIALIST
     Series 1171...................White females
                                   Black females
                                   Hispanic females
                                   Asian males
                                   Asian females
                                   Indian males
                                   Indian females

CRIMINAL INVESTIGATOR
     Series 1811...................White females
                                   Asian females
                                   Indian females
```

TECHNICAL CATEGORY

```
MISC. CLERK/ASSISTANT
     Series 0303...................White females
                                   Black males
                                   Hispanic males
                                   Asian males
                                   Asian females
                                   Indian males

GENERAL BUSINESS AND INDUSTRY
     Series 1101...................Black males
                                   Hispanic males
                                   Asian males
                                   Indian males
```

EEOC FORM 566 (8/87)                                      DIV-7

HUD004145

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENT

UPDATE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED

IV.   RECRUITMENT AND HIRING (Cont'd)

CLERICAL CATEGORY

CLERK
        Series 0303...................White females
                                      Hispanic females
                                      Asian males
                                      Indian males
                                      Indian females
SECRETARY
        Series 0318...................White females
                                      Black males
                                      Hispanic males
                                      Asian males
                                      Indian females

PROBABLE BARRIER:  Limited recruitment opportunities
due to continuing restructuring, management reform, and
limited financial resources.

ALTERNATIVE:  Continue to encourage the use of training
and career development programs and internal movements
as a means of correcting instances of underrepresenta-
tion; and continue to advise top level management and
selecting officials of the Department's commitment to
increase representation of targeted EEO groups in all
occupations and at all grade levels by reemphasizing
the established goals and objectives outlined in the
Department's Federal Equal Opportunity Recruitment
Program (FEORP) Plan and their respective office's AEP
Plan, and through continuous EEO/AE Program information
and reports using the ODEEO Website HomePage.

EXPECTED RESULTS:  The ideal result is the attainment
of a diversified, balanced work force that is repre-
sentative of the Civilian Labor Force (CLF) and the
Nation's diversity.  However, with limited financial
resources and restricted outside hiring, it is highly
likely that the outcome will not be as desired or
expected.

EEOC FORM 566 (8/87)                                    DIV-8

HUD004146

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENT

UPDATE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED

V.   RECRUITMENT AND HIRING (Cont'd)

FOLLOW-UP ACTION:  Continue to monitor recruitment,
hiring, internal movement, training and career
development, and attrition statistics and conduct
impact analyses, including applicant flow data, on
identified EEO groups that are underrepresented in the
Department's work force.

See pages DIV-10 and 11 for Fiscal Year 1999 Objective
and Action Items.

EEOC FORM 566 (8/87)                                    DIV-9

HUD004147

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  IV.  RECRUITMENT AND HIRING

PROGRAM/BARRIER STATEMENT:  Limited opportunities to recruit from
outside the agency.

OBJECTIVE:  Eliminate instances of manifest imbalances and
conspicuous absences of EEO groups in the work force through
internal movements, utilizing both training and career
development.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  09/30/99

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| 1.  Continue to encourage the use of internal movements (promotions and reassignments) of on-board staff to correct instances of manifest imbalance and conspicuous absence. | Assistant Secretary for Administration and Director, Office of Departmental Equal Employment Opportunity (ODEEO) | Ongoing Activity with annual reporting |
| 2.  Continue to conduct training of all managers, supervisors, and employees on their EEO/AE and Cultural Diversity responsibilities. | " | " |
| 3.  Develop and implement AEP Plans that focus on internal movement strategies and training and development initiatives for each Program Office within the Department. | Assistant Secretaries and Primary Organization Heads | 01/29/99 |

EEOC FORM 566 (8/87)                                          DIV-10

HUD004148

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 1999
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT:  IV.  RECRUITMENT AND HIRING

PROGRAM/BARRIER STATEMENT:  Limited opportunities to recruit from outside the agency.

OBJECTIVE:  Eliminate instances of manifest imbalances and conspicuous absences of EEO groups in the work force through internal movements, utilizing both training and career development.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  09/30/99

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| (Cont'd) | | |
| 4.  Continue to collect, monitor, and analyze applicant flow data to determine any adverse impact on minorities, women, and persons with disabilities. | Assistant Secretary for Administration and Director, ODEEO | Ongoing activity with annual reporting 09/30/99 |
| 5.  Complete system testing and modifications of the Applicant Flow Automated Tracking, Monitoring, and Reporting Subsystem. | Assistant Secretary for Administration and Director, ODEEO | 06/30/99 |

EEOC FORM 566 (8/87)                                      DIV-11

HUD004149

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
(HUD)

DEPARTMENTWIDE

FISCAL YEAR 2000

AFFIRMATIVE EMPLOYMENT PROGRAM
(AEP)

PLAN UPDATE REPORT

HUD004181



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
THE SECRETARY
WASHINGTON, DC 20410-0001

January 18, 2000

MEMORANDUM FOR:  All HUD Employees

FROM:  Andrew Cuomo

SUBJECT:  POLICY STATEMENT - Equal Employment Opportunity, Affirmative
Employment, Prevention of Unlawful Harassment, Employment and
Accommodation of Persons with Disabilities, Disabled Veterans, and
Addressing Sexual Orientation in the workplace

In conformance with the policies expressed in Title VII of the Civil Rights Act of
1964, as amended; the Civil Rights Act of 1991; Executive Order 11478 of 1969, as
amended; the Age Discrimination in Employment Act of 1967; the Equal Pay Act of
1962, as amended; the Rehabilitation Act of 1973, as amended; the Vietnam Era
Veteran's Readjustment Act of 1974; the Civil Service Reform ACT of 1978; Veterans
Employment Opportunities Act of 1998; Executive Order 13087 of 1998; and HUD
regulations at 24 CFR Part 7, it is the policy and intent of the Department of
Housing and Urban Development (HUD) to provide equality of employment
opportunity for all persons, and to prohibit discrimination because of race, color,
religion, sex, national origin, age, disability or sexual orientation. Moreover, HUD
is committed to promoting affirmative employment through the removal of barriers and
by positive actions at every management level, including the early resolution of Equal
Employment Opportunity (EEO) disputes.

These policies are an integral part of HUD's mission and their implementation is
a high priority of this Administration. I am personally committed to Equal Employment
Opportunity, Affirmative Employment and Diversity (EEO/AE/Diversity) and I expect all
employees to support EEO/AE/Diversity. All managers and supervisors are fully
accountable for carrying out their EEO/AE/Diversity responsibilities. The Department
will take appropriate action when its managers and supervisors fail to take the
necessary actions to ensure that our EEO/AE/ Diversity goals and objectives are
achieved.

The Department's EEO/AE/Diversity goals and objectives are expressed in HUD
regulations at 24 CFR Part 7 as well as in the multi-year Affirmative Employment
Program (AEP) Plan. EEO/AE/Diversity is a separate critical element in our managerial
performance appraisal system, which requires the Senior Executive Service (SES) and
managers and supervisors to achieve measurable results in their management of the
Department.

EEOC FORM 566 (8/87)                                                    D-3

HUD004184

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

It is the policy of the United States Government and the Department of Housing and Urban Development (HUD) to provide equal opportunity in Federal employment for all persons through the development, implementation, and continuation of an Affirmative Employment Program. I expect all managers and supervisors to be proactive in implementing EEO/AE/ Diversity. They are required to:

1.   Hold subordinate managers and supervisors accountable for promoting EEO/AE/ Diversity in every aspect of the Department's policies, programs, and practices, including learning and practicing the principles of F.A.I.R. (Feedback, Assistance, Inclusion, and Respect) in all interactions with employees and HUD customers.

2.   Attend EEO/AE/Diversity training sessions to ensure full understanding of and sensitivity to EEO/AE/Diversity policies, practices, and procedures.

3.   Make a vigorous effort to assure full and fair representation of qualified minorities, women, and persons with disabilities, including disabled veterans when recruiting, hiring, and providing advancement opportunities.

4.   Use Special Employment Programs to correct the underrepresentation of minorities, women, and persons with disabilities, including disabled veterans, i.e., Part-Time Employment, Cooperative Education, Special Hiring Authorities, Upward Mobility, etc.

5.   Learn and practice Alternative Dispute Resolution (ADR) techniques to resolve problems early before they give rise to formal complaints or union grievances. HUD's official ADR program entitled CARR - Conflict, Avoidance, Resolution, and Repair is managed by the Office of Departmental Equal Employment Opportunity (ODEEO), and fully participate in ADR sessions, when required.

6.   Participate in the Affirmative Employment Program planning process by analyzing all aspects of the Department's operations to determine any barriers to full equal employment, and by designing and carrying out actions to remove those barriers.

7.   Refer to the AEP Plan goals and objectives before initiating recruitment, hiring, training, reassignment, and promotion actions.

8.   Periodically review AEP progress reports and make adjustments in activities to meet goals and objectives, and to ensure that HUD's work force is empowered, capable, and accountable for results.

9.   Fulfill the duties and responsibilities as outlined in 24 C.F.R. Part 7.

HUD004185

## UNLAWFUL HARASSMENT

It is the policy of the Department of Housing and Urban Development (HUD) that harassment based on race, color, religion, sex (whether or not of a sexual nature), national origin, age, or disability is unacceptable conduct in the work place and will not be tolerated nor will retaliation against anyone who complains of harassment. Any employee found to have engaged in harassment against any other employee may expect appropriate disciplinary action. All new employees shall be informed of this policy during their initial orientation sessions. This policy shall be periodically reiterated for all employees.

Harassment violates Federal law when it involves discriminatory treatment based on race, color, sex (with or without sexual conduct), religion, national origin, age, disability, or because an employee opposed job discrimination or participated in a investigation or complaint proceeding under the EEO statutes. An employer is always responsible for harassment by a manager or supervisor that culminated in a tangible employment action. If the harassment did not lead to a tangible employment action, the employer is liable unless it proves that: 1) it exercised reasonable care to prevent and promptly correct any harassment; and 2) the employee unreasonably failed to complain to management or to avoid harm otherwise. Federal law does not prohibit simple teasing, offhand comments, or isolated incidents that are not extremely serious. Conduct leading to harassment must be sufficiently frequent or severe to create a hostile work environment or result in a "tangible employment action," such as hiring, firing, promotion, or demotion.

Sexual Harassment has been determined by the Equal Employment Opportunity Commission (EEOC) to be "unwelcome advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

1.    submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;

2.    submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or

3.    such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive work environment."

Sexual harassment is a form of sexual discrimination under Title VII of the Civil Rights Act of 1964. There may be other causes of action under State and local law in addition to those found under Federal civil rights law. These include assault and battery, intentional infliction of emotional distress, wrongful discharge, and negligence. Some advances may even result in criminal charges such as sexual assault or rape.

HUD is responsible for creating a working climate free from unsolicited and unwelcome sexual overtures. The law states, "....an employer is responsible for acts of sexual harassment in the workplace where the employer (or its agents or supervisory employees) knows or should have known of the conduct, unless it can show that it took immediate and appropriate action. An employer may also be responsible for the acts of

HUD004186

non-employees with respect to sexual harassment of employees in the workplace, where the employer (or its agents or supervisory employees) knows or should have known of the conduct, unless it can show that it took immediate and appropriate action."

HUD managers and supervisors are responsible for ensuring a workplace that is free of unlawful harassment.

## EMPLOYMENT AND ACCOMMODATION OF PERSONS WITH DISABILITIES

**It is the policy of the Department of Housing and Urban development (HUD) to establish employment practices to promote active recruitment and proper placement of qualified persons with disabilities; provide selective placement assistance to assure retention and career advancement opportunities; and to assure that persons with disabilities have a full opportunity to be represented at every level in the work force.**

**It is also the policy of HUD to provide reasonable accommodation to the known physical or mental limitations of qualified employees and job applicants with disabilities, unless it can be shown that the accommodation would impose an undue hardship on its operations.**

It is the goal of the Department to be a model employer of persons with disabilities by providing full and fair consideration, employment, advancement, and retention of persons with disabilities in a broad range of grade levels and occupations commensurate with their knowledge, skills, and abilities. Further, HUD will assure that persons with disabilities are not unnecessarily excluded or limited because of job design or because of architectural, communication, procedural, or attitudinal barriers.

Managers and supervisors are responsible for achieving these goals, as expressed in the Department's Affirmative Employment Program (AEP) Plan covering the hiring, placement, and advancement of persons with disabilities, at their respective office levels. They are also responsible for providing reasonable accommodation, which is a logical adjustment made to a job or work environment that enables a qualified person with disabilities to perform the essential function of a position.

## DISABLED VETERAN EMPLOYMENT

**It is the policy of the Department of Housing and Urban Development (HUD) to promote the maximum employment and job advancement for qualified disabled veterans, similar to its policy, goals, and objectives with reference to all persons with disabilities.**

Managers and supervisors are responsible for achieving these goals, as expressed in the Department's Disabled Veterans Affirmative Action Program (DVAAP) Plan, at their respective office levels.

HUD004187

## DISCRIMINATION BASED ON SEXUAL ORIENTATION

**It is the policy of the Department of Housing and Urban Development (HUD) to prohibit discrimination based on sexual orientation.** HUD is committed to promoting a work environment that is free from discrimination on the basis of sexual orientation in accordance with Executive Order 13087, Addressing Sexual Orientation Discrimination in Federal Civil Employment, dated May 28, 1998. Such discrimination with respect to employment conduct is not acceptable and will not be tolerated by anyone at HUD.

The Civil Service Reform Act of 1978 describes prohibited personnel practices. One of them, contained in 5 U.S.C. 2302 (b) (10), prohibits any employee who has authority to take personnel actions from discriminating for or against employees or applicants for employment on the basis of conduct that adversely affects either the employee's own job performance or the performance of others. Subsection (C) of 5 U.S.C. 2302 gives notice to agency heads that they will be held responsible for the prevention of prohibited personnel practices. The Office of Personnel Management (OPM) has interpreted this statute to prohibit discrimination based on sexual orientation. While employees and applicants may not seek relief from the Equal Employment Opportunity Commission (EEOC) or file a discrimination complaint under Title VII of the Civil Rights Act of 1964, as amended, they may seek assistance under appropriate administrative procedures and/or appropriate negotiated agreements.

HUD004188

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
(HUD)

FISCAL YEAR 2000


DEPARTMENTWIDE

AFFIRMATIVE EMPLOYMENT PROGRAM

(AEP)

UPDATE REPORT


PROGRAM ELEMENT II

WORK FORCE

Pages DII-1 through DII-44

HUD004198

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II. WORK FORCE - SUMMARY ANALYSIS

Analyses of the Department's work force were conducted by occupational categories (PATCOB-Professional, Administrative, Technical, Clerical, Other, Blue Collar), grade groupings, and major occupations using the National Finance Center's (NFC) Fiscal Year 1999 year-end data and the Department's Equal Employment Opportunity Monitoring and Analysis System (EEOMAS). Further analyses were conducted by occupational categories, grade groupings and major occupations using 1990 Census Availability Data, NFC's Fiscal Years 1998 and 1999 year-end comparative data, and EEOMAS. The results of these analyses are as follows:

For the first time in several years, the Department's on-board permanent work force increased slightly, from 9,446 in Fiscal Year 1998 to 9,485 in Fiscal Year 1999, an increase of 39 or 0.4 percent. Minorities and women increased by 59, their percentage of representation increased by 0.3 percent. Minorities increased by 79; their percentage of representation increased by 0.6 percent. The number of women increased by 11; yet their percentage of representation decreased by 0.1 percent. The percentages of employment for Black males, Hispanic males, Hispanic females, Asian males, and Asian females increased during Fiscal Year 1999. The percentages of employment for Black females and Indian males remained unchanged from Fiscal Year 1998. The percentages of employment decreased for White females and Indian females.

This Departmentwide Annual Affirmative Employment Program (AEP) Plan covers a total of 9,485 permanent full-time and permanent part-time employees. There are 1,145 employees in the Professional category; 6,661 in the Administrative category; 1,255 in the Technical category; 383 in the Clerical category; 32 in the Other category; and 9 in the Blue Collar category. Instances of manifest imbalances and/or conspicuous absences continue to exist for some EEO groups. It appears that the attrition rate of some EEO groups is contributing to their continued manifest imbalances and/or conspicuous absences. The following analyses and action items depict the Department's Fiscal Year 2000 work force update.

HUD004199

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### ANALYSIS OF UNDERREPRESENTATION BY OCCUPATIONAL CATEGORY

The year-end analysis further revealed the following instances of underrepresentation (**Manifest Imbalance and Conspicuous Absence**) in the work force by occupational category:

**MANIFEST IMBALANCE** - when the work force's representation of a particular Equal Employment Opportunity (EEO) group, by occupational category or grade level, is substantially below its representation in the appropriate Civilian Labor Force (CLF).

The analysis revealed that there are **MANIFEST IMBALANCES** in the following PATCOB categories and EEO groups: .

PROFESSIONAL................................................White females
                                                          Indian females

ADMINISTRATIVE..............................................White females

TECHNICAL...................................................White females
                                                          Black males
                                                          Asian females
                                                          Indian males

CLERICAL....................................................Hispanic males
                                                          Hispanic females

OTHER.......................................................Black males
                                                          Hispanic males

**CONSPICUOUS ABSENCE** - when a particular Equal Employment Opportunity (EEO) group is nearly or nonexistent in an occupational category or grade level in the work force.

The analysis revealed that there are **CONSPICUOUS ABSENCES** in the following PATCOB categories and EEO groups:

TECHNICAL...................................................Hispanic males
                                                          Asian males

EEOC FORM 566 (8/87)                                                      DII-2

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II. WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### CONSPICUOUS ABSENCE (Cont'd)

CLERICAL.............................................White females
Asian males

OTHER.................................................Asian males
Indian males
Indian females

### ANALYSIS OF UNDERREPRESENTATION BY MAJOR OCCUPATION

The analysis of the Department's work force revealed that there are MANIFEST IMBALANCES in the following major occupations (occupational series with 100 or more employees) and EEO groups:

### PROFESSIONAL CATEGORY

ACCOUNTANT
Series 0510...............................Asian males

AUDITOR
Series 0511...............................White females
Hispanic females
Asian males
Asian females

ATTORNEY
Series 0905...............................White females
Asian males
Asian females

CONTRACTING SPECIALIST
Series 1102...............................Asian males

### ADMINISTRATIVE CATEGORY

MISCELLANEOUS ADMINISTRATIVE
Series 0301...............................White females
Hispanic males
Asian females

HUD004201

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 1999**
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM ACCOMPLISHMENT REPORT
PROGRAM ANALYSIS

DEPARTMENT

## II. WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### ANALYSIS OF UNDERREPRESENTATION BY MAJOR OCCUPATION MANIFEST IMBALANCES (Cont'd)

#### ADMINISTRATIVE CATEGORY (Cont'd)

COMPUTER SPECIALIST
Series 0334............................................Hispanic females

MANAGEMENT/PROGRAM ANALYST
Series 0343............................................White females
Hispanic males
Hispanic females
Indian females

EQUAL OPPORTUNITY SPECIALIST
Series 0360............................................Asian males

FINANCIAL OPERATIONS ANALYST
Series 0501............................................White females
Hispanic males
Hispanic females
Asian males

CONSTRUCTION ANALYST
Series 0828............................................Black females
Asian females

GENERAL BUSINESS AND INDUSTRY
Series 1101............................................White females
Asian males

FINANCIAL ANALYST (HOUSING)
Series 1160............................................White females

APPRAISING/ASSESSING SPECIALIST
Series 1171............................................Hispanic females
Asian females

CRIMINAL INVESTIGATOR
Series 1811............................................Asian females

HUD004202

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

ANALYSIS OF UNDERREPRESENTATION BY MAJOR OCCUPATION
MANIFEST IMBALANCES (Cont'd)

TECHNICAL CATEGORY

MISC. CLERK/ASSISTANT
    Series 0303...............................................White females
                                                            Black males
                                                            Asian females
                                                            Indian males

GENERAL BUSINESS AND INDUSTRY
    Series 1101...............................................White females
                                                            Asian males

CLERICAL CATEGORY

CLERK
    Series 0303...............................................White females
                                                            Hispanic females

SECRETARY
    Series 0318...............................................White females
                                                            Black males
                                                            Indian females

An analysis of the work force by occupation revealed instances of **CONSPICUOUS ABSENCES** in the following **major occupations** (occupational series with 100 or more employees) and EEO groups:

PROFESSIONAL CATEGORY

ACCOUNTANT
    Series 0510...............................................White females
                                                            Indian females
AUDITOR
    Series 0511............................................. Indian males
                                                            Indian females

HUD004203

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2000  --**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

DEPARTMENT

UPDATE

## II. WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### ANALYSIS OF UNDERREPRESENTATION BY MAJOR OCCUPATION
### CONSPICUOUS ABSENCES (Cont'd)

#### PROFESSIONAL CATEGORY (Cont'd)

CONTRACT SPECIALIST
Series 1102.............................................Hispanic males
Indian males
Indian females

#### ADMINISTRATIVE CATEGORY

MISCELLANEOUS ADMINISTRATIVE
Series 0301........................................Indian males

COMPUTER SPECIALIST
Series 0334.........................................White females
Indian females

MANAGEMENT/PROGRAM ANALYST
Series 0343.........................................Indian males

EQUAL OPPORTUNITY SPECIALIST
Series 0360.........................................White females
Indian males

FINANCIAL OPERATIONS ANALYST
Series 0501.......................................... Indian females

CONSTRUCTION ANALYST
Series 0828.........................................White females
Hispanic females

FINANCIAL ANALYST
Series 1160.........................................Indian males

HUD004204

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

ANALYSIS OF UNDERREPRESENTATION BY MAJOR OCCUPATION
CONSPICUOUS ABSENCES (Cont'd)

### ADMINISTRATIVE CATEGORY (Cont'd)

APPRAISING/ASSESSING SPECIALIST
Series 1171................................................White females
Asian males
Indian males
Indian females

CRIMINAL INVESTIGATOR
Series 1811................................................White females
Indian females

### TECHNICAL CATEGORY

MISCELLANEOUS CLERK/ASSISTANT
Series 0303................................................Hispanic males
Asian males

GENERAL BUSINESS AND INDUSTRY
Series 1101................................................Black males
Hispanic males
Indian males

### CLERICAL CATEGORY

MISC. CLERK/ASSISTANT
Series 0303................................................Asian males
Indian males
Indian females

SECRETARY
Series 0318................................................Hispanic males
Asian males

EEOC FORM 566 (8/87)                                            DII-7

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### SUMMARY STATEMENT OF UNDERREPRESENTATION

There are some instances of underrepresentation in the work force for each of the
EEO groups.  The specific underrepresented EEO Groups and instances of
underrepresentation are as follows:

| EEO Groups | Instances of Underrepresentation |
|---|---|
| White females - | Professional,  Administrative, Technical, and Clerical categories and in the 510, 511, 905, 301, 334, 343, 360, 501, 828, 1101(A), 1160, 1171, 1811, 303 (T), 1101 (T), 303 ( C), and 318 occupational series. |
| Black males - | Technical category and in the 303 (T), 1101 (T), and 318 occupational series. |
| Black females - | 828 occupational series. |
| Hispanic males - | Clerical and Other categories and in the 1102, 301, 343, 501, 303 (T), 1101 (T), and 318 occupational series. |
| Hispanic females - | Clerical category and in the 511, 334, 343, 501, 828, 1171, and 303 (C) occupational series. |
| Asian males - | Technical, Clerical, and Other categories and in the 510, 511, 905, 1102, 360, 501, 1101(A), 1171, 1101 (T), 303 (T), 303 ( C), and 318 occupational series. |
| Asian females - | Technical category and in the 511, 905, 301, 828, 1171, 1811, and 303 (T) occupational series. |
| Indian males - | Technical and Other categories and in the 511, 1102, 301, 343, 360, 1160, 1171, 1101 (T), 303 (T), and 303 ( C) occupational series. |
| Indian females - | Professional and Other categories and in the 510, 511, 1102, 334, 343, 501, 1171, 1811, 303 (C), and 318 occupational series. |

---

EEOC FORM 566 (8/87)                                                      DII-8

HUD004206

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II. WORK FORCE - SUMMARY ANALYSIS (Cont'd)

The following depicts the changes in employment between Fiscal Years 1998 and
1999 by year-end on-board work force, PATCOC category, and grade groupings:

### ON-BOARD WORK FORCE

| Race/Sex | 1998 | | 1999 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Whites | 5,297 | 56.0 | 5,257 | 55.4 | - 40 | -0.6 |
| White males | 2,648 | 28.0 | 2,628 | 27.7 | - 20 | -0.3 |
| White females | 2,649 | 28.0 | 2,629 | 27.7 | - 20 | -0.3 |
| Blacks | 3,137 | 33.2 | 3,168 | 33.5 | + 31 | +0.3 |
| Black males | 770 | 8.1 | 792 | 8.4 | + 22 | +0.3 |
| Black females | 2,367 | 25.1 | 2,376 | 25.1 | + 9 | 0.0 |
| Hispanics | 617 | 6.6 | 641 | 6.8 | + 24 | +0.2 |
| Hispanic males | 242 | 2.6 | 256 | 2.7 | + 14 | +0.1 |
| Hispanic females | 375 | 4.0 | 385 | 4.1 | + 10 | +0.1 |
| Asian Americans | 293 | 3.1 | 318 | 3.3 | + 25 | +0.2 |
| Asian males | 135 | 1.4 | 146 | 1.5 | + 11 | +0.1 |
| Asian females | 158 | 1.7 | 172 | 1.8 | + 14 | +0.1 |
| American Indians | 102 | 1.1 | 101 | 1.0 | - 1 | -0.1 |
| Indian males | 39 | 0.4 | 40 | 0.4 | + 1 | 0.0 |
| Indian females | 63 | 0.7 | 61 | 0.6 | - 2 | -0.1 |
| Total Work Force | 9,446 | 100.0 | 9,485 | 100.0 | -39 | +0.4 |
| Minorities and Women | 6,798 | 72.0 | 6,857 | 72.3 | + 59 | +0.3 |
| Women | 5,612 | 59.4 | 5,623 | 59.3 | + 11 | - 0.1 |
| Minorities | 4,149 | 44.0 | 4,228 | 44.6 | + 79 | +0.6 |

EEOC FORM 566 (8/87)                                                                DII-9

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II. WORK FORCE - SUMMARY ANALYSIS (Cont'd)

CHANGE IN WORK FORCE FISCAL YEAR 1998 AND FISCAL YEAR 1999
BY PATCOB CATEGORY (Cont'd)

### PROFESSIONAL CATEGORY

| Race/Sex | 1998 | | 1999 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Whites | 751 | 70.3 | 766 | 66.8 | +15 | - 3.5 |
| White males | 533 | 49.9 | 525 | 45.8 | - 8 | - 4.1 |
| White females | 218 | 20.4 | 241 | 21.0 | +23 | +0.6 |
| Blacks | 205 | 19.2 | 243 | 21.3 | + 38 | +2.1 |
| Black males | 83 | 7.8 | 94 | 8.2 | + 11 | +0.4 |
| Black females | 122 | 11.4 | 149 | 13.1 | + 27 | +1.7 |
| Hispanics | 53 | 4.9 | 57 | 4.9 | + 4 | 0.0 |
| Hispanic males | 33 | 3.0 | 36 | 3.1 | + 3 | +0.1 |
| Hispanic females | 20 | 1.9 | 21 | 1.8 | + 1 | -0.1 |
| Asian Americans | 56 | 5.3 | 74 | 6.5 | +18 | +1.2 |
| Asian males | 34 | 3.2 | 39 | 3.4 | + 5 | +0.2 |
| Asian females | 22 | 2.1 | 35 | 3.1 | +13 | +1.0 |
| American Indians | 4 | 0.3 | 5 | 0.4 | + 1 | +0.1 |
| Indian males | 2 | 0.2 | 4 | 0.3 | + 2 | +0.0 |
| Indian females | 2 | 0.1 | 1 | 0.1 | - 1 | 0.0 |
| | 1,069 | 100.0 | 1,145 | 100.0 | +76 | +7.1 |
| Minorities and Women | 536 | 50.1 | 620 | 54.1 | +84 | +4.0 |
| Women | 384 | 35.9 | 447 | 39.0 | +63 | +3.1 |
| Minorities | 318 | 29.7 | 379 | 33.1 | +61 | +3.4 |

EEOC FORM 566 (8/87)                                      DII-10

HUD004208

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2000**
*ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT*
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II. WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### CHANGE IN WORK FORCE BY PATCOB CATEGORY (Cont'd)

#### ADMINISTRATIVE CATEGORY

| Race/Sex | 1998 | | 1999 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| **Whites** | **3,819** | **58.3** | **3,838** | **57.6** | **+19** | **-0.7** |
| White males | 2,019 | 30.9 | 2,010 | 30.2 | - 9 | -0.7 |
| White females | 1,800 | 27.4 | 1,828 | 27.4 | +28 | 0.0 |
| **Blacks** | **2,030** | **31.1** | **2,101** | **31.5** | **+71** | **+0.4** |
| Black males | 619 | 9.5 | 627 | 9.4 | + 8 | -0.1 |
| Black females | 1,411 | 21.6 | 1,474 | 22.1 | +63 | +0.5 |
| **Hispanics** | **419** | **6.4** | **453** | **6.8** | **+34** | **+0.4** |
| Hispanic males | 192 | 2.9 | 202 | 3.0 | +10 | +0.1 |
| Hispanic females | 227 | 3.5 | 251 | 3.8 | +24 | +0.3 |
| **Asian Americans** | **194** | **3.0** | **204** | **3.1** | **+10** | **+0.1** |
| Asian males | 95 | 1.5 | 98 | 1.5 | + 3 | 0.0 |
| Asian females | 99 | 1.5 | 106 | 1.6 | + 7 | +0.1 |
| **American Indians** | **65** | **1.0** | **65** | **1.0** | **0** | **0.0** |
| Indian males | 33 | 0.5 | 32 | 0.5 | - 1 | 0.0 |
| Indian females | 32 | 0.5 | 33 | 0.5 | + 1 | 0.0 |
| | **6,527** | **100.0** | **6,661** | **100.0** | **+134** | **+2.1** |
| **Minorities and Women** | **4,508** | **69.1** | **4,651** | **69.8** | **+143** | **+0.7** |
| **Women** | **3,569** | **54.7** | **3,692** | **55.4** | **+123** | **+0.7** |
| **Minorities** | **2,708** | **41.5** | **2,823** | **42.4** | **+115** | **+0.9** |

---

EEOC FORM 566 (8/87)                                         DII-11

HUD004209

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II. WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### CHANGE IN WORK FORCE BY PATCOB CATEGORY (Cont'd)

#### TECHNICAL CATEGORY

| Race/Sex | 1998 # | 1998 % | 1999 # | 1999 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| Whites | 571 | 40.7 | 495 | 39.5 | - 76 | - 1.2 |
| White males | 71 | 5.1 | 64 | 5.1 | - 7 | 0.0 |
| White females | 500 | 35.6 | 431 | 34.4 | - 69 | -1.2 |
| Blacks | 653 | 46.5 | 602 | 48.0 | - 51 | +1.5 |
| Black males | 42 | 3.0 | 43 | 3.4 | + 1 | +0.4 |
| Black females | 611 | 43.5 | 559 | 44.6 | - 52 | +1.1 |
| Hispanics | 118 | 8.4 | 102 | 8.1 | - 16 | -0.3 |
| Hispanic males | 13 | 0.9 | 13 | 1.0 | 0 | +0.1 |
| Hispanic females | 105 | 7.5 | 89 | 7.1 | - 16 | -0.4 |
| Asian Americans | 33 | 2.3 | 28 | 2.2 | - 5 | -0.1 |
| Asian males | 6 | 0.4 | 9 | 0.7 | + 3 | +0.3 |
| Asian females | 27 | 1.9 | 19 | 1.5 | - 8 | -0.4 |
| American Indians | 30 | 2.1 | 28 | 2.2 | - 2 | +0.1 |
| Indian males | 3 | 0.2 | 3 | 0.2 | 0 | 0.0 |
| Indian females | 27 | 1.9 | 25 | 2.0 | - 2 | +0.1 |
| | 1,405 | 100.0 | 1,255 | 100.0 | -150 | -10.7 |
| Minorities and | | | | | | |
| Women | 1,334 | 94.9 | 1,191 | 94.9 | -143 | 0.0 |
| Women | 1,270 | 90.4 | 1,123 | 89.6 | -147 | -0.8 |
| Minorities | 834 | 59.4 | 760 | 60.6 | - 74 | +1.2 |

---

EEOC FORM 566 (8/87)                                    DII-12

HUD004210

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II. WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### CHANGE IN WORK FORCE BY PATCOB CATEGORY (Cont'd)

#### CLERICAL CATEGORY

| Race/Sex | 1998 # | 1998 % | 1999 # | 1999 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| Whites | 153 | 35.0 | 143 | 37.3 | -10 | + 2.3 |
| White males | 23 | 5.3 | 20 | 5.2 | - 3 | - 0.1 |
| White females | 130 | 29.7 | 123 | 32.1 | - 7 | +2.4 |
| Blacks | 243 | 55.6 | 205 | 53.5 | - 38 | - 2.1 |
| Black males | 20 | 4.6 | 18 | 4.7 | - 2 | +0.1 |
| Black females | 223 | 51.0 | 187 | 48.8 | - 36 | - 2.2 |
| Hispanics | 27 | 6.2 | 23 | 6.0 | - 4 | -0.2 |
| Hispanic males | 4 | 0.9 | 4 | 1.0 | 0 | +0.1 |
| Hispanic females | 23 | 5.3 | 19 | 5.0 | - 4 | -0.3 |
| Asian Americans | 10 | 2.3 | 9 | 2.3 | - 1 | 0.0 |
| Asian males | 0 | 0.0 | 0 | 0.0 | - 0 | 0.0 |
| Asian females | 10 | 2.3 | 9 | 2.3 | - 1 | 0.0 |
| American Indians | 4 | 0.9 | 3 | 0.8 | - 1 | - 0.1 |
| Indian males | 1 | 0.2 | 1 | 0.3 | - 0 | + 0.1 |
| Indian females | 3 | 0.7 | 2 | 0.5 | - 1 | - 0.2 |
| | 437 | 100.0 | 383 | 100.0 | -54 | -12.4 |
| Minorities and Women | 414 | 94.7 | 363 | 94.7 | - 51 | 0.0 |
| Women | 389 | 89.0 | 340 | 88.8 | - 49 | -0.2 |
| Minorities | 284 | 65.0 | 240 | 62.6 | - 44 | -2.4 |

---

EEOC FORM 566 (8/87)                                             DII-13

HUD004211

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

.UPDATE

## II. WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### CHANGE IN WORK FORCE BY PATCOB CATEGORY (Cont'd)

#### OTHER CATEGORY

| Race/Sex | 1998 # | 1998 % | 1999 # | 1999 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| Whites | 1 | 100.0 | 13 | 40.5 | +12 | -59.5 |
| White males | 0 | 0.0 | 7 | 21.9 | + 7 | +21.9 |
| White females | 1 | 100.0 | 6 | 18.6 | + 5 | - 2.4 |
| Blacks | 0 | 0.0 | 10 | 31.3 | +10 | +31.3 |
| Black males | 0 | 0.0 | 3 | 9.4 | + 3 | + 9.4 |
| Black females | 0 | 0.0 | 7 | 21.9 | + 7 | +21.9 |
| Hispanics | 0 | 0.0 | 6 | 18.7 | + 6 | +18.7 |
| Hispanic males | 0 | 0.0 | 1 | 3.1 | + 1 | + 3.1 |
| Hispanic females | 0 | 0.0 | 5 | 15.6 | + 5 | +15.6 |
| Asians | 0 | 0.0 | 3 | 9.4 | + 3 | + 9.4 |
| Asian males | 0 | 0.0 | 0 | 0.0 | + 0 | + 0.0 |
| Asian females | 0 | 0.0 | 3 | 9.4 | + 3 | + 9.4 |
|  | 1 | 100.0 | 32 | 100.0 | + 31 | |
| Minorities and Women | 1 | 100.0 | 25 | 78.1 | + 24 | -22.0 |
| Women | 1 | 100.0 | 21 | 65.5 | + 20 | -34.4 |
| Minorities | 0 | 0.0 | 19 | 59.4 | + 19 | +59.4 |

* There is a conspicuous absence of American Indians in this category.

#### BLUE COLLAR CATEGORY

| Race/Sex | 1998 # | 1998 % | 1999 # | 1999 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| White males | 2 | 25.0 | 2 | 22.2 | 0 | - 2.8 |
| Black males | 6 | 75.0 | 7 | 77.8 | + 1 | + 2.8 |

* There is a conspicuous absence of all EEO Groups except White males and Black males.

EEOC FORM 566 (8/87)                                    DII-14

HUD004212

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II.    WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### ANALYSIS OF REPRESENTATION BY GRADE GROUPING

| EEO Group Race/Sex | Senior Level # | % | GS-13/15 # | % | GS-9/12 # | % | GS-5/8 # | % | GS-1/4 # | % |
|---|---|---|---|---|---|---|---|---|---|---|
| White males | 50 | 52.1 | 1,534 | 40.3 | 920 | 23.4 | 82 | 5.3 | 10 | 21.7 |
| White females | 15 | 15.6 | 895 | 23.5 | 1,146 | 29.3 | 521 | 34.2 | 11 | 23.9 |
| Black males | 12 | 12.5 | 381 | 10.0 | 318 | 8.1 | 68 | 4.5 | 3 | 6.5 |
| Black females | 12 | 12.5 | 625 | 16.4 | 1,066 | 27.2 | 647 | 42.5 | 15 | 32.6 |
| Hispanic males | 2 | 2.1 | 119 | 3.1 | 109 | 2.8 | 24 | 1.6 | 1 | 2.2 |
| Hispanic females | 2 | 2.1 | 88 | 2.3 | 180 | 4.6 | 112 | 7.4 | 3 | 6.5 |
| Asian males | 1 | 1.0 | 79 | 2.1 | 56 | 1.4 | 9 | 0.6 | 0 | 0.0 |
| Asian females | 0 | 0.0 | 58 | 1.5 | 81 | 2.1 | 31 | 2.0 | 2 | 4.3 |
| Indian males | 1 | 1.0 | 21 | 0.6 | 14 | 0.4 | 4 | 0.3 | 0 | 0.0 |
| Indian females | 1 | 1.0 | 9 | 0.2 | 26 | 0.7 | 24 | 1.6 | 1 | 2.2 |
| Totals | 96 | | 3,809 | | 3,916 | | 1,522 | | 46 | |
| **Minorities and** | | | | | | | | | | |
| Women | 46 | 47.9 | 2,275 | 59.7 | 2,996 | 76.6 | 1,440 | 94.7 | 36 | 78.3 |
| Women | 30 | 31.2 | 1,675 | 44.0 | 2,499 | 63.8 | 1,335 | 87.7 | 32 | 69.6 |
| Minorities | 31 | 32.3 | 1,380 | 36.2 | 1,850 | 47.3 | 919 | 60.5 | 25 | 54.3 |

### ADMINISTRATIVELY DETERMINED PAY RATE SCHEDULE*

| EEO Group | Percentage of Representation # | % |
|---|---|---|
| White males | 30 | 34.5 |
| White females | 41 | 47.1 |
| Black males | 3 | 3.5 |
| Black females | 11 | 12.7 |
| Hispanic males | 1 | 1.1 |
| Asian males | 1 | 1.1 |
| | 87 | 100.0 |
| Minorities and Women | 57 | 65.5 |
| Women | 52 | 59.8 |
| Minorities | 16 | 18.4 |

*    No other EEO groups are represented in these categories.

EEOC FORM 566 (8/87)                                                        DII-15

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

## II.   WORK FORCE - SUMMARY ANALYSIS (Cont'd)

### BLUE COLLAR*

| EEO Group | WG-5/9 | | WG-11/12 | | WL-5/9 | |
|-----------|--------|------|----------|------|--------|-------|
| | # | % | # | % | # | % |
| White males | 2 | 28.6 | 0 | 0.0 | 0 | 0.0 |
| Black males | 5 | 71.4 | 0 | 0.0 | 2 | 100.0 |

*   There are no other EEO Groups employed in this category.

### ANALYSIS OF CHANGE IN REPRESENTATION BY GRADE GROUPING
BETWEEN FISCAL YEAR 1998 AND FISCAL YEAR 1999

| EEO Group Race/Sex | Senior Level | | GS-13/15 | | GS-9/12 | | GS-5/8 | | GS-1/4 | |
|--------------------|------|--------|-------|--------|-------|--------|-------|--------|-------|---------|
| | # | % | # | % | # | % | # | % | # | % |
| White males | -4 | -1.9 | +46 | -0.7 | -68 | -1.1 | -5 | -0.2 | +5 | +12.5 |
| White females | -1 | -0.4 | +48 | +0.5 | -39 | 0.0 | -41 | -1.3 | +1 | -14.6 |
| Black males | 0 | +0.5 | +12 | -0.2 | -3 | +0.2 | +8 | +0.7 | +2 | +2.7 |
| Black females | +1 | +1.5 | +41 | +0.3 | -25 | +0.2 | -20 | +0.3 | +7 | +1.7 |
| Hispanic males | -1 | -0.9 | +7 | 0.0 | +2 | +0.1 | +4 | +0.3 | +1 | +2.2 |
| Hispanic females | 0 | +0.1 | 0 | -0.1 | +10 | +0.4 | -3 | +0.1 | +3 | +6.5 |
| Asian males | 0 | 0.0 | +10 | +0.2 | -2 | 0.0 | +3 | +0.2 | 0 | 0.0 |
| Asian females | 0 | 0.0 | +14 | +0.3 | 0 | +0.1 | -1 | 0.0 | +1 | +0.5 |
| Indian males | +1 | +1.0 | +2 | +0.1 | -2 | 0.0 | 0 | +0.1 | 0 | 0.0 |
| Indian females | 0 | 0.0 | 0 | -0.1 | +2 | +0.1 | -4 | +0.2 | 0 | +1.6 |
| Minorities and Women | 0 | +1.9 | +134 | +0.7 | -57 | +1.1 | -54 | +0.2 | +15 | -2.5 |
| Women | 0 | +1.2 | +104 | +0.7 | -52 | +0.7 | -69 | -1.1 | +12 | -7.3 |
| Minorities | +1 | +2.3 | +86 | +0.5 | -18 | +0.1 | -13 | +1.5 | +14 | +12.0 |

EEOC FORM 566 (8/87)                                                      DII-16

HUD004214

---

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROGRAM ANALYSIS

DEPARTMENT

UPDATE

---

II.    WORK FORCE - SUMMARY ANALYSIS (Cont'd)

ANALYSIS OF CHANGE IN REPRESENTATION BY GRADE GROUPING
BETWEEN FISCAL YEAR 1998 AND FISCAL YEAR 1999 (Cont'd)

ADMINISTRATIVELY DETERMINED PAY RATE SCHEDULE*

| EEO Group | Number and Percent | |
|---|---|---|
| White males | + 6 | -4.9 |
| White females | + 12 | -0.4 |
| Black males | + 2 | +1.9 |
| Black females | + 5 | +2.8 |
| Hispanic males | + 1 | +1.1 |
| Asian males | 0 | -0.5 |
| Minorities and women | + 20 | +4.9 |
| Women | + 17 | +2.4 |
| Minorities | + 16 | +5.3 |

* No other EEO groups are employed in this category.

BLUE COLLAR*

| | WG 5-9 | | WL 5-9 | |
|---|---|---|---|---|
| | # | % | # | % |
| White males | 0 | -4.7 | 0 | 0.0 |
| Black males | +1 | +4.7 | 0 | 0.0 |

* No other EEO groups are employed in this category.

* There are no employees in the other Blue Collar/Wage Grade Pay Plans.

---

EEOC FORM 566 (8/87)                                                    DII-17

HUD004215

AFFIRMATIVE EMPLOYMENT PROGRAM (AEP) PLAN UPDATE REPORT
DISTRIBUTION OF EEO GROUPS AND COMPARISON BY PATCOB

FISCAL YEAR 2000 - HUD/CIVILIAN LABOR FORCE COMPARISON

| OCCUPATIONAL CATEGORY | TOTAL | WHITE MALE | WHITE FEMALE | BLACK MALE | BLACK FEMALE | HISPANIC MALE | HISPANIC FEMALE | ASIAN MALE | ASIAN FEMALE | INDIAN MALE | INDIAN FEMALE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROFESSIONAL AGENCY (HUD) | 100.0 | 45.8 | 21.0 | 8.2 | 13.1 | 3.1 | 1.8 | 3.5 | 3.1 | 0.3 | 0.1 |
| (CAD) CIVILIAN LABOR FORCE (CLF) | 100.0 | 54.7 | 30.3 | 2.4 | 3.2 | 2.1 | 1.4 | 3.5 | 1.9 | 0.2 | 0.2 |
| ADMINISTRATIVE AGENCY (HUD) | 100.0 | 30.2 | 27.4 | 9.4 | 22.1 | 3.0 | 3.8 | 1.5 | 1.6 | 0.5 | 0.5 |
| (CAD) CIVILIAN LABOR FORCE (CLF) | 100.0 | 42.1 | 40.4 | 3.6 | 5.3 | 2.6 | 2.6 | 1.4 | 1.4 | 0.3 | 0.3 |
| TECHNICAL AGENCY (HUD) | 100.0 | 5.1 | 34.4 | 3.4 | 44.5 | 1.0 | 7.1 | 0.7 | 1.5 | 0.2 | 2.0 |
| (CAD) CIVILIAN LABOR FORCE (CLF) | 100.0 | 36.1 | 42.9 | 3.6 | 6.6 | 3.2 | 3.4 | 1.9 | 1.6 | 0.4 | 0.4 |
| CLERICAL AGENCY (HUD) | 100.0 | 5.2 | 32.1 | 4.7 | 48.8 | 1.0 | 5.0 | 0.0 | 2.3 | 0.3 | 0.5 |
| (CAD) CIVILIAN LABOR FORCE (CLF) | 100.0 | 14.0 | 63.4 | 2.8 | 9.6 | 1.7 | 5.2 | 0.8 | 1.9 | 0.2 | 0.5 |
| OTHER AGENCY (HUD) | 100.0 | 21.9 | 18.6 | 9.4 | 21.9 | 3.1 | 15.6 | 0.0 | 9.4 | 0.0 | 0.0 |
| (CAD) CIVILIAN LABOR FORCE (CLF) | 100.0 | 67.6 | 11.2 | 9.7 | 3.2 | 4.8 | 1.0 | 1.2 | 0.3 | 0.9 | 0.2 |
| BLUE COLLAR AGENCY (HUD) | 100.0 | 22.2 | 0.0 | 77.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (CAD) CIVILIAN LABOR FORCE (CLF) | 100.0 | 65.4 | 9.8 | 9.1 | 2.2 | 8.7 | 1.5 | 1.7 | 0.5 | 0.8 | 0.2 |
| TOTAL AGENCY AGENCY (HUD) | 100.0 | 27.7 | 27.7 | 8.4 | 25.1 | 2.7 | 4.1 | 1.5 | 1.8 | 0.4 | 0.6 |
| (CAD) CIVILIAN LABOR FORCE (CLF) | 100.0 | 42.6 | 35.3 | 4.9 | 5.4 | 4.8 | 3.3 | 1.5 | 1.3 | 0.3 | 0.3 |

EEOC FORM 568/569 (8/87)

DII-18

HUD004216

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2000
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### PROBLEM/BARRIER IDENTIFICATION

#### DEPARTMENT

UPDATE

### PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:

#### II. WORK FORCE

While HUD is no longer faced with downsizing, continuing management reform and limited financial resources have restricted HUD's outside recruitment effort to only those positions identified as "essential" and "critical" vacancies. "Essential" vacancies are those which must be filled within 120 days or the mission of the Department will be severely impacted. "Critical" vacancies are those which are important to the organization and which will impact the mission of the Department if not filled within a reasonable time (more than 120 days but not more than 6 months). These limitations have severely hampered HUD's ability to conduct targeted recruitment for most positions where underrepresentation exist. The Department will continue its efforts to attain and maintain a diversified work force that is representative of the Civilian Labor Force.

The Fiscal Year 1999 year-end work force analysis revealed the following problems/ barriers:

**UNDESIRED CONDITION:** The Department's work force reflects the manifest imbalance and conspicuous absence of some EEO groups.

**DESIRED CONDITION:** A diversified work force that is reflective of the Nation's population.

**ANALYSIS:** An analysis of the Department's work force revealed that there are instances of manifest imbalances and/or conspicuous absences of some EEO groups in eighteen (18) major occupations (occupational series with 100 or more employees).

**PROBABLE BARRIER:** Limited recruitment and hiring opportunities due to continuing management reform and normal attrition.

**ALTERNATIVES:** Reinforce the Department's commitment to attaining a work force that is representative of the CLF; continue to utilize the Upward Mobility and other developmental programs to assist on-board minorities and women in their career advancement; assure that each Program Office develop and implement an AEP Plan which focuses on internal movement; and assure that all current employees are made aware of existing training opportunities and position vacancies.

**EXPECTED RESULTS:** An increase in the representation of targeted EEO groups (whose current composition of the Department's work force shows manifest imbalances and/or conspicuous absences) at all grade levels, occupational categories, and occupational series/positions.

---

**EEOC FORM 566 (8/87)**                                                                 DII-19

HUD004217

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
PROBLEM/BARRIER IDENTIFICATION

DEPARTMENT

UPDATE

PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:

## II. WORK FORCE

**FOLLOW-UP ACTION:** Continue to monitor hiring, internal movement, and attrition statistics in order to conduct impact analyses on EEO groups who are manifestly imbalanced and/or conspicuously absent from the work force. Develop realistic and proactive strategies to eliminate imbalances in the work force.

With limited financial resources, most efforts to eliminate the identified instances of manifest imbalances and conspicuous absences will be through the use of internal movements, including promotions and reassignments, and employee training and development. Internal movement and limited hiring objectives have been established for all EEO groups where there are instances of underrepresentation in the work force. See pages DII-30 through DII-44 for specific numerical objectives by EEO group, occupational category (PATCOB), and major occupations.

EEOC FORM 566 (8/87)                                        . DII-20

HUD004218

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR **2000**
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

**PROGRAM ELEMENT: II.  WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/00

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| PROFESSIONAL (PATCOB) CATEGORY: FY00 Numerical Objective: 65 Eleven Year Numerical Objective: 540* | Assistant Secretaries and Primary Organization Heads | 09/30/00 |
| --Economist - GS-0110** --FY00 Numerical Objective: 0 --Eleven Year Numerical Objective: 32 | " " | |
| --Accountant - GS-0510 --FY00 Numerical Objective: 12 --Eleven Year Numerical Objective: 105 | " | " |
| --Auditor - GS-0511 --FY00 Numerical Objective: 35 --Eleven Year Numerical Objective: 241 | " | " |

\*    To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 2000) combined numerical objectives.

\*\*    Due to restructuring and management reform, this occupational series has fewer than 100 employees.  No numerical objectives have been established.  However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

HUD004219

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2000**
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

## PROGRAM ELEMENT: II. WORK FORCE

PROBLEM/BARRIER STATEMENT:  Manifest imbalances and conspicuous absences of
EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous absences of the affected
EEO groups.

RESPONSIBLE OFFICIAL:  Secretary
TARGET DATE:  09/30/00

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| PROFESSIONAL (PATCOB) CATEGORY (CONT'D) | | |
| --Engineer - GS-0801*<br>--FY00 Numerical Objective: 0<br>--Eleven Year Numerical<br>  Objective: 43 | Assistant<br>Secretaries<br>and Primary<br>Organization<br>Heads | 09/30/00 |
| --Attorney - GS-0905<br>--FY00 Numerical Objective: 8<br>--Eleven Year Numerical<br>  Objective: 77 | " | " |
| --Contract Specialist -<br>GS-1102<br>--FY00 Numerical Objective:  9<br>--Eleven Year Numerical<br>  Objective:  41 | " | " |

\*  Due to restructuring and management reform, this occupational series has fewer than
100 employees.  No numerical objectives have been established.  However, the Department
will continue to monitor and report on all accomplishments, if any, in this occupational series.

HUD004220

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT: II. WORK FORCE

PROBLEM/BARRIER STATEMENT:  Manifest imbalances and conspicuous absences of
EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

OBJECTIVE:  To reduce manifest imbalances and conspicuous absences of the affected
EEO groups.

RESPONSIBLE OFFICIAL: Secretary
TARGET DATE: 09/30/00

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| ADMINISTRATIVE (PATCOB) CATEGORY:<br>FY00 Numerical Objective: 203<br>Eleven Year Numerical<br>Objective: 1,864* | Assistant<br>Secretaries<br>and Primary<br>Organization<br>Heads | 09/30/00 |
| --Personnel Management - GS-0201**<br>--FY00 Numerical Objective: 0<br>--Eleven Year Numerical<br> Objective: 16 | " | " |
| --Misc. Administration - GS-0301<br>--FY00 Numerical Objective: 32<br>--Eleven Year Numerical<br> Objective: 285 | " | " |
| --Computer Specialist - GS-0334<br>--FY00 Numerical Objective: 11<br>--Eleven Year Numerical<br> Objective: 170 | " | " |

*    To be consistent with the extensions of MD-714, the numerical objectives have been
revised to reflect the multi-year (1989 through 2000) combined numerical objectives.

**  Due to restructuring and management reform, these occupational series have fewer than
100 employees.  No numerical objectives have been established.  However, the Department
will continue to monitor and report on all accomplishments, if any, in these occupational
series.

EEOC FORM 566 (8/87)                                                                              DII-23

HUD004221

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000 ..
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT: II. WORK FORCE

PROBLEM/BARRIER STATEMENT: Manifest imbalances and conspicuous absences of
EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

OBJECTIVE: To reduce manifest imbalances and conspicuous absences of the affected
EEO groups.

RESPONSIBLE OFFICIAL: Secretary
TARGET DATE: 09/30/00

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| ADMINISTRATIVE (PATCOB] CATEGORY (CONT'D): | | |
| --Program Manager - GS-0340 --FY00 Numerical Objective: 0 --Eleven Year Numerical    Objective: 54 | Assistant Secretaries and Primary Organization Heads | 09/30/00 |
| --Management Analyst - GS-0343 --FY00 Numerical Objective: 23 --Eleven Year Numerical    Objective: 192 | " | " |
| --Equal Opportunity Specialist - GS-0360 --FY00 Numerical Objective: 10 --Eleven Year Numerical    Objective: 76 | " | " |
| --Financial Operations Analyst - GS-0501 --FY00 Numerical Objective: 18 --Eleven Year Numerical    Objective: 141 | " | " |

EEOC FORM 566 (8/87)

DII-24

HUD004222

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2000
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### REPORT OF OBJECTIVES AND ACTION ITEMS

#### DEPARTMENT

UPDATE

## PROGRAM ELEMENT: II. WORK FORCE

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/00

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| ADMINISTRATIVE (PATCOB) CATEGORY (CONT'D): | | |
| --Realty Specialist - GS-1170* <br> --FY00 Numerical Objective: 0 <br> --Eleven Year Numerical Objective: 59 | Assistant Secretaries and Primary Organization Heads | 09/30/00 |
| --Appraising and Assessing - GS-1171 <br> --FY00 Numerical Objective: 18 <br> --Eleven Year Numerical Objective: 118 | " | " |
| --Housing Management Specialist - - GS-1173* <br> --FY00 Numerical Objective: 0 <br> --Eleven Year Numerical Objective: 55 | " | " |
| --Criminal Investigator - GS-1811 <br> --FY00 Numerical Objective: 12 <br> --Eleven Year Numerical Objective: 58 | " | " |

\*   Due to restructuring and management reform, this occupational series has fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)                                                                                    DII-26

HUD004223

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2000 ~
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### REPORT OF OBJECTIVES AND ACTION ITEMS

### DEPARTMENT

UPDATE

### PROGRAM ELEMENT: II.  WORK FORCE

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:** 09/30/00

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **TECHNICAL (PATCOB) CATEGORY:** FY00 Numerical Objective: 62 Eleven Year Numerical Objective: 750* | Assistant Secretaries and Primary Organization Heads | 09/30/00 |
| **--Clerk/Assistant - GS-0303** --FY00 Numerical Objective: 48 --Eleven Year Numerical Objective: 590 | " | " |
| **--Accounting Technician - GS-0525*** --FY00 Numerical Objective: 0 --Eleven Year Numerical Objective: 65 | " | " |
| **--General Business and Industry - GS-1101** --FY00 Numerical Objective: 14 --Eleven Year Numerical Objective: 95 | " | " |

*   To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 2000) combined numerical objectives.

| EEOC FORM 566 (8/87) | DII-27 |
|---|---|

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

#### FISCAL YEAR 2000
#### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
#### REPORT OF OBJECTIVES AND ACTION ITEMS

#### DEPARTMENT

UPDATE

### PROGRAM ELEMENT: II. WORK FORCE

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/00

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| ADMINISTRATIVE (PATCOB) CATEGORY (CONT'D): | | |
| --Construction Analyst - GS-0828<br>--FY00 Numerical Objective: 11<br>--Eleven Year Numerical<br>  Objective: 67 | Assistant Secretaries and Primary Organization Heads | 09/30/00 |
| --General Business and<br>  Industry - GS-1101<br>--FY00 Numerical Objective: 60<br>--Eleven Year Numerical<br>  Objective: 310 | " | " |
| --Financial Analyst - GS-1160<br>--FY00 Numerical Objective: 7<br>--Eleven Year Numerical<br>  Objective: 33 | " | " |
| --Loan Specialist - GS-1165*<br>--FY00 Numerical Objective: 0<br>--Eleven Year Numerical<br>  Objective: 230 | " | " |

\* Due to restructuring and management reform, this occupational series has fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)                                           DII-25

HUD004225

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2000
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### REPORT OF OBJECTIVES AND ACTION ITEMS

### DEPARTMENT

UPDATE

### PROGRAM ELEMENT: II. WORK FORCE

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/00

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| CLERICAL (PATCOB) CATEGORY: FY00 Numerical Objective: 33 Eleven Year Numerical Objective: 553* | Assistant Secretaries and Primary Organization Heads | 09/30/00 |
| --Clerk - GS-0303 --FY00 Numerical Objective: 18 --Eleven Year Numerical Objective: 172 | " | " |
| --Secretary - GS-0318 --FY00 Numerical Objective: 15 --Eleven Year Numerical Objective: 351 | " | " |
| --Office Automation (Clerk) - GS-0326** --FY00 Numerical Objective: 0 --Eleven Year Numerical Objective: 30 | " | " |

\*    To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 2000) combined numerical objectives.

\*\*   Due to restructuring and management reform, this occupational series has fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

EEOC FORM 566 (8/87)                                                                DII-28

HUD004226

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

FISCAL YEAR 2000
ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
REPORT OF OBJECTIVES AND ACTION ITEMS

DEPARTMENT

UPDATE

PROGRAM ELEMENT: II. WORK FORCE

PROBLEM/BARRIER STATEMENT: Manifest imbalances and conspicuous absences of
EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

OBJECTIVE: To reduce manifest imbalances and conspicuous absences of the affected
EEO groups.

RESPONSIBLE OFFICIAL: Secretary
TARGET DATE: 09/30/00

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| BLUE COLLAR CATEGORY: *<br>--FY00 Numerical Objective: 0<br>--Eleven Year Numerical<br>  Objective: 12 | " | " |

* Due to restructuring and management reform, this occupational series has fewer than
100 employees. No numerical objectives have been established.

EEOC FORM 566 (8/87)                                                        DII-29

HUD004227

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY PATCOB

FISCAL YEAR 2000

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| PROFESSIONAL | PLANNED | 65 | **** | 28 | 0 | 0 | 4 | 5 | 12 | 6 | 4 | 6 |
| | ACTUAL | | | | | | | | | | | |
| ADMINISTRATIVE | PLANNED | 257 | **** | 143 | 0 | 23 | 23 | 26 | 12 | 9 | 11 | 10 |
| | ACTUAL | | | | | | | | | | | |
| TECHNICAL | PLANNED | 62 | **** | 32 | 9 | 0 | 7 | 0 | 6 | 4 | 4 | 0 |
| | ACTUAL | | | | | | | | | | | |
| CLERICAL | PLANNED | 42 | **** | 17 | 4 | 0 | 5 | 5 | 5 | 0 | 2 | 4 |
| | ACTUAL | | | | | | | | | | | |
| OTHER | PLANNED | 4 | **** | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| TOTAL | PLANNED | 430 | **** | 220 | 13 | 23 | 40 | 36 | 36 | 19 | 22 | 21 |
| | ACTUAL | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DII-30

HUD004228

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

FISCAL YEAR 2000

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0110* ECONOMIST PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 13 | **** | 6 | 0 | 0 | | | 5 | 0 | 0 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 35 | **** | 19 | 0 | 0 | 0 | 5 | 3 | 4 | 2 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0801* ENGINEER PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 8 | **** | 4 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1102 CONTRACT SPEC PROFESSIONAL | PLANNED | 9 | **** | 0 | 0 | 0 | 3 | 0 | 2 | 0 | 2 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0201* PRSNL MGMNT ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees.  No numerical objectives were established for FY-00.  HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-31

HUD004229

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

FISCAL YEAR 2000

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0301 GEN. ADMIN ADMINISTRATIVE | PLANNED | 32 | **** | 23 | 0 | 0 | 3 | 0 | 0 | 3 | 3 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0334 COMPUTER SPEC ADMINISTRATIVE | PLANNED | 11 | **** | 7 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0340* PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0343 MGT/PROG ANAL ADMINISTRATIVE | PLANNED | 23 | **** | 13 | 0 | 0 | 3 | 3 | 0 | 0 | 2 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0360 EEO SPEC ADMINISTRATIVE | PLANNED | 10 | **** | 6 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0501 FIN OPER ANAL ADMINISTRATIVE | PLANNED | 18 | **** | 6 | 0 | 0 | 2 | 5 | 3 | 0 | 0 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0828 CONST ANAL ADMINISTRATIVE | PLANNED | 11 | **** | 5 | 0 | 2 | 0 | 3 | 0 | 1 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees.  No numerical objectives were established for FY-00.  HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-32

HUD004230

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

FISCAL YEAR 2000

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-1101 BUS/INDUSTRY ADMINISTRATIVE | PLANNED | 60 | **** | 55 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1160 FIN ANAL (HSG) ADMINISTRATIVE | PLANNED | 7 | **** | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1165* LOAN SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1170* REALTY SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 18 | **** | 7 | 0 | 0 | 0 | 3 | 2 | 2 | 2 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-1173* HSNG MGT SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1811 CRIMINAL INVEST ADMINISTRATIVE | PLANNED | 12 | **** | 7 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 2 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-00. HUD will continue to monitor and report on all accomplishments, if any.
EEOC FORM 566 (8/87)

DII-33

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

FISCAL YEAR 2000

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 48 | **** | 25 | 7 | 0 | 5 | 0 | 4 | 4 | 3 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0525* ACCTNG TECH TECHNICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1101 HOUSING TECH TECHNICAL | PLANNED | 14 | **** | 7 | 2 | 0 | 2 | 0 | 2 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0303 CLERK/ASST CLERICAL | PLANNED | 18 | **** | 8 | 0 | 0 | 0 | 4 | 2 | 0 | 2 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0318 SECRETARY CLERICAL | PLANNED | 15 | **** | 5 | 2 | 0 | 3 | 0 | 3 | 0 | 0 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0326* OFFICE AUTO ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR PAY PLANS* WAGE GRADE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-00 HUD will continue to monitor and report on all accomplishments, if any.
EEOC FORM 566 (8/87)

DII-34

## SUMMARY OF HIRING
## NUMERICAL OBJECTIVES BY PATCOB

### FISCAL YEAR 2000

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| PROFESSIONAL | PLANNED | 30 | **** | 12 | 0 | 0 | 2 | 3 | 6 | 2 | 2 | 3 |
| | ACTUAL | | | | | | | | | | | |
| ADMINISTRATIVE | PLANNED | 66 | **** | 37 | 0 | 1 | 3 | 6 | 5 | 4 | 5 | 5 |
| | ACTUAL | | | | | | | | | | | |
| TECHNICAL | PLANNED | 11 | **** | 6 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| CLERICAL | PLANNED | 16 | **** | 7 | 4 | 0 | 2 | 0 | 1 | 1 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| OTHER | PLANNED | 4 | **** | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| TOTAL | PLANNED | 131 | **** | 60 | 5 | 1 | 10 | 11 | 16 | 7 | 10 | 11 |
| | ACTUAL | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DII-35

HUD004233

## SUMMARY OF HIRING
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

### FISCAL YEAR 2000

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0110* ECONOMIST PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 7 | **** | 3 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 14 | **** | 7 | 0 | 0 | 0 | 3 | 1 | 1 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0801* ENGINEER PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 4 | **** | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1102 CONTRACT SPEC PROFESSIONAL | PLANNED | 5 | **** | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0201* PRSNL MGMNT ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-00. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-36

HUD004234

## SUMMARY OF HIRING
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

### FISCAL YEAR 2000

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0301 GEN. ADMIN ADMINISTRATIVE | PLANNED | 6 | **** | 3 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0334 COMPUTER SPEC ADMINISTRATIVE | PLANNED | 5 | **** | 3 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0340* PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0343 MGT/PROG ANAL ADMINISTRATIVE | PLANNED | 9 | **** | 5 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0360 EEO SPEC ADMINISTRATIVE | PLANNED | 4 | **** | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0501 FIN OPER ANAL ADMINISTRATIVE | PLANNED | 6 | **** | 2 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0828 CONST ANAL ADMINISTRATIVE | PLANNED | 8 | **** | 4 | 0 | 1 | 0 | 0 | 2 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |

\* This occupational series has less than 100 employees. No numerical objectives were established for FY-00. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-37

SUMMARY OF HIRING
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

FISCAL YEAR 2000

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-1101 BUS/INDUSTRY ADMINISTRATIVE | PLANNED | 12 | **** | 10 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1160 FIN ANAL (HSG) ADMINISTRATIVE | PLANNED | 2 | **** | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1165* LOAN SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1170* REALTY SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 9 | **** | 4 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-1173* HSNG MGT SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1811 CRIMINAL INVEST ADMINISTRATIVE | PLANNED | 5 | **** | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees.  No numerical objectives were established for FY-00.  HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-38

## SUMMARY OF HIRING
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

### FISCAL YEAR 2000

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0303 CLERK/ASSTNT TECHNICAL | PLANNED | 15 | **** | 6 | 4 | 0 | 2 | 0 | 1 | 1 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0525* ACCTNG TECH TECHNICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1101 HOUSING TECH TECHNICAL | PLANNED | 1* | **** | 1 | * | 0 | * | 0 | * | 0 | * | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0303 CLERK/ASST CLERICAL | PLANNED | 7 | **** | 2 | 0 | 0 | 0 | 2 | 1 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0318 SECRETARY CLERICAL | PLANNED | 8 | **** | 2 | 1 | 0 | 2 | 0 | 2 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0326** OFFICE AUTO ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR PAY PLANS** WAGE GRADE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* One hire from either EEO groups.  ** This occupational series has less than 100 employees. No numerical objectives were established for FY-00. HUD will continue to monitor and report on all accomplishments, if any.
EEOC FORM 566 (8/87)

DII-39

**SUMMARY OF INTERNAL MOVEMENTS**
**NUMERICAL OBJECTIVES BY PATCOB**

**FISCAL YEAR 2000**

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./PAC. ISLANDER | | AMER. INDIAN/ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| PROFESSIONAL | PLANNED | 35 | **** | 16 | 0 | 0 | 2 | 2 | 6 | 4 | 2 | 3 |
| | ACTUAL | | | | | | | | | | | |
| ADMINISTRATIVE | PLANNED | 191 | **** | 106 | 0 | 22 | 20 | 20 | 7 | 5 | 6 | 5 |
| | ACTUAL | | | | | | | | | | | |
| TECHNICAL | PLANNED | 46 | **** | 25 | 5 | 0 | 5 | 0 | 5 | 3 | 3 | 0 |
| | ACTUAL | | | | | | | | | | | |
| CLERICAL | PLANNED | 27 | **** | 13 | 3 | 0 | 3 | 3 | 2 | 0 | 1 | 2 |
| | ACTUAL | | | | | | | | | | | |
| OTHER | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| TOTAL | PLANNED | 299 | **** | 160 | 8 | 22 | 30 | 25 | 20 | 12 | 12 | 10 |
| | ACTUAL | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DII-40

HUD004238

## SUMMARY OF INTERNAL MOVEMENTS
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
### FISCAL YEAR 2000

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0110* ECONOMIST PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 5 | **** | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 21 | **** | 12 | 0 | 0 | 0 | 2 | 2 | 3 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0801* ENGINEER PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 4 | **** | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1102 CONTRACT SPEC PROFESSIONAL | PLANNED | 4 | **** | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0201* PRSNL MGMNT ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-00. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-41

SUMMARY OF INTERNAL MOVEMENTS
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

FISCAL YEAR 2000

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0301 GEN. ADMIN ADMINISTRATIVE | PLANNED | 26 | **** | 20 | 0 | 0 | 2 | 0 | 0 | 2 | 2 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0334 COMPUTER SPEC ADMINISTRATIVE | PLANNED | 6 | **** | 4 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0340* PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0343 MGT/PROG ANAL ADMINISTRATIVE | PLANNED | 14 | **** | 8 | 0 | 0 | 2 | 2 | 0 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0360 EEO SPEC ADMINISTRATIVE | PLANNED | 6 | **** | 4 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0501 FIN OPER ANAL ADMINISTRATIVE | PLANNED | 12 | **** | 4 | 0 | 0 | 1 | 4 | 2 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0828 CONST ANAL ADMINISTRATIVE | PLANNED | 3 | **** | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees.  No numerical objectives were established for FY-00.  HUD will continue to monitor and report on all accomplishments, if any.
EEOC FORM 566 (8/87)

DII-42

HUD004240

SUMMARY OF INTERNAL MOVEMENTS
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

FISCAL YEAR 2000

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER/ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-1101 BUS/INDUSTRY ADMINISTRATIVE | PLANNED | 48 | **** | 45 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1160 FIN ANAL (HSG) ADMINISTRATIVE | PLANNED | 5 | **** | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1165* LOAN SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1170* REALTY SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 9 | **** | 3 | 0 | 0 | 0 | 2 | 1 | 1 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-1173* HSNG MGT SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1811 CRIMINAL INVEST ADMINISTRATIVE | PLANNED | 7 | **** | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-00. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-43

## SUMMARY OF INTERNAL MOVEMENTS
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

### FISCAL YEAR 2000

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0303 CLERK/ASST TNT TECHNICAL | PLANNED | 33 | **** | 19 | 3 | 0 | 3 | 0 | 3 | 3 | 2 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0525* ACCTNG TECH TECHNICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1101 HOUSING TECH TECHNICAL | PLANNED | 13 | **** | 6 | 2 | 0 | 2 | 0 | 2 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0303 CLERK/ASST CLERICAL | PLANNED | 11 | **** | 6 | 0 | 0 | 0 | 2 | 1 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0318 SECRETARY CLERICAL | PLANNED | 7 | **** | 3 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0326* OFFICE AUTO ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR PAY PLANS* WAGE GRADE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-00. HUD will continue to monitor and report on all accomplishments, if any.
EEOC FORM 566 (8/87)

DII-44

HUD004242

# DEPARTMENTWIDE

# AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)



## Fiscal Year 2001

## UPDATE REPORT

HUD004287



U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

WASHINGTON, D.C 20410-0001

THE SECRETARY                    April 2, 2001

**MEMORANDUM FOR:** All HUD Employees

**FROM:** Mel Martinez

**SUBJECT:** **POLICY STATEMENT** - Equal Employment Opportunity, Affirmative Employment, Prevention of Unlawful Harassment, Employment and Accommodation of Persons with Disabilities, Disabled Veterans, and Addressing Sexual Orientation in the Workplace

In conformance with Title VII of the Civil Rights Act of 1964, as amended; the Civil Rights Act of 1991; Executive Order 11478 of 1969, as amended; the Age Discrimination in Employment Act of 1967; as amended; the Equal Pay Act of 1962, as amended; the Rehabilitation Act of 1973, as amended; the Vietnam Era Veteran's Readjustment Act of 1974; the Civil Service Reform Act of 1978; Veterans Employment Opportunities Act of 1998; Executive Order 13087 of 1998; and HUD regulations at 24 CFR Part 7, **it is the policy and intent of the Department of Housing and Urban Development to provide equality of employment opportunity for all persons, and to prohibit discrimination because of race, color, religion, sex, national origin, age, disability, or sexual orientation.** Moreover, HUD is committed to promoting affirmative employment through the removal of barriers and by positive actions at every management level, including the early resolution of Equal Employment Opportunity (EEO) disputes.

These policies are an integral part of HUD's mission and their implementation is a high priority of this Administration. I am personally committed to Equal Employment Opportunity, Affirmative Employment and Diversity (EEO/AE/Diversity) and I expect all employees to support EEO/AE/Diversity. All managers and supervisors are fully accountable for carrying out their EEO/AE/Diversity responsibilities. The Department will take appropriate action when its managers and supervisors fail to take the necessary actions to ensure that our EEO/AE/Diversity goals and objectives are achieved.

The Department's EEO/AE/Diversity goals and objectives are expressed in HUD regulations at 24 CFR Part 7 as well as in the Affirmative Employment Program (AEP) Plan. EEO/AE/Diversity is a critical element in our managerial performance appraisal system, which requires the Senior Executive Service (SES) and managers and supervisors to achieve measurable results in their management of the Department.

**EEOC FORM 566 (8/87)**                                    **D-3**

HUD004294

2

## AFFIRMATIVE EMPLOYMENT PROGRAM (AEP)

**It is the policy of the United States Government and the Department of Housing and Urban Development to provide equal opportunity in Federal employment for all persons through the development, implementation, and continuation of an Affirmative Employment Program.** I expect all managers and supervisors to be proactive in implementing EEO/AE/Diversity. They are required to:

1.  Hold subordinate managers and supervisors accountable for promoting EEO/AE/ Diversity in every aspect of the Department's policies, programs, and practices.

2.  Attend EEO/AE/Diversity training sessions to ensure full understanding of and sensitivity to EEO/AE/Diversity policies, practices, and procedures.

3.  Make a vigorous effort to assure full and fair representation of qualified minorities, women, and persons with disabilities, including disabled veterans when recruiting, hiring, and providing advancement opportunities.

4.  Use Special Employment Programs to correct the underrepresentation of minorities, women, and persons with disabilities, including disabled veterans, i.e., Part-Time Employment, Cooperative Education, Special Hiring Authorities, Upward Mobility, etc.

5.  Learn and practice Alternative Dispute Resolution (ADR) techniques to resolve problems early before they give rise to formal complaints or union grievances. HUD's official ADR Program is managed by the Office of Departmental Equal Employment Opportunity (ODEEO).

6.  Participate in the Affirmative Employment Program planning process by analyzing all aspects of the Department's operations to determine any barriers to full equal employment, and by designing and carrying out actions to remove those barriers.

7.  Refer to the AEP Plan goals and objectives before initiating recruitment, hiring, training, reassignment, and promotion actions.

8.  Periodically review AEP progress reports and make adjustments in activities to meet goals and objectives, and to ensure that HUD's work force is empowered, capable, and accountable for results.

9.  Fulfill the duties and responsibilities as outlined in 24 CFR Part 7.

---

**EEOC FORM 566 (8/87)**                                                  **D-4**

HUD004295

3

## UNLAWFUL HARASSMENT

**It is the policy of the Department of Housing and Urban Development that harassment based on race, color, religion, sex (whether or not of a sexual nature), national origin, age, or disability is unacceptable conduct in the work place and will not be tolerated nor will retaliation against anyone who complains of harassment.** Any employee found to have engaged in harassment against any other employee may expect appropriate disciplinary action. All new employees shall be informed of this policy during their initial orientation sessions. This policy shall be periodically reiterated for all employees.

**Harassment** violates Federal law when it involves discriminatory treatment based on race, color, sex (with or without sexual conduct), religion, national origin, age, disability, or because an employee opposed job discrimination or participated in an investigation or complaint proceeding under the EEO statutes. An employer is always responsible for harassment by a manager or supervisor that culminates in a tangible employment action. If the harassment does not lead to a tangible employment action, the employer is liable unless it proves that: 1) it exercised reasonable care to prevent and promptly correct any harassment; and 2) the employee unreasonably failed to complain to management or to avoid harm otherwise. Federal law does not prohibit simple teasing, offhand comments, or isolated incidents that are not extremely serious. Conduct leading to harassment must be sufficiently frequent or severe to create a hostile work environment or result in a "tangible employment action," such as hiring, firing, promotion, or demotion.

**Sexual Harassment** has been determined by the Equal Employment Opportunity Commission (EEOC) to be "unwelcome advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

1.    submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;

2.    submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or

3.    such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive work environment."

Sexual harassment is a form of sex discrimination under Title VII of the Civil Rights Act of 1964. There may be other causes of action under State and local law in addition to those found under Federal civil rights law. These include assault and battery, intentional infliction of emotional distress, wrongful discharge, and negligence. Some advances may even result in criminal charges such as sexual assault or rape.

---

**HUD004296**

4

HUD is responsible for creating a working climate free from unsolicited and unwelcome sexual overtures. The law states, "....an employer is responsible for acts of sexual harassment in the workplace where the employer (or its agents or supervisory employees) knows or should have known of the conduct, unless it can show that it took immediate and appropriate action. An employer may also be responsible for the acts of non-employees with respect to sexual harassment of employees in the workplace, where the employer (or its agents or supervisory employees) knows or should have known of the conduct, unless it can show that it took immediate and appropriate action."

HUD managers and supervisors are responsible for ensuring a workplace that is free from unlawful harassment.

## EMPLOYMENT AND ACCOMMODATION OF PERSONS WITH DISABILITIES

**It is the policy of the Department of Housing and Urban Development to establish employment practices to promote active recruitment and proper placement of qualified persons with disabilities; provide selective placement assistance to assure retention and career advancement opportunities; and to assure that persons with disabilities have a full opportunity to be represented at every level in the work force.**

**It is also the policy of HUD to provide reasonable accommodation to the known physical or mental limitations of qualified employees and job applicants with disabilities, unless it can be shown that the accommodation would impose an undue hardship on its operations.**

It is the goal of the Department to be a model employer of persons with disabilities by providing full and fair consideration, employment, advancement, and retention of persons with disabilities in a broad range of grade levels and occupations commensurate with their knowledge, skills, and abilities. Further, HUD will assure that persons with disabilities are not unnecessarily excluded or limited because of job design or because of architectural, communication, procedural, or attitudinal barriers.

Managers and supervisors are responsible for achieving these goals, as expressed in the Department's Affirmative Employment Program (AEP) Plan covering the hiring, placement, and advancement of persons with disabilities, at their respective office levels. They are also responsible for providing reasonable accommodation, which is a logical adjustment made to a job or work environment that enables a qualified person with disabilities to perform the essential functions of a position.

**HUD004297**

5

## DISABLED VETERAN EMPLOYMENT

It is the policy of the Department of Housing and Urban Development to promote the maximum employment and job advancement for qualified disabled veterans, similar to its policy, goals, and objectives with reference to all persons with disabilities.

Managers and supervisors are responsible for achieving these goals, as expressed in the Department's Disabled Veterans Affirmative Action Program (DVAAP) Plan, at their respective office levels.

## DISCRIMINATION BASED ON SEXUAL ORIENTATION

It is the policy of the Department of Housing and Urban Development to prohibit discrimination based on sexual orientation. While not mandated by an EEO statute or regulation, HUD is committed to promoting a work environment that is free from discrimination on the basis of sexual orientation in accordance with Executive Order 13087, Addressing Sexual Orientation Discrimination in Federal Civilian Employment, dated May 28, 1998. Such discrimination with respect to employment conduct is not acceptable and will not be tolerated by anyone at HUD.

The Civil Service Reform Act of 1978 describes prohibited personnel practices. One of them, contained in 5 U.S.C. 2302 (b) (10), prohibits any employee who has authority to take personnel actions from discriminating for or against employees or applicants for employment on the basis of conduct that adversely affects either the employee's own job performance or the performance of others. Subsection (C) of 5 U.S.C. 2302 gives notice to agency heads that they will be held responsible for the prevention of prohibited personnel practices. The Office of Personnel Management (OPM) has interpreted this statute to prohibit discrimination based on sexual orientation. While employees and applicants may not seek relief from the Equal Employment Opportunity Commission (EEOC) or file a discrimination complaint under Title VII of the Civil Rights Act of 1964, as amended, they may seek assistance under appropriate administrative procedures and/or appropriate negotiated agreements.

HUD004298

# DEPARTMENTWIDE

# AFFIRMATIVE EMPLOYMENT PROGRAM
# (AEP)



## Fiscal Year 2001
## UPDATE REPORT

## Program Element II
## WORK FORCE

**Pages DII-1 through DII-46**

HUD004310

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS**

Analyses of the Department's work force were conducted by occupational categories (PATCOB-Professional, Administrative, Technical, Clerical, Other, Blue Collar), grade groupings, and major occupations using the National Finance Center's (NFC) Fiscal Year 2000 year-end data and the Department's Equal Employment Opportunity Monitoring and Analysis System (EEOMAS).  Further analyses were conducted by occupational categories, grade groupings and major occupations using 1990 Census Availability Data, NFC's Fiscal Years 1999 and 2000 year-end comparative data, and EEOMAS.  The results of these analyses are as follows:

The Department's on-board permanent work force **increased** by 358 or 3.8 percent, from 9,485 in Fiscal Year 1999 to 9,843 in Fiscal Year 2000.  The on-board number of minorities and women **increased** by 252, yet their percentage of representation **decreased** by 0.1 percent.  Minorities **increased** by 226; their percentage of representation **increased** by 0.6 percent.  The number of women **increased** by 146; yet their percentage of representation **decreased** by 0.7 percent.  The percentages of employment for Black males, Hispanic males, and Asian males **increased** during Fiscal Year 2000.  The percentages of employment for Hispanic females, Asian females, Indian males, and Indian females remained **unchanged** from Fiscal Year 1999.  The percentages of employment **decreased** for White females and Black females.

This Department-wide Annual Affirmative Employment Program (AEP) Plan covers a total of **9,843** permanent full-time and permanent part-time employees.  There are 1,173 employees in the Professional category, an increase of 28 or +2.4 percent; 7,105 in the Administrative category, an increase of 444 or +6.7 percent; 1,208 in the Technical category, a decrease of 47 or -3.7 percent; 321 in the Clerical category, a decrease of 62 or -16.2 percent, 31 in the Other category, a decrease of 1 or -3.1 percent; and 5 in the Blue Collar category, a decrease 4 or -44.4 percent.  Instances of manifest imbalances and/or conspicuous absences continue to exist for some EEO groups.  It appears that the attrition rate of some EEO groups is contributing to their continued manifest imbalances and/or conspicuous absences.  The following analyses and action items depict the Department's Fiscal Year 2001 work force update.

HUD004311

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF UNDERREPRESENTATION BY OCCUPATIONAL CATEGORY**

The year-end analysis further revealed the following instances of underrepresentation **(Manifest Imbalance and Conspicuous Absence)** in the work force by occupational category:

**MANIFEST IMBALANCE -** when the work force's representation of a particular Equal Employment Opportunity (EEO) group, by occupational category or grade level, is substantially below its representation in the appropriate Civilian Labor Force (CLF).

The analysis revealed that there are **MANIFEST IMBALANCES** in the following PATCOB categories and EEO groups:

| | |
|---|---|
| **PROFESSIONAL**............................................ | White females |
| | Asian males |
| **ADMINISTRATIVE**........................................ | White females |
| **TECHNICAL**.................................................. | White females |
| | Indian males |
| **CLERICAL**.................................................... | White females |
| | Hispanic males |
| **OTHER**........................................................ | Black males |
| | Hispanic males |

**CONSPICUOUS ABSENCE -** when a particular Equal Employment Opportunity (EEO) group is nearly or nonexistent in an occupational category or grade level in the work force.

The analysis revealed that there are **CONSPICUOUS ABSENCES** in the following PATCOB categories and EEO groups:

| | |
|---|---|
| **TECHNICAL**.................................................. | Hispanic males |
| | Asian males |

---

**EEOC FORM 566 (8/87)**                                      **DII-2**

HUD004312

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II. WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**CONSPICUOUS ABSENCE (Cont'd)**

**CLERICAL**......................................................Asian males

**OTHER**...................................................Asian males
Indian males
Indian females

**ANALYSIS OF UNDERREPRESENTATION BY MAJOR OCCUPATION**

The analysis of the Department's work force revealed that there are **MANIFEST IMBALANCES** in the following **major occupations** (occupational series with 100 or more employees) and EEO groups:

**PROFESSIONAL CATEGORY**

ACCOUNTANT
Series 0510................................................ White females
Asian males

AUDITOR
Series 0511.................................................White females
Hispanic females
Asian males

ATTORNEY
Series 0905.................................................White females
Asian males
Asian females

**ADMINISTRATIVE CATEGORY**

MISCELLANEOUS ADMINISTRATIVE
Series 0301................................................White females
Hispanic males
Asian females
Indian females

HUD004313

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**II. WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF UNDERREPRESENTATION MANIFEST IMBALANCES
BY MAJOR OCCUPATION (Cont'd)**

**ADMINISTRATIVE CATEGORY (Cont'd)**

COMPUTER SPECIALIST
    Series 0334.................................................Hispanic females

MANAGEMENT/PROGRAM ANALYST
    Series 0343...............................................White females
                                                   Hispanic males
                                                   Hispanic females
                                                   Asian males
                                                   Asian females
                                                 Indian females

EQUAL OPPORTUNITY SPECIALIST
    Series 0360...............................................Asian males
                                                   Asian females

FINANCIAL OPERATIONS ANALYST
    Series 0501...............................................White females
                                                   Asian males

CONSTRUCTION ANALYST
    Series 0828...............................................Black females
                                                   Asian females

GENERAL BUSINESS AND INDUSTRY
    Series 1101...............................................White females
                                                   Hispanic males
                                                 Asian males

FINANCIAL ANALYST (HOUSING)
    Series 1160...............................................White females
                                                   Hispanic males

APPRAISING/ASSESSING SPECIALIST
    Series 1171...............................................Black females
                                                  Hispanic females
                                                 Asian females

HUD004314

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF UNDERREPRESENTATION MANIFEST IMBALANCES
BY MAJOR OCCUPATION (Cont'd)**

**ADMINISTRATIVE CATEGORY (Cont'd)**

CRIMINAL INVESTIGATOR
    Series 1811.......…....…....…..........….Hispanic females
                                            Asian females

**TECHNICAL CATEGORY**

MISC. CLERK/ASSISTANT
    Series 0303............…...............…..........White females
                                            Black males
                                            Hispanic males
                                            Asian males
                                            Asian females
                                            Indian males

GENERAL BUSINESS AND INDUSTRY
    Series 1101............…..........................White females
                                            Hispanic males
                                            Asian males

**CLERICAL CATEGORY**

SECRETARY
    Series 0318............…...........…..........White females
                                            Indian females

An analysis of the work force by occupation revealed instances of **CONSPICUOUS
ABSENCES** in the following **major occupations** (occupational series with 100 or more
employees) and EEO groups:

**PROFESSIONAL CATEGORY**

ACCOUNTANT
    Series 0510............…...............…..........Hispanic females
                                            Indian females

---

**EEOC FORM 566 (8/87)**                                    **DII-5**

HUD004315

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II. WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF UNDERREPRESENTATION CONSPICUOUS ABSENCES**
**BY MAJOR OCCUPATION (Cont'd)**

**PROFESSIONAL CATEGORY (Cont'd)**

AUDITOR
    Series 0511.............…………………..……Indian males

CONTRACT SPECIALIST
    Series 1102.............…………………....…Hispanic males
                                            Asian males
                                            Asian females
                                            Indian males
                                            Indian females

**ADMINISTRATIVE CATEGORY**

COMPUTER SPECIALIST
    Series 0334.............…………………....…White females
                                            Indian females

MANAGEMENT/PROGRAM ANALYST
    Series 0343.............…………………....…Indian males

EQUAL OPPORTUNITY SPECIALIST
    Series 0360.............…………………....…White females
                                            Indian males

FINANCIAL OPERATIONS ANALYST
    Series 0501.......………………………....…Hispanic males
                                            Hispanic females
                                            Indian females

CONSTRUCTION ANALYST
    Series 0828.............…………………....…White females
                                            Hispanic females

---

**EEOC FORM 566 (8/87)**                                    **DII-6**

HUD004316

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF UNDERREPRESENTATION CONSPICUOUS ABSENCES**
**BY MAJOR OCCUPATION (Cont'd)**

**ADMINISTRATIVE CATEGORY (Cont'd)**

APPRAISING/ASSESSING SPECIALIST
    Series 1171..............……………………......White females
                                             Asian males
                                             Indian males
                                           Indian females

CRIMINAL INVESTIGATOR
    Series 1811..............…………………….....White females
                                             Indian females

**TECHNICAL CATEGORY**

GENERAL BUSINESS AND INDUSTRY
    Series 1101....…………………….................Black males
                                             Indian males

**CLERICAL CATEGORY**

MISC. CLERK/ASSISTANT
    Series 0303.............................................Asian males
                                             Indian males
                                         Indian females

SECRETARY
    Series 0318..............…………………….....Hispanic males
                                             Asian males

HUD004317

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

### SUMMARY STATEMENT OF UNDERREPRESENTATION

There are some instances of underrepresentation in the work force for each of the indicated EEO groups.  The specific underrepresented EEO Groups and instances of underrepresentation are as follows:

| EEO Groups | Instances of Underrepresentation |
|---|---|
| White females - | Professional, Administrative, Technical, and Clerical categories and in the 510, 511, 905, 301, 334, 343, 360, 501, 828, 1101(A), 1160, 1171, 1811, 303 (T), 1101 (T), and 318 occupational series. |
| Black males - | Other category and in the 303 (T), and 1101 (T) occupational series. |
| Black females - | 828 and 1171 occupational series. |
| Hispanic males - | Technical, Clerical, and Other categories and in the 1102, 301, 343, 501,1101 (A), 1160, 303 (T), 1101 (T), and 318 occupational series. |
| Hispanic Females - | Clerical category and in the 510, 511, 334, 343, 501, 828, 1171, and 1811 occupational series. |
| Asian males - | Professional, Technical, Clerical, and Other categories and in the 510, 511, 905, 1102, 343, 360, 501, 1101 (A), 1171, 1101 (T), 303 (T),  and 318 occupational series. |
| Asian females - | in the 905, 1102, 301, 343, 360, 828, 1171, 1811, and 303 (T) occupational series. |
| Indian males - | Technical and Other categories and in the 511, 1102, 343, 360, 1171, 1101 (T), and 303 (T) occupational series. |
| Indian females - | Other categories and in the 510, 1102, 301, 334, 343, 501, 1171 1811, and 318 occupational series. |

**HUD004318**

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**CHANGE IN WORK FORCE**

**ON-BOARD WORK FORCE**

| Race/Sex | 1999 # | 1999 % | 2000 # | 2000 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| **Whites** | **5,257** | **55.4** | **5,389** | **54.8** | **+132** | **- 0.6** |
| White males | 2,628 | 27.7 | 2,734 | 27.8 | +106 | + 0.1 |
| White females | 2,629 | 27.7 | 2,655 | 27.0 | + 26 | - 0.7 |
| **Blacks** | **3,168** | **33.5** | **3,324** | **33.8** | **+156** | **+ 0.3** |
| Black males | 792 | 8.4 | 859 | 8.8 | + 67 | + 0.4 |
| Black females | 2,376 | 25.1 | 2,465 | 25.0 | + 89 | - 0.1 |
| **Hispanics** | **641** | **6.8** | **686** | **6.9** | **+ 45** | **+ 0.1** |
| Hispanic males | 256 | 2.7 | 280 | 2.8 | + 24 | + 0.1 |
| Hispanic females | 385 | 4.1 | 406 | 4.1 | + 21 | 0.0 |
| **Asian Americans** | **318** | **3.3** | **338** | **3.4** | **+ 20** | **+ 0.1** |
| Asian males | 146 | 1.5 | 157 | 1.6 | + 11 | + 0.1 |
| Asian females | 172 | 1.8 | 181 | 1.8 | + 9 | 0.0 |
| **American Indians** | **101** | **1.0** | **106** | **1.0** | **+ 5** | **0.0** |
| Indian males | 40 | 0.4 | 44 | 0.4 | + 4 | 0.0 |
| Indian females | 61 | 0.6 | 62 | 0.6 | + 1 | 0.0 |
| **Total Work Force** | **9,485** | **100.0** | **9,843** | **100.0** | **+358** | **+ 3.8** |
| **Minorities and Women** | **6,857** | **72.3** | **7,109** | **72.2** | **+252** | **-0.1** |
| **Women** | **5,623** | **59.3** | **5,769** | **58.6** | **+146** | **-0.7** |
| **Minorities** | **4,228** | **44.6** | **4,454** | **45.2** | **+226** | **+0.6** |

HUD004319

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**CHANGE IN WORK FORCE FISCAL YEAR 1999 AND FISCAL YEAR 2000**
**BY PATCOB CATEGORY**

**PROFESSIONAL CATEGORY**

| Race/Sex | 1999 # | 1999 % | 2000 # | 2000 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| **Whites** | 766 | 66.8 | 771 | 65.7 | + 5 | - 1.1 |
| White males | 525 | 45.8 | 532 | 45.3 | + 7 | - 0.5 |
| White females | 241 | 21.0 | 239 | 20.4 | - 2 | - 0.6 |
| **Blacks** | 243 | 21.3 | 257 | 21.9 | +14 | + 0.6 |
| Black males | 94 | 8.2 | 99 | 8.4 | + 5 | + 0.2 |
| Black females | 149 | 13.1 | 158 | 13.5 | + 9 | + 0.4 |
| **Hispanics** | 57 | 4.9 | 60 | 5.1 | + 3 | + 0.2 |
| Hispanic males | 36 | 3.1 | 38 | 3.2 | + 2 | + 0.1 |
| Hispanic females | 21 | 1.8 | 22 | 1.9 | + 1 | + 0.1 |
| **Asian Americans** | 74 | 6.5 | 80 | 6.8 | + 6 | + 0.3 |
| Asian males | 39 | 3.4 | 40 | 3.4 | + 1 | 0.0 |
| Asian females | 35 | 3.1 | 40 | 3.4 | + 5 | + 0.3 |
| **American Indians** | 5 | 0.4 | 5 | 0.5 | 0 | + 0.1 |
| Indian males | 4 | 0.3 | 3 | 0.3 | - 1 | 0.0 |
| Indian females | 1 | 0.1 | 2 | 0.2 | + 1 | + 0.1 |
| **Total Work Force** | 1,145 | 100.0 | 1,173 | 100.0 | + 28 | + 2.4 |
| **Minorities and Women** | 620 | 54.1 | 641 | 54.6 | + 21 | + 0.5 |
| **Women** | 447 | 39.0 | 461 | 39.3 | + 14 | + 0.3 |
| **Minorities** | 379 | 33.1 | 402 | 34.3 | + 23 | + 1.2 |

HUD004320

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**CHANGE IN WORK FORCE BY PATCOB CATEGORY (Cont'd)**

**ADMINISTRATIVE CATEGORY**

| Race/Sex | 1999 # | 1999 % | 2000 # | 2000 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| **Whites** | **3,838** | **57.6** | **4,015** | **56.5** | **+177** | **- 1.1** |
| White males | 2,010 | 30.2 | 2,114 | 29.7 | +104 | - 0.5 |
| White females | 1,828 | 27.4 | 1,901 | 26.8 | + 73 | - 0.6 |
| **Blacks** | **2,101** | **31.5** | **2,302** | **32.4** | **+201** | **+ 0.9** |
| Black males | 627 | 9.4 | 692 | 9.7 | + 65 | + 0.3 |
| Black females | 1,474 | 22.1 | 1,610 | 22.7 | +136 | + 0.6 |
| **Hispanics** | **453** | **6.8** | **498** | **7.1** | **+ 45** | **+ 0.3** |
| Hispanic males | 202 | 3.0 | 224 | 3.2 | + 22 | + 0.2 |
| Hispanic females | 251 | 3.8 | 274 | 3.9 | + 23 | + 0.1 |
| **Asian Americans** | **204** | **3.1** | **218** | **3.0** | **+ 14** | **- 0.1** |
| Asian males | 98 | 1.5 | 109 | 1.5 | + 11 | 0.0 |
| Asian females | 106 | 1.6 | 109 | 1.5 | + 3 | - 0.1 |
| **American Indians** | **65** | **1.0** | **72** | **1.0** | **+ 7** | **0.0** |
| Indian males | 32 | 0.5 | 37 | 0.5 | + 5 | 0.0 |
| Indian males | 33 | 0.5 | 35 | 0.5 | + 2 | 0.0 |
| **Totals** | **6,661** | **100.0** | **7,105** | **100.0** | **+444** | **+ 6.7** |
| **Minorities and Women** | **4,651** | **69.8** | **4,991** | **70.2** | **+340** | **+ 0.4** |
| **Women** | **3,692** | **55.4** | **3,929** | **55.4** | **+237** | **0.0** |
| **Minorities** | **2,823** | **42.4** | **3,090** | **43.5** | **+267** | **+1.1** |

EEOC FORM 566 (8/87)                                    DII-11

HUD004321

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

FISCAL YEAR 2001
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

CHANGE IN WORK FORCE BY PATCOB CATEGORY (Cont'd)

TECHNICAL CATEGORY

| Race/Sex | 1999 | | 2000 | | Differences | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| **Whites** | **495** | **39.5** | **459** | **38.0** | **- 36** | **- 1.5** |
| White males | 64 | 5.1 | 61 | 5.1 | - 3 | 0.0 |
| White females | 431 | 34.4 | 398 | 32.9 | - 33 | - 1.5 |
| **Blacks** | **602** | **48.0** | **591** | **48.9** | **- 11** | **+ 0.9** |
| Black males | 43 | 3.4 | 46 | 3.8 | + 3 | + 0.4 |
| Black females | 559 | 44.6 | 545 | 45.1 | - 14 | + 0.5 |
| **Hispanics** | **102** | **8.1** | **103** | **8.6** | **+ 1** | **+ 0.5** |
| Hispanic males | 13 | 1.0 | 14 | 1.2 | + 1 | + 0.2 |
| Hispanic females | 89 | 7.1 | 89 | 7.4 | 0 | + 0.3 |
| **Asian Americans** | **28** | **2.2** | **29** | **2.4** | **+ 1** | **+ 0.2** |
| Asian males | 9 | 0.7 | 8 | 0.7 | - 1 | 0.0 |
| Asians females | 19 | 1.5 | 21 | 1.7 | + 2 | + 0.2 |
| **American Indians** | **28** | **2.2** | **26** | **2.1** | **- 2** | **- 0.1** |
| Indian males | 3 | 0.2 | 3 | 0.2 | 0 | 0.0 |
| Indian females | 25 | 2.0 | 23 | 1.9 | - 2 | - 0.1 |
| **Totals** | **1,255** | **100.0** | **1,208** | **100.0** | **- 47** | **- 3.7** |
| **Minorities and** | | | | | | |
| **Women** | **1,191** | **94.9** | **1,147** | **94.9** | **- 44** | **0.0** |
| **Women** | **1,123** | **89.6** | **1,076** | **89.0** | **- 47** | **- 0.6** |
| **Minorities** | **760** | **60.5** | **749** | **62.0** | **- 11** | **+ 1.5** |

**EEOC FORM 566 (8/87)**            **DII-12**

HUD004322

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**CHANGE IN WORK FORCE BY PATCOB CATEGORY (Cont'd)**

**CLERICAL CATEGORY**

| Race/Sex | 1999 # | 1999 % | 2000 # | 2000 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| **Whites** | **143** | **37.3** | **127** | **39.6** | **- 16** | **+ 2.3** |
| White males | 20 | 5.2 | 17 | 5.3 | - 3 | + 0.1 |
| White females | 123 | 32.1 | 110 | 34.3 | - 13 | + 2.2 |
| **Blacks** | **205** | **53.5** | **161** | **50.2** | **- 44** | **- 3.3** |
| Black males | 18 | 4.7 | 16 | 5.0 | - 2 | + 0.3 |
| Black females | 187 | 48.8 | 145 | 45.2 | - 42 | - 3.6 |
| **Hispanics** | **23** | **6.0** | **20** | **6.2** | **- 3** | **+ 0.2** |
| Hispanic males | 4 | 1.0 | 3 | 0.9 | - 1 | - 0.1 |
| Hispanic females | 19 | 5.0 | 17 | 5.3 | - 2 | + 0.3 |
| **Asian Americans** | **9** | **2.3** | **10** | **3.1** | **+ 1** | **+ 0.8** |
| Asian males | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Asians females | 9 | 2.3 | 10 | 3.1 | + 1 | + 0.8 |
| **American Indians** | **3** | **0.8** | **3** | **0.9** | **0** | **+ 0.1** |
| Indian males | 1 | 0.3 | 1 | 0.3 | 0 | 0.0 |
| Indian females | 2 | 0.5 | 2 | 0.6 | 0 | + 0.1 |
| Totals | 383 | 100.0 | 321 | 100.0 | - 62 | - 16.2 |
| **Minorities and Women** | **363** | **94.7** | **304** | **94.7** | **- 59** | **0.0** |
| **Women** | **340** | **88.8** | **284** | **88.5** | **- 56** | **- 0.3** |
| **Minorities** | **240** | **62.6** | **194** | **60.4** | **- 46** | **- 2.2** |

HUD004323

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)

CHANGE IN WORK FORCE BY PATCOB CATEGORY (Cont'd)

OTHER CATEGORY

| Race/Sex | 1999 # | 1999 % | 2000 # | 2000 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| **Whites** | **13** | **40.5** | **16** | **51.6** | **+ 3** | **+11.1** |
| White males | 7 | 21.9 | 9 | 29.0 | + 2 | + 7.1 |
| White females | 6 | 18.6 | 7 | 22.6 | + 1 | + 4.0 |
| **Blacks** | **10** | **31.3** | **9** | **29.0** | **- 1** | **- 2.3** |
| Black males | 3 | 9.4 | 2 | 6.4 | - 1 | - 3.0 |
| Black females | 7 | 21.9 | 7 | 22.6 | 0 | + 0.7 |
| **Hispanics** | **6** | **18.7** | **5** | **16.1** | **- 1** | **- 2.6** |
| Hispanic males | 1 | 3.1 | 1 | 3.2 | 0 | + 0.1 |
| Hispanic females | 5 | 15.6 | 4 | 12.9 | - 1 | - 2.7 |
| **Asian Americans** | **3** | **9.4** | **1** | **3.2** | **- 2** | **- 6.2** |
| Asian males | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Asians females | 3 | 9.4 | 1 | 3.2 | - 2 | - 6.2 |
| **Totals** | **32** | **100.0** | **31** | **100.0** | **- 1** | **- 3.1** |
| **Minorities and Women** | **25** | **78.1** | **22** | **71.0** | **-3** | **- 7.1** |
| **Women** | **21** | **65.5** | **19** | **61.3** | **- 2** | **- 4.2** |
| **Minorities** | **19** | **59.4** | **15** | **48.4** | **- 4** | **-11.1** |

* There is a conspicuous absence of American Indians in this category.

HUD004324

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**CHANGE IN WORK FORCE BY PATCOB CATEGORY (Cont'd)**

**BLUE COLLAR CATEGORY**

| Race/Sex | 1999 # | 1999 % | 2000 # | 2000 % | Differences # | Differences % |
|---|---|---|---|---|---|---|
| White males | 2 | 22.2 | 1 | 20.0 | -1 | -2.2 |
| Black males | 7 | 77.8 | 4 | 80.0 | - 3 | +2.2 |

\* There is a conspicuous absence of all EEO Groups except White males and Black males.

**ANALYSIS OF REPRESENTATION BY GRADE GROUPING**

| EEO Group Race/Sex | Senior Level # | Senior Level % | GS-13/15 # | GS-13/15 % | GS-9/12 # | GS-9/12 % | GS-5/8 # | GS-5/8 % | GS-1/4 # | GS-1/4 % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Whites** | 63 | 62.3 | 2,881 | 62.0 | 1,842 | 50.6 | 507 | 38.4 | 22 | 66.7 |
| White males | 48 | 47.5 | 1,771 | 38.1 | 791 | 21.7 | 75 | 5.7 | 10 | 30.3 |
| White females | 15 | 14.8 | 1,110 | 23.9 | 1,051 | 28.9 | 432 | 32.7 | 12 | 36.4 |
| **Blacks** | 28 | 27.8 | 1,289 | 27.7 | 1,347 | 37.0 | 634 | 48.0 | 7 | 21.2 |
| Black males | 14 | 13.9 | 487 | 10.5 | 289 | 7.9 | 61 | 4.6 | 0 | 0.0 |
| Black females | 14 | 13.9 | 802 | 17.2 | 1,058 | 29.1 | 573 | 43.4 | 7 | 21.2 |
| **Hispanic** | 7 | 7.0 | 278 | 6.0 | 278 | 7.6 | 118 | 8.9 | 3 | 9.1 |
| Hispanic males | 3 | 3.0 | 153 | 3.3 | 105 | 2.9 | 17 | 1.3 | 1 | 3.0 |
| Hispanic females | 4 | 4.0 | 125 | 2.7 | 173 | 4.7 | 101 | 7.6 | 2 | 6.1 |
| **Asian** | 1 | 1.0 | 164 | 3.6 | 134 | 3.7 | 36 | 2.8 | 0 | 0.0 |
| Asian males | 1 | 1.0 | 91 | 2.0 | 57 | 1.6 | 6 | 0.5 | 0 | 0.0 |
| Asian females | 0 | 0.0 | 73 | 1.6 | 77 | 2.1 | 30 | 2.3 | 0 | 0.0 |

HUD004325

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF REPRESENTATION BY GRADE GROUPING (Cont'd)**

| EEO Group Race/Sex | Senior Level # | Senior Level % | GS-13/15 # | GS-13/15 % | GS-9/12 # | GS-9/12 % | GS-5/8 # | GS-5/8 % | GS-1/4 # | GS-1/4 % |
|---|---|---|---|---|---|---|---|---|---|---|
| **American Indian** | **2** | **2.0** | **40** | **0.8** | **38** | **1.1** | **25** | **1.9** | **1** | **3.0** |
| Indian males | 1 | 1.0 | 29 | 0.6 | 10 | 0.3 | 4 | 0.3 | 0 | 0.0 |
| Indian females | 1 | 1.0 | 11 | 0.2 | 28 | 0.8 | 21 | 1.6 | 1 | 3.0 |
| **Total** | 101 | 100.0 | 4,652 | 100.0 | 3,639 | 100.0 | 1,320 | 100.0 | 33 | 100.0 |
| **Minorities and Women** | 53 | 52.6 | 2,881 | 62.0 | 2,848 | 78.3 | 1,245 | 94.3 | 23 | 69.7 |
| **Women** | 34 | 33.7 | 2,121 | 45.6 | 2,387 | 65.6 | 1,157 | 88.5 | 22 | 66.7 |
| **Minorities** | 38 | 37.8 | 1,771 | 38.1 | 1,797 | 49.4 | 813 | 61.6 | 11 | 33.3 |

**ADMINISTRATIVELY DETERMINED PAY RATE SCHEDULE\***

| EEO Group | Percentage of Representation # | % |
|---|---|---|
| **White** | **73** | **79.2** |
| White males | 38 | 41.2 |
| White females | 35 | 38.0 |
| **Black** | **14** | **15.3** |
| Black males | 3 | 3.3 |
| Black females | 11 | 12.0 |
| **Hispanic** | **2** | **2.2** |
| Hispanic males | 1 | 1.1 |
| Hispanic females | 1 | 1.1 |

\* There is a conspicuous absence of American Indians

**EEOC FORM 566 (8/87)**                                    **DII-16**

HUD004326

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF REPRESENTATION BY GRADE GROUPING (Cont'd)**

**ADMINISTRATIVELY DETERMINED PAY RATE SCHEDULE\* (Cont'd)**

| EEO Group | Percentage of Representation # | % |
|---|---|---|
| **Asian** | 3 | 3.3 |
| Asian males | 2 | 2.2 |
| Asian females | 1 | 1.1 |
| **Totals** | **92** | **100.0** |
| **Minorities and Women** | 54 | 58.8 |
| Women | 48 | 52.2 |
| Minorities | 19 | 20.8 |

\* There is a conspicuous absence of American Indians

**BLUE COLLAR\***

| EEO Group | WG-5/9 # | % | WG-11/12 # | % | WL-5/9 # | % |
|---|---|---|---|---|---|---|
| **White males** | 2 | 28.6 | 0 | 0.0 | 0 | 0.0 |
| **Black males** | 5 | 71.4 | 0 | 0.0 | 2 | 100.0 |

\*    There is a conspicuous absence of all other EEO groups.

---

**EEOC FORM 566 (8/87)**                                                          **DII-17**

HUD004327

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**

**UPDATE**

**II.  WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF CHANGE IN REPRESENTATION BY GRADE GROUPING**
**BETWEEN FISCAL YEAR 1999 AND FISCAL YEAR 2000**

| EEO Group Race/Sex | Senior Level # | % | GS-13/15 # | % | GS-9/12 # | % | GS-5/8 # | % | GS-1/4 # | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **White** | - 2 | - 5.4 | + 452 | -1.8 | - 224 | - 2.1 | - 96 | - 1.1 | + 1 | + 21.1 |
| White males | - 2 | - 4.6 | + 237 | -2.2 | - 129 | - 1.7 | - 7 | + 0.4 | 0 | + 8.6 |
| White females | - 0 | - 0.8 | + 215 | +0.4 | - 95 | - 0.4 | - 89 | - 1.5 | + 1 | + 12.5 |
| **Black** | + 4 | + 2.8 | + 283 | +1.3 | - 37 | + 1.7 | - 81 | + 1.0 | - 11 | - 17.9 |
| Black males | + 2 | + 1.4 | + 106 | +0.5 | - 29 | - 0.2 | - 7 | + 0.1 | - 3 | - 6.5 |
| Black females | + 2 | + 1.4 | + 177 | +0.8 | - 8 | + 1.9 | - 74 | + 0.9 | - 8 | - 11.4 |
| **Hispanic** | + 3 | + 2.8 | + 71 | + 0.6 | - 11 | + 0.2 | - 18 | - 0.1 | - 1 | + 0.4 |
| Hispanic males | + 1 | + 0.9 | + 34 | + 0.2 | - 4 | + 0.1 | - 7 | - 0.3 | 0 | + 0.8 |
| Hispanic females | + 2 | + 1.9 | + 37 | + 0.4 | - 7 | + 0.1 | - 11 | + 0.2 | - 1 | - 0.4 |
| **Asian** | 0 | 0.0 | + 27 | 0.0 | - 3 | + 0.2 | - 4 | + 0.2 | - 2 | - 4.3 |
| Asian males | 0 | 0.0 | + 12 | - 0.1 | + 1 | + 0.2 | + 3 | - 0.1 | 0 | 0.0 |
| Asian females | 0 | 0.0 | + 15 | + 0.1 | - 4 | 0.0 | - 1 | + 0.3 | - 2 | - 4.3 |
| **Indian** | 0 | 0.0 | + 10 | 0.0 | - 2 | 0.0 | - 3 | 0.0 | 0 | + 0.8 |
| Indian males | 0 | 0.0 | + 8 | 0.0 | - 4 | - 0.1 | 0 | 0.0 | 0 | 0.0 |
| Indian females | 0 | 0.0 | + 2 | 0.0 | + 2 | + 0.1 | - 3 | 0.0 | 0 | + 0.8 |
| **Total** | + 5 | + 5.2 | + 843 | + 22.1 | - 277 | - 7.1 | - 120 | - 7.9 | - 13 | - 28.3 |
| **Minorities and Women** | + 7 | + 4.8 | + 606 | + 2.3 | - 152 | + 1.7 | - 195 | - 0.3 | - 13 | - 8.6 |
| **Women** | + 4 | + 2.5 | + 446 | + 1.6 | - 112 | + 1.8 | - 178 | + 0.8 | - 10 | - 2.9 |
| **Minorities** | + 7 | + 5.6 | + 391 | + 1.9 | - 53 | + 2.1 | - 106 | - 1.1 | - 14 | - 21.0 |

**EEOC FORM 566 (8/87)**                                                    **DII-18**

HUD004328

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROGRAM ANALYSIS**

**DEPARTMENT**
**UPDATE**

II.     **WORK FORCE - SUMMARY ANALYSIS (Cont'd)**

**ANALYSIS OF CHANGE IN REPRESENTATION BY GRADE GROUPING**
**BETWEEN FISCAL YEAR 1999 AND FISCAL YEAR 2000 (Cont'd)**

**ADMINISTRATIVELY DETERMINED PAY RATE SCHEDULE**

| EEO Group | Number and Percent | |
|---|---|---|
| **White** | **+ 2** | **- 2.4** |
| White males | + 8 | + 6.7 |
| White females | - 6 | - 9.1 |
| **Black** | **0** | **- 0.9** |
| Black males | 0 | - 0.2 |
| Black females | 0 | - 0.7 |
| **Hispanic** | **+ 1** | **+ 1.1** |
| Hispanic males | 0 | 0.0 |
| Hispanic females | + 1 | + 1.1 |
| **Asian** | **+ 2** | **+ 2.2** |
| Asian males | + 1 | + 1.1 |
| Asian females | + 1 | + 1.1 |
| **Minorities and women** | **- 3** | **- 6.7** |
| **Women** | **- 5** | **- 8.7** |
| **Minorities** | **+ 3** | **+ 2.4** |

**BLUE COLLAR***

| | WG 5-9 | | WL 5-9 | |
|---|---|---|---|---|
| | # | % | # | % |
| White males | -1 | -3.6 | 0 | 0.0 |
| Black males | -2 | +3.6 | -1 | 0.0 |

\*     There is a conspicuous absence of all other EEO groups.

**EEOC FORM 566 (8/87)**                                                **DII-19**

HUD004329

AFFIRMATIVE EMPLOYMENT PROGRAM (AEP) PLAN UPDATE REPORT

DISTRIBUTION OF EEO GROUPS AND COMPARATIVE CIVILIAN LABOR FORCE
BY PATCOB AND TOTAL WORK FORCE

FISCAL YEAR 2000 (Year End)/FISCAL YEAR 2001 (Beginning)

| Occupational Category | Total | White males | White females | Black males | Black females | Hispanic males | Hispanic females | Asian males | Asian females | Indian males | Indian females |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROFESSIONAL** *HUD Work force* | 100.0 | 45.3 | 20.4 | 8.4 | 13.5 | 3.2 | 1.9 | 3.4 | 3.4 | 0.3 | 0.2 |
| *Civilian Labor Force (CLF)* | 100.0 | 54.7 | 30.3 | 2.4 | 3.2 | 2.1 | 1.4 | 3.5 | 1.9 | 0.2 | 0.2 |
| **ADMINISTRATIVE** *HUD Work force* | 100.0 | 29.7 | 26.8 | 9.7 | 22.7 | 3.2 | 3.9 | 1.5 | 1.5 | 0.5 | 0.5 |
| *Civilian Labor Force CLF* | 100.0 | 42.1 | 40.4 | 3.6 | 5.3 | 2.6 | 2.6 | 1.4 | 1.4 | 0.3 | 0.3 |
| **TECHNICAL** *HUD Work force* | 100.0 | 5.1 | 32.9 | 3.8 | 45.1 | 1.2 | 7.4 | 0.7 | 1.7 | 0.2 | 1.9 |
| *Civilian Labor Force CLF* | 100.0 | 36.1 | 42.9 | 3.6 | 6.6 | 3.2 | 3.4 | 1.9 | 1.6 | 0.4 | 0.4 |
| **CLERICAL** *HUD Work force* | 100.0 | 5.3 | 34.3 | 5.0 | 45.2 | 0.9 | 5.3 | 0.0 | 3.1 | 0.3 | 0.6 |
| *Civilian Labor Force CLF* | 100.0 | 14.0 | 63.4 | 2.8 | 9.6 | 1.7 | 5.2 | 0.8 | 1.9 | 0.2 | 0.5 |
| **OTHER** *HUD Work force* | 100.0 | 29.0 | 22.6 | 6.5 | 22.6 | 3.2 | 12.9 | 0.0 | 3.2 | 0.0 | 0.0 |
| *Civilian Labor Force CLF* | 100.0 | 67.6 | 11.2 | 9.7 | 3.2 | 4.8 | 1.0 | 1.2 | 0.3 | 0.9 | 0.2 |
| **BLUE COLLAR** *HUD Work force* | 100.0 | 20.0 | 0.0 | 80.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Civilian Labor Force CLF* | 100.0 | 65.4 | 9.8 | 9.1 | 2.2 | 8.7 | 1.5 | 1.7 | 0.5 | 0.8 | 0.2 |
| **TOTAL** *HUD Work force* | 100.0 | 27.8 | 27.0 | 8.8 | 25.0 | 2.8 | 4.1 | 1.6 | 1.8 | 0.4 | 0.6 |
| *Civilian Labor Force CLF* | 100.0 | 42.6 | 35.3 | 4.9 | 5.4 | 4.8 | 3.3 | 1.5 | 1.3 | 0.3 | 0.3 |

EEOC FORM 566/569 (8/87)

DII-20

HUD004330

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**PROBLEM/BARRIER IDENTIFICATION**

**DEPARTMENT**

**UPDATE**

**PROVIDE A NARRATIVE DESCRIBING THE PROBLEMS/BARRIERS IDENTIFIED:**

**II. WORK FORCE**

The Fiscal Year 2000 year-end work force analysis revealed the following problems/ barriers:

**UNDESIRED CONDITION:** The Department's work force reflects the manifest imbalance and conspicuous absence of some EEO groups.

**DESIRED CONDITION:** A diversified work force that is reflective of the Nation's population.

**ANALYSIS:** An analysis of the Department's work force revealed that there are instances of manifest imbalances and/or conspicuous absences of some EEO groups in seventeen (17) major occupations (occupational series with 100 or more employees).

**PROBABLE BARRIER:** The attrition rate reveals that, as a result of the aging work force (an average age of 47 with 18 years of service), the potential losses from retirement could have an adverse impact on the diversity of the work force. Another probable barrier may be inattention to EEO objectives during the recruitment and hiring process.

**ALTERNATIVES:** Reinforce the Department's commitment to attaining a work force that is representative of the CLF; continue to utilize the Upward Mobility and other developmental programs to assist on-board minorities and women in their career advancement; assure that each Program Office develops and implements an AEP Plan which focuses on internal movement; and assure that all current employees are made aware of existing training opportunities and position vacancies.

**EXPECTED RESULTS:** An increase in the representation of targeted EEO groups (whose current composition of the Department's work force shows manifest imbalances and/or conspicuous absences) at all grade levels, occupational categories, and occupational series/positions.

**FOLLOW-UP ACTION:** Continue to monitor hiring, internal movement, and attrition statistics in order to conduct impact analyses on EEO groups who are manifestly imbalanced and/or conspicuously absent from the work force. Develop realistic and proactive strategies to eliminate imbalances in the work force.

See pages DII-32 through DII-46 for specific numerical objectives targeted to improve instances of underrepresentation by EEO group, occupational category (PATCOB), and major occupations.

**EEOC FORM 566 (8/87)**                                                  **DII-21**

HUD004331

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT: II. WORK FORCE**

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/01

| ACTION ITEMS: | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **PROFESSIONAL (PATCOB) CATEGORY**: FY01 Numerical Objective: 58 Twelve Year Numerical Objective: 597* | Assistant Secretaries and Principal Organization Heads | 9/30/01 |
| **--Economist - GS-0110**\*\* --FY01 Numerical Objective: 0 --Twelve Year Numerical Objective: 32 | " | " |
| **--Accountant - GS-0510** --FY01 Numerical Objective: 14 --Twelve Year Numerical Objective: 119 | " | " |
| **--Auditor - GS-0511** --FY01 Numerical Objective: 27 --Twelve Year Numerical Objective: 268 | " | " |

\*    To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 2001) combined numerical objectives.

\*\*    Due to restructuring and management reform, this occupational series has fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

**EEOC FORM 566 (8/87)**                                                              **DII-22**

HUD004332

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT: II. WORK FORCE**

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/01

| ACTION ITEMS: (Cont'd): | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **PROFESSIONAL (PATCOB) CATEGORY (Cont'd):** | | |
| **--Engineer - GS-0801\***<br>--FY01 Numerical Objective: 0<br>--Twelve Year Numerical<br> Objective: 43 | Assistant Secretaries and Principal Organization Heads | 09/30/01 |
| **--Attorney - GS-0905**<br>--FY01 Numerical Objective: 8<br>--Twelve Year Numerical<br> Objective: 85 | " | " |
| **--Contract Specialist -<br> GS-1102**<br>--FY01 Numerical Objective: 9<br>--Twelve Year Numerical<br> Objective: 50 | " | " |

\*  Due to restructuring and management reform, this occupational series has fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

---

**EEOC FORM 566 (8/87)**                                    **DII-23**

HUD004333

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT: II. WORK FORCE**

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/01

| ACTION ITEMS: (Cont'd): | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY**: FY01 Numerical Objective: 201 Twelve Year Numerical Objective: 2,065* | Assistant Secretaries and Principal Organization Heads | 09/30/01 |
| **--Personnel Management - GS-0201**\*\* --FY01 Numerical Objective: 0 --Twelve Year Numerical Objective: 16 | " | " |
| **--Misc. Administration - GS-0301** --FY01 Numerical Objective: 32 --Twelve Year Numerical Objective: 317 | " | " |
| **--Computer Specialist - GS-0334** --FY01 Numerical Objective: 11 --Twelve Year Numerical Objective: 181 | " | " |

\*    To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 2001) combined numerical objectives.

\*\*   Due to restructuring and management reform, these occupational series have fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in these occupational series.

**EEOC FORM 566 (8/87)**                                    **DII-24**

HUD004334

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT: II. WORK FORCE**

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/01

| ACTION ITEMS: (Cont'd): | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd):** | | |
| **--Program Manager - GS-0340**<br>--FY01 Numerical Objective: 0<br>--Twelve Year Numerical Objective: 54 | Assistant Secretaries and Principal Organization Heads | 09/30/01 |
| **--Management Analyst - GS-0343**<br>--FY01 Numerical Objective: 23<br>--Twelve Year Numerical Objective: 215 | " | " |
| **--Equal Opportunity Specialist - GS-0360**<br>--FY01 Numerical Objective: 10<br>--Twelve Year Numerical Objective: 86 | " | " |
| **--Financial Operations Analyst - GS-0501**<br>--FY01 Numerical Objective: 18<br>--Twelve Year Numerical Objective: 159 | " | " |

**EEOC FORM 566 (8/87)**                                      **DII-25**

HUD004335

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT: II. WORK FORCE**

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/01

| ACTION ITEMS: (Cont'd): | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd):** | | |
| **--Construction Analyst - GS-0828** --FY01 Numerical Objective: 11 --Twelve Year Numerical Objective: 78 | Assistant Secretaries and Principal Organization Heads | 09/30/01 |
| **--General Business and Industry - GS-1101** --FY01 Numerical Objective: 62 --Twelve Year Numerical Objective: 372 | " | " |
| **--Financial Analyst - GS-1160** --FY01 Numerical Objective: 7 --Twelve Year Numerical Objective: 40 | " | " |

* Due to restructuring and management reform, this occupational series has fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

**EEOC FORM 566 (8/87)**                                                      **DII-26**

HUD004336

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT: II. WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:**  09/30/01

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd):** | | |
| **--Loan Specialist - GS-1165\*** <br> --FY01 Numerical Objective: 0 <br> --Twelve Year Numerical Objective: 230 | Assistant Secretaries and Principal Organization Heads | 09/30/01 |
| **--Realty Specialist - GS-1170\*** <br> --FY01 Numerical Objective: 0 <br> --Twelve Year Numerical Objective: 59 | " | " |
| **--Appraising and Assessing - GS-1171** <br> --FY01 Numerical Objective: 13 <br> --Twelve Year Numerical Objective: 131 | " | " |

\*  Due to restructuring and management reform, this occupational series has fewer than 100 employees.  No numerical objectives have been established.  However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

**EEOC FORM 566 (8/87)**                                                         DII-27

HUD004337

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT: II. WORK FORCE**

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/01

| **ACTION ITEMS: (Cont'd):** | **RESPONSIBLE OFFICIAL** | **TARGET DATE** |
|---|---|---|
| **ADMINISTRATIVE (PATCOB) CATEGORY (Cont'd):** | | |
| **Housing Management Specialist - GS-1173\*** <br>--FY01 Numerical Objective: 0 <br>--Twelve Year Numerical Objective: 55 | Assistant Secretaries and Principal Organization Heads | 09/30/01 |
| **--Criminal Investigator - GS-1811** <br>--FY01 Numerical Objective: 12 <br>--Twelve Year Numerical Objective: 72 | " | " |

\* Due to restructuring and management reform, this occupational series has fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

**EEOC FORM 566 (8/87)**                                      **DII-28**

HUD004338

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT: II. WORK FORCE**

**PROBLEM/BARRIER STATEMENT:**  Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:**  To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:**  Secretary
**TARGET DATE:**  09/30/01

| ACTION ITEMS: (Cont'd): | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **TECHNICAL (PATCOB) CATEGORY**: FY01 Numerical Objective: 63 Twelve Year Numerical Objective: 813* | Assistant Secretaries and Principal Organization Heads | 09/30/01 |
| **--Clerk/Assistant - GS-0303** --FY01 Numerical Objective: 48 --Twelve Year Numerical  Objective: 638 | " | " |
| **--Accounting Technician - GS-0525*** --FY01 Numerical Objective: 0 --Twelve Year Numerical  Objective: 65 | " | " |
| **--General Business and Industry - GS-1101** --FY01 Numerical Objective: 15 --Twelve Year Numerical  Objective: 110 | " | " |

*    To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 2001) combined numerical objectives.

**EEOC FORM 566 (8/87)**

**DII-29**

HUD004339

## AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN

### FISCAL YEAR 2001
### ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT
### REPORT OF OBJECTIVES AND ACTION ITEMS

### DEPARTMENT

**UPDATE**

### PROGRAM ELEMENT: II. WORK FORCE

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/01

| ACTION ITEMS: (Cont'd) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **CLERICAL (PATCOB) CATEGORY:** FY01 Numerical Objective: 13 Twelve Year Numerical Objective: 566* | Assistant Secretaries and Principal Organization Heads | 09/30/01 |
| **--Clerk - GS-0303** --FY01 Numerical Objective: 0 --Twelve Year Numerical Objective: 172 | " | " |
| **--Secretary - GS-0318** --FY01 Numerical Objective: 13 --Twelve Year Numerical Objective: 364 | " | " |
| **--Office Automation (Clerk) - GS-0326**\*\* --FY01 Numerical Objective: 0 --Twelve Year Numerical Objective: 30 | " | " |

\*   To be consistent with the extensions of MD-714, the numerical objectives have been revised to reflect the multi-year (1989 through 2001) combined numerical objectives.

\*\*  Due to restructuring and management reform, this occupational series has fewer than 100 employees. No numerical objectives have been established. However, the Department will continue to monitor and report on all accomplishments, if any, in this occupational series.

**EEOC FORM 566 (8/87)**                    **DII-30**

HUD004340

**AFFIRMATIVE EMPLOYMENT PROGRAM FOR MINORITIES AND WOMEN**

**FISCAL YEAR 2001**
**ANNUAL AFFIRMATIVE EMPLOYMENT PROGRAM PLAN UPDATE REPORT**
**REPORT OF OBJECTIVES AND ACTION ITEMS**

**DEPARTMENT**

**UPDATE**

**PROGRAM ELEMENT: II. WORK FORCE**

**PROBLEM/BARRIER STATEMENT:** Manifest imbalances and conspicuous absences of
EEO groups exist in PATCOB categories and mainstream occupations as indicated below:

**OBJECTIVE:** To reduce manifest imbalances and conspicuous absences of the affected
EEO groups.

**RESPONSIBLE OFFICIAL:** Secretary
**TARGET DATE:** 09/30/01

| ACTION ITEMS: (CONT'D) | RESPONSIBLE OFFICIAL | TARGET DATE |
|---|---|---|
| **BLUE COLLAR CATEGORY:** * | | |
| --FY01 Numerical Objective: 0 | " | " |
| --Twelve Year Numerical Objective: 12 | | |

*   Due to restructuring and management reform, this occupational series has fewer than
100 employees.  No numerical objectives have been established.

**EEOC FORM 566 (8/87)**                                             **DII-31**

HUD004341

**COMBINED HIRING AND INTERNAL MOVEMENT**
**NUMERICAL OBJECTIVES BY PATCOB**

**FISCAL YEAR 2001**

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| PROFESSIONAL | PLANNED | 70 | **** | 32 | 0 | 0 | 5 | 5 | 13 | 5 | 5 | 5 |
| | ACTUAL | | | | | | | | | | | |
| ADMINISTRATIVE | PLANNED | 312 | **** | 151 | 0 | 50 | 30 | 28 | 17 | 12 | 12 | 12 |
| | ACTUAL | | | | | | | | | | | |
| TECHNICAL | PLANNED | 62 | **** | 32 | 9 | 0 | 7 | 0 | 6 | 4 | 4 | 0 |
| | ACTUAL | | | | | | | | | | | |
| CLERICAL | PLANNED | 52 | **** | 20 | 10 | 0 | 5 | 5 | 5 | 0 | 1 | 4 |
| | ACTUAL | | | | | | | | | | | |
| OTHER | PLANNED | 5 | **** | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| TOTAL | PLANNED | 501 | **** | 235 | 20 | 50 | 48 | 38 | 42 | 22 | 24 | 22 |
| | ACTUAL | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DII-32

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

FISCAL YEAR 2001

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0110* ECONOMIST PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 14 | **** | 5 | 0 | 0 | 0 | 2 | 5 | 0 | 0 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 27 | **** | 19 | 0 | 0 | 0 | 3 | 3 | 0 | 2 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0801* ENGINEER PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 8 | **** | 4 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1102 CONTRACT SPEC PROFESSIONAL | PLANNED | 9 | **** | 0 | 0 | 0 | 3 | 0 | 2 | 0 | 2 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0201* PRSNL MGMNT ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

\*   This is occupational series has less than 100 employees.  No numerical objectives were established for FY-00.  HUD will continue to monitor and report all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-33

HUD004343

COMBINED HIRING AND INTERNAL MOVEMENT
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

FISCAL YEAR 2001

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER/ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0301 GEN. ADMIN ADMINISTRATIVE | PLANNED | 32 | **** | 23 | 0 | 0 | 3 | 0 | 0 | 3 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0334 COMPUTER SPEC ADMINISTRATIVE | PLANNED | 11 | **** | 7 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0340* PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0343 MGT/PROG ANAL ADMINISTRATIVE | PLANNED | 23 | **** | 13 | 0 | 0 | 3 | 3 | 0 | 1 | 2 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0360 EEO SPEC ADMINISTRATIVE | PLANNED | 10 | **** | 6 | 0 | 0 | 0 | 0 | 2 | 1 | 2 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0501 FIN OPER ANAL ADMINISTRATIVE | PLANNED | 18 | **** | 6 | 0 | 0 | 2 | 5 | 3 | 0 | 0 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0828 CONST ANAL ADMINISTRATIVE | PLANNED | 11 | **** | 5 | 0 | 2 | 0 | 3 | 0 | 1 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-00. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-34

HUD004344

## COMBINED HIRING AND INTERNAL MOVEMENT
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

### FISCAL YEAR 2001

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-1101 BUS/INDUSTRY ADMINISTRATIVE | PLANNED | 62 | **** | 55 | 0 | 0 | 2 | 0 | 5 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1160 FIN ANAL (HSG) ADMINISTRATIVE | PLANNED | 7 | **** | 5 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1165* LOAN SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1170* REALTY SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 13 | **** | 7 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-1173* HSNG MGT SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1811 CRIMINAL INVEST ADMINISTRATIVE | PLANNED | 14 | **** | 7 | 0 | 0 | 0 | 2 | 0 | 3 | 0 | 2 |
| | ACTUAL | | | | | | | | | | | |

\* This occupational series has less than 100 employees. No numerical objectives were established for FY-00. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-35

## COMBINED HIRING AND INTERNAL MOVEMENT
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

### FISCAL YEAR 2001

**ORGANIZATION: HUD**

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0303 CLERK/ASST TECHNICAL | PLANNED | 48 | **** | 25 | 7 | 0 | 5 | 0 | 4 | 4 | 3 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0525* ACCTNG TECH TECHNICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1101 HOUSING TECH TECHNICAL | PLANNED | 15 | **** | 8 | 2 | 0 | 2 | 0 | 2 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0303 CLERK/ASST CLERICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0318 SECRETARY CLERICAL | PLANNED | 13 | **** | 5 | 0 | 0 | 3 | 0 | 3 | 0 | 0 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0326* OFFICE AUTO ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR PAY PLANS* WAGE GRADE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-00 HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-36

HUD004346

## SUMMARY OF HIRING
## NUMERICAL OBJECTIVES BY PATCOB

### FISCAL YEAR 2001

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| PROFESSIONAL | PLANNED | 35 | **** | 14 | 0 | 0 | 3 | 3 | 7 | 3 | 3 | 3 |
| | ACTUAL | | | | | | | | | | | |
| ADMINISTRATIVE | PLANNED | 112 | **** | 45 | 0 | 28 | 10 | 6 | 7 | 5 | 6 | 5 |
| | ACTUAL | | | | | | | | | | | |
| TECHNICAL | PLANNED | 15 | **** | 7 | 4 | 0 | 2 | 0 | 1 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| CLERICAL | PLANNED | 22 | **** | 7 | 4 | 0 | 2 | 2 | 3 | 1 | 1 | 2 |
| | ACTUAL | | | | | | | | | | | |
| OTHER | PLANNED | 5 | **** | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| TOTAL | PLANNED | 189 | **** | 73 | 9 | 28 | 18 | 10 | 19 | 9 | 12 | 11 |
| | ACTUAL | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DII-37

HUD004347

## SUMMARY OF HIRING
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

### FISCAL YEAR 2001

**ORGANIZATION: HUD**

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE Male | WHITE Female | BLACK Male | BLACK Female | HISPANIC Male | HISPANIC Female | ASIAN AMER./ PAC. ISLANDER Male | ASIAN AMER./ PAC. ISLANDER Female | AMER. INDIAN/ ALASKAN NATIVE Male | AMER. INDIAN/ ALASKAN NATIVE Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GS-0110* ECONOMIST PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 8 | **** | 3 | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 10 | **** | 7 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0801* ENGINEER PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 4 | **** | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1102 CONTRACT SPEC PROFESSIONAL | PLANNED | 5 | **** | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0201* PRSNL MGMNT ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

\* This occupational series has less than 100 employees.  No numerical objectives were established for FY-00.  HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-38

HUD004348

## SUMMARY OF HIRING
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

### FISCAL YEAR 2001

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0301 GEN. ADMIN ADMINISTRATIVE | PLANNED | 10 | **** | 6 | 0 | 0 | 3 | 0 | 0 | 1 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0334 COMPUTER SPEC ADMINISTRATIVE | PLANNED | 5 | **** | 3 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0340* PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0343 MGT/PROG ANAL ADMINISTRATIVE | PLANNED | 10 | **** | 6 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0360 EEO SPEC ADMINISTRATIVE | PLANNED | 5 | **** | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0501 FIN OPER ANAL ADMINISTRATIVE | PLANNED | 6 | **** | 2 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0828 CONST ANAL ADMINISTRATIVE | PLANNED | 8 | **** | 4 | 0 | 1 | 0 | 0 | 2 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |

\* This occupational series has less than 100 employees. No numerical objectives were established for FY-00. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-39

## SUMMARY OF HIRING
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

### FISCAL YEAR 2001

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-1101 BUS/INDUSTRY ADMINISTRATIVE | PLANNED | 12 | **** | 10 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1160 FIN ANAL (HSG) ADMINISTRATIVE | PLANNED | 1 | **** | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1165* LOAN SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1170* REALTY SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 7 | **** | 4 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-1173* HSNG MGT SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1811 CRIMINAL INVEST ADMINISTRATIVE | PLANNED | 5 | **** | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees.  No numerical objectives were established for FY-00.  HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-40

## SUMMARY OF HIRING
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS
### FISCAL YEAR 2001

**ORGANIZATION: HUD**

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0303 CLERK/ASST TECHNICAL | PLANNED | 14 | **** | 6 | 4 | 0 | 2 | 0 | 1 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0525* ACCTNG TECH TECHNICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1101 HOUSING TECH TECHNICAL | PLANNED | 2* | **** | 2 | * | 0 | * | 0 | * | 0 | * | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0303 CLERK/ASST CLERICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0318 SECRETARY CLERICAL | PLANNED | 7 | **** | 2 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0326** OFFICE AUTO ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR PAY PLANS** WAGE GRADE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

\* Two hire from either EEO groups.   \*\* This occupational series has less than 100 employees.   No numerical objectives were established for FY-00.   HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-41

SUMMARY OF INTERNAL MOVEMENTS
NUMERICAL OBJECTIVES BY PATCOB

FISCAL YEAR 2001

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| PROFESSIONAL | PLANNED | 35 | **** | 18 | 0 | 0 | 2 | 3 | 6 | 2 | 2 | 2 |
| | ACTUAL | | | | | | | | | | | |
| ADMINISTRATIVE | PLANNED | 198 | **** | 106 | 0 | 22 | 20 | 20 | 10 | 7 | 6 | 7 |
| | ACTUAL | | | | | | | | | | | |
| TECHNICAL | PLANNED | 46 | **** | 25 | 5 | 0 | 5 | 0 | 5 | 3 | 3 | 0 |
| | ACTUAL | | | | | | | | | | | |
| CLERICAL | PLANNED | 29 | **** | 13 | 6 | 0 | 3 | 3 | 2 | 0 | 0 | 2 |
| | ACTUAL | | | | | | | | | | | |
| OTHER | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| TOTAL | PLANNED | 308 | **** | 162 | 11 | 22 | 30 | 26 | 23 | 12 | 12 | 11 |
| | ACTUAL | | | | | | | | | | | |

EEOC FORM 566 (8/87)

DII-42

SUMMARY OF INTERNAL MOVEMENTS
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

FISCAL YEAR 2001

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0110* ECONOMIST PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0510 ACCOUNTANT PROFESSIONAL | PLANNED | 6 | **** | 2 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0511 AUDITOR PROFESSIONAL | PLANNED | 17 | **** | 12 | 0 | 0 | 0 | 2 | 2 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0801* ENGINEER PROFESSIONAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0905 ATTORNEY PROFESSIONAL | PLANNED | 4 | **** | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1102 CONTRACT SPEC PROFESSIONAL | PLANNED | 4 | **** | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0201* PRSNL MGMNT ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

*    This occupational series has less than 100 employees.  No numerical objectives were established for FY-00.  HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-43

HUD004353

## SUMMARY OF INTERNAL MOVEMENTS
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

### FISCAL YEAR 2001

**ORGANIZATION: HUD**

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0301 GEN. ADMIN ADMINISTRATIVE | PLANNED | 26 | **** | 20 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 2 |
| | ACTUAL | | | | | | | | | | | |
| GS-0334 COMPUTER SPEC ADMINISTRATIVE | PLANNED | 6 | **** | 4 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0340* PROG MANAGER ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0343 MGT/PROG ANAL ADMINISTRATIVE | PLANNED | 15 | **** | 8 | 0 | 0 | 2 | 2 | 0 | 1 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0360 EEO SPEC ADMINISTRATIVE | PLANNED | 8 | **** | 4 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0501 FIN OPER ANAL ADMINISTRATIVE | PLANNED | 12 | **** | 4 | 0 | 0 | 1 | 4 | 2 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0828 CONST ANAL ADMINISTRATIVE | PLANNED | 3 | **** | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-00. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-44

HUD004354

## SUMMARY OF INTERNAL MOVEMENTS
## NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

### FISCAL YEAR 2001

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-1101 BUS/INDUSTRY ADMINISTRATIVE | PLANNED | 498 | **** | 45 | 0 | 0 | 1 | 0 | 3 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1160 FIN ANAL (HSG) ADMINISTRATIVE | PLANNED | 5 | **** | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1165* LOAN SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1170* REALTY SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1171 APPRAISER ADMINISTRATIVE | PLANNED | 6 | **** | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-1173* HSNG MGT SPEC ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1811 CRIMINAL INVEST ADMINISTRATIVE | PLANNED | 9 | **** | 4 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-00. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-45

SUMMARY OF INTERNAL MOVEMENTS
NUMERICAL OBJECTIVES BY MAJOR OCCUPATIONS

FISCAL YEAR 2001

ORGANIZATION: HUD

| OCCUPATIONAL CATEGORY | PLANNED/ ACTUAL | TOTAL ALL | WHITE | | BLACK | | HISPANIC | | ASIAN AMER./ PAC. ISLANDER | | AMER. INDIAN/ ALASKAN NATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | Male | Female | Male | Female | Male | Female |
| GS-0303 CLERK/ASST TECHNICAL | PLANNED | 33 | **** | 19 | 3 | 0 | 3 | 0 | 3 | 3 | 2 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0525* ACCTNG TECH TECHNICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-1101 HOUSING TECH TECHNICAL | PLANNED | 13 | **** | 6 | 2 | 0 | 2 | 0 | 2 | 0 | 1 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0303 CLERK/ASST CLERICAL | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| GS-0318 SECRETARY CLERICAL | PLANNED | 7 | **** | 3 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 |
| | ACTUAL | | | | | | | | | | | |
| GS-0326* OFFICE AUTO ADMINISTRATIVE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |
| BLUE COLLAR PAY PLANS* WAGE GRADE | PLANNED | 0 | **** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | ACTUAL | | | | | | | | | | | |

* This occupational series has less than 100 employees. No numerical objectives were established for FY-00. HUD will continue to monitor and report on all accomplishments, if any.

EEOC FORM 566 (8/87)

DII-46

HUD004356