UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD S. PATOSKI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALPHONSO JACKSON, SECRETARY,<br>DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT,<br><br>　　　　　Defendant. | C.A. No. 05-11086 RCL |

**PARTIES' JOINT MOTION FOR LEAVE TO FILE REPLY BRIEFS IN SUPPORT OF THEIR RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to LR 7.1(b)(3), the parties hereby jointly move for leave to file reply briefs in support of their motions for summary judgment. The briefs would be a maximum of ten pages, and would be filed on or before July 9, 2007.

As support therefore, the parties state:

1.　Both parties filed motions for summary judgment. On June 11, 2007, both parties filed twenty page oppositions to the original motions. The parties seek leave to reply to issues that were raised in the oppositions, which would otherwise go unchallenged. It is believed that the Court will benefit from this additional round of analysis.

2.　Attorney for Defendant will be going out on a previously scheduled vacation. Therefore, the parties request leave to file their replies on or before July 9, 2007, which will give the parties enough time to adequately brief the relevant issues.

3.　Both parties understand the need for brevity, and are therefore limiting their request for leave to file a maximum of ten pages of reply.

WHEREFORE, the parties request that this Court grant leave for each party to file a ten page reply brief by July 9, 2007.

| The Defendant<br>By its Attorneys, | The Plaintiff<br>By his attorneys, |
|---|---|
| /s/ Mark J. Grady<br>Mark J. Grady<br>Assistant U.S. Attorney<br>BBO#<br>United States Attorney's Office<br>John Joseph Moakley Courthouse<br>One Courthouse Way<br>Boston, MA  02210<br>(617) 748-3100 | /s/ Robert S. Mantell<br>Kevin G. Powers<br>BBO# 405020<br>Robert S. Mantell<br>BBO# 559715<br>Rodgers, Powers & Schwartz LLP<br>18 Tremont Street, Suite 500<br>Boston, MA  02108<br>(617) 742-7010, ext. 305<br>fax (617) 742-7225 |

### LR 7.1 CERTIFICATION

On July 21, 2007, attorneys for all parties conferred telephonically for the purpose of resolving the issues contained herein. At that time, all parties agreed to the motion contained above.

/s/ Robert S. Mantell

Patoski joint motion summary judgment reply