UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD S. PATOSKI,<br><br>          Plaintiff,<br><br>v.<br><br>ALPHONSO JACKSON, SECRETARY,<br>DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT,<br><br>          Defendant. | C.A. No. 05-11086 RCL |

**PLAINTIFF'S MOTION TO ADD SEPTEMBER 20, 2007 JOB POSTING
TO SUMMARY JUDGMENT RECORD**

      Plaintiff Richard S. Patoski hereby seeks leave to add an additional affidavit, and an additional document, to the summary judgment record. At issue is a job posting for an Equal Employment Specialist for HUD, which closed on September 20, 2007. The job posting is supported by an affidavit from Plaintiff, and the two documents are attached hereto.

      Plaintiff could not have submitted this document within the summary judgment deadline, as it was posted only recently, on or about September 6, 2007.

      The posting is relevant to this case. HUD asserts that one or more of Plaintiff's claims are moot, because HUD no longer pursues the AEP program. However, the posting clearly asserts that HUD continues to maintain the AEP Program, and that HUD's Affirmative Employment Division continues to be tasked with responsibilities for preparing AEP reports. See Attachment.

WHEREFORE, Plaintiff seeks leave to enter the attached affidavit and job posting into the summary judgment record.

        The Plaintiff
        By his attorneys,

        /s/ Robert S. Mantell
        Kevin G. Powers
        BBO# 405020
        Robert S. Mantell
        BBO# 559715
        Rodgers, Powers & Schwartz LLP
        18 Tremont Street, Suite 500
        Boston, MA  02108
        (617) 742-7010, ext. 305
        fax (617) 742-7225

## LR 7.1 CERTIFICATION

I certify that on October 31, 2007, I communicated with Attorney for Defendant, Mark Grady, Esq., in a good faith effort to resolve the matter contained herein. The parties were unable to reach a resolution.

        /s/ Robert S. Mantell

Patoski motion 9.20.07 job posting

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD S. PATOSKI, )
)
Plaintiff, )
)
v. ) C.A. No. 05-11086 RCL
)
ALPHONSO JACKSON, SECRETARY, )
DEPARTMENT OF HOUSING AND )
URBAN DEVELOPMENT, )
)
Defendant. )

**AFFIDAVIT OF RICHARD S. PATOSKI IN SUPPORT OF INCLUSION OF JOB POSTING IN THE SUMMARY JUDGMENT RECORD**

I, Richard S. Patoski, hereby depose and state:

1. I found the attached job posting, with a close date of September 20, 2007, for a position as Equal Employment Specialist, at HUD. It is my understanding that this position was posted, on or about September 6, 2007, which was well after summary judgment materials were submitted in this case. The posting was found at http://jobsearch.usajobs.opm.gov/ftva.asp?seeker=1&JobID=62069710, which is a website where vacancy announcements for positions within the United States Government are routinely posted.

2. The posting notes that the Affirmative Employment Division is responsible for the management of the Departments Affirmative Employment Program (AEP), and the analyses of data and preparation of AEP Accomplishment Reports.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY


_Richard S. Patoski_            _10/31/07_
Richard S. Patoski              Date

Patoski affidavit job posting



**Department:** Department Of Housing And Urban Development

**Agency:** Office of Departmental Equal Employment Opportunity

**Sub Agency:** Affirmative Employment Division, Office of Affirmative Action & EEO

**Job Announcement Number:** RE-MSH-2007-0379

# Office Of Dept Equal Employment Opportunity

← Back to Search Results

### EQUAL EMPLOYMENT SPECIALIST (Diversity Program Manager ( Hispanic Coordinator)

**SALARY RANGE:** 66,767.00 - 103,220.00 USD per year
GS-12 - $66,767.00 - $86,801.00 per annum; GS-13 - $79,397.00 - $103,220.00 per annum

**OPEN PERIOD:** Thursday, September 06, 2007 to Thursday, September 20, 2007

**SERIES & GRADE:** GS-0260-12/13

**POSITION INFORMATION:** Full-Time Permanent

**PROMOTION POTENTIAL:** 13

**DUTY LOCATIONS:** 1 vacancy - Washington, DC

**WHO MAY BE CONSIDERED:**
Applications will be accepted from US Citizens, from current and former competitive service Federal employees, and people eligible under special hiring authorities.

**JOB SUMMARY:**
Application and supporting documentation must be received in this office by the close of business on the closing date of September 20, 2007. **The Department of Housing and Urban Development does NOT accept FAX and/or EMAIL applications.** Submit application and supporting documentation to: US DHUD 451 7th Street, SW., RM 2153, Washington, DC 20410.

A COMPLETE APPLICATION PACKAGE MUST BE SUBMITTED IN ACCORDANCE WITH THE 'HOW TO APPLY' SECTION OF THIS ANNOUNCEMENT. PLEASE REFER TO THIS SECTION TO DETERMINE THE APPROPRIATE DOCUMENTS THAT MUST BE SUBMITTED BASED ON YOUR STATUS. FAILURE TO PROVIDE ANY NECESSARY AND RELEVANT INFORMATION SHALL BE DISQUALIFYING UNDER THE COMPETITIVE PROCESS.

← Back to Search Results

 



**Send Mail to:**
Department Of Housing And Urban Development
451 7th Street, SW
451 7TH STREET, SW
Washington, DC 20410
US

**For questions about this job:**
Job Information Center
Phone: 202-708-0408

**USAJOBS Control Number:** 1002795

EEO Policy Statement | Reasonable Accommodation Policy Statement | Veterans Information
Legal and Regulatory Guidance

Home | Search Jobs | My USAJOBS | Information Center | Veterans | Forms | Employer Services
FAQS | Privacy Policy | Help | Site Map
Contact Us | Privacy Act and Public Burden Information

This is a United States Office of Personnel Management website. USAJOBS is the Federal Government's official one-stop source for Federal jobs and employment information.







**Department:** Department Of Housing And Urban Development

**Agency:** Office of Departmental Equal Employment Opportunity

**Sub Agency:** Affirmative Employment Division, Office of Affirmative Action & EEO

**Job Announcement Number:** RE-MSH-2007-0379

## Office Of Dept Equal Employment Opportunity

← Back to Search Results

**EQUAL EMPLOYMENT SPECIALIST (Diversity Program Manager ( Hispanic Coordinator)**

**Additional Duty Location Info:** 1 vacancy - Washington, DC

**MAJOR DUTIES:**      Top ▲

The incumbent of this position is an Equal Employment Specialist located in the Affirmative Employment Division, Office of Affirmative Action and Equal Employment Opportunity, Office of Departmental Equal Employment Opportunity (ODEEO). The incumbent reports directly to the Division Director. The Affirmative Employment Division is responsible for the management of the Department's Affirmative Employment Program (AEP), the management and monitoring of the Department's Diversity Program, the analyses of data and preparation of AEP Accomplishment Reports and Program Plan Update Reports covering minorities and women, and persons with disabilities for the Equal Employment Opportunity Commission (EEOC); Disabled Veterans Affirmative Action Program (DVAAP) Reports for the Office of Personnel Management; provides assistance to EEO Officers and support staff on the coordination, management, evaluation, monitoring, and reporting of the Department's Equal Employment Opportunity, Affirmative Employment and Diversity Programs initiatives and activities; and provides oversight, coordination, and funding of Special Emphasis Program observances.

Serves as ODEEO's liaison with HUD Joint Venture Groups to ensure that the concerns of all groups are represented and to assist all employees in recognizing and understanding their varied diverse backgrounds. Serves as the Hispanic Program Coordinator for the Department.

← Back to Search Results



      

**Send Mail to:**
Department Of Housing And Urban Development
451 7th Street, SW

451 7TH STREET, SW
Washington, DC 20410
US

**For questions about this job:**
Job Information Center
Phone: 202-708-0408

**USAJOBS Control Number:** 1002795

<u>EEO Policy Statement</u> | <u>Reasonable Accommodation Policy Statement</u> | <u>Veterans Information</u>
<u>Legal and Regulatory Guidance</u>

Home | Search Jobs | My USAJOBS | Information Center | Veterans | Forms | Employer Services
FAQS | Privacy Policy | Help | Site Map
Contact Us | Privacy Act and Public Burden Information

This is a United States Office of Personnel Management website. USAJOBS is the Federal Government's official one-stop source for Federal jobs and employment information.

