UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD PATOSKI, ) | |
| ) | Civil Action No. 05-11086-RCL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALPHONSO JACKSON, Secretary, ) | |
| Department of Housing and Urban ) | |
| Development, ) | |
| ) | |
| Defendant. ) | |

## ASSENTED TO MOTION TO RESCHEDULE THE PRE TRIAL CONFERENCE TO FEBRUARY 6, 2008

Now comes the defendant, Alphonso Jackson, by and through his attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, to request that the Pre-Trial Conference be continued from January 24, 2008, at 3:00 p.m. to February 6, 2008, at 3:00 p.m. In support, undersigned counsel states that the January 24, 2008, date conflicts with another hearing .

Plaintiff's counsel has assented to the request and is available on February 6, 2008.

**Conclusion**

Wherefore, Defendant requests that the pre trial conference be rescheduled to February 6, 2008, at 3:00 p.m.

        Respectfully submitted,
        MICHAEL J. SULLIVAN,
        United States Attorney

By:    /s/ Mark J. Grady
        Mark J. Grady, Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        617-748-3136

Certificate of Service

The docket reflects that this Motion will be served electronically.
        /s/ Mark J. Grady
        Mark J. Grady
        Assistant U.S. Attorney