# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD PATOSKI, ) | |
| ) | Civil Action No. 05-11086-RCL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALPHONSO JACKSON, Secretary, ) | |
| Department of Housing and Urban ) | |
| Development, ) | |
| ) | |
| Defendant. ) | |

## ASSENTED TO MOTION TO RESCHEDULE THE PRE-TRIAL CONFERENCE TO FEBRUARY 19, 2008

Now comes the defendant, Alphonso Jackson, by and through his attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, to request that the Pre-Trial Conference be continued from February 6, 2008, at 3:00 p.m. to February 19, 2008, at 3:00 p.m (or later that day). Alternatively, should the Court deny the Motion to continue, the parties would request leave to file their Motions in Limine, Jury Instructions, and the parties' Joint Pre-Trial Memorandum on or before February 5, 2006 (the day before the presently scheduled pre-trial conference, rather than five days before).

In support of this motion, undersigned counsel states that on January 24, 2008, there was a death in the family of undersigned counsel's wife, and, as a result of which, undersigned counsel will have to travel to Cleveland, Ohio, on Saturday, January 26, 2008, to attend services expected to occur during the week of January 28, 2008.

This request for a continuance is reasonably necessary as, pursuant to this Court's Pre-Trial Order, the parties Final Pre-Trial Memorandum, Motions in Limine and Jury Instructions are due

On January 30, 2008, five days prior the Pre-Trial Conference. Because of this unforseen event, undersigned counsel cannot possibly comply with the deadlines imposed with respect to Motions in Limine and Jury Instructions. Further, as the parties had planned to (further)[1] meet on Monday, January 28, 2008, for the purpose of preparing the parties' joint exhibit lists, stipulations, and witness lists for inclusion in the final Pre-Trial Memorandum, it is unlikely that the parties will be able to prepare the required joint Pre-Trial Memorandum in advance of the January 30, 2008, deadline.

On the morning of January 25, 2008, at 9:00 a.m., undersigned counsel contacted this Court's clerk to determine whether any dates were available to conduct the Pre-trial Conference in the weeks of February 11th and 18th. Undersigned counsel has been informed that there is presently an opening on February 19, 2008, at 3:00 p.m. Undersigned counsel has confirmed that Plaintiff is available on that date.

### **Conclusion**

Wherefore, Defendant respectfully requests that the Pre-Trial Conference in this matter be continued to February 19, 2008, at 3:00 p.m. Alternatively, should the Court deny the Motion to continue, the parties would request leave to file their Motions in Limine, Jury Instructions, and the

---

[1] Counsel for the parties previously met on January 17, 2008, to discuss the issues required by the Court's pre-trial memorandum.

parties' Joint Pre-trial Memorandum on or before February 5, 2006 (the day before the presently scheduled pre-trial conference, rather than five days before).

                                      Respectfully submitted,
                                      MICHAEL J. SULLIVAN,
                                      United States Attorney

By:    /s/ Mark J. Grady
        Mark J. Grady, Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        617-748-3136

<u>L.R. 7.1 Certificate of Compliance</u>

I hereby certify that I conferred with plaintiff's counsel who has assented.

        /s/ Mark J. Grady
        Mark J. Grady
        Assistant U.S. Attorney

<u>Certificate of Service</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 28, 2008.

        /s/ Mark J. Grady
        Mark J. Grady
        Assistant U.S. Attorney