# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD PATOSKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, Secretary, )<br>Department of Housing and Urban )<br>Development, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-11086-RCL |

## ASSENTED TO MOTION TO RESCHEDULE THE PRE-TRIAL CONFERENCE TO APRIL 3, 2008

Now comes the Defendant, Alphonso Jackson, by and through his attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, to request that the Pre-Trial Conference be continued from February 25, 2008, at 2:00 p.m. to April 3, 2008, at 3:00 p.m.

In support of this motion, undersigned counsel states that undersigned counsel sought a continuance of the February 6, 2008, Pre-Trial Conference date due a death in the family. At the time the motion was filed, undersigned counsel understood that the Court had a date available on February 19, 2008, at 3:00 p.m. and undersigned counsel confirmed that the date was available to both parties. Hence, undersigned counsel neglected to include notice that undersigned counsel had been previously scheduled to be on vacation from February 21, 2008 through February 25, 2008.

This Court allowed the motion to continue, but to February 25, 2008, a date on which undersigned counsel will be on vacation.

The present suggested date April 3, 3008, has been confirmed as available with Clerk Lisa Hourihan, and is available to both parties.

**Conclusion**

Wherefore, Defendant respectfully requests that the Pre-Trial Conference in this matter be continued to April 3, 2008, at 3:00 p.m.

>Respectfully submitted,
>MICHAEL J. SULLIVAN,
>United States Attorney
>
>By:   /s/ Mark J. Grady
>Mark J. Grady, Assistant U.S. Attorney
>1 Courthouse Way, Suite 9200
>Boston, MA  02210
>617-748-3136

L.R. 7.1 Certificate of Compliance

I hereby certify that I conferred with plaintiff's counsel who has assented.

 /s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 1, 2008.

 /s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney