UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD S. PATOSKI,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHONSO JACKSON, SECRETARY,<br>DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT,<br><br>    Defendant. | C.A. No. 05-11086 RCL |

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND
DEADLINE FOR FILING PROPOSED FINDINGS OF
FACTS AND RULINGS OF LAW**

Plaintiff Richard S. Patoski hereby submits his assented-to motion to extend the deadline for filing proposed findings of facts and rulings of law. The Pretrial Order requires that for non-jury trials, proposed findings of facts and rulings of law should be submitted by March 27, 2008. Plaintiff has at all times sought a jury trial on the claims to be tried, and has developed extensive proposed jury instructions. Plaintiff now understands, as of a meeting on March 24, 2008, that Defendant seeks to challenge the right to a jury on a variety of claims. For example, Defendant is now asserting that the claim for back pay, and the claim for liability and damages for discrimination based on a combination of gender and age, must be tried by the Court, and not a jury.

Plaintiff is now faced with the daunting challenge of assembling proposed findings and rulings of law on claims that he believes should be tried to a jury, either as of right, or as an advisory jury. Both Plaintiff and Defendant have contacted the Court Clerk independently to determine whether they have to file duplicative jury instructions

and proposed findings of fact, given the dispute over whether a jury trial will obtain, over which claims. The Court Clerk suggested to Plaintiff's attorney that he file the instant motion.

WHEREFORE, Plaintiff requests that the deadline for submitting proposed findings of fact and rulings of law be continued, until the Court has had a chance to rule definitively on which questions will be determined by a jury. Defendant has assented to this motion.

Respectfully submitted,

The Plaintiff,
By her Attorneys

_____/s/ Robert S. Mantell_____
Kevin G. Powers
BBO# 405020
Robert S. Mantell
BBO# 559715
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Suite 500
Boston, MA  02108
(617) 742-7010

LR 7.1 Certificate

I, Robert S. Mantell, Attorney for Plaintiff, certify that on March 25, 2008, I spoke with the Attorney for Defendant, Mark Grady, Esq., in an effort to resolve the issues raised in the instant motion. Mr. Grady stated that he would assent to the instant motion.

_____/s/ Robert S. Mantell_____

Patoski motion extend pfofrol