UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD S. PATOSKI,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHONSO JACKSON, SECRETARY,<br>DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT,<br><br>    Defendant. | C.A. No. 05-11086 RCL |

### PLAINTIFF'S MOTION IN LIMINE REQUESTING THAT COURT TAKE JUDICIAL NOTICE OF OFFICIAL STATISTICS CONTAINED IN THE STATISTICAL ABSTRACT OF THE UNITED STATES

Plaintiff Richard S. Patoski hereby moves that this Court take judicial notice of official statistics published in the Statistical Abstract of the United States. The statistical table at issue is attached hereto, and refers to life expectancy of people in the United States. In this case, the Plaintiff is seeking front pay, including losses to his expected retirement benefits. In order to establish how long he (and/or his wife) will live to receive retirement benefits (and therefore to help calculate his lost pension), Plaintiff will be relying in part on Table 101 of the 2008 Statistical Abstract of the United States, which can be found at http://www.census.gov/compendia/statab/tables/08s0101.pdf.

Plaintiff requests that this Court take judicial notice of Table 101. Fed. R. Evid. 201. It is appropriate to take judicial notice of official statistics contained in the Statistical Abstracts. Barber v. Ponte, 772 F.2d 982, 998-999 & nn. 5-7, 9-12 (1st Cir. 1985); Moore v. Comfed Sav. Bank, 908 F.2d 834, 841 (11th Cir. 1990) (taking judicial notice of information from the Statistical Abstract). The use of this table is ubiquitous;

indeed, a version is contained in the 2007 Massachusetts Lawyers Diary and Manual (the Red Book), at 1383; see Malone v. Boston, 26 MDLR 31, 2004 Mass. Comm. Discrim. Lexis 9, at 26 (2004)

WHEREFORE, Plaintiff Richard S. Patoski respectfully requests that this Court take judicial notice of the attached Table 101 of the 2008 Statistical Abstract of the United States.

> Respectfully submitted,
>
> The Plaintiff,
> By his Attorneys
>
>
> ____/s/ Robert S. Mantell____
> Kevin G. Powers
> BBO# 405020
> Robert S. Mantell
> BBO# 559715
> Rodgers, Powers & Schwartz LLP
> 18 Tremont Street
> Suite 500
> Boston, MA  02108
> (617) 742-7010

LR 7.1 Certification

I, Robert S. Mantell, hereby certify that on March 26, 2008, I conferred with the Attorney for Defendant, Mark Grady, Esq., in an effort to resolve or narrow the issues contained herein.

____/s/ Robert S. Mantell____

Patoski motion in limine statistical abstract

Table 101. **Expectation of Life and Expected Deaths by Race, Sex, and Age: 2004**

[See Appendix III]

| Age (years) | Expectation of life in years | | | | | Expected deaths per 1,000 alive at specified age [2] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total [1] | White | | Black | | Total [1] | White | | Black | |
| | | Male | Female | Male | Female | | Male | Female | Male | Female |
| At birth | 77.8 | 75.7 | 80.8 | 69.5 | 76.3 | 5.66 | 6.22 | 5.07 | 15.25 | 12.37 |
| 1 | 77.4 | 75.2 | 80.2 | 69.6 | 76.3 | 0.44 | 0.46 | 0.42 | 0.76 | 0.66 |
| 2 | 76.4 | 74.2 | 79.2 | 68.6 | 75.3 | 0.27 | 0.30 | 0.23 | 0.47 | 0.41 |
| 3 | 75.4 | 73.2 | 78.2 | 67.7 | 74.3 | 0.20 | 0.22 | 0.18 | 0.40 | 0.30 |
| 4 | 74.4 | 72.2 | 77.3 | 66.7 | 73.4 | 0.17 | 0.20 | 0.15 | 0.31 | 0.25 |
| 5 | 73.5 | 71.3 | 76.3 | 65.7 | 72.4 | 0.15 | 0.17 | 0.13 | 0.28 | 0.24 |
| 6 | 72.5 | 70.3 | 75.3 | 64.7 | 71.4 | 0.15 | 0.17 | 0.12 | 0.26 | 0.21 |
| 7 | 71.5 | 69.3 | 74.3 | 63.8 | 70.4 | 0.14 | 0.16 | 0.12 | 0.24 | 0.19 |
| 8 | 70.5 | 68.3 | 73.3 | 62.8 | 69.4 | 0.13 | 0.14 | 0.11 | 0.21 | 0.18 |
| 9 | 69.5 | 67.3 | 72.3 | 61.8 | 68.4 | 0.11 | 0.12 | 0.10 | 0.17 | 0.18 |
| 10 | 68.5 | 66.3 | 71.3 | 60.8 | 67.5 | 0.09 | 0.10 | 0.09 | 0.15 | 0.18 |
| 11 | 67.5 | 65.3 | 70.3 | 59.8 | 66.5 | 0.10 | 0.10 | 0.10 | 0.16 | 0.19 |
| 12 | 66.5 | 64.3 | 69.3 | 58.8 | 65.5 | 0.14 | 0.15 | 0.12 | 0.22 | 0.21 |
| 13 | 65.5 | 63.3 | 68.3 | 57.8 | 64.5 | 0.22 | 0.26 | 0.17 | 0.35 | 0.24 |
| 14 | 64.6 | 62.4 | 67.3 | 56.9 | 63.5 | 0.33 | 0.41 | 0.23 | 0.55 | 0.27 |
| 15 | 63.6 | 61.4 | 66.4 | 55.9 | 62.5 | 0.45 | 0.56 | 0.31 | 0.77 | 0.31 |
| 16 | 62.6 | 60.4 | 65.4 | 54.9 | 61.5 | 0.57 | 0.75 | 0.38 | 1.00 | 0.36 |
| 17 | 61.6 | 59.5 | 64.4 | 54.0 | 60.6 | 0.67 | 0.90 | 0.43 | 1.23 | 0.41 |
| 18 | 60.7 | 58.5 | 63.4 | 53.0 | 59.6 | 0.74 | 1.02 | 0.45 | 1.44 | 0.46 |
| 19 | 59.7 | 57.6 | 62.5 | 52.1 | 58.6 | 0.79 | 1.11 | 0.45 | 1.63 | 0.51 |
| 20 | 58.8 | 56.6 | 61.5 | 51.2 | 57.7 | 0.83 | 1.20 | 0.44 | 1.82 | 0.56 |
| 21 | 57.8 | 55.7 | 60.5 | 50.3 | 56.7 | 0.88 | 1.28 | 0.44 | 2.00 | 0.62 |
| 22 | 56.9 | 54.8 | 59.5 | 49.4 | 55.7 | 0.90 | 1.33 | 0.44 | 2.15 | 0.68 |
| 23 | 55.9 | 53.8 | 58.6 | 48.5 | 54.8 | 0.91 | 1.34 | 0.44 | 2.25 | 0.73 |
| 24 | 55.0 | 52.9 | 57.6 | 47.6 | 53.8 | 0.90 | 1.31 | 0.45 | 2.31 | 0.77 |
| 25 | 54.0 | 52.0 | 56.6 | 46.7 | 52.8 | 0.88 | 1.28 | 0.46 | 2.37 | 0.83 |
| 26 | 53.1 | 51.1 | 55.7 | 45.8 | 51.9 | 0.87 | 1.24 | 0.47 | 2.42 | 0.89 |
| 27 | 52.1 | 50.1 | 54.7 | 44.9 | 50.9 | 0.86 | 1.22 | 0.48 | 2.46 | 0.95 |
| 28 | 51.2 | 49.2 | 53.7 | 44.0 | 50.0 | 0.87 | 1.21 | 0.50 | 2.49 | 1.01 |
| 29 | 50.2 | 48.2 | 52.7 | 43.2 | 49.0 | 0.88 | 1.21 | 0.53 | 2.50 | 1.07 |
| 30 | 49.3 | 47.3 | 51.8 | 42.3 | 48.1 | 0.90 | 1.23 | 0.56 | 2.51 | 1.13 |
| 31 | 48.3 | 46.3 | 50.8 | 41.4 | 47.1 | 0.93 | 1.25 | 0.59 | 2.53 | 1.21 |
| 32 | 47.4 | 45.4 | 49.8 | 40.5 | 46.2 | 0.97 | 1.29 | 0.64 | 2.57 | 1.29 |
| 33 | 46.4 | 44.5 | 48.8 | 39.6 | 45.2 | 1.02 | 1.35 | 0.68 | 2.64 | 1.37 |
| 34 | 45.5 | 43.5 | 47.9 | 38.7 | 44.3 | 1.09 | 1.43 | 0.74 | 2.74 | 1.47 |
| 35 | 44.5 | 42.6 | 46.9 | 37.8 | 43.4 | 1.17 | 1.53 | 0.81 | 2.86 | 1.58 |
| 36 | 43.6 | 41.6 | 46.0 | 36.9 | 42.4 | 1.27 | 1.64 | 0.88 | 3.01 | 1.70 |
| 37 | 42.7 | 40.7 | 45.0 | 36.0 | 41.5 | 1.38 | 1.78 | 0.97 | 3.20 | 1.87 |
| 38 | 41.7 | 39.8 | 44.0 | 35.1 | 40.6 | 1.52 | 1.94 | 1.08 | 3.41 | 2.10 |
| 39 | 40.8 | 38.9 | 43.1 | 34.2 | 39.7 | 1.66 | 2.12 | 1.19 | 3.66 | 2.35 |
| 40 | 39.9 | 37.9 | 42.1 | 33.4 | 38.8 | 1.81 | 2.30 | 1.31 | 3.91 | 2.62 |
| 41 | 38.9 | 37.0 | 41.2 | 32.5 | 37.9 | 1.96 | 2.49 | 1.42 | 4.19 | 2.88 |
| 42 | 38.0 | 36.1 | 40.2 | 31.6 | 37.0 | 2.12 | 2.69 | 1.55 | 4.56 | 3.14 |
| 43 | 37.1 | 35.2 | 39.3 | 30.8 | 36.1 | 2.31 | 2.93 | 1.69 | 5.04 | 3.42 |
| 44 | 36.2 | 34.3 | 38.4 | 29.9 | 35.2 | 2.53 | 3.20 | 1.85 | 5.63 | 3.71 |
| 45 | 35.3 | 33.4 | 37.4 | 29.1 | 34.3 | 2.76 | 3.48 | 2.03 | 6.27 | 4.02 |
| 46 | 34.4 | 32.5 | 36.5 | 28.3 | 33.5 | 3.00 | 3.78 | 2.21 | 6.93 | 4.34 |
| 47 | 33.5 | 31.7 | 35.6 | 27.5 | 32.6 | 3.25 | 4.11 | 2.39 | 7.64 | 4.69 |
| 48 | 32.6 | 30.8 | 34.7 | 26.7 | 31.8 | 3.50 | 4.45 | 2.56 | 8.39 | 5.06 |
| 49 | 31.7 | 29.9 | 33.8 | 25.9 | 30.9 | 3.76 | 4.81 | 2.72 | 9.19 | 5.45 |
| 50 | 30.9 | 29.1 | 32.9 | 25.1 | 30.1 | 4.05 | 5.22 | 2.89 | 10.06 | 5.87 |
| 51 | 30.0 | 28.2 | 32.0 | 24.4 | 29.3 | 4.36 | 5.66 | 3.09 | 11.01 | 6.33 |
| 52 | 29.1 | 27.4 | 31.1 | 23.6 | 28.5 | 4.70 | 6.09 | 3.34 | 11.93 | 6.78 |
| 53 | 28.3 | 26.5 | 30.2 | 22.9 | 27.6 | 5.06 | 6.52 | 3.64 | 12.81 | 7.24 |
| 54 | 27.4 | 25.7 | 29.3 | 22.2 | 26.8 | 5.44 | 6.94 | 3.99 | 13.65 | 7.70 |
| 55 | 26.6 | 24.9 | 28.4 | 21.5 | 26.0 | 5.85 | 7.37 | 4.37 | 14.54 | 8.20 |
| 56 | 25.8 | 24.1 | 27.5 | 20.8 | 25.3 | 6.30 | 7.86 | 4.79 | 15.53 | 8.77 |
| 57 | 24.9 | 23.3 | 26.6 | 20.1 | 24.5 | 6.81 | 8.44 | 5.24 | 16.61 | 9.40 |
| 58 | 24.1 | 22.5 | 25.8 | 19.5 | 23.7 | 7.43 | 9.17 | 5.76 | 17.78 | 10.11 |
| 59 | 23.3 | 21.7 | 24.9 | 18.8 | 22.9 | 8.15 | 10.06 | 6.34 | 19.07 | 10.89 |
| 60 | 22.5 | 20.9 | 24.1 | 18.2 | 22.2 | 9.01 | 11.11 | 7.03 | 20.50 | 11.77 |
| 61 | 21.7 | 20.1 | 23.2 | 17.5 | 21.4 | 9.97 | 12.28 | 7.80 | 22.06 | 12.74 |
| 62 | 20.9 | 19.3 | 22.4 | 16.9 | 20.7 | 10.96 | 13.50 | 8.61 | 23.69 | 13.76 |
| 63 | 20.2 | 18.6 | 21.6 | 16.3 | 20.0 | 11.93 | 14.69 | 9.39 | 25.29 | 14.79 |
| 64 | 19.4 | 17.9 | 20.8 | 15.7 | 19.3 | 12.89 | 15.86 | 10.17 | 26.84 | 15.83 |
| 65 | 18.7 | 17.2 | 20.0 | 15.2 | 18.6 | 13.94 | 17.14 | 11.04 | 28.38 | 16.91 |
| 70 | 15.2 | 13.7 | 16.2 | 12.4 | 15.3 | 21.64 | 26.43 | 17.54 | 39.00 | 24.37 |
| 75 | 11.9 | 10.7 | 12.8 | 9.9 | 12.2 | 34.03 | 41.84 | 27.98 | 56.86 | 36.69 |
| 80 | 9.1 | 8.1 | 9.7 | 8.0 | 9.6 | 54.40 | 66.48 | 46.30 | 79.37 | 54.76 |

[1] Includes other races not shown separately.  [2] Based on the proportion of the cohort who are alive at the beginning of the indicated age who will die before reaching the age shown plus 1. For example, out of every 1,000 people alive and exactly 50 years old at the beginning of the period, between 4 and 5 (4.05) will die before reaching their 51st birthdays.

Source: U.S. National Center for Health Statistics, unpublished data.