UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

RICHARD PATOSKI,                                              )
                                                             )
                             Plaintiff,                       )         Civil Action No. 05-11086-RCL
                                                             )
             v.                                               )
                                                             )
ALPHONSO JACKSON, Secretary,                                  )
Department of Housing and Urban                               )
Development,                                                  )
                                                             )
                             Defendant.                       )

## MOTION IN LIMINE TO EXCLUDE PLAINTIFF FROM OFFERING EXPERT TESTIMONY REGARDING DAMAGES

### The 1997 Non-Selection Claim[1]

Briefly outlining the facts of the Plaintiff's claim, in 1997 HUD created a new position,

the "Community Builder," who would work with communities to access HUD programs.  There

were four such positions created in the Boston office.  The Plaintiff, along with ten other

candidates, made the "best qualified list" from which the final selections were made.  The

selecting official, Jose Citron ("Citron"), was provided the list of 11 possible candidates for the

position, from which he could select any four.

In making his decision, Citron contacted Mary Lou Crane ("Crane"), the Secretary's

Representative for New England, who would supervise the community builders, regarding the

_____

[1]This Court has entered summary judgment in favor of the Defendant as to all other
claims of the Plaintiff's First Amended Complaint. See Docket # 62 and Notes of November 5,
2007 Proceedings.

candidates and their suitability for the Boston positions.[2]  Crane did not recommend Patoski,

reporting that she felt that Patoski lacked the necessary interpersonal skills for the CB position.

As a result, Pastoski was ranked last of the eleven candidates by Citron.

Ultimately, three men and three women were selected for the position (one woman and

one man declined to accept the position).

The Plaintiff has not identified any expert with respect to the calculation of his claims of

back pay, front pay or with respect to the calculation of his claims regarding lost benefits.

Apparently, the Plaintiff seek to testify himself as to these issues.   Because the Plaintiff cannot

testify as to issues "based on scientific, technical, or other specialized knowledge," see Fed. R.

Civ. P. 701, such testimony should be excluded.

<u>Argument</u>

Rule 701 of the Federal Rules of Evidence provides:

> If the witness is not testifying as an expert, the witness' testimony in the form of
> opinions or inferences is limited to those opinions or inferences which are (a)
> rationally based on the perception of the witness, (b) helpful to a clear
> understanding of the witness' testimony or the determination of a fact in issue, and
> (c) not based on scientific, technical, or other specialized knowledge within the
> scope of Rule 702.

Fed. R. Evid. 701.

In response to an interrogatory requesting the Plaintiff's claimed damages, Plaintiff

submitted a chart, purporting to represent the differences between what he actually earned and

what he believes that he would have earned had he been awarded the Community Builder

---

[2]The Plaintiff contends that in these circumstances, he may prevail if he can establish that
either Crane or Citron harbored discriminatory intent.  See <u>Cariglia v. Hertz Equipment Rental
Corporation</u>, 363 F.3d 77 (1st Cir. 2004).

position.  <u>See</u> attached.  The information contained therein is clearly based assumptions

regarding, *inter alia*: (1) potential advancement through federal pay steps and grades; (2)

potential future salaries; and (3) the present day value of possible future earnings.  Such

assumptions clearly involve scientific, technical and other specialized knowledge which is the

exclusive province of experts.  <u>See</u>, <u>e.g.</u>, <u>Seal v. Gateway Companies, Inc.</u>, 2002 WL 1009481, 2

(E.D.La. 2002) ("with regard to both her back pay and front pay/loss of future earnings

calculations, it is far from clear in this case that plaintiff's undisclosed opinion testimony as a lay

witness rests, for its validity, on a factual predicate entirely within her own perception and does

not require any specialized knowledge.").

Certainly Plaintiff can testify concerning past experience, and thus, offer some limited

testimony of personal knowledge to establish potential damages.  <u>See</u>  <u>Kolb v. Goldring, Inc.</u>,

694 F.2d 869, 873 (1st Cir. 1982) ("there was evidence that Kolb's successor was paid $28,000

-$6,000 more than Kolb-and that Kolb's salary went up markedly in his new employment,

suggesting that it would be unrealistic to believe that he would have remained at $22,000 in an

inflation-ridden economy throughout the period in question.").  But here, Plaintiff's proposed

testimony regarding estimates of what he might have earned are clearly based upon not only

speculation, but specialized technical knowledge of which this Plaintiff has no personal

knowledge.  <u>See</u> <u>Kolb</u>, 694 F.2d at 872-873 ("Recovery for raises an employee might reasonably

have anticipated had he not been wrongfully discharged has been allowed in ADEA cases.

However, where awarded, either under the ADEA or in other contexts, the projection has been

based on expert testimony, patterns of past increases, or similar evidence.")

As such, Plaintiff should be precluded from offering such testimony under Fed. R. Evid.

701.

Further, the proffered testimony allows neither the Defendant, nor this court, to determine whether the proffered testimony satisfies the standard of  Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), because no explanation is provided as to how the Plaintiff has reached the damages estimates in question.  See also Kumho Tire Co. v. Carmichael, 526 U.S. 137, 141 (1999) (extending Daubert's two-prong gatekeeping test to all expert testimony).  As the proponent of the evidence, the Plaintiff bears the burden of meeting this standard see Daubert, 509 U.S. at 593 n. 10 and Kolb, 694 F.2d at 873 ("[t]he plaintiff has the burden of placing evidence in the record affording reasonable support for the sums found"), and the Federal Rules of Evidence assign to the district court "the task of ensuring that an expert's testimony both rests on a reliable foundation and is relevant to the task at hand," Daubert, 509 U .S. at 597; Fed. R. Evid. 104(a).

Hence, at a minimum, voir dire must be conducted regarding the Plaintiff's proposed damages testimony to determine if, in fact, it is expert opinion rather than lay testimony, and, whether the Plaintiff is competent to offer some or all of the proffered testimony as to damages.

4

Conclusion

For the foregoing reasons, Defendant requests that the Plaintiff's proposed damages testimony be excluded and/or that voir dire be conducted to determine whether such testimony may be admissible under Daubert.

Respectfully Submitted,
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:    /s/ Mark J. Grady
       Mark J. Grady, Assistant United States Attorney
       United States Attorney's Office
       1 Courthouse Way– Suite 9200
       Boston, MA 02210
       617) 748-3136

Certificate of Compliance
        I certify that I have discussed the relief requested by way of this Motion with Plaintiff's counsel.  No agreement could be reached as to this issue.
         /s/ Mark J. Grady
        Mark J. Grady, Assistant U.S. Attorney

Certificate of Service
        I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 27, 2008.
         /s/ Mark J. Grady
        Mark J. Grady, Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD S. PATOSKI,                    )
                                       )
              Plaintiff,               )
                                       )
v.                                     )
                                       )
ALPHONSO JACKSON, SECRETARY,           )
DEPARTMENT OF HOUSING AND              )
URBAN DEVELOPMENT,                     )
                                       )
              Defendant.               )
                                       )

## PLAINTIFF'S ANSWERS TO INTERROGATORIES

Plaintiff Richard S. Patoski hereby objects to Defendant's Interrogatories.

1.    For any conduct of HUD that you contend is actionable in this claim, please state:

      a.    The actionable conduct;
      b.    The basis for your contention, if any, that the Plaintiff has legal standing
            to challenge said conduct;
      c.    The applicable waiver of sovereign immunity;
      d.    How the Plaintiff has been harmed by the conduct;
      e.    Whether such claim is constitutionally or statutorily based, identifying the
            provision of the constitution or statute under which you contend the policy
            or procedure is actionable; and
      f.    the damages or relief specifically sought for as a result of the alleged
            conduct, and if, more than one practice, policy or procedure is challenged,
            the specific damages or relief sought with respect to the particular
            practice, policy, procedure or conduct.

Plaintiff's Response:

      Plaintiff objects to this interrogatory on the grounds that it was served late.
Plaintiff objects to the request on the grounds that it is vague and overbroad, and the
attorney for Defendant failed to respond to messages seeking clarification. Moreover,
Plaintiff objects to this request to the extent it requests information on trial strategy and
legal theory, as opposed to factual information. With regard to the request for
information on damages, see response to interrogatory 2.

HUD further telegraphs a message to hire non-White male EEO groups by hosting presentations such as one called "Overview of Inclusion in America, the plight of Hispanic Americans in the Federal Government." Despite the intended message that Hispanic's are underrepresented in Federal Government, a recent GAO report demonstrates that Hispanics have been employed in excess of parity as compared to the relevant civilian labor force for a substantial period of time.

Continuing discriminatory patterns and practices are further demonstrated by Plaintiff's application for a CPD Director's position in Miami in 2003. The vacancy announcement was extended and the grade level for hiring lowered from a GS 15 to GS 14/15. Plaintiff made the best qualified list, but no one was hired from these vacancy announcements. The vacancy announcements were reissued with a HUD official stating that "this job was readvertised to expand the selection pool." However, Plaintiff was not informed of the reissued vacancy announcements, and fewer people applied to the reissued announcements. There were numerous other circumstances that indicate the hiring process was manipulated. A Hispanic female was ultimately hired. She had not applied in response to the original vacancy announcements and received a substantially lower rating than a white male veteran on the original Best Qualified List. In addition, she was hired from outside HUD when HUD was substantially over a Congressionally imposed limit on Full Time Equivalent staff for its CPD Division. Shortly after the hiring, HUD targeted multiple positions held by White males, including that of Plaintiff, for early retirement incentives in order to meet the Congressionally imposed staff limit.

While efforts by personnel involved in the selection process are made to increase the minority representation in the applicant pool for some positions, no effort is made to increase the White male representation in the selection pools for any positions, such as Equal Employment Operations Specialist at HUD where there is a clear, substantial under representation of White males as compared to the relevant civilian labor force.

Plaintiff reserves the right to supplement this response in light of new information and/or legal theories.

2.      Please state any and all damages that you seek in this matter and the specific claims upon which you rely in making each type of claim for damages and/or any other relief.

Plaintiff's Response:

Plaintiff objects to this interrogatory on the grounds that it was served late. Plaintiff objects to the request on the grounds that it is vague and overbroad. Moreover, Plaintiff objects to this request to the extent requests information on trial strategy and legal theory, as opposed to factual information. Nevertheless, without waiving these objects and the right to seek other relief at trial, Plaintiff states that he seeks, at minimum:

1.      Losses identified in the attached charts. The charts reflect losses caused by failure to promote Plaintiff to the Community Builder position. The losses relating to the failure

to promote Plaintiff to the PHRS position are mostly duplicative of the information provided, as those losses start later. Salary information from the OPM website is attached.

2.    $750 for out of pocket medical insurance co-payments for fifty psychiatric visits relating to physiological and emotional issues caused by Defendants' discriminatory conduct.

3.    $1440 for out of pocket medical insurance co-payments for SSRI medications.

4.    $420 for co-payments for sixty doctor visits for Type II diabetes.

5.    $1240 for co-payments for medications for treating diabetes.

6.    Plaintiff seeks emotional and physical distress damages in an amount to be determined by the jury.

7.    Plaintiff seeks punitive damages in an amount to be determined by the jury.

8.    Plaintiff seeks pre- and post-judgment interest.

9.    Plaintiff seeks his attorneys fees.

10.    Plaintiff seeks injunctive and equitable relief and declaratory relief as requested in the Complaint, including promotion, training, the cessation of discriminatory conduct by HUD, amounts to compensate Plaintiff for reputation loss, and any and all other relief to compensate for and correct HUD's discriminatory behavior.

11.    All other damages as identified in the Complaint.

12.    All other relief deemed appropriate by the Court.

    Plaintiff reserves the right to supplement this response in light of new information and/or legal theories.

The Plaintiff
By his attorneys,

Kevin G. Powers
BBO# 405020
Robert S. Mantell
BBO# 559715
Rodgers, Powers & Schwartz LLP
18 Tremont Street, Suite 500
Boston, MA  02108
(617) 742-7010, ext. 305
fax (617) 742-7225

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was
served upon the attorney of record for each other party
by mail (by hand) on 1/16/05

patoski answer to interrogatories

7

**CALCULATION OF BACK PAY FOR RICHARD PATOSKI, PLAINTIFF**
**BASED ON NON SELECTION FOR COMMUITY BUILDER POSITION**
**As of 12/31/06**

| month/year | | Would Be | Actual | Difference | X | Total |
|---|---|---|---|---|---|---|
| from | to | Grade/Step | Grade/Step | per month | Months | Difference |
| Mar-98 | Jan-99 | 14/1 | 12/10 | $442 | 10 | $4,420 |
| Jan-99 | Mar-99 | 14/1 | 12/10 | 433 | 2 | 866 |
| Mar-99 | Oct-99 | 15/1 | 12/10 | 1454 | 7 | 10178 |
| Oct-99 | Jan-00 | 15/1 | 13/6 | 5737 | 3 | 3237 |
| Jan-00 | Mar-00 | 15/1 | 13/6 | 1151 | 2 | 2302 |
| Mar-00 | Jan-01 | 15/2 | 13/6 | 1398 | 10 | 13980 |
| Jan-01 | Mar-01 | 15/2 | 13/6 | 1445 | 2 | 2890 |
| Mar-01 | Oct-01 | 15/3 | 13/6 | 1693 | 7 | 11851 |
| Oct-01 | Jan-02 | 15/3 | 13/7 | 1514 | 3 | 4542 |
| Jan-02 | Jan-03 | 15/3 | 13/7 | 1590 | 12 | 19076 |
| Jan-03 | Jan-04 | 15/3 | 13/7 | 1659 | 12 | 19910 |
| Jan-04 | Mar-04 | 15/3 | 13/7 | 1734 | 2 | 3468 |
| Mar-04 | Oct-04 | 15/4 | 13/7 | 2018 | 7 | 14126 |
| Oct-04 | Jan-05 | 15/4 | 13/8 | 1813 | 3 | 5439 |
| Jan-05 | Jan-06 | 15/4 | 13/8 | 1883 | 12 | 22594 |
| Jan-06 | Jan-07 | 15/4 | 13/8 | 1947 | 12 | 23358 |

**TOTAL BACK PAY LOSS**                **$162,181**

**FUTURE SALARY LOSS UNTIL RETIREMENT AT AGE 64 IN 2013**
**WHEN RETIREMENT ANNUNITY IS MAXIMIZED AT AGE 64**
**in current dollars**

| Years | Would be Grade | Current Grade | Difference per year | X Years | Total Difference |
|-------|----------------|---------------|---------------------|---------|------------------|
| 2007-2013 | 15/4 | 13/8 | $23,945 | 7 | **$167,615** |

**FUTURE RETIREMENT ANNUITY LOSS**
**AFTER RETIREMENT IN 2013 AT AGE 64**
**in current dollars**
**Based on current life expectancy to age 80**

| Average High 3 yrs Salary | Based on Would be Grade/Step | Based on Current Grade/Step | Difference per year | X Life Expec- tancy yrs | Total Difference |
|---------------------------|------------------------------|------------------------------|---------------------|-------------------------|------------------|
| salary for Jan-07 | **15/6** | **13/10** | $20,840 | 16 | **$333,440** |

**TOTAL FUTURE INCOME LOSS IN CURRENT DOLLARS**          **$501,055**
**as of 12/31/06**

This page can be found on the web at the following url:
http://www.opm.gov/oca/06tables/html/bos.asp

## U.S. Office of Personnel Management
**Ensuring the Federal Government has an effective civilian workforce**

## Salaries and Wages

*Normal cover page*

### 2006-BOS

INCORPORATING THE 2.10% GENERAL SCHEDULE INCREASE AND A LOCALITY
PAYMENT OF 19.99%

FOR THE LOCALITY PAY AREA OF BOSTON-WORCESTER-MANCHESTER, MA-NH-ME-RI

(See http://www.opm.gov/oca/06tables/locdef.asp for definitions of locality pay areas.)

(TOTAL INCREASE: 3.39%)

EFFECTIVE JANUARY 2006

Annual Rates by Grade and Step

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 19621 | 20276 | 20929 | 21578 | 22231 | 22615 | 23258 | 23908 | 23934 | 24538 |
| 2 | 22060 | 22585 | 23315 | 23934 | 24201 | 24912 | 25624 | 26335 | 27047 | 27758 |
| 3 | 24070 | 24873 | 25675 | 26478 | 27281 | 28084 | 28886 | 29689 | 30492 | 31295 |
| 4 | 27021 | 27922 | 28823 | 29724 | 30625 | 31526 | 32427 | 33328 | 34230 | 35131 |
| 5 | 30231 | 31239 | 32247 | 33255 | 34263 | 35271 | 36279 | 37287 | 38295 | 39303 |
| 6 | 33699 | 34822 | 35945 | 37069 | 38192 | 39315 | 40438 | 41561 | 42684 | 43807 |
| 7 | 37448 | 38696 | 39943 | 41191 | 42439 | 43687 | 44935 | 46183 | 47431 | 48679 |
| 8 | 41472 | 42854 | 44237 | 45619 | 47001 | 48384 | 49766 | 51148 | 52530 | 53913 |
| 9 | 45806 | 47334 | 48861 | 50389 | 51916 | 53444 | 54971 | 56498 | 58026 | 59553 |
| 10 | 50444 | 52125 | 53806 | 55487 | 57168 | 58849 | 60530 | 62211 | 63892 | 65573 |
| 11 | 55422 | 57270 | 59118 | 60966 | 62814 | 64661 | 66509 | 68357 | 70205 | 72053 |
| 12 | 66426 | 68640 | 70854 | 73068 | 75282 | 77496 | 79709 | 81923 | 84137 | 86351 |
| 13 | 78992 | 81624 | 84257 | 86890 | 89522 | 92155 | 94787 | 97420 | 100052 | 102685 |
| 14 | 93344 | 96455 | 99567 | 102678 | 105789 | 108901 | 112012 | 115123 | 118235 | 121346 |
| 15 | 109799 | 113459 | 117119 | 120778 | 124438 | 128098 | 131757 | 135417 | 139077 | 142737 |

- *Salaries and Wages*
- *Compensation Administration Home Page*

**U.S. Office of Personnel Management** 1900 E Street NW, Washington, DC 20415 | (202) 606-1800
| TTY (202) 606-2532

**SALARY TABLE 2006-BOS**

**INCORPORATING THE 2.10% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 19.99%**

**FOR THE LOCALITY PAY AREA OF BOSTON-WORCESTER-MANCHESTER, MA-NH-ME-RI**

(See http://www.opm.gov/oca/06tables/locdef.asp for definitions of locality pay areas.)

**(TOTAL INCREASE: 3.39%)**

**EFFECTIVE JANUARY 2006**

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 19,621 | $ 20,276 | $ 20,929 | $ 21,578 | $ 22,231 | $ 22,615 | $ 23,258 | $ 23,908 | $ 23,934 | $ 24,538 |
| 2 | 22,060 | 22,585 | 23,315 | 23,934 | 24,201 | 24,912 | 25,624 | 26,335 | 27,047 | 27,758 |
| 3 | 24,070 | 24,873 | 25,675 | 26,478 | 27,281 | 28,084 | 28,886 | 29,689 | 30,492 | 31,295 |
| 4 | 27,021 | 27,922 | 28,823 | 29,724 | 30,625 | 31,526 | 32,427 | 33,328 | 34,230 | 35,131 |
| 5 | 30,231 | 31,239 | 32,247 | 33,255 | 34,263 | 35,271 | 36,279 | 37,287 | 38,295 | 39,303 |
| 6 | 33,699 | 34,822 | 35,945 | 37,069 | 38,192 | 39,315 | 40,438 | 41,561 | 42,684 | 43,807 |
| 7 | 37,448 | 38,696 | 39,943 | 41,191 | 42,439 | 43,687 | 44,935 | 46,183 | 47,431 | 48,679 |
| 8 | 41,472 | 42,854 | 44,237 | 45,619 | 47,001 | 48,384 | 49,766 | 51,148 | 52,530 | 53,913 |
| 9 | 45,806 | 47,334 | 48,861 | 50,389 | 51,916 | 53,444 | 54,971 | 56,498 | 58,026 | 59,553 |
| 10 | 50,444 | 52,125 | 53,806 | 55,487 | 57,168 | 58,849 | 60,530 | 62,211 | 63,892 | 65,573 |
| 11 | 55,422 | 57,270 | 59,118 | 60,966 | 62,814 | 64,661 | 66,509 | 68,357 | 70,205 | 72,053 |
| 12 | 66,426 | 68,640 | 70,854 | 73,068 | 75,282 | 77,496 | 79,709 | 81,923 | 84,137 | 86,351 |
| 13 | 78,992 | 81,624 | 84,257 | 86,890 | 89,522 | 92,155 | 94,787 | 97,420 | 100,052 | 102,685 |
| 14 | 93,344 | 96,455 | 99,567 | 102,678 | 105,789 | 108,901 | 112,012 | 115,123 | 118,235 | 121,346 |
| 15 | 109,799 | 113,459 | 117,119 | 120,778 | 124,438 | 128,098 | 131,757 | 135,417 | 139,077 | 142,737 |

## SALARY TABLE 2005-BOS
### INCORPORATING THE 2.50% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 18.49%
### FOR THE LOCALITY PAY AREA OF BOSTON-WORCESTER-MANCHESTER, MA-NH-ME-RI
(See http://www.opm.gov/oca/05tables/locdef.asp for definitions of locality pay areas)
(TOTAL INCREASE: 3.81%)

### EFFECTIVE JANUARY 2005

*Annual Rates by Grade and Step*

| GRADE | STEP 1 | STEP 2 | STEP 3 | STEP 4 | STEP 5 | STEP 6 | STEP 7 | STEP 8 | STEP 9 | STEP 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| GS-1 | $ 18,977 | $ 19,610 | $ 20,242 | $ 20,870 | $ 21,501 | $ 21,872 | $ 22,494 | $ 23,123 | $ 23,149 | $ 23,741 |
| 2 | 21,336 | 21,844 | 22,550 | 23,149 | 23,408 | 24,096 | 24,785 | 25,473 | 26,161 | 26,850 |
| 3 | 23,280 | 24,056 | 24,832 | 25,608 | 26,384 | 27,160 | 27,936 | 28,712 | 29,489 | 30,265 |
| 4 | 26,134 | 27,005 | 27,876 | 28,747 | 29,618 | 30,489 | 31,360 | 32,230 | 33,101 | 33,972 |
| 5 | 29,240 | 30,215 | 31,190 | 32,165 | 33,140 | 34,116 | 35,091 | 36,066 | 37,041 | 38,016 |
| 6 | 32,593 | 33,680 | 34,766 | 35,853 | 36,939 | 38,026 | 39,112 | 40,199 | 41,285 | 42,372 |
| 7 | 36,219 | 37,426 | 38,634 | 39,841 | 41,048 | 42,256 | 43,463 | 44,671 | 45,878 | 47,086 |
| 8 | 40,111 | 41,448 | 42,784 | 44,121 | 45,458 | 46,794 | 48,131 | 49,467 | 50,804 | 52,140 |
| 9 | 44,303 | 45,780 | 47,256 | 48,733 | 50,209 | 51,685 | 53,162 | 54,638 | 56,114 | 57,591 |
| 10 | 48,788 | 50,415 | 52,042 | 53,669 | 55,296 | 56,923 | 58,549 | 60,176 | 61,803 | 63,430 |
| 11 | 53,604 | 55,391 | 57,177 | 58,964 | 60,751 | 62,538 | 64,325 | 66,111 | 67,898 | 69,685 |
| 12 | 64,246 | 66,388 | 68,529 | 70,670 | 72,811 | 74,952 | 77,093 | 79,234 | 81,375 | 83,516 |
| 13 | 76,400 | 78,946 | 81,493 | 84,039 | 86,585 | 89,132 | 91,678 | 94,224 | 96,771 | 99,317 |
| 14 | 90,281 | 93,291 | 96,300 | 99,310 | 102,320 | 105,329 | 108,339 | 111,349 | 114,358 | 117,368 |
| 15 | 106,197 | 109,737 | 113,278 | 116,818 | 120,359 | 123,899 | 127,440 | 130,980 | 134,521 | 138,061 |

NOTE: Locality rates of pay are basic pay only for certain purposes--see "Salary Tables for 2005" cover sheet.

## SALARY TABLE 2004-BOS

INCORPORATING THE 2.7% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 16.99%
FOR THE LOCALITY PAY AREA OF BOSTON-WORCESTER-LAWRENCE, MA-NH-ME-CT-RI
(INCLUDING THE STATE OF RHODE ISLAND AND ALL OF BRISTOL COUNTY, MA)
(Total Increase 4.48%)
Effective January 2004

*Annual Rates by Grade and Step*

| GRADE | STEP 1 | STEP 2 | STEP 3 | STEP 4 | STEP 5 | STEP 6 | STEP 7 | STEP 8 | STEP 9 | STEP 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| GS-1 | $18,280 | $18,889 | $19,498 | $20,102 | $20,711 | $21,069 | $21,668 | $22,274 | $22,298 | $22,863 |
| 2 | 20,553 | 21,041 | 21,722 | 22,298 | 22,549 | 23,212 | 23,875 | 24,539 | 25,202 | 25,865 |
| 3 | 22,425 | 23,172 | 23,920 | 24,667 | 25,415 | 26,162 | 26,910 | 27,658 | 28,405 | 29,153 |
| 4 | 25,174 | 26,013 | 26,852 | 27,690 | 28,529 | 29,368 | 30,207 | 31,046 | 31,884 | 32,723 |
| 5 | 28,165 | 29,105 | 30,044 | 30,984 | 31,923 | 32,862 | 33,802 | 34,741 | 35,681 | 36,620 |
| 6 | 31,395 | 32,442 | 33,490 | 34,537 | 35,584 | 36,631 | 37,678 | 38,725 | 39,772 | 40,819 |
| 7 | 34,888 | 36,050 | 37,213 | 38,376 | 39,539 | 40,702 | 41,865 | 43,028 | 44,191 | 45,354 |
| 8 | 38,637 | 39,925 | 41,213 | 42,501 | 43,789 | 45,077 | 46,365 | 47,654 | 48,942 | 50,230 |
| 9 | 42,676 | 44,098 | 45,521 | 46,943 | 48,366 | 49,789 | 51,211 | 52,634 | 54,056 | 55,479 |
| 10 | 46,996 | 48,563 | 50,129 | 51,696 | 53,262 | 54,829 | 56,395 | 57,962 | 59,528 | 61,095 |
| 11 | 51,635 | 53,356 | 55,077 | 56,797 | 58,518 | 60,239 | 61,960 | 63,681 | 65,402 | 67,123 |
| 12 | 61,887 | 63,949 | 66,012 | 68,074 | 70,137 | 72,199 | 74,262 | 76,324 | 78,387 | 80,449 |
| 13 | 73,593 | 76,046 | 78,499 | 80,952 | 83,406 | 85,859 | 88,312 | 90,766 | 93,219 | 95,672 |
| 14 | 86,965 | 89,864 | 92,763 | 95,662 | 98,561 | 101,460 | 104,359 | 107,258 | 110,157 | 113,056 |
| 15 | 102,295 | 105,705 | 109,115 | 112,526 | 115,936 | 119,346 | 122,756 | 126,167 | 129,577 | 132,987 |

NOTE: Locality rates of pay are basic pay only for certain purposes—see "Salary Tables for 2004" cover sheet.

## SALARY TABLE 2003-BOS

INCORPORATING THE 3.10% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 15.00%
FOR THE LOCALITY PAY AREA OF BOSTON-WORCESTER-LAWRENCE, MA-NH-ME-CT-RI
(INCLUDING THE STATE OF RHODE ISLAND AND ALL OF BRISTOL COUNTY, MA)
(Total Increase 4.40%)
Effective January 2003

*Annual Rates by Grade and Step*

| GRADE | STEP 1 | STEP 2 | STEP 3 | STEP 4 | STEP 5 | STEP 6 | STEP 7 | STEP 8 | STEP 9 | STEP 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| GS-1 | $17,496 | $18,080 | $18,662 | $19,241 | $19,824 | $20,166 | $20,739 | $21,319 | $21,343 | $21,886 |
| 2 | 19,672 | 20,139 | 20,791 | 21,343 | 21,582 | 22,217 | 22,852 | 23,486 | 24,121 | 24,756 |
| 3 | 21,464 | 22,179 | 22,894 | 23,610 | 24,325 | 25,040 | 25,755 | 26,471 | 27,186 | 27,901 |
| 4 | 24,095 | 24,898 | 25,700 | 26,503 | 27,306 | 28,108 | 28,911 | 29,714 | 30,516 | 31,319 |
| 5 | 26,958 | 27,856 | 28,755 | 29,653 | 30,551 | 31,449 | 32,347 | 33,245 | 34,144 | 35,042 |
| 6 | 30,050 | 31,051 | 32,053 | 33,054 | 34,056 | 35,058 | 36,059 | 37,061 | 38,063 | 39,064 |
| 7 | 33,393 | 34,506 | 35,619 | 36,732 | 37,845 | 38,959 | 40,072 | 41,185 | 42,298 | 43,411 |
| 8 | 36,982 | 38,215 | 39,447 | 40,680 | 41,913 | 43,146 | 44,379 | 45,611 | 46,844 | 48,077 |
| 9 | 40,847 | 42,208 | 43,570 | 44,932 | 46,293 | 47,655 | 49,016 | 50,378 | 51,740 | 53,101 |
| 10 | 44,982 | 46,482 | 47,981 | 49,481 | 50,981 | 52,480 | 53,980 | 55,479 | 56,979 | 58,479 |
| 11 | 49,422 | 51,070 | 52,718 | 54,366 | 56,014 | 57,662 | 59,310 | 60,958 | 62,606 | 64,254 |
| 12 | 59,234 | 61,209 | 63,183 | 65,158 | 67,132 | 69,107 | 71,082 | 73,056 | 75,031 | 77,005 |
| 13 | 70,439 | 72,787 | 75,135 | 77,484 | 79,832 | 82,180 | 84,528 | 86,877 | 89,225 | 91,573 |
| 14 | 83,238 | 86,013 | 88,788 | 91,563 | 94,338 | 97,113 | 99,888 | 102,663 | 105,438 | 108,213 |
| 15 | 97,911 | 101,175 | 104,438 | 107,702 | 110,966 | 114,230 | 117,493 | 120,757 | 124,021 | 127,284 |

NOTE: Locality rates of pay are basic pay only for certain purposes—see "Salary Tables for 2003" cover sheet.

## SALARY TABLE 2002-BOS

INCORPORATING THE 3.60% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 13.57%
FOR THE LOCALITY PAY AREA OF BOSTON-WORCESTER-LAWRENCE, MA-NH-ME-CT-RI
(INCLUDING THE STATE OF RHODE ISLAND AND ALL OF BRISTOL COUNTY, MA)
(Net Increase: 4.93%)

Effective January 2002

*Annual Rates by Grade and Step*

| GS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|----|---|---|---|---|---|---|---|---|---|----|
| 1 | $16,760 | $17,318 | $17,876 | $18,430 | $18,989 | $19,317 | $19,866 | $20,421 | $20,444 | $20,950 |
| 2 | $18,844 | $19,290 | $19,914 | $20,444 | $20,671 | $21,278 | $21,886 | $22,494 | $23,101 | $23,709 |
| 3 | $20,560 | $21,244 | $21,929 | $22,614 | $23,299 | $23,984 | $24,669 | $25,353 | $26,038 | $26,723 |
| 4 | $23,080 | $23,849 | $24,617 | $25,386 | $26,155 | $26,924 | $27,693 | $28,462 | $29,231 | $30,000 |
| 5 | $25,822 | $26,683 | $27,544 | $28,405 | $29,266 | $30,127 | $30,988 | $31,848 | $32,709 | $33,570 |
| 6 | $28,783 | $29,743 | $30,703 | $31,662 | $32,622 | $33,582 | $34,541 | $35,501 | $36,461 | $37,420 |
| 7 | $31,986 | $33,052 | $34,119 | $35,185 | $36,252 | $37,318 | $38,384 | $39,451 | $40,517 | $41,584 |
| 8 | $35,424 | $36,605 | $37,786 | $38,967 | $40,148 | $41,329 | $42,510 | $43,692 | $44,873 | $46,054 |
| 9 | $39,126 | $40,430 | $41,734 | $43,037 | $44,341 | $45,645 | $46,949 | $48,252 | $49,556 | $50,860 |
| 10 | $43,087 | $44,524 | $45,961 | $47,397 | $48,834 | $50,271 | $51,707 | $53,144 | $54,581 | $56,017 |
| 11 | $47,341 | $48,918 | $50,495 | $52,073 | $53,650 | $55,228 | $56,805 | $58,383 | $59,960 | $61,538 |
| 12 | $56,738 | $58,629 | $60,520 | $62,411 | $64,302 | $66,193 | $68,084 | $69,975 | $71,866 | $73,757 |
| 13 | $67,471 | $69,719 | $71,968 | $74,217 | $76,466 | $78,714 | $80,963 | $83,212 | $85,460 | $87,709 |
| 14 | $79,732 | $82,389 | $85,047 | $87,704 | $90,362 | $93,020 | $95,677 | $98,335 | $100,992 | $103,650 |
| 15 | $93,786 | $96,913 | $100,039 | $103,166 | $106,292 | $109,419 | $112,546 | $115,672 | $118,799 | $121,925 |

NOTE: Locality rates of pay are basic pay only for certain purposes--see "Salary Tables for 2002" cover sheet.

## SALARY TABLE 2001-BOS

INCORPORATING THE 2.70% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 12.13%
FOR THE LOCALITY PAY AREA OF BOSTON-WORCESTER-LAWRENCE, MA-NH-ME-CT-RI
(INCLUDING THE STATE OF RHODE ISLAND AND ALL OF BRISTOL COUNTY, MA)
(Net Increase: 4.01%)

Effective January 2001

Annual Rates by Grade and Step

| GS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $15,972 | $16,504 | $17,036 | $17,564 | $18,097 | $18,410 | $18,932 | $19,461 | $19,483 | $19,980 |
| 2 | $17,958 | $18,384 | $18,979 | $19,483 | $19,702 | $20,282 | $20,862 | $21,441 | $22,021 | $22,601 |
| 3 | $19,594 | $20,246 | $20,899 | $21,551 | $22,204 | $22,857 | $23,509 | $24,162 | $24,814 | $25,467 |
| 4 | $21,995 | $22,729 | $23,462 | $24,195 | $24,929 | $25,662 | $26,395 | $27,129 | $27,862 | $28,595 |
| 5 | $24,609 | $25,430 | $26,251 | $27,072 | $27,892 | $28,713 | $29,534 | $30,355 | $31,176 | $31,996 |
| 6 | $27,430 | $28,344 | $29,258 | $30,172 | $31,086 | $32,000 | $32,914 | $33,827 | $34,741 | $35,655 |
| 7 | $30,483 | $31,498 | $32,514 | $33,530 | $34,546 | $35,562 | $36,578 | $37,594 | $38,610 | $39,626 |
| 8 | $33,759 | $34,885 | $36,011 | $37,136 | $38,262 | $39,388 | $40,514 | $41,639 | $42,765 | $43,891 |
| 9 | $37,288 | $38,530 | $39,773 | $41,015 | $42,257 | $43,500 | $44,742 | $45,985 | $47,227 | $48,469 |
| 10 | $41,063 | $42,432 | $43,801 | $45,170 | $46,540 | $47,909 | $49,278 | $50,647 | $52,016 | $53,385 |
| 11 | $45,117 | $46,620 | $48,124 | $49,628 | $51,131 | $52,635 | $54,139 | $55,642 | $57,146 | $58,650 |
| 12 | $54,072 | $55,874 | $57,676 | $59,478 | $61,280 | $63,082 | $64,884 | $66,686 | $68,488 | $70,290 |
| 13 | $64,301 | $66,445 | $68,589 | $70,733 | $72,877 | $75,021 | $77,165 | $79,308 | $81,452 | $83,596 |
| 14 | $75,985 | $78,518 | $81,051 | $83,584 | $86,117 | $88,650 | $91,183 | $93,716 | $96,249 | $98,782 |
| 15 | $89,379 | $92,358 | $95,337 | $98,317 | $101,296 | $104,275 | $107,255 | $110,234 | $113,213 | $116,192 |

NOTE: Locality rates of pay are basic pay only for certain purposes-see "Salary Tables for 2001" cover sheet.

## SALARY TABLE 2000-BOS
### INCORPORATING THE 3.80% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 10.72%
### FOR THE LOCALITY PAY AREA OF BOSTON-WORCESTER-LAWRENCE, MA-NH-ME-CT
### (Net Increase: 5.13%)

Effective January 2000

*Annual Rates by Grade and Step*

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| GS-1 | $15,357 | $15,868 | $16,380 | $16,887 | $17,400 | $17,700 | $18,202 | $18,712 | $18,732 | $19,211 |
| 2 | 17,266 | 17,675 | 18,248 | 18,732 | 18,941 | 19,498 | 20,055 | 20,612 | 21,169 | 21,725 |
| 3 | 18,839 | 19,467 | 20,095 | 20,722 | 21,350 | 21,978 | 22,606 | 23,233 | 23,861 | 24,489 |
| 4 | 21,148 | 21,853 | 22,558 | 23,263 | 23,969 | 24,674 | 25,379 | 26,085 | 26,790 | 27,495 |
| 5 | 23,661 | 24,449 | 25,238 | 26,026 | 26,814 | 27,602 | 28,391 | 29,179 | 29,967 | 30,756 |
| 6 | 26,374 | 27,253 | 28,132 | 29,011 | 29,890 | 30,769 | 31,648 | 32,527 | 33,406 | 34,286 |
| 7 | 29,308 | 30,284 | 31,261 | 32,237 | 33,214 | 34,190 | 35,167 | 36,143 | 37,120 | 38,097 |
| 8 | 32,456 | 33,539 | 34,621 | 35,703 | 36,785 | 37,866 | 38,948 | 40,030 | 41,111 | 42,193 |
| 9 | 35,851 | 37,046 | 38,240 | 39,435 | 40,630 | 41,824 | 43,019 | 44,214 | 45,408 | 46,603 |
| 10 | 39,481 | 40,797 | 42,113 | 43,430 | 44,746 | 46,063 | 47,379 | 48,696 | 50,012 | 51,329 |
| 11 | 43,378 | 44,824 | 46,270 | 47,716 | 49,162 | 50,608 | 52,054 | 53,500 | 54,946 | 56,392 |
| 12 | 51,989 | 53,721 | 55,454 | 57,187 | 58,920 | 60,652 | 62,385 | 64,118 | 65,851 | 67,583 |
| 13 | 61,823 | 63,883 | 65,944 | 68,004 | 70,065 | 72,125 | 74,186 | 76,246 | 78,307 | 80,367 |
| 14 | 73,056 | 75,491 | 77,926 | 80,361 | 82,795 | 85,230 | 87,665 | 90,100 | 92,534 | 94,969 |
| 15 | 85,934 | 88,799 | 91,663 | 94,527 | 97,392 | 100,256 | 103,120 | 105,985 | 108,849 | 111,713 |

## SALARY TABLE 1999-BOS

### INCORPORATING THE 3.10% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 9.32%
### FOR THE LOCALITY PAY AREA OF bOSTON-WORCESTER-LAWRENCE, MA-NH-ME-CT
### (Net Increase: 3.77%)

### Effective January 1999

*Annual Rates by Grade and Step*

| GS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| GS-1 | $14,607 | $15,094 | $15,580 | $16,063 | $16,551 | $16,836 | $17,314 | $17,798 | $17,818 | $18,276 |
| 2 | 16,423 | 16,813 | 17,358 | 17,818 | 18,018 | 18,548 | 19,079 | 19,609 | 20,139 | 20,669 |
| 3 | 17,920 | 18,517 | 19,114 | 19,710 | 20,307 | 20,904 | 21,501 | 22,098 | 22,695 | 23,292 |
| 4 | 20,116 | 20,786 | 21,456 | 22,126 | 22,796 | 23,467 | 24,137 | 24,807 | 25,477 | 26,147 |
| 5 | 22,507 | 23,257 | 24,007 | 24,757 | 25,507 | 26,256 | 27,006 | 27,756 | 28,506 | 29,256 |
| 6 | 25,087 | 25,923 | 26,759 | 27,596 | 28,432 | 29,268 | 30,105 | 30,941 | 31,777 | 32,613 |
| 7 | 27,878 | 28,807 | 29,736 | 30,665 | 31,595 | 32,524 | 33,453 | 34,382 | 35,311 | 36,241 |
| 8 | 30,874 | 31,903 | 32,932 | 33,960 | 34,989 | 36,018 | 37,046 | 38,075 | 39,104 | 40,132 |
| 9 | 34,102 | 35,239 | 36,376 | 37,513 | 38,650 | 39,787 | 40,924 | 42,061 | 43,198 | 44,335 |
| 10 | 37,555 | 38,806 | 40,058 | 41,310 | 42,562 | 43,813 | 45,065 | 46,317 | 47,568 | 48,820 |
| 11 | 41,262 | 42,637 | 44,012 | 45,387 | 46,763 | 48,138 | 49,513 | 50,888 | 52,264 | 53,639 |
| 12 | 49,452 | 51,101 | 52,749 | 54,398 | 56,046 | 57,695 | 59,343 | 60,992 | 62,640 | 64,289 |
| 13 | 58,807 | 60,767 | 62,727 | 64,687 | 66,647 | 68,607 | 70,567 | 72,527 | 74,487 | 76,447 |
| 14 | 69,491 | 71,808 | 74,124 | 76,441 | 78,757 | 81,074 | 83,390 | 85,707 | 88,023 | 90,340 |
| 15 | 81,742 | 84,466 | 87,190 | 89,915 | 92,639 | 95,363 | 98,087 | 100,812 | 103,536 | 106,260 |

## SALARY TABLE 1998-BOS

INCORPORATING THE 2.30% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 8.61%
FOR THE LOCALITY PAY AREA OF BOSTON-WORCESTER-LAWRENCE, MA-NH-ME-CT
(Net increase: 2.91%)

Effective January 1998

*Annual Rates by Grade and Step*

|      | 1        | 2        | 3        | 4        | 5        | 6        | 7        | 8        | 9        | 10       |
|------|----------|----------|----------|----------|----------|----------|----------|----------|----------|----------|
| GS-1 | $14,076  | $14,545  | $15,013  | $15,479  | $15,949  | $16,224  | $16,685  | $17,151  | $17,170  | $17,610  |
| 2    | 15,826   | 16,202   | 16,727   | 17,170   | 17,361   | 17,872   | 18,382   | 18,893   | 19,403   | 19,914   |
| 3    | 17,268   | 17,844   | 18,419   | 18,995   | 19,570   | 20,146   | 20,722   | 21,297   | 21,873   | 22,449   |
| 4    | 19,385   | 20,031   | 20,677   | 21,323   | 21,970   | 22,616   | 23,262   | 23,908   | 24,555   | 25,201   |
| 5    | 21,688   | 22,412   | 23,135   | 23,858   | 24,582   | 25,305   | 26,028   | 26,752   | 27,475   | 28,198   |
| 6    | 24,174   | 24,980   | 25,786   | 26,592   | 27,398   | 28,204   | 29,010   | 29,816   | 30,622   | 31,427   |
| 7    | 26,864   | 27,759   | 28,653   | 29,548   | 30,443   | 31,338   | 32,233   | 33,128   | 34,023   | 34,918   |
| 8    | 29,752   | 30,743   | 31,735   | 32,726   | 33,718   | 34,710   | 35,701   | 36,693   | 37,684   | 38,676   |
| 9    | 32,862   | 33,958   | 35,054   | 36,150   | 37,246   | 38,342   | 39,437   | 40,533   | 41,629   | 42,725   |
| 10   | 36,189   | 37,396   | 38,602   | 39,809   | 41,015   | 42,222   | 43,429   | 44,635   | 45,842   | 47,049   |
| 11   | 39,761   | 41,086   | 42,411   | 43,736   | 45,061   | 46,386   | 47,711   | 49,036   | 50,361   | 51,686   |
| 12   | 47,654   | 49,243   | 50,832   | 52,421   | 54,010   | 55,599   | 57,188   | 58,776   | 60,365   | 61,954   |
| 13   | 56,668   | 58,557   | 60,446   | 62,335   | 64,223   | 66,112   | 68,001   | 69,889   | 71,778   | 73,667   |
| 14   | 66,965   | 69,197   | 71,428   | 73,660   | 75,892   | 78,124   | 80,356   | 82,588   | 84,820   | 87,052   |
| 15   | 78,769   | 81,396   | 84,022   | 86,648   | 89,274   | 91,900   | 94,527   | 97,153   | 99,779   | 102,405  |

NOTE: Locality rates of pay are considered basic pay only for certain purposes-see "Salary Tables for 1998" cover sheet.