UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD PATOSKI, ) | |
| ) | Civil Action No. 05-11086-RCL |
| Plaintiff, ) | |
| v. ) | |
| ALPHONSO JACKSON, Secretary, ) | |
| Department of Housing and Urban ) | |
| Development, ) | |
| Defendant. ) | |

**MOTION TO DISMISS COUNT III, ALLEGING COMBINED AGE AND GENDER BASED DISCRIMINATION FOR LACK OF SUBJECT MATTER JURISDICTION**

Pursuant to Fed. R. Civ. P. 12(b)(1), the Defendant, Alfonso Jackson, by and through his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves to dismiss Count III of the Plaintiff's complaint for lack of subject matter jurisdiction as there has been no waiver of sovereign immunity as to claims of combined age and gender discrimination.

In support, Defendant submits the attached memorandum.

Wherefore, Defendant requests that Count III be dismissed.

        Respectfully Submitted,
        MICHAEL J. SULLIVAN
        UNITED STATES ATTORNEY

By:   /s/ Mark J. Grady
       Mark J. Grady, Assistant United States Attorney
       United States Attorney's Office
       1 Courthouse Way– Suite 9200
       Boston, MA 02210
       617) 748-3136

### Certificate of Compliance

I certify that I have discussed the relief requested by way of this Motion with Plaintiff's counsel. No agreement could be reached as to this issue.

    /s/ Mark J. Grady
    Mark J. Grady
    Assistant U.S. Attorney

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 1, 2008.

    /s/ Mark J. Grady
    Mark J. Grady
    Assistant U.S. Attorney