UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
RICHARD S. PATOSKI
                Plaintiff,

             v.                           CIVIL ACTION NO.:
                                              05-11086-EFH
ALPHONSO JACKSON, Secretary,
Department of Housing and Urban
Development,
                Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **FINAL PRETRIAL CONFERENCE ORDER**

April 8, 2008

HARRINGTON, S.D.J.

      The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at **10:00 A.M.** on **Tuesday, April 29, 2008**.

      SO ORDERED.


                                                  /s/ Edward F. Harrington
                                                  EDWARD F. HARRINGTON
                                                  United States Senior District Judge