# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD PATOSKI, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-11086-EFH |
| | ) |
| v. | ) |
| | ) |
| ALPHONSO JACKSON, Secretary, | ) |
| Department of Housing and Urban | ) |
| Development, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO THE PLAINTIFF'S MOTION *IN LIMINE* "REQUESTING THAT THE COURT TAKE JUDICIAL NOTICE OF OFFICIAL STATISTICS CONTAINED IN THE STATISTICAL ABSTRACT OF THE UNITED STATES"**

The Defendant has not object to the Court taking judicial notice. The Defendant would object to the Plaintiff's intended use of this data at trial for the reasons stated in its Motion in Limine to Exclude Plaintiff From Offering Expert Testimony Regarding Damages. [D. 78].

Respectfully Submitted,
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:  /s/ Mark J. Grady
Mark J. Grady, Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way– Suite 9200
Boston, MA 02210
617) 748-3136

Certificate of Service
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 10, 2008.
 /s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney