UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD S. PATOSKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALPHONSO JACKSON, SECRETARY,<br>DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT,<br><br>　　　　Defendant. | C.A. No. 05-11086 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM
IN RESPONSE TO DOCKET NOS. 85 AND 86**

Plaintiff Richard S. Patoski hereby moves for leave to file a Reply Memorandum in response to Docket No. 85 (Response to Motion re: 70 Motion in Limine Relating to HUD AEP Program filed by Alphonso Jackson) and Docket No. 86 (Response to Motion re 71 Motion in Limine to Preclude Argument that HUD's AEP Plan Was Justified Under MD 714 or Other Law filed by Alphonso Jackson). In support of this motion, Plaintiff states:

1.　　Plaintiff seeks to recover for gender and age discrimination relating to a non-selection for a Community Builder position in December 1997. At the time of the non-selection, HUD implemented an Affirmative Employment Plan (AEP), that discriminated against White males. Plaintiff is a White male. Plaintiff seeks to introduce the AEP at trial as evidence of a corporate discriminatory state of mind, demonstrating bias against him because of his gender.

1

2. Plaintiff filed motions in limine requesting rulings and a jury instruction to the effect that HUD's AEP violated the law against discrimination during the relevant time (Docket 70), and that HUD should be precluded from arguing that it's AEP was justified by EEOC Management Directive 714, or some other law (Docket No. 71).

3. Defendant opposed these motions, citing arguments that were not addressed in the underlying motions. For example, Defendant argued that the requests for relief in Plaintiff's motions were somehow inconsistent with, or precluded by, earlier rulings of the Court. Docket Nos. 85 and 86.

4. In the absence of a response to Defendant's oppositions, the Court will not be able to fairly evaluate the propriety and strength of these newly raised counter arguments. WHEREFORE, Plaintiff requests leave to file a single Reply Memorandum that will respond to arguments raised in Docket Nos. 85 and 86.

                                                       Respectfully submitted,

                                                       The Plaintiff,
                                                       By his Attorneys

                                                       /s/ Robert S. Mantell
                                                       Kevin G. Powers
                                                       BBO# 405020
                                                       Robert S. Mantell
                                                       BBO# 559715
                                                       Rodgers, Powers & Schwartz LLP
                                                       18 Tremont Street
                                                       Suite 500
                                                       Boston, MA  02108
                                                       (617) 742-7010

## LR 7.1 CERTIFICATION

      I, Robert S. Mantell, hereby certify that on April 18, 2008, I conferred by telephone with the Attorney for Defendant, Mark J. Grady, Esq., in a good faith effort to resolve or narrow the issues contained herein. On April 21, 2008, Mr. Grady sent an e-mail communication indicating that Defendant would oppose the instant motion..

                                                                            /s/ Robert S. Mantell

Patoski motion leave reply limine AEP