UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RICHARD S. PATOSKI
                       Plaintiff,

              v.                             CIVIL ACTION NO.:
                                                 05-11086-EFH

ALPHONSO JACKSON, Secretary,
Department of Housing and Urban
Development,
                       Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

April 24, 2008

HARRINGTON, S.D.J.

      On Thursday, May 1, 2008 at 10 a.m., in addition to the Final Pre-Trial Conference, the Court shall hear argument on the pending motions pertaining to the AEP (Docket 70, 71, 74).

      SO ORDERED.

                                                              /s/ Edward F. Harrington
                                                              EDWARD F. HARRINGTON
                                                              United States Senior District Judge