UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD S. PATOSKI,<br><br>          Plaintiff,<br><br>v.<br><br>ALPHONSO JACKSON, SECRETARY,<br>DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT,<br><br>          Defendant. | C.A. No. 05-11086 |

## PLAINTIFF'S SUPPLEMENTAL PRE-TRIAL MEMORANDUM

Plaintiff hereby submits his supplemental Pre-trial memorandum

Plaintiff's Proposed Documents

178.   GAO-08-609T, Human Capital: Diversity in the Federal SES and Senior Levels of the U.S. Postal Service and Processes for Selecting New Executives, April 3, 2008

Plaintiff's Witnesses

30.   Supplement to Karen Malfy contact information: 257 Fiddlers Point Dr., St. Augustine, FL 32080, 904 461 4771

31.   Anastasia Miragias, Human Resources Specialists, HUD Boston Field Office, 10 Causeway Street, Boston, MA 02222. She is expected to testify about the merit staffing process, wage calculation, retirement benefits, promotion and step advancement practices.

32.   Carolyn Federall, President, AFGE Council 222, Office of General Counsel, HUD Boston Field Office, 10 Causeway Street, Boston, MA 02222, 617 994-8250. She is expected to testify about the merit staffing process, wage calculation, retirement benefits, promotion and step advancement practices.

33.   Juan Evereteze, President, Local 3258, Public and Indian Housing Division, HUD Boston Field Office, 10 Causeway Street, Boston, MA 02222, 617 994-8428. He is expected to testify about the merit staffing process, wage calculation, retirement benefits, promotion and step advancement practices.

34.     Morell Lombardi, OFPM Suite 800, HUD Los Angeles Field Office, 611 W. Sixth Street, Los Angeles, CA 90017, 213 534-5206. She is expected to testify that she heard Secretary's Representative call Plaintiff an "disgruntled employee" and other negative remarks after Plaintiff's complaint was filed.

35.     Joan Mahagen, Field Office Manager, OPM, Room 575, 10 Causeway Street, Boston, MA 02222, 617 788-0521. He is expected to authenticate various GAO documents, and establish them as governmental reports and business records.

36.     Susan Bryant, Public Relations, GAO, 1900 E Street, Room 5347, Washington, D.C. 20410, 202 606-2402. She is expected to authenticate various GAO documents, and establish them as governmental reports and business records.

37.     Carol Block, Information Assets, GAO Building, Room 1130 no. 4, 441 G St., NW, Washington, D.C., 202 512 3435, 202 512 8562. She is expected to authenticate various GAO documents, and establish them as governmental reports and business records.

38.     Linda Larkin, Personnel Management Specialist, HUD Atlanta Field Office, 40 Marietta St., Northwest, Atlanta, GA 30303-2906. She is expected to testify concerning procedures and practices with regard to determining eligibility for Community Builder applicants.

Motions

Plaintiff has submitted a motion in limine to preclude evidence of alleged misconduct, or difficulties with dealing with people, which was not communicated to the decisionmakers in this case before they made the decision to reject him for the CB position.

Length of Trial

Plaintiff believes that the trial of this case will take approximately three weeks.

Respectfully submitted,

The Plaintiff,
By his Attorneys

/s/ Robert S. Mantell
Kevin G. Powers
BBO# 405020
Robert S. Mantell
BBO# 559715
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Suite 500
Boston, MA  02108
(617) 742-7010

Patoski pretrial memorandum supplement