UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD S. PATOSKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALPHONSO JACKSON, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>　　　　Defendant. | C.A. No. 05-11086 |

### ASSENTED TO MOTION TO SUBSTITUTE STEVEN PRESTON, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, AS DEFENDANT

Plaintiff Richard S. Patoski hereby submits his assented to motion to substitute Steven Preston, Secretary, Department of Housing and Urban Development, as the Defendant in this case. As support for this motion, Plaintiff states:

1.　Alphonso Jackson is no longer the Secretary of the Department of Housing and Urban Development (HUD). Recently, Steven Preston was confirmed as the new HUD Secretary.

2.　Substitution of the parties in this case is automatic, pursuant to Fed. R. Civ. P. 25(d). "The officer's successor is automatically substituted as a party." Id.

WHEREFORE, Plaintiff requests that Steven Preston, Secretary, Department of Housing and Urban Development, be substituted as the named Defendant in this case.

Respectfully submitted,

The Plaintiff,
By his Attorneys


_____/s/ Robert S. Mantell_____
Kevin G. Powers
BBO# 405020
Robert S. Mantell
BBO# 559715
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Suite 500
Boston, MA  02108
(617) 742-7010

## LR 7.1 CERTIFICATION

On July 25, 2008, attorneys for all parties conferred telephonically for the purpose of resolving the issues contained herein.  At that time, Defendant assented to the instant motion.


_____/s/ Robert S. Mantell_____

Patoski motion to substitute

2