**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| RICHARD PATOSKI, ) | |
| ) | Civil Action No. 05-11086-RCL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STEVE PRESTON[1] Secretary, ) | |
| Department of Housing and Urban ) | |
| Development, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED TO MOTION TO CONTINUE THE TRIAL SCHEDULED FOR SEPTEMBER 8, 2008, TO A DATE ON OR AFTER NOVEMBER 10, 2008, AND TO ACCORDINGLY MODIFY THE DATES ESTABLISHED BY THE COURT'S PRE-TRIAL ORDER [D. 102]**

Now comes the defendant, Steve Preston, Secretary of HUD, to request that this Court re-schedule the trial of this matter from September 8, 2008, to a date on or after November 10, 2008, and to accordingly modify the dates established by the Court's Pre-Trial Order [D. 102]. This is the first request for a continuance of the trial in this matter.

In support of the motion, the Defendant states that the present trial date will conflict with a trial of undersigned counsel in the matter of United States v. Shields, 07-12056-PBS, which is schedule to begin on September 2, 2008. In that matter, the United States seeks to commit Shields as a sexually dangerous person under the provisions of 18 U.S.C. §§ 4247-4248. Shields is presently in the custody of the Bureau of Prisons as a result of those proceedings and it is estimated that the trial will take in excess of two weeks.

---

[1] Alphonso Jackson has resigned. Pursuant to Fed. R. Civ. P. 25(d), the substitution of the new Secretary is automatic.

The Plaintiff has assented to the requested continuance as long as the trial is continued to a date on or after November 10, 2008, due to potential conflicts with the schedule of Plaintiff's counsel.

In addition, Defendant would request that the due dates established by this Court's Pre-Trial Order be adjusted accordingly. Specifically, the Defendant would request that the Pre-Trial Order [D. 102] be modified to provide:

1. The stipulation, statement of issues to be tried and names of witnesses be filed on a date three weeks in advance of the new trial date as had been provided in the Court's Pre-Trial Order [D. 102];

2. A list of Exhibits be due two weeks in advance of the new trial date as had been provided in the Court's Pre-Trial Order;

3. Objections to Exhibits be filed due one week in advance of the new trial date as had been provided in the Court's Pre-Trial Order;

4. Objections to expert's qualifications to be filed one week in advance of the new trial date as had been provided in the Court's Pre-Trial Order;

5. Trial Briefs be due before the new day of trial; and

6. Requests for rulings and instructions to the jury be due on the first day of trial.

Plaintiff's counsel has assented to the modification of the Court's Pre-Trial Order as well.

Wherefore, the Defendant requests that the trial of this matter be continued to a date on or after November 10, 2008 and that the Court's Pre-Trial Order [D. 102] be modified accordingly.

        Respectfully submitted,
        MICHAEL J. SULLIVAN,
        United States Attorney

By:   /s/ Mark J. Grady
        Mark J. Grady, Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        617-748-3136

## Certificate of Compliance

I hereby certify that I have conferred with the Plaintiff's attorney who has assented to the relief sought by way of this motion.

        /s/ Mark J. Grady
        Mark J. Grady
        Assistant U.S. Attorney

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 25, 2008.

        /s/ Mark J. Grady
        Mark J. Grady
        Assistant U.S. Attorney